UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/19/20

SHAILENDRA JOSHI,

              Plaintiff,

-against-

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

              Defendants.

**ORDER**

**17-CV-4112 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 19, 2020, the parties appeared for a case management conference. The following order is entered:

**Summary Judgment Briefing.** The deadline for Defendant's moving brief, if any, is extended to **March 13, 2020**. Plaintiff's opposition, if any, is due by **April 24, 2020**. Defendant's reply, if any, is due by **May 15, 2020**.

**SO ORDERED.**

Dated:    February 19, 2020
            New York, New York

                                          KATHARINE H. PARKER
                                          United States Magistrate Judge