# EXHIBIT B

CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------
SHAILENDRA JOSHI,

                    Plaintiff,

                                    Case No.:
                                    17-cv-04112 (JGK)
           v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE
CITY OF NEW YORK, COLUMBIA UNIVERSITY IN THE
CITY OF NEW YORK and COLUMBIA UNIVERSITY
COLLEGE OF PHYSICIANS AND SURGEONS,

                    Defendants.

-----------------------------------------

CONFIDENTIAL

DEPOSITION OF SHAILENDRA JOSHI

THURSDAY, NOVEMBER 21, 2019

10:02 a.m.

Reported by:

Stephanie M. Butler

Job no: 26393

CONFIDENTIAL

Page 2

1
2       November 21, 2019
3       10:02 a.m.
4       New York, New York
5
6       Confidential Deposition of
7   Shailendra Joshi, held at the offices of
8   Buckley, 1133 Avenue of the Americas, New
9   York, New York, pursuant to Notice, before
10  Stephanie M. Butler, a Notary Public of the
11  State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2   A P P E A R A N C E S :
3
4   MCLAUGHLIN & STERN, LLP
5   Attorneys for Plaintiff
6       260 Madison Avenue
7       New York, New York 10016
8   BY:     JONATHAN R. JEREMIAS, ESQ.
            jjeremias@mclaughlinstern.com
9
        BY:     STEVEN J. HYMAN, ESQ.
10          shyman@mclaughlinstern.com
11  BUCKLEY LLP
12  Attorneys for Defendants
13      1133 Avenue of the Americas
14      Suite 3100
15      New York, New York 10036
16  BY:     ANDREW SCHILLING, ESQ.
            aschilling@buckleyfirm.com
17
        BY:     BRIAN WEGRZYN, ESQ.
18          bwegrzyn@buckleyfirm.com
19  BY:     DANA WALSH KUMAR, ESQ.
            dkumar@buckleyfirm.com
20
21
22
23
24
25

Page 4

1
2           S T I P U L A T I O N S
3       IT IS HEREBY STIPULATED AND AGREED, by
4   and between the attorneys for the respective
5   parties herein, that filing and sealing of
6   the transcript be waived, and the same are
7   hereby waived.
8       IT IS FURTHER STIPULATED AND AGREED
9   that all objections, except as to the form
10  of the question, shall be reserved to the
11  time of the trial.
12      IT IS FURTHER STIPULATED AND AGREED
13  that the within deposition may be sworn to
14  and signed before any officer authorized to
15  administer an oath, with the same force and
16  effect as if signed and sworn to before the
17  Court.
18
19
20
21
22
23
24
25

Page 5

1           CONFIDENTIAL
2   S H A I L E N D R A   J O S H I, called as
3       a witness, having been duly sworn
4       by a Notary Public, was examined and
5       testified as follows:
6   EXAMINATION BY
7   MR. SCHILLING:
8       Q   State your name for the record.
9       A   Shailendra Joshi.
10      Q   State your address for the
11  record.
12      A   4 Dogwood Lane, Ho-Ho-Cus, New
13  Jersey 07423.
14      Q   Good morning, Dr. Joshi.
15          Did you do anything to prepare
16  for this deposition?
17      A   Yes.  I talked to my team,
18  Mr. Hyman and Jonathan Jeremias.
19      Q   And other than speaking with
20  counsel, did you do anything else to
21  prepare for today's deposition?
22      A   They asked me to -- well, we
23  looked at some --
24      Q   Without telling me what they
25  asked you to do.

2  (Pages  2 to 5)

CONFIDENTIAL

Page 6

CONFIDENTIAL
1
2     A    We looked at some of the
3  documents to review the timelines of
4  things.
5     Q    Other than counsel, did you
6  speak to anybody else about the fact that
7  you were being deposed today?
8     A    I was asked.  Because I was on
9  vacation, Dr. Mark Heath asked me if I was
10  going for a deposition.
11     Q    And other than that, did you
12  speak to anybody else?
13     A    No.
14     Q    You're on vacation the month of
15  November?
16     A    Yes.
17     Q    Do you typically take November
18  as vacation?
19     A    Yes.  Because otherwise, I lose
20  my vacation time.
21     Q    I'm sorry?
22     A    I lose my vacation time if I
23  don't take it.
24     Q    I see.
25        How long has it been your

Page 7

CONFIDENTIAL
1
2  practice to take vacation in the month of
3  November?
4     A    Generally for the last four
5  years, five years.
6     Q    Do you take the entire month
7  off?
8     A    If possible, because otherwise,
9  all my days are lost.  So whatever they
10  can give me, I take it.
11     Q    Do you take any vacation other
12  than in November?
13     A    Generally not.  Usually the labs
14  are busy and work is going on.
15     Q    When did you join Columbia?
16     A    I joined Columbia as a fellow in
17  1995 August.
18     Q    And when did you join as
19  faculty?
20     A    On, I think, December the 1st,
21  1997.
22        MR. JEREMIAS:  I'm going to ask
23  the reporter to mark as Joshi
24  Exhibit 1 a document entitled
25  "Curriculum Vitae."

Page 8

CONFIDENTIAL
1
2        (Whereupon, Curriculum Vitae,
3     was marked as Joshi Exhibit 1 for
4     identification, as of this date.)
5  BY MR. SCHILLING:
6     Q    Dr. Joshi, I have placed in
7  front of you a document marked as
8  Exhibit 1.
9        Do you recognize this document?
10     A    Yes, it's my CV.
11     Q    And it says "Date of
12  Preparation:  October 9, 2017."
13        Is this document an accurate
14  curriculum vitae as of October 9, 2017?
15     A    I certainly think so.
16     Q    Have you updated your CV since
17  October 9, 2017?
18     A    I may have for some grant
19  funding and things like that.
20     Q    Where were you before you came
21  to Columbia?
22     A    I was at Galveston, Texas.
23     Q    And you were an --
24     A    Prior to that, I was a
25  postdoctoral fellow at Columbia.  I was a

Page 9

CONFIDENTIAL
1
2  postdoctoral fellow before I became a
3  faculty at Columbia.  And prior to that, I
4  was in Galveston, Texas.
5     Q    And what brought you to
6  Columbia?
7     A    Columbia, because it was
8  neuroscience research.  I was interested
9  in neuroscience research.  This was one of
10  the best research programs, so I came as a
11  fellow here, and I joined Bill Young, who
12  was another leading neuroanesthesiologist
13  in the country.
14     Q    What was Bill Young's position
15  at the time?
16     A    He was initially the vice chair
17  for research at Columbia when I joined.
18     Q    Is that the position that
19  Dr. Emala holds today?
20     A    Yes.
21     Q    When did Dr. Emala become vice
22  chair of research?
23     A    Between Bill Young and Dr. Emala
24  was Dr. Carol Hirshman.  And after
25  Dr. Carol Hirshman retired, which was, I

3  (Pages  6 to 9)

CONFIDENTIAL

Page 10

CONFIDENTIAL

1    think, around 2008, 2009, then Dr. Emala
2    took over.
3       Q    Got it.
4            Anything else about Columbia
5    that prompted you to pursue employment
6    there?
7       A    Oh, it just was a very fantastic
8    research program I joined with Bill Young.
9    We were successful in research.  Bill
10   Young was exceedingly well-funded,
11   exceedingly well-respected.
12           He had a multidisciplinary team
13   of researchers.  We were very productive
14   in research grants, applications.  And
15   unfortunately, he had to leave under
16   difficult circumstances to join UCSF,
17   where he became the vice chairman for
18   research.
19      Q    When did he leave?
20      A    He left around 2000, 2001.
21   Somewhere in that time period.
22      Q    Who was chair of the department
23   of anesthesiology when you joined the
24   faculty in 2017?

Page 11

CONFIDENTIAL

1       A    There was an interim chairman at
2    that time, Dr. Finster, Miec Finster, and
3    Margaret Wood was probably selected when I
4    was coming in, but had not assumed
5    responsibility.  So she was transitioning
6    into the program.  This is when I was a
7    fellow.  By the time I became a faculty,
8    she was the one who was the chair.
9       Q    Did you have conversations with
10   Dr. Wood around the time you joined as
11   faculty?
12      A    Yeah, sure.
13      Q    About becoming a faculty member?
14      A    She offered it to me.
15      Q    Tell me about that.
16      A    I had been very successful in
17   research with Bill Young.  And when I
18   finished my fellowship, there were a
19   couple of job options I was looking at.
20   But before I could go for any interview, I
21   had been offered a position at Columbia,
22   and Bill was at Columbia, so I stayed back
23   and became a faculty.
24      Q    And it was Dr. Wood who made you

Page 12

CONFIDENTIAL

1    the offer?
2       A    Yes.  On the advice of Dr. Bill
3    Young, probably.
4       Q    Where else were you considering?
5       A    He was trying to send me all
6    over the country, but the need didn't
7    arise.  It became a pretty straight
8    transition.  And I was doing really good
9    work with him.  It was the best time.
10      Q    Did you interview with any other
11   institutions?
12      A    I think I was going to Indiana,
13   University of Indiana, somewhere.  But
14   before it even went through, there was
15   no -- no -- the job offer at Columbia came
16   through.
17           MR. SCHILLING:  I'm going to ask
18   the reporter to mark as Exhibit 2 a
19   September 29, 1997 letter.
20           (Whereupon, Letter, Dated
21   September 29, 1997, was marked as
22   Joshi Exhibit 2 for identification, as
23   of this date.)
24      Q    Dr. Joshi, I've handed you

Page 13

CONFIDENTIAL

1    what's been marked as Joshi Exhibit 2.
2           Do you recognize that document?
3       A    Not really.  It's -- this is an
4    appointment-related document I must have
5    signed when I joined, and that's about all
6    I can say based on what I'm seeing right
7    now.  I don't remember the document,
8    per se.
9       Q    On the page with the Bates stamp
10   that ends in 4, under "accepted," is that
11   your signature?
12      A    I'm sure.
13      Q    Do you recall, around the time
14   that you joined Columbia faculty, entering
15   into any other agreements with the
16   university?
17      A    Not to my knowledge.  There may
18   be something related to the hospital that
19   we might have signed as a routine process.
20      Q    Other than that, do you recall
21   any other agreements you signed?
22      A    This is all, kind of, way back
23   when, and I don't remember the details of
24   what I signed at that time.

4 (Pages 10 to 13)

CONFIDENTIAL

Page 14

CONFIDENTIAL

1            CONFIDENTIAL
2      Q    Before joining the faculty at
3  Columbia, did you have any discussion with
4  Dr. Wood or anybody else about the
5  policies of Columbia University?
6      A    Not in any great detail that I
7  remember.
8      Q    Do you remember --
9      A    What I remember right now is
10 going to a room.  She's talking about, you
11 know, we are offering you this position,
12 handing me a bunch of papers, and signing
13 it.
14     Q    Do you recall reviewing any
15 policies of Columbia at the time you
16 signed as a faculty?
17     A    Not in detail.  I was very
18 preoccupied with research.  Research was
19 the main goal, and we were doing very
20 well.  My central focus was research.  And
21 it was a pretty good transition for me,
22 you know, because all the experiments were
23 continued, with equipment, with work.
24 Projects were continued.
25     I never really looked into the

Page 15

1            CONFIDENTIAL
2  details of all those employment-related
3  documents that I had to sign.
4      Q    And other than
5  employment-related documents that you had
6  to sign, did you ask to review any other
7  policies or procedures of the university?
8      A    I had a good relationship with
9  the department.  There was no reason for
10 me to, you know, scrutinize it, you know,
11 in an aggressive way, or I don't remember
12 doing that.
13     Q    Okay.
14     A    Most of the time, they said sign
15 this, and I would sign this.
16     Q    Going back to Exhibit 1, which
17 is your CV, if you go to page 4 of the CV,
18 which has the Bates number ending in 1595,
19 it talks about fellowship and grant
20 support under number 11.
21     Do you see that?
22     A    Which page is it?
23     Q    Page 4 of the CV.
24     A    Page 4 of the CV, yeah.
25     Q    Are you with me --

Page 16

1            CONFIDENTIAL
2      A    Yeah.
3      Q    -- at "Present Support"?
4      A    Yeah.
5      Q    It says "Present Support:
6  Departmental."
7      Do you see that?
8      A    Yes.
9      Q    What does that mean?
10     A    "Present Support:  Departmental"
11 means that the department was supporting
12 the research effort.
13     Q    And that was true as of
14 October 9, 2017?
15     A    Right.
16     Q    Is that true today?
17     A    Partially.  The department is
18 not supporting me with supplies to the
19 lab, so I don't get supplies.  I buy my
20 own supplies.
21     But, otherwise, in terms of the
22 lab, the lab is still kind of functioning,
23 and the technician is still there.  So we
24 are doing projects that do not use too
25 many supplies, and research that we can

Page 17

1            CONFIDENTIAL
2  continue, which is germane to our research
3  project.
4      Q    Since when have you not been
5  receiving the supplies that you --
6      A    I thought the last amount of
7  funds released was in summer of '17 and
8  carried over until the summer of '18.
9      Q    And at that point, the funds
10 that you had available for supplies ran
11 out?
12     A    Ran out.  And so we started
13 doing different projects, which are
14 related to grants.  We do not use so many
15 supplies.
16     Our animal research program --
17 which the whole program was built on
18 developing drugs -- virtually ceased.  And
19 in addition to that -- but we continued to
20 do cell work, which was less
21 cost-intensive, but we could still test
22 new drugs we were developing.  But it was
23 focused on cell lines on low-cost
24 activities.
25     We also started developing

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL

Page 18

CONFIDENTIAL

1 devices, which we could then use in human
2 subjects, like engineering projects,
3 which, you know, I can buy, in fact, you
4 know, from the market and make new
5 products and try to focus on getting
6 patterns on technologies related to my
7 research, which would eventually help in
8 human translation of that research.
9        So we tried to find a low-cost
10 alternative by continuing on with the
11 research.
12    Q    Had you made requests for lab
13 supplies and that request was denied?
14    A    I was categorically told that
15 once the current amount of funds that was
16 being shipped to me, which was when the
17 last cycle was given, no more funds would
18 be released.
19    Q    Who told you that?
20    A    Dr. Brambrink, in a meeting.
21 Psh, then it's up.
22    Q    "Then it's up," meaning what?
23    A    The funding for supplies is up.
24        Now, when I told Dr. Emala what
25

Page 19

CONFIDENTIAL

1 the situation of the lab was about two
2 months ago -- that these are the things I
3 cannot charge to my credit card, which
4 means I cannot order animals, I cannot
5 order this, I cannot order this, and a
6 list of things -- Dr. Emala then asked me
7 to apply to a mechanism that was never
8 told to me before, which was the research
9 allocation thing.
10        And we are supposed to have a
11 meeting right now, once I come back from
12 vacation, and decide if they're going to
13 release additional funds.
14    Q    When was the meeting with
15 Dr. Brambrink in which he told you that he
16 would not fund your lab supplies?
17    A    I think it was in the summer
18 of -- late -- before the release of the
19 last few funds, the last fund cycle.  So
20 it must have been in early 2017.
21    Q    Early 2017?
22    A    Yeah.
23    Q    And you haven't gotten funds
24 from Columbia to support your lab since
25

Page 20

CONFIDENTIAL

1 early 2017?
2    A    No.  But they are released for
3 the whole year, so the funds ran to '18.
4    Q    So you had funds through the end
5 of 2018?
6    A    No, no.  To the summer of '18.
7    Q    The summer of '18?
8    A    Right.  So the meeting was in
9 early 2017.  The funds released in the
10 summer of '17 lasted until the summer of
11 '18.
12    Q    When they ran out in the summer
13 of '18, at that point, did you go back to
14 Dr. Brambrink and say I need more money
15 for lab supplies?
16    A    No.  He had categorically told
17 me this is it.  This was it.
18    Q    Did you say that in writing or
19 in a meeting?
20    A    He had said it in a meeting,
21 very clearly.  In fact, he had been
22 telling me that even before, that once
23 your supplies run out, we'll shut down
24 your lab.
25

Page 21

CONFIDENTIAL

1    Q    But he didn't shut down your
2 lab?
3    A    Not after the lawsuit was filed.
4 But right from the very beginning, the
5 first day I met Dr. Brambrink, his goal
6 was very clear.  We're going to shut down
7 the lab.
8        So initially, the first shutdown
9 deadline he gave me in the first meeting
10 of August 2016 was in July of '17.  July
11 of '17.  And the wind down of that would
12 begin in March or April of '17.
13    Q    So how did the conversation with
14 Dr. Emala come about in which he said that
15 there's this process for --
16    A    That was the e-mail I wrote to
17 him.  You know, because they had -- so
18 last year, Dr. Emala had testified that
19 there was a new mechanism of funding that
20 was created, in which we had to apply for
21 a nonclinical time and resources of the
22 department and submit projects that we are
23 doing.
24        So I filed an application.  And

6 (Pages 18 to 21)

CONFIDENTIAL

Page 22

CONFIDENTIAL
1
2    most of the people were getting approval,
3    but I didn't get my approval, and I got no
4    feedback.  So I corresponded to them.  I
5    said what happened?  And then as a
6    follow-up of that, as it developed, you
7    know, this thing happened.
8        Q    How much have you spent of your
9    own money on lab supplies?
10       A    I have no idea, because I just
11   tell the tech don't worry about it, and
12   keep on doing the work, and whatever you
13   need, we'll put it in.  It's difficult for
14   me to give you a number right now.
15       Q    Have you ever considered putting
16   in to get reimbursed for those expenses?
17       A    No.  I was told there's no way
18   to reimburse.  I was told this was it.
19   The lab is going to close if you don't
20   have it.
21       Q    Weren't you also told at some
22   point that it's not permitted under
23   Columbia policy to fund your own lab?
24       A    Yeah.  But I was buying
25   equipment to make the lab work.  I'm not

Page 23

CONFIDENTIAL
1
2    funding anything.  I'm not buying in terms
3    of through the Columbia system.
4        I have to get equipment, like if
5    I do a hobby, if I do a project, like the
6    equipment where I make things also.  So
7    there's equipment in my house, which I
8    have, which I brought to Columbia so that
9    the work can go on.  So it was not a
10   formal mechanism, but whatever I could do
11   informally, I did it.
12       Q    There was a point in time, was
13   there not, where you offered to pay out of
14   your own pocket to help keep the lab open;
15   is that right?
16       A    Right.
17       Q    And you were told that's not
18   permissible, right?
19       A    It was permissible in large sums
20   of money for supporting animal research
21   and things like that.  But small amounts
22   of money, I've always funded my lab.  I've
23   always bought equipment for my lab.  I've
24   always built tables for my lab.  I even
25   built furniture for my lab.

Page 24

CONFIDENTIAL
1
2        Q    Were you --
3        A    From my own money.
4        Q    Were you --
5        A    And Columbia knew about it,
6    because they didn't even give me furniture
7    for my lab.  So I bring my own furniture
8    for my lab.  So I built my own furniture
9    for the lab when I started.
10       Q    When they told you --
11       A    I've always funded projects in
12   my lab in little bits and bobs.
13       Q    I'm just going back to when they
14   told you -- when you had offered to fund
15   your lab and they said no, the department
16   doesn't do that.
17       Did anybody tell you but you can
18   fund it a little bit out of some supplies?
19       A    No.  It was not an issue.  It
20   was an issue whether we are going to buy
21   animals, pay for lab support, salaries of
22   people, informalities.  But everybody
23   spent a little bit of money here and there
24   to support research.
25       Q    And does everybody not seek

Page 25

CONFIDENTIAL
1
2    reimbursement for that?
3        A    I don't know about other people.
4    My thing was, the work should continue,
5    and I should not get into a
6    confrontational situation, so that the
7    research can continue.  And we are lucky
8    that despite all these things, we have
9    been able to identify new drugs and new
10   molecules, and we are finding new ways to
11   treat cancer.
12       Q    Why do you say you were trying
13   to avoid a confrontational situation?
14       A    Because, basically,
15   Dr. Brambrink has been hostile to me from
16   the get-go.
17       Q    "The get-go," meaning what?
18       A    Since the first day I met him.
19       Q    When was the first day you met
20   him?
21       A    I met him the first day when he
22   came to visit my lab, and my lab --
23       Dr. Brambrink is a
24   nueroanesthesiologist.  I'm a
25   nueroanesthesiologist.  Dr. Brambrink is

7 (Pages 22 to 25)

CONFIDENTIAL

Page 26

CONFIDENTIAL

1  CONFIDENTIAL
2  on the editorial board of JNA.  I am on
3  the editorial board of JNA.  Dr. Brambrink
4  serves under Society for
5  Neuroanesthesiology.  I serve under
6  Society for Neuroanesthesiology.  We have
7  a lot of things in common.
8      So I was expecting that when
9  Dr. Brambrink came to my lab, he would ask
10  me some questions about the lab, and he
11  was very frosty and cold.
12      And then when we met for the
13  first time, which was in a formal meeting
14  with all the neuroanesthesiology people,
15  he was basically making cases.  Whatever I
16  would say, he would shoot me down.  So I
17  didn't find a very friendly atmosphere
18  with Dr. Brambrink.
19      Q    And when was he shooting you
20  down?
21      A    During a meeting, whenever I
22  would make any suggestions, you know, he
23  would overrule it or say something.
24      Q    When did Dr. Brambrink become
25  chair?

Page 27

CONFIDENTIAL

1  CONFIDENTIAL
2      A    Dr. Brambrink was -- notice for
3  his appointment was around March or April
4  of '16, and he joined on July 1st.
5      MR. SCHILLING:  I'm going to ask
6      the reporter to mark that as Joshi
7      Exhibit 3.
8      (Whereupon, E-mail Exchange,
9      Dated September 2, 2019, was marked as
10      Joshi Exhibit 3 for identification, as
11      of this date.)
12  BY MR. SCHILLING:
13      Q    Dr. Joshi, I placed in front of
14  you a document marked as Exhibit 3, which
15  is an e-mail exchange between you and
16  Dr. Emala, September 2, 2016.
17      Do you see that?
18      A    Yeah.
19      Q    In his e-mail to you, at the
20  bottom of the page, Dr. Emala writes in
21  the last sentence, "I just want to be sure
22  that there is no pause in the ability to
23  purchase stuff."
24      Do you see that?
25      A    Yes.

Page 28

CONFIDENTIAL

1  CONFIDENTIAL
2      Q    And then you respond, "I am
3  thinking of shutting down my lab.  Let us
4  see how things go in the next few days."
5      Do you see that?
6      A    Yeah.
7      Q    You also say that if you run out
8  of money, you will pay from your pocket.
9  And you also say, "I think Ansgar is not
10  only unfair, but highly biased and
11  arrogant."
12      Do you see that?
13      A    Yes.
14      Q    Dr. Brambrink had joined the
15  department on July 1, 2016.
16      What was the basis for your
17  conclusion, as early as September 2nd,
18  that he was highly biased and arrogant?
19      A    So Dr. Brambrink joined on
20  July 1st.  He had come to my lab before
21  that.  And when -- I followed it up with
22  an e-mail.
23      So my area of research is to use
24  advanced optics in neuroscience research,
25  which means that we use light for high

Page 29

CONFIDENTIAL

1  CONFIDENTIAL
2  speed measurements of brain parameters and
3  function.  It is state-of-the-art
4  technology.  It means this is hot stuff in
5  neuroscience research.  And unlike MRIs
6  and CT scanners, it is very quick, very
7  fast, and a lot of data can be generated.
8      Anybody interested in
9  neuroscience research would be impressed
10  by what we have achieved and what we have
11  reported and what we have developed.  But
12  there was no interest on the part of
13  Dr. Brambrink for the research I was
14  doing.
15      So first, when I wrote -- when
16  Dr. Brambrink joined the department, he
17  came to my lab, but there was no technical
18  discussion about what I was doing, what my
19  research is, what my plans are.
20      And I think I sent to him a link
21  of some guy who was using similar
22  techniques and was recording big
23  breakthroughs in science with optical
24  engineering and things like that.  And I
25  got no response with that either.  Now, I

8 (Pages 26 to 29)

CONFIDENTIAL

Page 30

```
 1              CONFIDENTIAL
 2   am not certain whether that e-mail went
 3   through or not, but I certainly remember
 4   sending it to him.  But there was no
 5   discussion after that.
 6        Then we come to this meeting,
 7   which is called on the -- no, I already
 8   told you I have a relationship, sort of,
 9   through the institution with
10   Dr. Brambrink, although not a personal
11   relationship.
12        So when we walked into the new
13   department -- after Dr. ████ stepped
14   down, I was the most senior research guy
15   on the neuro team.  Dr. Brambrink had met
16   with all of the other faculty members, who
17   were senior members of critical care,
18   cardiac, ICU.  But definitely, he didn't
19   meet with anybody on the neuro team.
20        So our first contact with
21   Dr. Brambrink, which was formal, was at
22   that meeting, which he called for the
23   neuro group.  And in that thing, he was
24   basically shooting down whatever I said,
25   and there was an air of hostility that I
```

Page 31

```
 1              CONFIDENTIAL
 2   could palpate.
 3        And in that meeting,
 4   Dr. Brambrink raised the issue of
 5   education or something, and then he said
 6   why didn't you work with Dr. ████?  You
 7   know, in some context, that thing came up.
 8        So as a follow-up to that, I
 9   wrote an e-mail to Dr. Brambrink as to
10   what my philosophy toward science is, how
11   much my father's work has inspired me, and
12   also my grandfather, who was the first
13   surgeon, minority surgeon, to be
14   trained -- the first minority surgeon ever
15   to be trained in modern equipment.  And
16   those things are profoundly important to
17   me, and research matters to me deeply,
18   deeply.  And I made it clear to him.
19        And then when he had said you
20   worked with ████, I sent him the
21   papers of Dr. ████ where the data simply
22   didn't add up, meaning they were --
23   blatantly wrong data had been published.
24   I sent that to Dr. Brambrink for him to
25   read, and I printed the testimony he gave.
```

Page 32

```
 1              CONFIDENTIAL
 2        He said he never looked at those
 3   papers.  And this is after, in hindsight.
 4   But at that time, I was seeing -- you
 5   know, whatever I was seeing was not being
 6   entertained.
 7        And then when we meet, he
 8   doesn't discuss what research I'm doing.
 9   It's all funding, and when will you shut
10   down your lab, and how will you do it.
11        And I know that the department
12   has supported labs for years and years and
13   years without founding.  Without funding.
14   There were people who got no NIH funding
15   for 10 years, and the labs were supported
16   by the department.
17        Because once you create a lab,
18   it's a machine.  You just don't throw it
19   into the wastebasket.  You give it a
20   chance to run, particularly for somebody
21   like me who had been very productive in
22   research.
23        And Dr. Emala certainly knew
24   that NIH was saying Joshi, it doesn't
25   matter.  Keep going.  Keep trying.  This
```

Page 33

```
 1              CONFIDENTIAL
 2   is a review problem.  People have won
 3   Nobel Prizes, and they have struggled this
 4   way.
 5        And Dr. Emala had seen all those
 6   e-mails, that, you know, in the NIH review
 7   process, sometimes creative research is
 8   very difficult to fund, because it's way
 9   out there.
10        And when I met Dr. Brambrink, it
11   was stone cold.  No, no, no, and then shut
12   down the lab.  That is why I was writing
13   that note; I hope you'll understand why I
14   used such hard words, because it deeply
15   hurt me.
16    Q    Who within the university has
17   the authority to decide whether or not to
18   keep a lab like yours open or to close it?
19    A    Typically the chairman of the
20   department is who decides it.
21    Q    And with respect to bridge
22   funding, what is bridge funding?
23    A    Bridge funding is supposing you
24   get funded for a certain time, and
25   supposing the lab runs out of money, the
```

9 (Pages 30 to 33)

CONFIDENTIAL

Page 34

CONFIDENTIAL

1  department supports it for a while so that
2  you can get funding. So, you know, people
3  let labs continue or projects continue for
4  a long time.
5      Q    And it's in the discretion of
6  the department chair to work bridge
7  funding; is that right?
8      A    Certainly. It is the discretion
9  of the departmental chairman to support or
10  not support a lab.
11      Q    And your lab has been open for
12  how long since your last R01 grant
13  terminated?
14      A    My R01 canceled -- actually
15  continued when the shutdown was being
16  anticipated. I was --
17      Q    That wasn't my question.
18          My question was: After the --
19      A    No, you used the word "funded."
20  So the funding is renewed every year. So
21  the last renewal of my grant was in 2016,
22  which was the no-cost extension.
23          In terms of getting the grant
24  funded or scored -- because every year,

Page 35

CONFIDENTIAL

1  you have a renewal based on performances,
2  right, so you apply for a no-cost
3  extension. Your title also, in some ways,
4  funded the project.
5          NIH can deny you funding for
6  that year if they don't want to do it. So
7  you give justification and you show
8  progress, and they approve that budget.
9  Now, the last scored grant was in 2010,
10  '12, I think.
11      Q    The no-cost extension extended
12  until what date?
13      A    My grant ran from 1 April to 30
14  March, so the no-cost extension was until
15  March 30, 2017.
16      Q    And that's listed here on your
17  CV on page 4, right? It says March 31,
18  2017; is that right?
19      A    March 31st, yeah. Not the 30th.
20  It was the end of the month.
21      Q    Since that time, have you been
22  receiving bridge funding?
23      A    Well, I got some supplies in the
24  first year, because there was no money

Page 36

CONFIDENTIAL

1  left after they deducted the entire cost
2  and my salary and my technician's salary.
3  And then I got funding for the second
4  year, which was the year I just described
5  to you.
6          And after that, no funding for
7  supplies, but I did get nonclinical time,
8  and I did get my lab had not been taken
9  away, and my technician is still there.
10      Q    And so that's all a part of
11  bridge funding, right?
12      A    Yes.
13      Q    There's the cost of operating
14  the lab, which is your assistant, the lab
15  space itself, and then there's also supply
16  costs, right; all of that is part of
17  bridge funding?
18      A    Yeah.
19      Q    Under Dr. Brambrink, since he
20  had been chair, is there anyone in the
21  department who's gotten bridge funding for
22  a longer period of time than you?
23      A    I have no idea, because I
24  haven't seen competitive fundings of all

Page 37

CONFIDENTIAL

1  the faculty members or their funding
2  status, so I cannot comment on that.
3      Q    Do you have a belief one way or
4  the other?
5      A    No. I don't have it. But the
6  reason that it was forwarded to me by
7  Dr. Brambrink was not on the basis of what
8  he had done, but was based on past records
9  in the department. And he said that he
10  had reviewed the funding parameters.
11  First he said, right off the bat, that we
12  are going to close your lab if you don't
13  get funding by next year, which was in
14  August of '17, right?
15          After that meeting was
16  concluded, I went outside, and I had a
17  separate talk with Chas Emala regarding
18  how I am going to pull this off. He felt
19  that it was not possible for me to meet
20  the deadline, because grant funding takes
21  so much time.
22          And at that time, you know, I
23  trusted Chas Emala. I have a very complex
24  relationship with Chas Emala as of now.

10  (Pages 34 to 37)

CONFIDENTIAL

Page 38

```
 1            CONFIDENTIAL
 2   But I trusted him, whatever he said and
 3   told to me, and I thought he was batting
 4   for me, and whatever he said was, you
 5   know, vetted and truthful.
 6        So what I -- what happened in
 7   that meeting took me by surprise.  But we
 8   said we'll still try.  We'll still try.
 9   We have a cycle to go, and we'll submit a
10   grant, and we'll go for it.  And we went
11   for it.  But then, I later on realized
12   that when Dr. Brambrink was saying that
13   the bridge funding is based on past
14   experience of the department, that was not
15   a true statement.
16        Because when I went to the
17   reporter website, which is the website
18   that lists -- and Dr. Emala said it was
19   one of the sources of determining bridge
20   funding, the NIH reporter website, you
21   know.  I found that, you know, even
22   Dr. ███ had no funding between 2014 --
23   2012 to 2016, for four years, and he was
24   allowed to continue research.
25   Q    He was allowed by Dr. Wood?
```

Page 39

```
 1            CONFIDENTIAL
 2   A    Yes.  But the statement that
 3   Dr. Brambrink was making was for the
 4   justification of closure of the lab, that
 5   we would agree to one year of bridge
 6   funding based on past departmental
 7   projects.  It was not that this is my
 8   policy.  It was -- this is what has been
 9   done in this department, which makes a
10   whole lot of sense, because you're working
11   for this department.
12        So looking at the past ERA
13   data -- because the next time, when I met
14   him in one of the meetings, I told him you
15   can look at the ERA data.  This thing has
16   never happened before.  And I challenged
17   him on that.
18        The other thing that happened in
19   that meeting, when you said that arrogant
20   part -- if I can go back to that?
21   Q    You can speak as long as you
22   want, Dr. Joshi.  I'm a little bit
23   concerned that with the width and length
24   of your answers; I don't want to have this
25   run for a second day.
```

Page 40

```
 1            CONFIDENTIAL
 2   A    No, no.
 3   Q    But having said that, you can
 4   speak as long as you want.
 5        MR. SCHILLING:  I just want to
 6   make sure I reserve my rights.
 7   A    Did that answer your question
 8   with regard to bridge funding?
 9   Q    If you've felt that you've
10   answered it, then you've answered it to my
11   satisfaction.
12        MR. JEREMIAS:  Listen to the
13   question and then answer.
14   BY MR. SCHILLING:
15   Q    Have you, yourself, ever done an
16   analysis to look at gaps in other
17   researchers' funding to compare yourself
18   to others in terms of bridge funding?
19   A    Yes.  Within the department,
20   yes, I have analyzed.
21   Q    But you don't know whether or
22   not under Dr. Brambrink if anyone else has
23   had longer bridge funding than you?
24   A    No.  Because it was a time
25   period that we are referring to.  I
```

Page 41

```
 1            CONFIDENTIAL
 2   haven't looked at all the people, because
 3   the department has changed, and I don't
 4   know all the people and their various
 5   funding mechanisms.  I never looked at it.
 6   I looked at people who are my
 7   contemporaries, and that is what I found
 8   out.
 9   Q    In terms of the grants -- going
10   back to page 4 of your CV -- it talks
11   about past support.  The most recent R01
12   ran through March 31, 2017, which we
13   discussed.
14        Do you see that?
15   A    Yeah.
16   Q    Do you have any pending
17   applications for grant support?
18   A    Well, our project had a hit last
19   year because of resources.  But we have
20   been able to have a breakthrough in drug
21   delivery right now, which we are working
22   on.  And as soon as that data is
23   validated, we will have another grant
24   going.
25        But we'll see if it can meet the
```

11 (Pages 38 to 41)

CONFIDENTIAL

Page 42

CONFIDENTIAL

1            CONFIDENTIAL
2 deadline for February.  Otherwise, it will
3 go on for another few months.  But it is a
4 novel technology for treating cancer.  And
5 if we succeed in it, it will have a huge
6 impact.
7     Q    What you're describing now is
8 research you're conducting, and I guess my
9 question was:  Do you have any pending
10 grants?
11     A    Your question was, are you going
12 to -- plan to apply for a grant?
13 Depending on --
14     Q    No.
15          My question is --
16     A    Not pending right now, but we're
17 planning one.
18     Q    That was my question.
19          MR. SCHILLING:  Exhibit 4.
20          (Whereupon, Shailendra Joshi
21     Awards, FY2001-Present, was marked as
22     Joshi Exhibit 4 for identification, as
23     of this date.)
24 BY MR. SCHILLING:
25     Q    Mr. Joshi, I'm placing in front

Page 43

1            CONFIDENTIAL
2 of you a document marked as Exhibit 4,
3 which I assume you have not seen before,
4 since this is a document that we had
5 prepared.
6         It purports on the first page to
7 list awards since fiscal year 2001 to the
8 present.  And on the second page, it
9 purports to list proposals by you from
10 2013 to the present.
11         Just focusing for a second on
12 the second page, can I ask you to review
13 that, and just tell me if it's accurate
14 and up to date?
15         Because you see, on the bottom
16 of the left-hand side, it says "Prepared
17 by SPA on 7/17/2019," and it lists a
18 pending grant proposal, submitted
19 July 5th.
20     A    It looks like my grant had been
21 submitted to NIH.
22     Q    Is the second page of Exhibit 4
23 an accurate list --
24     A    Yes.
25     Q    -- of the grant proposals

Page 44

1            CONFIDENTIAL
2 submitted by you from 2013 to the present?
3     A    It seems to be accurate.
4     Q    The last one on this list,
5 submitted July 5, 2018, is that one still
6 pending?
7     A    No.  It was reviewed, and it was
8 not funded.  That's the same application.
9     Q    When was that one decided?
10     A    It was reviewed in '18, sometime
11 in October.
12     Q    And what was the outcome of that
13 review?
14     A    We got scored, but we were not
15 funded.
16     Q    And you have none pending at the
17 moment, but you have plans to submit
18 another one; is that right?
19     A    Yes.
20     Q    Do you remember what the scores
21 were?
22     A    Scores were about 42nd or 43rd
23 or 41st percentile.  Somewhere in that
24 area.
25     Q    And what's the significance of

Page 45

1            CONFIDENTIAL
2 that score?
3     A    It's difficult to get funding
4 for that with that score.  That's why it
5 was not funded.
6     Q    And is there a percentage of
7 which it's easier to get funding?
8     A    It varies from study section to
9 study section.  The cancer grants that are
10 highly competitive are usually around 20th
11 percentile.
12     Q    And so if it's above the 20th
13 percentile, the score, it's not likely to
14 be funded; is that fair to say?
15     A    No.  It's below -- so it's 20 to
16 40.  40 is not likely to be funded.  20,
17 if it's less than 20, it will be funded.
18     Q    I see.
19     A    And it varies from year to year,
20 and I'm giving you numbers from the top of
21 my head.
22     Q    Okay.
23         So with respect to the second
24 page of Exhibit 4, it's accurate, except
25 that under current proposal status for the

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL

Page 46

CONFIDENTIAL

1    final grant, it should say "not funded";
2    is that right?
3        A    Yes.
4        Q    Turning back to the first page,
5    which is awards, fiscal year 2001 to the
6    present, is that list accurate and
7    complete?
8        A    Yes.  That's the NIH funding I
9    got, but there were other grants also.
10       Q    In the period 2001 to the
11   present?
12       A    Yes, yes.
13       Q    What other grants?
14       A    I had the institutional grants
15   from Columbia University.  I had Irving
16   Assistant Professorships, which was
17   funded, which paid money.  I had FAER
18   grants, I think, from 1999 or 2000,
19   somewhere in that area, so on and so
20   forth.
21       Q    Are those listed on your CV
22   under "Past Support"?
23       A    American Pediatric Funding.
24   Anesthesia Research Foundation was 2000.

Page 47

CONFIDENTIAL

1    Now this is 2001, right?  You're talking
2    about that?
3        A    Yes.
4        Q    Yes.  So also, there was a
5    Columbia Translational Research Program
6    Infrastructure Support, which is 2000,
7    2002.
8        Q    So the first page of --
9        A    So I virtually got every
10   Columbia research award that you can think
11   of.
12       Q    Who makes the decisions to award
13   those?
14       A    The university's medical center.
15       Q    So in terms of Exhibit 4, is
16   that list accurate with respect to awards
17   from NIH?
18       A    Yes, those the NIH awards.
19       Q    What is a K08 grant?
20       A    A K08 grant is a special kind of
21   grant that is given to physicians to turn
22   into scientists.  So the physicians,
23   because they come from a clinical
24   background, are awarded a K08 grant so

Page 48

CONFIDENTIAL

1    they can do research in a dedicated lab,
2    and then build up a lab, build up research
3    program, so they can combine the clinical
4    work with laboratory research.
5        So it's one of the grants,
6    because it's kind of an educational and
7    training grant.  It is basically giving
8    you free time to do research.
9        Q    How much free time?
10       A    You have to have at least
11   75 percent nonclinical time to do
12   research, at least.
13       Q    Is that what people refer to as
14   protected time?
15       A    Yes, it is protected.  Because
16   the whole idea is that you are free from
17   of all the stresses, and you focus on
18   research.
19       Q    Does everybody get those or --
20       A    No.  It's very complicated,
21   these grants, all these grants, because
22   you need to have a good project, a good
23   mentor, and a good environment to get it.
24       Q    And what's an R01 grant?

Page 49

CONFIDENTIAL

1        A    R01 grant is when you become an
2    established researcher.  And when you
3    become an established researcher -- there
4    are two levels of R01.  The first R01,
5    they are relatively holding your hand, so
6    they are more lax in funding you.
7        And once you get funded, they
8    become more tight on you.  So there's two
9    levels of that to escalate.  So the first
10   R01 is really easy, relatively speaking,
11   but the second R01 is really tough.  I got
12   the second R01 also.
13       Q    How competitive are R01 grants?
14       A    Very competitive.  Like, when I
15   got it, I was in the 7th percentile.
16       Q    7th percentile for which one?
17       A    For the one that was funded last
18   time.
19       Q    "Last time" meaning most
20   recently?
21       A    No, no.  That was the one in
22   2011, '12 or 2013.
23       Q    And do you remember what
24   percentile you fell into for the other

13  (Pages 46 to 49)

CONFIDENTIAL

Page 50

CONFIDENTIAL
1    CONFIDENTIAL
2  R01?
3      A    I think it was the 22nd or 20th
4  percentile.
5      Q    How much research time does it
6  take to develop a R01 grant proposal?
7      A    A lot of research time.  I don't
8  know how you would even quantify that, but
9  it is a lot of work.  It's just not -- you
10  are bringing new ideas to the table.
11        And the biggest problem that has
12  happened with me is that my research is an
13  alternate way of delivering drugs.  But
14  more than that, a lot of people tried this
15  method and have failed.  So I carry a
16  baggage of bias against my research in
17  some ways.
18        At the same time, we have come
19  with a totally different angle with
20  advanced optics and developed tools, which
21  are unconventional.  So it takes a lot
22  more effort than, you know, standard
23  run-of-the-mill projects that are going
24  on.
25      Q    Was there bias against your

Page 51

CONFIDENTIAL
1    CONFIDENTIAL
2  research with respect to the R01 grants
3  that you received?
4      A    There are various kinds of
5  biases.  One of them is subject bias, but
6  that is compounded by the fact that brain
7  cancer is very difficult to treat, and a
8  lot of people have failed in treating
9  brain cancer.
10        So right off the bat, when an
11  anesthesiologist tries to wave his hand
12  and say "I'm going to find a cure for
13  brain cancer," it flashes red lights all
14  over.
15      Q    Why is that?
16      A    Because usually
17  anesthesiologists don't treat brain
18  cancer.  You don't go to an
19  anesthesiologist to say "I have brain
20  cancer.  Please treat me."  So why should
21  anybody fund research to somebody who is
22  just an anesthesiologist on paper?
23      Q    What was it about the R01 grants
24  that you received --
25      A    They were more in optical

Page 52

CONFIDENTIAL
1    CONFIDENTIAL
2  imaging and device development.  But they
3  were not looking for cures for the
4  disease.  We have moved forward in
5  developing compounds that actually treat
6  the disease.
7      Q    So the research grants that you
8  have been submitting more recently are
9  different from the research grants that
10  you were submitting back in 2008 and 2011
11  in terms of the focus?
12      A    In terms of impact.  Because now
13  we are trying to treat cancer.
14      Q    And does that change in impact
15  make it harder to get the grant funded?
16      A    To some extent, yes, but not in
17  the totality of the situation.  Whenever
18  you look at project review situation, how
19  a reviewer does it varies a lot.  And the
20  grants have to go to the right reviewer,
21  the right conditions.  All of the stars
22  have to be aligned in some ways, because
23  the system is so competitive, and a little
24  failure can trip you.
25      Q    At the time you applied for and

Page 53

CONFIDENTIAL
1    CONFIDENTIAL
2  were awarded the two R01 grants on
3  Exhibit 4, your title was assistant
4  professor?
5      A    I was assistant professor, but I
6  was, I think, using my title or that
7  title, because I was a Herbert Irving
8  assistant professor.
9      Q    You were?
10      A    Herbert Irving.  I was titled an
11  assistant professor to look more
12  impressive on the resume.  There was no
13  deadline on that thing, and I had not been
14  promoted, so I -- I think I used that.
15      Q    And the Herbert Irving title, is
16  that something you held up until your more
17  recent promotion?
18      A    There's no deadline on that.
19  The Herbert Irving funding was in 2006,
20  2007, you know, to -- for the thing.  But
21  there's no -- you know, I wasn't a Herbert
22  Irving professor, so I used that title.
23      Q    But your official title at the
24  university was assistant professor at the
25  time?

14  (Pages 50 to 53)

CONFIDENTIAL

Page 54

CONFIDENTIAL

1   A   Yes.
2   Q   In the period 2008 to 2011, did
3 you have any joint appointments?
4   A   I was offered a joint
5 appointment in the department of
6 radiology.
7   Q   My question was: Did you have
8 any joint appointments?
9   A   No. It was turned down by the
10 department, but I was offered a position
11 in the department of radiology as a joint.
12   Q   And it was turned down why?
13   A   Dr. Wood turned it down for
14 whatever reason.
15   Q   And why did she do that?
16   A   I have no idea.
17   Q   What's a T32 grant?
18   A   I have no idea. T32 is a
19 training grant, which Dr. Emala has, but
20 I'm not privy to what specifications or
21 requirements. That is because I've never
22 applied for the T32 grant.
23   Q   Were T32 grants not available to
24 you?

*(Note: line numbering on left column)*

Page 55

CONFIDENTIAL

1   A   No. It's basically ran by the
2 department. It's a departmental project.
3 There's one T32 for the whole department,
4 and Dr. Emala has been running that.
5   Q   Did you ever apply for a T32
6 grant?
7   A   No. From my understanding, it's
8 this one grant, and it's been running for
9 many years. Dr. Fink used to run it
10 before Dr. Emala. And it's departmental
11 funding.
12   Q   Is it NIH-funded?
13   A   It's NIH-funded. It's for
14 training residents and fellows who are
15 going to do research. That's my
16 understanding of it.
17   Q   And so it wouldn't be something
18 that you would seek after you became a
19 faculty researcher, because you weren't a
20 fellow at that point; is that right?
21   A   No. I didn't -- I think this
22 was -- my focus was very narrow, you know.
23 I was in a very tough situation, fighting
24 a very tough disease. There was a passage

Page 56

CONFIDENTIAL

1 to R01. I had enormous support at the
2 National Cancer Institute.
3   I can show you letters -- even
4 after these failures that you have shown
5 me -- telling me don't give up. This is a
6 reviewer problem. Continue doing this
7 research.
8   This guy was with me. He was
9 rejected eight times and went on to win
10 the Nobel Prize. I can show you those
11 e-mails.
12   So yeah, you are showing me
13 these unfunded letters. But I can tell
14 you, sometimes very creative research is
15 very difficult to fund and break through.
16 So everything has to work right. I'm
17 sorry to --
18   Q   That's all right. I'm not
19 asking questions to be critical of your
20 research.
21   A   No, it is reality. It's tough.
22 If you write research, which everybody is
23 doing, it's very easy sometimes.
24   Q   So do you know who in the past

Page 57

CONFIDENTIAL

1 few years within the department has had a
2 T32 grant?
3   A   I have not been involved in T32.
4 I'm sorry.
5   Q   Do you know what the protected
6 time is on a T32 grant?
7   A   No, I do not.
8   Q   What's the protected time on the
9 R01?
10   A   R01, so there are two parts of
11 R01. One is the R01, which is designated
12 by the funding mechanism. So it's
13 30 percent nonclinical time. Now, R01
14 also pays cost to the department, so
15 there's a second budget.
16   Most departments pitch in. You
17 know, when they have some surplus money,
18 they give you time. So most R01 people
19 get as much nonclinical time from the
20 department as they get from the grant
21 itself, traditionally.
22   So when you are a R01 -- because
23 you're contributing to the department, you
24 know, because the indirect costs go to the

15  (Pages 54 to 57)

CONFIDENTIAL

Page 58

CONFIDENTIAL

1               CONFIDENTIAL
2 department.  So there are two components
3 of R01 funding; whatever you get from the
4 NIH, and the chairman can decide to give
5 you 30 percent of that time.
6        But also, what the department
7 usually gives -- departments want R01,
8 because when they put out their -- you
9 know, there's an annual -- how much NIH
10 funding that each department has is
11 considered prestigious.
12    Q   Have you ever received less than
13 30 percent nonclinical time?
14    A   Less than -- I think one tough
15 situation I was in was November of 2015.
16 It was the month I was on vacation, but I
17 had been called back from vacation.  And I
18 was assigned to ECT, which was a busy
19 service, and I was assigned to clinical
20 days.  And at that time, Dr. Wood
21 considered ECT as half research days.
22        So if you mathematically see it,
23 yes, I did get -- there was an occasion
24 when I got less than 30 percent time.
25 Because ECT days, as I explained to her,

Page 59

CONFIDENTIAL

1               CONFIDENTIAL
2 were very aggressive.  They are basically
3 write-out days.  You cannot do research
4 because the load was so high.  And the
5 department still counted that as half
6 nonclinical days.
7    Q   But that's a technicality.  Now
8 you're calculating.
9        You're on vacation on that
10 month, so you're not assigned any
11 nonclinical time in November, right?
12    A   No, no.
13       MR. JEREMIAS:  Objection to the
14 form.
15       You can answer.
16    Q   Isn't it true that you're not
17 assigned any nonclinical time in November
18 because you're on vacation?
19    A   No.  Vacation is totally
20 different.  Whenever you apply for
21 vacation, vacation is not a period
22 included in your time calculations.  That
23 way is to be very convenient.  You
24 include all your research time as vacation
25 time and say oh, you do vacation research.

Page 60

CONFIDENTIAL

1               CONFIDENTIAL
2 That's not the way it works.  Vacation
3 time is separate.
4        You may put your vacation time
5 into research, like I do sometimes.  I do
6 projects related to research.  And that is
7 why when you see that -- you know, raise
8 the question of biotech research time in
9 November, it's because there are other
10 projects I want to do at a slower pace
11 related to work.
12    Q   Other than November of 2015, was
13 there ever any other time where you had
14 less than 30 percent nonclinical time?
15    A   I don't think so.
16    Q   And we'll come back to that.
17       MR. SCHILLING:  Exhibit 5.
18       (Whereupon, E-mail, Dated
19       September 7, 2016, was marked as Joshi
20       Exhibit 5 for identification, as of
21       this date.)
22 BY MR. SCHILLING:
23    Q   Mr. Joshi, I've asked the
24 reporter to mark as Exhibit 5 a one-page
25 e-mail, with the Bates number ending in

Page 61

CONFIDENTIAL

1               CONFIDENTIAL
2 2015.  It appears to be an e-mail from
3 Dr. Emala, September 7, 2016.
4        Do you see that?
5    A   Yes.
6    Q   Do you recognize this e-mail?
7    A   Yeah.
8    Q   Did you send it?
9    A   Yes.
10    Q   And the second sentence, it
11 says, "I am now convinced that the three
12 are working together to harm me," in
13 reference to Dr. Brambrink, Dr. Gaudet and
14 Dr. ████.
15       Do you see that?
16    A   Yes.
17    Q   Who is Dr. Gaudet?
18    A   He was a neuro attending, who
19 was the right-hand man of ████.  And
20 after Dr. ████ left, he was taking
21 administrative responsibilities.  The
22 interim chair was Dr. Gene Ornstein of
23 neuroanesthesia, but Dr. Ornstein was away
24 most of the time.
25    Q   I'm sorry, Dr. Ornstein was

16 (Pages 58 to 61)

CONFIDENTIAL

Page 62

CONFIDENTIAL

1  interim what?
2      A    Interim head of the
3  neuroanesthesia division.
4      Q    So between Dr. ███ and
5  Dr. Garcia?
6      A    Yes. But he was only -- as he
7  had said in an e-mail, he had no
8  administrative responsibilities. Those
9  responsibilities resided with Dr. Wood and
10 Dr. Mercer.
11     Q    What period of time was he the
12 chair of nueroanesthesiology?
13     A    I think December 31st is when
14 Dr. ███ left, of 2015. So January 1st
15 until when Dr. Garcia joined.
16     Q    What do you think of
17 Dr. Ornstein?
18     A    He's been a friend of mine. We
19 got on reasonably well together. And we
20 may have small differences here and there,
21 but we work together, help each other out
22 in the operating room. And generally,
23 he's a friend. I consider him a friend.
24     Q    When he became acting division

Page 63

CONFIDENTIAL

1  chief, did you think he was not qualified
2  for that job?
3      A    No. He had done that before.
4  The only problem was that most of the
5  time, he was away in Israel. So it's
6  15 days -- approximately 15 days in
7  New York and 15 days in Israel.
8      Q    But during that time, it was
9  Dr. Mercer and Dr. Wood who were doing the
10 administrative part of that job?
11     A    No. He was -- he categorically
12 stated in an e-mail that I have nothing to
13 do with administrative responsibility.
14 All administrative responsibilities are
15 with Wood and Mercer.
16     Q    Have you discussed with
17 Dr. Ornstein what administrative functions
18 he performed during that time period, or
19 were you relying just on his e-mail?
20     A    No, no. The issue of
21 administrative issues came up during that
22 time, and he categorically stated that he
23 was only there to make the schedule.
24     Q    Why were you convinced, as of

Page 64

CONFIDENTIAL

1  September 7, 2016, that Dr. Brambrink,
2  Dr. Gaudet and Dr. ███ were working
3  together to harm you?
4      A    I already told you my
5  interactions with Dr. Brambrink. And the
6  most disturbing part for all of us in
7  neuroanesthesia was that when we met him
8  for the first time, Dr. Brambrink had not
9  talked to anybody in the neuroanesthesia
10 division, you know, none of them. Even
11 John Gaudet, he did not talk to. So on
12 that day, when I wrote this e-mail, there
13 was a grant round.
14     Q    There was a what?
15     A    A grant round. And as
16 Dr. Brambrink has said in his testimonial
17 subsequently that he did not know
18 Dr. ███ that he had retired previously.
19     But when I saw the interaction
20 of these two guys, it was exceedingly
21 friendly, and they were in the mix. These
22 three were on one side of the grant round,
23 talking to each other in a very friendly,
24 chattery way. And that is why I made that

Page 65

CONFIDENTIAL

1  association.
2      Q    And --
3      A    And also given the hostility he
4  had shown toward me. By this time, the
5  meeting had already occurred. He did not
6  talk of research. He was talking about
7  shutdown of my lab and all these things.
8  And he had also told me that I will not be
9  the division chief of neuroanesthesia,
10 without giving me any reason.
11     Q    He told you that by September 7,
12 2016?
13     A    Yeah. In that first meeting, I
14 think.
15     Q    When was the first meeting?
16     A    August 16th or 17th.
17     Q    Did he tell you why?
18     A    Yes. He said he wanted a young
19 person to run around.
20     Q    As the chief of
21 neuroanesthesiology?
22     A    Yes.
23     Q    Tell me about that conversation.
24     A    So basically, when we met for

17  (Pages 62 to 65)

CONFIDENTIAL

Page 66

CONFIDENTIAL

1       the first time in that meeting,
2       Dr. Brambrink said that those interested
3       in the division chief position -- there
4       would be a search for a division chief
5       candidate, and those people who are
6       interested should contact him.
7           And as a follow-up of that, I
8       think on August 3rd, I wrote my letter
9       saying that I'm interested in this
10      position.  Now, after that, I've read a
11      lot of e-mails of the time period, so I'm
12      not factoring that into account.
13          When I met him in the meeting,
14      he was very aggressively questioning my
15      research in terms of funding, and he
16      categorically said no, not the division
17      chief position, because I need a young
18      person to run around.
19          Q    To run around?
20          A    You know, because he said it
21      involved more.  Something to that effect.
22      Because it means involving contacting
23      people, traveling or whatever.
24          Q    Does it sound about right that

Page 67

CONFIDENTIAL

1       you sent an e-mail to Dr. Brambrink on
2       August 3, 2016 expressing interest in the
3       division chief position?
4           A    Yes, yes.  And I told him that I
5       would handle everything very differently,
6       make it fair, give everybody a chance, and
7       everybody would be treated fairly.  That
8       is my recollection of that e-mail of him.
9           Q    Separate and apart from what you
10      have learned from sitting through all the
11      depositions and looking at e-mails in this
12      case, were you aware, at the time, of who
13      was in the running to be division chief?
14          A    They had actually started
15      interviewing people even in -- before
16      Dr. Brambrink came.
17          Q    How do you know that?
18          A    I believe there was a candidate
19      who was a fellow in our department, who
20      had visited the department.  I forget his
21      last name, but his name was David.  I'm
22      forgetting his name.  I was trying to
23      recollect it.  But they had interviewed,
24      probably, some people before.

Page 68

CONFIDENTIAL

1       
2           Q    From the time that Dr. Brambrink
3       joined, it would be his decision as to who
4       the division chief was going to be, right?
5           A    Right.
6           Q    From that point, do you know who
7       was actively considered by Dr. Brambrink
8       for the position of division chief?
9           A    Not referring to what I've read
10      from the thing?
11          Q    Right.
12          A    There were flyers that came
13      saying X candidate is interested.  And
14      usually when people apply for this
15      position, they take electorships, and a
16      flyer goes out saying this is a candidate
17      for this position.  I don't remember the
18      names, but people were being interviewed,
19      and they were visiting at the center.
20          Q    Since you were present at
21      Dr. Brambrink's deposition, do you recall
22      him testifying that he was only interested
23      in someone from outside the department; do
24      you remember him saying that?
25          A    Yes, certainly.

Page 69

CONFIDENTIAL

1       
2           Q    Do you believe that's not true?
3           A    Absolutely.
4           Q    Why?
5           A    Because he appointed another
6       head of obstetrics, who was from the
7       department.  We have a -- so Dr. Richard
8       Smiley was head of obstetrics, and he was
9       asked to step down, and somebody else from
10      the department took over.
11          Q    But with respect to the division
12      chief position --
13          A    Division chief of obstetric
14      anesthesia.
15          Q    The position that Dr. Garcia
16      filled?
17          A    That is for neuro.
18          Q    That's what I'm asking you
19      about.
20          A    No, no.  But they are different
21      people.  They are different divisions in
22      the department.
23          Q    Right.
24          And Dr. Brambrink testified that
25      for the division of neuroanesthesiology,

18  (Pages 66 to 69)

CONFIDENTIAL

Page 70

CONFIDENTIAL

1    he wanted someone from outside the
2    department?
3        A    Yes.  But at the same time, what
4    he told us in the meeting was if any of
5    you are interested, you also should apply.
6        Q    And he ultimately selected
7    someone from outside the department, yes?
8        A    Yes.  But the thing was that
9    what he told us was different.  He told us
10   categorically, if you're interested, you
11   can apply.
12       Q    Do you believe that Dr. Garcia
13   was not qualified for that position?
14       A    No.  Garcia is a talented guy in
15   his own way, and everybody is different.
16   Is one painting better than the other?
17   It's how you judge it.  There's
18   subjectivity in that.
19       Q    That's for --
20       A    Everybody has different
21   strengths.
22       Q    Do you think that Dr. Brambrink
23   gave the job to Dr. Garcia rather than you
24   in retaliation for your complaints of

Page 71

CONFIDENTIAL

1    research misconduct?
2        A    I would certainly say he didn't
3    give me a chance at all.  It means, I do
4    not know, compared to Dr. Garcia.  I'm not
5    in any position to make that comparison.
6    But I certainly think he never gave me a
7    consideration for the job, because he
8    never discussed it with me.  He just
9    outright said no.
10       Q    But do you know why he didn't
11   consider you for the position?
12       A    Well, they have been giving
13   different reasons, right?  One of the
14   reasons -- now, can I go to the testimony
15   or?
16       Q    No.
17           I'm asking you what you believed
18   at the time.
19       A    No.  I thought I was a serious
20   candidate.  Look, I have licenses in three
21   countries, medical licenses.  I'm board
22   certified in anesthesiology in three
23   countries.
24           I worked at with -- at All India

Page 72

CONFIDENTIAL

1    Institute of Medical Sciences of New
2    Delhi, where I worked with the guys who
3    did the first heart transplant, the first
4    guys to do a liver transplant, the first
5    guys who set up the foundation of
6    neurosurgery and anesthesia.  My mentor
7    was Dr. Samy (phonetic), who set up the
8    first neurosurgical critical unit.
9        I went to Britain, which brought
10   me to the notice of top British
11   anesthesiologists, Mapleson and Bain, who
12   are, like, the icons of British
13   anesthesia.
14       I come to Columbia.  I work with
15   Bill Young.  You guys look at Bill Young,
16   and you see how powerful that guy is.  He
17   died of cancer very young.  That's the sad
18   part of the story with Bill Young.  And we
19   were very productive.
20       I've gotten $5.2 million funding
21   in NIH funding over time, the total of
22   this, plus other grants.  Dr. Brambrink,
23   for instance, has one year of NIH funding
24   and 52,000 in grant money from NIH.

Page 73

CONFIDENTIAL

1    Dr. Garcia doesn't have any NIH funding,
2    to my best knowledge.  There is a Veterans
3    Administration grant with amount unknown,
4    but there is no money there from the NIH.
5        I have been on the editorial
6    board of JNA for almost 15 years, and a
7    section editor for their laboratory
8    sciences for about a decade.  I've
9    contributed book chapters to all the major
10   testaments across several editions.  I've
11   mentored neurosurgeons.
12       It means, you name it, I've done
13   it.  And not to be given a consideration,
14   just because I cannot run around, was a
15   shock to me.
16       Q    So do you believe you were
17   denied the position --
18       MR. JEREMIAS:  We should take a
19   break, just a quick break.
20       MR. SCHILLING:  Can I finish the
21   sentence?
22       MR. JEREMIAS:  Well, I was going
23   to ask before you started to ask your
24   question.

19  (Pages 70 to 73)

CONFIDENTIAL

Page 74

1          CONFIDENTIAL
2       MR. SCHILLING:  Fine.
3       (Thereupon, a recess was taken,
4    and then the proceedings continued as
5    follows:)
6   BY MR. SCHILLING:
7       Q    Dr. Joshi, why were you
8   interested in the position of division
9   chief?
10      A    Well, I wanted to do things
11  differently.  I wanted to build a better
12  research program.  I had a very powerful
13  lab, which had not blown up in terms of
14  younger faculty coming there.
15          And the research I'm doing can
16  be projected many years into the future,
17  because the technologies we are developing
18  have implications of stroke treatment, for
19  cancer treatment and a variety of other
20  treatments.
21          And these could be individual
22  projects that young faculty could take
23  over, and then develop a program that
24  would run and be viable for many, many
25  years forward.

Page 75

1          CONFIDENTIAL
2       Q    Is there more money associated
3   with the division chief position?
4       A    I don't know how much, but there
5   must be some.
6       Q    Do you know if there's any?
7       A    I never looked into that.  I was
8   more interested in the academic part of
9   that, in terms of pushing the research
10  forward.  But there are perks of division
11  chief.
12          One, you are noticed.  Your
13  research is a higher profile.  You get
14  secretarial help to do a lot of work.  And
15  more important, you can guide young
16  faculty, so you have better chances of
17  doing collaborative research and reaching
18  out to people.  So there are indirect and
19  direct benefits to research.
20      Q    It's an administrative job, is
21  it not?
22      A    It's administrative, but it's
23  also that you are representing the
24  flagship of Columbia University, and
25  you're representing your research.  That

Page 76

1          CONFIDENTIAL
2   comes together.  It means, when you are a
3   division chief, you generally have a
4   research program also with it.
5       Q    The reason I ask about your
6   interest is because looking back at a lot
7   of the e-mails in this case, my impression
8   was that you were focused, like a laser,
9   for most of the time in trying to maximize
10  your research time.
11          But taking on an administrative
12  function as division chief would cut into
13  your research time, would it not?
14          MR. JEREMIAS:  Objection to the
15      form.
16      A    Can you repeat that?
17      Q    Would taking on the position as
18  division chief cut into your research
19  time?
20      A    Not really.  If you balance
21  research -- because particularly, our
22  program was going to shift into
23  translation research, as I could foresee
24  it.
25          So you could actually help your

Page 77

1          CONFIDENTIAL
2   research by becoming a division chief
3   because you had certainly more accesses to
4   the ground forces to do clinical
5   translation and clinical research.  So in
6   the big picture of things, yes, there are
7   times when laboratory research is
8   important.
9          But now that we have already
10  developed drugs, and we are trying to
11  looking into clinical translation and
12  human devices, you know, you could do some
13  of the research, like Dr. ███ used to
14  do, in the operating room also.  So it
15  would work both ways.
16      Q    Dr. ███ also handled
17  administrative functions, did he not?
18      A    Yes.
19      Q    Do you know how much time he
20  spent on --
21      A    I have no idea.
22      Q    -- administrative functions?
23      A    I have no idea, because
24  Dr. ███ was virtually in every committee
25  of the department, so his was a

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL

Page 78

CONFIDENTIAL

2  disproportionate amount unrelated to neuro
3  also.
4      Q    So at the time you expressed an
5  interest, you didn't know how much time
6  would be required of you for the
7  administrative part of the job?
8      A    No.  I had a general idea of
9  what to do.  Most of the people are doing
10  scheduling, because I've seen Gene
11  Ornstein, what he does.  And occasionally,
12  you interview people, and you meet people
13  who are visiting in the department.  I do
14  not think it's a very large amount of
15  administrative time.
16      Q    And how were you harmed by not
17  being appointed division chief?
18      A    How was I harmed?  First and
19  foremost, all the future research that I
20  was planning to do, the books I was trying
21  to write, the program I wanted to develop,
22  all those things are now gone forever.
23      Q    Why?
24      A    Because I'll never be the
25  division chief again.  The post is already

Page 79

CONFIDENTIAL

2  given out.
3      Q    I'm not sure I follow.
4          Why was your not being appointed
5  to division chief relevant to the things
6  you just mentioned?
7      A    Because it would be very
8  difficult to now coordinate with other
9  junior faculty who are in the department,
10  because they are committed to their own
11  research lines, developing the next
12  generation of people.  It's much easier
13  for a division chief to nurture people
14  than somebody who is in the peripheral of
15  it.
16      Q    So not being division chief
17  prevented you from nurturing younger
18  scientists?
19      A    In some ways, yes.  Because the
20  next generation of people that are going
21  to take over would be affected in terms of
22  bringing people in.  Like, I've been
23  trying to bring people in neurosurgery,
24  because I don't have so much access to the
25  faculty over there in anesthesia.  And

Page 80

CONFIDENTIAL

2  that is one of the issues.
3          With regard to -- I did see the
4  recruitment package that was put together
5  for Dr. Paul Garcia.  I don't remember the
6  exact details, but it was a substantial
7  amount of money they were giving out for
8  developing the program.
9          And the other thing is, when you
10  look at the advertisement of division
11  chief, it promised a lot of funds for
12  developing programs, contrary to what
13  Dr. Brambrink mentioned in his testimony,
14  that you should have funding.
15          If you look at the advertisement
16  that is placed in the journal, there is no
17  mention of "that you should have funding."
18  In fact, it says that we will give you a
19  lot of funds to develop programs.  So that
20  is a financial loss.
21      Q    Is that a financial loss to you?
22      A    Well, if I was elected division
23  chief, some of the money could have come
24  to develop the program also.  There was no
25  mention in the advertisement of the

Page 81

CONFIDENTIAL

2  division chief that there should be
3  funding.  There is mention that funds will
4  be available for developing programs.
5      Q    But these funds are not going to
6  Dr. Garcia personally, right?
7      A    It's going to his research
8  program, to his lab.
9      Q    His research program?
10      A    Yes.
11      Q    And so if you had gotten the
12  position of division chief, it wouldn't
13  have benefited you personally; it would
14  have benefited your research?
15      A    It would have benefited my
16  research, could have.  I don't know what
17  the parameters are, but we are just
18  debating what was published in the
19  abstract -- in the advertisement.
20      Q    So you're relying on what was in
21  the advertisement as to what the financial
22  impact to your research would have been?
23      A    It could be.  You know, take the
24  whole package together.  It means it could
25  have been, had I been given a fair shot at

CONFIDENTIAL

Page 82

CONFIDENTIAL

1  the division chief position, which I did
2  not get for whatever reason.
3        My belief is it's because there
4  was bias against me for raising concerns
5  with ███████ research.  Now, had I
6  got that chance to be the division chief,
7  it would have helped me in many ways.
8        Look at the package of
9  recruitment they offered Dr. Garcia.
10 Instead of shutting down my lab, some of
11 that money could have helped me stabilize
12 my program, apply for new grants, get new
13 people involved, develop a new research
14 program.
15 Q    Why do you think Dr. Brambrink
16 was biased against you because of your
17 research misconduct complaint?
18 A    Well, I would have expected -- I
19 think I met Dr. Brambrink once before at
20 the SNAC meeting, and he came to me to
21 discuss something about opposites-related.
22 I may be wrong in this, because it's a
23 vague recollection.
24       But I am well known in the

Page 83

CONFIDENTIAL

1  neuroanesthesiology society, perhaps one
2  of the most prolific presenters in their
3  annual meeting.  And I would have expected
4  Dr. Brambrink to, at least, reach out and
5  talk to me in a fair way.  What are you
6  doing?  What is your research?  What are
7  your plans?  That did not happen.
8        What happened was, when do we
9  shut down your lab?  What are your plans
10 when you lose all the funding?  Right off
11 the bat, I was never given a fair chance.
12 Q    I guess my question is:  Why do
13 you attribute that to the research
14 misconduct complaint that you filed?  Did
15 he ever say to you I'm mad at you for
16 filing that research misconduct complaint?
17 A    To my best knowledge and belief,
18 Dr. Brambrink has never made any such
19 statements directly.  However, when I sent
20 him the paper about Dr. ██████, he did
21 not come back to me.
22       If I tell a chair that I brought
23 concerns about somebody's academic paper,
24 I would expect the chair to come back to

Page 84

CONFIDENTIAL

1  me and say what are those concerns?  What
2  is it that you are trying to tell me over
3  here?  Dr. Brambrink never did that, and
4  Dr. Emala also never did that.
5  Q    He never did what?
6  A    He never came back to me to
7  explain what the inconsistencies were in
8  Dr. ████ papers were.
9  Q    I'm going to say, yes, he did?
10 A    Absolutely not.  Absolutely not.
11 Absolutely not.  We had only one meeting
12 regarding Dr. ██████ papers, which was
13 the first and the only meeting, and
14 Dr. Emala has testified twice that he came
15 to me and asked about the control groups,
16 and he never raised the issue about
17 controls, period.
18       So whatever he is saying -- the
19 control problems were raised only after,
20 in the last year, after I met the
21 investigative team, when I found that even
22 the control group was not right.
23       At the time I talked to
24 Dr. Emala, e-mails clearly will show you

Page 85

CONFIDENTIAL

1  that what I was saying was that ████████
2  is claiming that he is doing this
3  extensive neurological testing in
4  critically ill patients.  These patients
5  have severe problems postoperatively.  And
6  he is reporting complete data sets.  This
7  is clinically and statistically
8  impossible.  That was my complaint.
9        What Dr. Emala has testified to
10 repeatedly over here is a frank, false
11 statement.  Now, he may be mistaken about
12 something, but the fact remains that
13 Dr. Emala never, never came back to me.
14 Q    Do you believe that Dr. Emala
15 has retaliated against you because of your
16 complaint of research misconduct?
17 A    Dr. Emala, as I said, was a
18 complex personality, so I'm not going to
19 judge him.  But we can only look at the
20 facts.  The facts are that when I raised
21 complaints about Dr. █████ papers,
22 nobody in the department ever reached back
23 to me, period.  That is -- those are the
24 facts.

22  (Pages 82 to 85)

CONFIDENTIAL

Page 86

CONFIDENTIAL

1     Q    When you first raised the issue
2 of research misconduct with Dr. Emala back
3 in the end of 2014, he offered to meet
4 with you?
5     A    Yes, after that meeting we had
6 at the end of December, early '15, which
7 was probably around Christmas time.  So
8 I'm not certain of the new year or -- that
9 was the only meeting we had, in his lab,
10 on the side room of his lab, in which I
11 explained what my concerns were.  But
12 after that, I got no feedback from Dr.
13 Emala.
14         In fact, Dr. ████ testified
15 that he didn't want to talk to me about
16 research, and he didn't want to give me
17 written e-mail responses.  But I had
18 offered Dr. ████ the opportunity to go to
19 Dr. Emala and to discuss his research and
20 come back to me, and I never got any
21 feedback.
22         You can see e-mail track after
23 e-mail track in which I've said please
24 explain this to me, CC Dr. Emala.  But

Page 87

CONFIDENTIAL

1 there was no response from Dr. ████ by
2 ████ -- by Chas Emala.
3     Q    Dr. ████ said I'd be happy to
4 meet with you, did he not?
5     A    Dr. ████ has a problem with
6 what he says in verbal communications.
7 This is documented in my e-mails in the
8 past.
9     Q    My question was:  Did he say to
10 you?  After you raised the issue with him
11 directly in December 2014, did Dr. ████
12 respond to you I'm happy to meet with you?
13     A    He said that in an e-mail.
14     Q    Yes.
15         Did you --
16     A    But I responded back to him.  I
17 said please do it in writing.  And the
18 reason I said that to him was primarily
19 because Dr. ████ said statements and then
20 denied it in the past.
21     Q    So you refused to meet with him?
22     A    No.  I told him -- I gave him
23 the option; if you want to do it, do it
24 through Chas Emala.  Let's settle it

Page 88

CONFIDENTIAL

1 through Chas Emala.  You explain it to
2 Dr. Emala, and Dr. Emala can explain it
3 back to me.
4     Q    Let's go --
5     A    So I gave him the chance of
6 doing it.
7     Q    Let's go back to where we
8 started this conversation, which was about
9 the division chief position.
10         And I was asking you why you
11 believe that Dr. Brambrink had a motive to
12 retaliate against you because of your
13 research misconduct complaint, and you
14 told me that you had sent him the
15 information about Dr. ████ and he did
16 not respond.
17         Was there any other thing
18 Dr. Brambrink did or said that led you to
19 think that his motive not to give you the
20 division chief position was based on the
21 fact that you had complained about
22 Dr. ████?
23     A    The fact of the matter is,
24 whenever I met Dr. Brambrink, prior to

Page 89

CONFIDENTIAL

1 even that meeting, in e-mail, he was
2 not -- he was telling me why didn't I work
3 with Dr. ████.
4     Q    He was telling you what?
5     A    He was, one, hostile toward me
6 in attitude.  He did not discuss research
7 with me, at any point in time, seriously.
8 He was focused only on the failures.  He
9 was trying to bring out negative things
10 about me.
11         And he had basically -- you
12 know, when I asked for division chief, he
13 didn't even talk about it.  It was just
14 off the bat, no.
15     Q    Other than that, do you have any
16 other basis to believe that his motive in
17 not giving you the division chief position
18 was your complaint against Dr. ████?
19     A    Absolutely.
20     Q    Yes?
21     A    I believe that if somebody in a
22 rational mind comes to you, as a colleague
23 from the same specialty, you will extend
24 the offer of listening to his side of the

23  (Pages 86 to 89)

CONFIDENTIAL

Page 90

CONFIDENTIAL

1        CONFIDENTIAL
2   story, rather than bang the door in his
3   face.  That is expected.
4        I know Dr. Brambrink mainly
5   through society.  We do not know
6   personally, but through society, we know.
7   If I make an allegation, and if I said
8   these papers -- and I deliberately did not
9   give an opinion, because I did not want to
10  bias him.  I wanted him to draw his own
11  conclusions.
12       And I gave him two start papers,
13  and the data from the two sets of papers
14  was so different that it was practically
15  irreconcilable.  One of the data sets has
16  to be seriously faulty.  it was like day
17  and night.  And he didn't even bother to
18  read it.
19       But then when we met him later
20  on August -- you know, the meeting in
21  August '16, he is overtly hostile toward
22  me, almost like being sarcastic.
23  Q    How would you describe his
24  personality, generally?
25  A    I have lost trust in my judgment

Page 91

CONFIDENTIAL

1        CONFIDENTIAL
2   of people in some ways.  He does look very
3   friendly.  He comes off friendly, but his
4   actions don't match what his appearance
5   is.
6   Q    When you sent Dr. Brambrink the
7   material about Dr. ▮▮▮▮ what did you say
8   in the e-mail?
9   A    I basically said that look, you
10  can trust these two papers and draw your
11  own conclusions.  I left it, because
12  Dr. Brambrink is on the editorial board.
13  He's a researcher.  He's a PhD.  When I
14  sent those papers, it should be obvious to
15  even a high school student that there's a
16  problem here.
17  Q    At the time, was your complaint
18  of research misconduct pending with the
19  committee?
20  A    I don't know.  This was in '16,
21  right?  In '16, what happened?
22  Q    You filed your complaint of
23  research misconduct in April of 2015, and
24  it was resolved in September of this year;
25  is that right?

Page 92

CONFIDENTIAL

1        CONFIDENTIAL
2   A    No.  But there were many
3   intervening steps, right?
4        So initially, Columbia
5   protracted a review process, a prereview
6   process, which lasted until December.  And
7   at that time, Dr. Wood was there.  And
8   then, I believe, in January of that -- in
9   December of that year, there was a formal
10  investigation, if I'm not misrecollecting.
11       Then, I think, in -- so in
12  August, this would be in the inquiry
13  phase, when they talk to you.  And that
14  was it.  At that time, it was still not
15  resolved.  It was still up there.
16  Q    It was still under review at the
17  time you sent this information to
18  Dr. Brambrink?
19  A    Yes.
20  Q    Did you want him to investigate
21  it?
22  A    I certainly wanted a chairman to
23  be curious about somebody very senior
24  having a problem, particularly when he's
25  recommending that Dr. ▮▮▮▮ -- you should

Page 93

CONFIDENTIAL

1        CONFIDENTIAL
2   have worked with Dr. ▮▮▮▮
3        If you make a statement of that
4   magnitude for a senior faculty, and you're
5   saying why didn't you work with Dr. ▮▮▮▮
6   that was my answer.  And he never followed
7   that up.
8   Q    Well, how long has there been
9   bad blood between you and Dr. ▮▮▮▮
10       MR. JEREMIAS:  Objection.
11  A    I do not know what you mean by
12  "bad blood."
13  Q    Can you --
14  A    If you --
15  Q    Tell me about your relationship
16  over time with Dr. ▮▮▮▮
17  A    There's a professional aspect of
18  the relationship, which comes with
19  clinical care of the patient and, you
20  know, working in the OR, helping in the
21  OR.
22       I'm generally considered to be a
23  very good guy in placing IV lines and
24  putting arterial lines, because I do a lot
25  of animal research.  So often, when other

24  (Pages 90 to 93)

CONFIDENTIAL

Page 94

CONFIDENTIAL
1. faculty members have problems, I step in
2. to help them out.  And whether it's ███
3. ███ or X-Y-Z, whoever is there, cardiac,
4. neuro, I just love helping out people in
5. the operating room.  So when it comes to a
6. professional relationship, I have no
7. problems with ███████.
8.         The only problem I had with him
9. was ████████ sometimes would, kind of,
10. put me down by loudly talking to me in
11. public.  And he knew I did not like that
12. interaction, so I would go out of my way
13. to avoid it, because it was more of a
14. put-down.  But even that, I said ████ that
15. it doesn't matter.  You and I can
16. communicate with e-mails.  We can sort the
17. issues out.  We can deal with things.
18.         And, in fact, you know, whenever
19. there was a problem in the -- related to
20. the patient, I would be the first one to
21. tell him, even before anybody would
22. communicate with him, ███ this happened.
23. Let's figure it out.  This was the
24. problem, right?

Page 95

CONFIDENTIAL
1.         So I had no problems
2. professionally, in some ways.  But at the
3. same time, personally, I did not trust
4. him.
5.     Q    And your lack of trust in
6. Dr. ████ goes back well before you filed
7. a research misconduct complaint against
8. him in 2015, right?
9.         MR. JEREMIAS:  Objection.
10.     A    It began when he had been
11. threatening me for raising issues
12. regarding nonclinical time, and then he
13. denied it.
14.     Q    When was that?
15.     A    That was 2006, 2007.  Somewhere
16. in that time frame.  Because that was
17. really hurtful to me because some of the
18. language he used was very, very harsh.
19.         But, you know, the fact that I
20. have a personal disagreement with somebody
21. does not mean our professional lives
22. cannot continue, and I want to make that
23. distinction.  So in the professional
24. world, I will definitely work with him.

Page 96

CONFIDENTIAL
1. But in the personal world, I keep away
2. from him.
3.     Q    You don't trust him; you think
4. he's a liar?
5.     A    I don't -- "liar" is a little
6. bit of a hard word, but I would not trust
7. anything he does.
8.     Q    It's your word.  I have some
9. e-mails --
10.     A    Yeah.  But I wouldn't trust
11. anything he does.
12.     Q    And the animosity between you
13. and Dr. ████ goes back to, like, 2005,
14. right?
15.     A    No.  It's not animosity in the
16. sense that it's, like, you know, it is --
17. because it's not facts-based.  You cannot
18. trust a guy who says I did this, and then
19. backs away with it.  It erodes your trust
20. in the person.
21.     Q    Let me go back to the division
22. chief position, just to exhaust that
23. issue.
24.         Anything else about your

Page 97

CONFIDENTIAL
1. interactions with Dr. Brambrink that led
2. you to believe that the reason you didn't
3. get the division chief position was
4. because you filed a complaint of research
5. misconduct against Dr. ████ other that
6. what you've already testified?
7.     A    I can't recall at this moment,
8. but I would look back and reflect upon it,
9. because we have interacted.  My main thing
10. was that he was very negative from the
11. get-go.
12.     Q    You've reflected upon this case
13. for a long time, haven't you?
14.     A    I have.  But in terms of
15. questioning, I -- you know, specifically
16. in an area, I have to think about it, if
17. there was any other interaction which I'm
18. missing at this point.
19.         MR. SCHILLING:  Exhibit 6.
20.         (Whereupon, Excerpt From
21.         Columbia University Faculty Handbook
22.         2008, was marked as Joshi Exhibit 6
23.         for identification, as of this date.)
24.     Q    Dr. Joshi, I'm handing you

25  (Pages 94 to 97)

CONFIDENTIAL

Page 98

CONFIDENTIAL
1          CONFIDENTIAL
2    what's been marked as Exhibit 6, which is
3    an excerpt from a Columbia University
4    Faculty Handbook, 2008.  The first Bates
5    number is CU12288.
6          Do you have that document in
7    front of you?
8       A    Yes.
9       Q    I'll represent to you,
10   Dr. Joshi, that the exhibit is an excerpt
11   from this bound book, which I'm holding in
12   my hand, which is a bound faculty
13   handbook, 2008.
14         I guess my first question is:
15   Have you ever seen this book that I'm
16   holding up?
17      A    It's in my office.
18      Q    How long have you had it?
19      A    I've had it for a while, since I
20   joined the faculty, perhaps.  Some version
21   of it.
22      Q    There was a prior version of
23   this.  This is dated 2008.  You joined in
24   1997.
25         Did you have both versions in

Page 99

CONFIDENTIAL
1          CONFIDENTIAL
2    your office?
3       A    No.  I never opened it.  It's
4    all online also.
5       Q    How was it made available to
6    you, the book?
7       A    I don't know.  It was lying in
8    my office.  I have no idea where it came
9    from.
10      Q    Had you ever picked it up?
11      A    No.  I think it might have been
12   in my mailbox, and I might have picked it
13   up from the mailbox.
14      Q    What do you understand this book
15   to be?
16      A    This book is, to what I
17   understand, the guiding principles of the
18   institution, what are the expectations of
19   the faculty and the institution,
20   operational aspects of the institution.
21      Q    If you turn ahead to the page
22   that's marked with the Bates stamp ending
23   in 518, do you see the Columbia University
24   Institutional Policy on Misconduct and
25   Research --

Page 100

CONFIDENTIAL
1          CONFIDENTIAL
2       A    Yes.
3       Q    -- is in this manual?
4       A    Yes.
5       Q    Were you aware that this policy
6    was in this book?
7       A    I don't recall.  I saw it,
8    basically, from the website.
9       Q    When was the first time you
10   ever -- or, I should ask, have you ever
11   read the Columbia University Institutional
12   Policy on Misconduct and Research?
13      A    Yes, I did.
14      Q    When was the first time you read
15   it?
16      A    I think I probably read it when
17   I was asked to testify in a case of
18   research misconduct.
19      Q    When was that?
20      A    That was when?  It was in 2007,
21   I think.  So either I saw it online or I
22   had read it somewhere at that time I was
23   supposed to be a witness in a research
24   misconduct investigation.
25      Q    And were you a witness?

Page 101

CONFIDENTIAL
1          CONFIDENTIAL
2       A    Yes, I was.
3       Q    Did you testify?
4       A    Yes.
5       Q    I guess I should have asked you
6    that at the outset.
7          How many times have you given
8    testimony under oath?
9       A    Just that time and what is
10   related to this issue.  There was -- I
11   don't know if it was a full testimony, but
12   it was testimony for my part.  I don't
13   remember that there was a court
14   stenographer or something.  I might not
15   have remembered it.
16      Q    In what --
17      A    But it was a formal
18   investigation into research misconduct.
19      Q    So this was a proceeding such as
20   Naomi Schrag's office conducts?
21      A    Yes, yes.
22      Q    And you provided information in
23   connection with that proceeding?
24      A    Yes.
25      Q    At that time, did you read this

26 (Pages 98 to 101)

CONFIDENTIAL

Page 102

CONFIDENTIAL
1              CONFIDENTIAL
2    policy?
3        A    Yes.  I think I read this
4    policy.
5        Q    And that was in 2007?
6        A    Yeah, 2007.  I think it was a
7    case involving Robert J. Frumento,
8    falsification of data.
9        Q    Involving?
10       A    Robert J. Frumento and Elliott
11   Bennett-Guerrero.
12       Q    Prior to 2007, had you ever read
13   this policy?
14       A    I don't think so.
15       Q    Other than when you read it in
16   connection with that matter in 2007, have
17   you ever read it since then?
18       A    No.  But we had a course,
19   which -- we had a managerial course, which
20   we have to take as part of Columbia
21   faculty training, because there were some
22   legal obligations for the university.
23            And as a part of that, there was
24   a slideshow in which -- not the research
25   misconduct policy, but, overall, the

Page 103

CONFIDENTIAL
1              CONFIDENTIAL
2    helpline and disclosure of concerning
3    activities.  You had to participate in
4    that course every time.
5            So part of the link on that,
6    they said this is your connection and
7    website, and that was also the other link
8    at that time, probably.
9        Q    Do you know whether or not, at
10   this time you joined Columbia in 1997,
11   there was a policy on research misconduct?
12       A    I have no idea, and there was no
13   need to look into it.
14       Q    If you go to the third page of
15   the exhibit with the Bates stamp 290,
16   there's language at the bottom of the page
17   that says "Reservation of University
18   Rights."
19            Do you see that?
20       A    Yes, I see that.
21       Q    The last sentence of that
22   reservation says, "The handbook is not
23   intended and should not be regarded as
24   a contract between the university and any
25   faculty member or other person."

Page 104

CONFIDENTIAL
1              CONFIDENTIAL
2            Did I read that correctly?
3        A    Yes.
4        Q    And have you ever seen that
5    language before?
6        A    No.  I saw it only after the
7    lawsuit was filed.
8        Q    After this lawsuit was filed?
9        A    Yes.
10       Q    Okay.
11       A    Because I have operated on the
12   website.  I downloaded files from the
13   website, which I sent to Columbia
14   University investigators, and there's no
15   disclaimer over there.
16       Q    There's not a disclaimer over
17   there?
18       A    No.  The printouts are
19   available, and documents that you can see.
20       Q    There's not a link to that
21   reservation right?
22       A    No, not if you download that
23   research misconduct policy.  You don't see
24   that disclaimer anywhere.
25       Q    The book on your shelf, would

Page 105

CONFIDENTIAL
1              CONFIDENTIAL
2    you agree with me it has the same
3    disclaimer language in it?
4        A    Yeah.  It probably does, but I
5    never looked at this.  And we are also
6    told that we operate at the highest
7    ethical standards, you know, and we are
8    supposed to follow the most idealistic way
9    of functioning.  So I have no reason to
10   even think that such a disclaimer would
11   exist with research misconduct.
12       Q    Well, it does, though, right?
13            MR. JEREMIAS:  Objection.
14       A    Well, not on the website.
15       Q    Not in what you looked at the
16   time?
17       A    Yes.  And what did I operate it
18   with?  Because I sent those same printouts
19   to Naomi Schrag.  When there was a delay,
20   the investigative delays, I sent a copy of
21   the research misconduct policy, which I
22   downloaded with highlights, questioning
23   where are we in this?  And you will not
24   see any disclaimer in that.
25       Q    But the university made

27  (Pages 102 to 105)

CONFIDENTIAL

Page 106

CONFIDENTIAL
1          CONFIDENTIAL
2  available to you a hard copy as well,
3  which has the disclaimer fairly
4  prominently on the second page?
5      A   Yeah.  But I --
6      MR. JEREMIAS:  Objection.
7      A   I didn't read that.
8      Q   Do you agree that it's fairly
9  prominent?
10     MR. JEREMIAS:  Objection.
11     A   I don't think so.
12     Q   Why not?
13     A   I never saw it.  And I don't
14  think in terms of the impact of research
15  misconduct that this is very evident.  If
16  it was so important, it would be on the
17  university website, which I downloaded.
18         And it wasn't there on the
19  university website that I downloaded,
20  period.  And you can see the printouts.
21  My operational parameters were from the
22  download of the university website.
23     Q   Do you have any doubt, looking
24  at this today, that this reservation of
25  rights applies to everything in this book?

Page 107

CONFIDENTIAL
1          CONFIDENTIAL
2      A   I have no idea of legal impact
3  of that.  These are the legal lawyers, and
4  they deal with that.
5      Q   I'm not asking for a legal
6  opinion.
7         I'm asking for you, as someone
8  who has this book on your shelf --
9      A   A book that --
10     Q   -- do you have any reasonable
11  doubt that this particular reservation of
12  rights applies to everything in this book?
13     MR. JEREMIAS:  Objection.
14     A   It's a book I have never read,
15  and I have no opinion of it.
16     Q   The book was made available to
17  you, and it was in your office when you
18  joined the university, yes?
19     A   I did join it, but this was
20  not -- at the same time, the Columbia
21  website was also letting you download the
22  policies, and that didn't have any waivers
23  on it.
24     Q   And if you're incorrect about
25  that, and the waiver was on the website,

Page 108

CONFIDENTIAL
1          CONFIDENTIAL
2  you would agree with me that that
3  reservation of rights was available to you
4  in that way as well, right?
5      A   The printout of my research
6  misconduct policy was made available to
7  Columbia.  If Columbia had any problems
8  with that, they should have come back to
9  me.  They did not.
10     Q   If I could direct your attention
11  to page 521 in the Bates number, which is
12  also 229 in the upper right-hand corner,
13  the page that begins "The Making of an
14  Allegation."
15         Do you have that in front of
16  you?
17     A   Yeah.
18     Q   Paragraph 3 says, "In the event
19  that the concerns of any individual are
20  not resolved informally to the
21  satisfaction of such individual, such
22  individual may make a formal allegation of
23  research misconduct (an allegation).  Any
24  allegation shall be made in writing and
25  delivered to the chair of the standing

Page 109

CONFIDENTIAL
1          CONFIDENTIAL
2  committee or the EVPR."
3         Did I read that correctly?
4      A   Yes.  Let me go through which
5  step it is.  Yes.
6      Q   Did you make an allegation, as
7  that term was defined in that paragraph,
8  on April 3, 2015?
9      A   Yes.
10     Q   Had you ever made an allegation
11  prior to April 3, 2015 with regard to
12  Dr. ▮▮▮▮▮▮
13     A   No.  The only thing was, this
14  was a follow-up of the conversation that
15  began in December of '14.
16     Q   And in that at that time, you
17  were not able to resolve it formally to
18  your satisfaction, the allegations, right?
19     A   They didn't come back to me,
20  neither him or Chas Emala, so it was not
21  to my satisfaction.
22     Q   They didn't come back to you at
23  all?
24     A   They did not come back to me at
25  all.

                    28  (Pages 106 to 109)

CONFIDENTIAL

Page 110

CONFIDENTIAL
1        CONFIDENTIAL
2     Q     They didn't offer to meet with
3  you?
4     A     I sent multiple e-mails to
5  Dr. ███ and Dr. Emala was Ccd.
6     Q     And they didn't offer to meet
7  with you?
8     A     The only time we met was the
9  first time.
10    Q     My question was: Did they
11 offer?
12    A     No, not after this initial
13 communication.  That's it.
14    Q     Their initial communication to
15 you offered to meet with you, yes?
16        MR. JEREMIAS:  Objection.
17    A     I asked him.  He said he wanted
18 to meet.  I wanted to have it in writing,
19 because he has changed his opinions
20 several times.
21    Q     All right.  We'll go through the
22 e-mails in a second.
23        If you turn to page 522, under
24 section G, the inquiry phase, number 1 --
25 do you have that front of you?

Page 111

CONFIDENTIAL
1        CONFIDENTIAL
2     A     Yes.
3     Q     The first sentence, which I'm
4  not going to read because it's really
5  long, basically says that the chair of the
6  standing committee shall notify, among
7  others, the complainant of the filing of
8  the allegation.
9        Do you see that?
10       I'm paraphrasing.
11    A     No.  I just want to read it
12 carefully.  "In selecting preliminary
13 reviewers" -- is that your line -- "the
14 chair of the standing committee should" --
15 which line is it that you are asking me
16 about?
17    Q     The first line is talking about
18 notice, a complainant is given notice by
19 the chair of the standing committee, and
20 you're the complainant with respect to
21 Dr. ███ correct?
22    A     Yeah.
23    Q     Did the chair of the standing
24 committee, in fact, give you notice?
25    A     Yes.  That was the letter that

Page 112

CONFIDENTIAL
1        CONFIDENTIAL
2  was sent to me in December of '15.
3        MR. SCHILLING:  I'd ask the
4  court reporter to mark this as
5  Exhibit 7.
6        (Whereupon, E-mail, Dated
7  December 29, 2015, was marked as Joshi
8  Exhibit 7 for identification, as of
9  this date.)
10 BY MR. SCHILLING:
11    Q     Dr. Joshi, I'm handing you a
12 document that's been marked as Exhibit 7,
13 which was previously marked at Naomi
14 Schrag's deposition as 34.  It begins with
15 a Bates stamp 2455, and it runs through
16 2459.  And the top page is a December 29,
17 2015 e-mail.
18       Do you have that in front of
19 you?
20    A     Yeah.
21    Q     Turning to the third page of
22 this document, with the Bates stamp 2457
23 at the bottom of the right-hand corner, is
24 this a letter that was sent to you on
25 December 29, 2015 by David Strauss, the

Page 113

CONFIDENTIAL
1        CONFIDENTIAL
2  cochair of the committee on the conduct of
3  research?
4     A     I think so, yeah.
5     Q     Did you receive this letter?
6     A     Yes.
7     Q     The next letter is a letter of
8  the same date to Dr. Wood.
9        Do you see that?
10    A     Yes.
11    Q     Do you know whether or not
12 Dr. Wood, prior to December 29, 2015, had
13 noticed that you had filed a research
14 misconduct complaint against Dr. ███
15    A     Do I know that?  Dr. Emala is
16 supposed to report to Dr. Wood.  Dr. Emala
17 did discuss matters with Dr. ███
18 Dr. ███ is very close to Dr. Wood.  It
19 would be impossible that Dr. Wood did not
20 know about the lawsuit -- the complaint.
21    Q     Do you have any personal
22 knowledge as to whether or not Dr. Wood
23 was aware that you had filed a research
24 misconduct complaint in April of 2015,
25 prior to December of 2015?

29  (Pages 110 to 113)

CONFIDENTIAL

Page 114

```
 1            CONFIDENTIAL
 2      A    It is logical to assume that she
 3  knew about this matter very early on in
 4  the process.
 5      Q    I didn't ask you if it was
 6  logical to presume.  I asked you if you
 7  had personal knowledge.
 8      A    Not at the time.  But since
 9  then, I've seen e-mails that Dr. Wood was
10  aware of what was happening.
11      Q    Did you tell Dr. Wood that you
12  had filed a research misconduct complaint
13  against Dr. ████
14      A    No, I didn't.  But I told it to
15  Dr. Chas Emala, who was the vice chair for
16  research and in the chain of command.
17      Q    But you didn't tell Dr. Wood
18  personally?
19      A    No, I didn't, because Dr. Emala
20  is the main guy.
21      Q    Turning to the next page of the
22  manual, with the Bates stamp at the bottom
23  right-hand corner of 523, focusing on
24  paragraph 5.
25           Do you have paragraph 5 in front
```

Page 115

```
 1            CONFIDENTIAL
 2  of you?
 3      A    Uh-huh.
 4      Q    It talks about a draft written
 5  report defined as an inquiry report.
 6           Do you see that?
 7      A    Yes.
 8      Q    Second sentence, the paragraph
 9  says, "The preliminary reviewers shall
10  also provide the complainant with copies
11  of those portions of the inquiry report
12  relevant to the complainant."
13           Do you see that?
14      A    Uh-huh.
15      Q    Were you provided with portions
16  of the draft inquiry report with respect
17  to your complaints?
18      A    I had received, I think, two
19  letters.  One was a preliminary letter,
20  which said that an inquiry had been
21  committed -- completed.  And then a second
22  letter, which followed a few days later,
23  which had seven pages, and some of them
24  seemed to be excerpts of the report.
25           MR. SCHILLING:  Exhibits 8 and
```

Page 116

```
 1            CONFIDENTIAL
 2  9.
 3           (Whereupon, Letter, Dated
 4  December 5, 2016, was marked as Joshi
 5  Exhibit 8 for identification, as of
 6  this date.)
 7           (Whereupon, Report, was marked
 8  as Joshi Exhibit 9 for identification,
 9  as of this date.)
10  BY MR. SCHILLING:
11      Q    Dr. Joshi, I've placed in front
12  of you, first, a document marked as
13  Exhibit 8, which is a letter to you from
14  Michael Klein, director of research
15  compliance, dated September 6, 2015, and
16  it was previously marked as Schrag 39.
17           Do you have that document in
18  front of you?
19      A    (No verbal response.)
20      Q    Do you have that document in
21  front of you?
22      A    Yes.
23      Q    The letter?
24      A    Yes.
25      Q    What is this document?
```

Page 117

```
 1            CONFIDENTIAL
 2      A    This document is informing me --
 3  this is a September 5th document informing
 4  me that they have -- the inquiry phase is
 5  completed, and then if I have any
 6  comments, I need to comment about it.
 7      Q    Did you receive that letter?
 8      A    Yes.
 9      Q    What is Exhibit 9?
10      A    Exhibit 9, I think this is a
11  full report that came.  I stand corrected.
12  At some point, they send a preliminary
13  report draft, and then they send a second
14  report draft.  And the second letter that
15  I got, I got the report.
16      Q    And Exhibit 9 is a draft inquiry
17  committee report?
18      A    Yes.
19      Q    So do you believe this was
20  not -- Exhibit 9 was not attached to
21  Exhibit 8; you received that subsequent to
22  Exhibit 8?
23      A    It could be.  There were two
24  letters.  I don't remember the time frame.
25      Q    Okay.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL

Page 118

CONFIDENTIAL
1         CONFIDENTIAL
2      A    In one, I got just the
3    preliminary excerpts.  And the other one,
4    I got the full package.  So whether it
5    came in the same letter, I'm not sure.
6      Q    So at some point, you received
7    Exhibit 9 --
8      A    Yeah.
9      Q    -- from the Office of Research
10   Compliance?
11     A    Exactly.
12     Q    Did you have an opportunity to
13   review and comment on Exhibit 9?
14     A    Yes.
15     Q    Did you provide comments, in
16   fact?
17     A    Yes.
18     Q    To your knowledge, is Exhibit 9
19   an excerpt or is it the complete --
20     A    No, it's an excerpt.
21     Q    There's more to this report?
22     A    Definitely.  Because it cites
23   documents that are not here.
24     Q    Turning your attention back to
25   the policy, page 525, and it has a Bates

Page 119

CONFIDENTIAL
1         CONFIDENTIAL
2    stamp of 233, at the top section, it says
3    "The Adjudication Phase"?
4      A    Yes.
5      Q    Above that, there's a
6    paragraph 7.
7         Do you see that?
8      A    Paragraph 7, yes.
9      Q    It makes reference to promptly
10   providing the complainant written
11   notification of its decision, the standing
12   committee's decision.
13        Do you see that?
14     A    On 7?
15     Q    Yes.
16     A    "Standing committee may accept,
17   reject or modify recommendations," is that
18   what you are referring to?
19     Q    Yes.
20        And it refers to, then, promptly
21   providing the complainant and others with
22   written notice of its decision?
23     A    Yeah.
24     Q    Do you see that?
25     A    Yeah.

Page 120

CONFIDENTIAL
1         CONFIDENTIAL
2      Q    Did you, in fact, receive notice
3    of the decision from the standing
4    committee in September of this year?
5      A    Now, this is the inquiry phase.
6    That is the investigative phase.  Those
7    are different documents.  Those are
8    different committees.
9      Q    What was the document you
10   received in September of this year?
11     A    That is the investigative phase
12   of the investigation.  This was -- let me
13   go back and check where we are, because --
14   so this is the investigative phase.  Okay.
15   You are right.  This is pertaining to the
16   investigative phase.  Yes, I did get a
17   document.
18        MR. SCHILLING:  10.
19        (Whereupon, Letter, Dated
20      September 6, 2019, was marked as Joshi
21      Exhibit 10 for identification, as of
22      this date.)
23   BY MR. SCHILLING:
24     Q    Dr. Joshi, I'm handing you
25   what's been marked as Exhibit 10, which is

Page 121

CONFIDENTIAL
1         CONFIDENTIAL
2    a letter to you, dated September 6, 2019.
3         Do you see that?
4      A    Yes.
5      Q    What is it?
6      A    It is the final report that was
7    sent to me by the standing committee.
8      Q    Did you receive this in
9    September of 2019?
10     A    September of 2019, yes.
11     Q    I take it from your complaint
12   that you thought that the investigation
13   proceeded too slowly; is that right?
14     A    Yes, certainly.
15     Q    Have you been harmed by the pace
16   of the investigation of your complaint?
17     A    Everybody is harmed with any
18   delay of that kind, seriously.
19     Q    Tell me about how you were
20   harmed.
21     A    Because your credibility of your
22   allegations is gone, although this is a
23   confidential process.  It begins --
24   initially, the department knew that I had
25   made complaints about ███████, and it

31  (Pages 118 to 121)

CONFIDENTIAL

Page 122

CONFIDENTIAL
1           CONFIDENTIAL
2  created a very hostile environment in some
3  ways with the -- with me interacting with
4  people.
5       I could feel it, because the
6  neuroanesthesia team certainly knew about
7  it.  And I have spent many sleepless
8  nights with these delays, because to me,
9  the concept of raising genuine concerns,
10  the errors in ▮▮▮▮ paper are so gross
11  and so outlandish. And the delays were,
12  like, totally unimaginable.
13       I'll give you an example.
14  Before I made a complaint to Dr. ▮▮▮ I
15  wrote my concerns to two editors of
16  serious scientific journals.  And within
17  hours of that, hours of that, they said
18  this is wrong, and one of them said send
19  this to ORI.  This was within minutes of
20  sending e-mails.  This was in December, I
21  think, of 2014.
22       And then when Columbia was not
23  proceeding with the investigation, I got a
24  status station to review the data, and the
25  status station gave me a report right

Page 123

CONFIDENTIAL
1           CONFIDENTIAL
2  away, that there are serious problems in
3  this data set.
4       And Columbia itself, with its
5  vast infrastructure -- I repeatedly told
6  them I'm being hurt, and I'm under stress,
7  and my nonclinical time is affected.  I've
8  been getting punitive assignments.  I
9  chose not to act.
10       They dragged it out, until in
11  November, I could take it no more, and I
12  reached out to ORI, and I gave ORI the
13  timeline.  And within minutes of that,
14  virtually within days of that, Columbia
15  launched a formal investigation.
16  Q   That was in December of 2015?
17  A   Yes.
18  Q   How else have you been injured
19  by the pace of the investigation?
20  A   The last four years have been
21  sheer hell for me.
22  Q   Why?
23  A   Because when you make an
24  allegation against your mentor, who has
25  powerful connections, who sits in every

Page 124

CONFIDENTIAL
1           CONFIDENTIAL
2  committee of the department, who has
3  powerful political influence across
4  departments, who has coauthored papers
5  with the chair of neurosurgery -- which
6  are now under question -- vice chair of
7  neurosurgery -- which are now under
8  question -- all senior vascular surgeons
9  in the department, it's not a light thing
10  to do.  And you face that stress every
11  night you go to sleep, every single night.
12  Q   Is there any other way that
13  you've been harmed by the pace of the
14  investigation?
15  A   Absolutely.  This litigation --
16  my reputation has been destroyed.
17  Q   By the pace of the
18  investigation?
19  A   By what was permitted during
20  this time.  For the last four years, this
21  thing has not before resolved.  It took
22  four years for Columbia to resolve this
23  matter, in which they did, and very
24  controversially.
25       We have challenged this report.

Page 125

CONFIDENTIAL
1           CONFIDENTIAL
2  There are scientific issues with this
3  report that has been given over here,
4  serious scientific issues, which are
5  totally inconsistent with the past
6  retraction policies of the department --
7  of the university.  Scientific issues.
8  I'm not dealing with administrative
9  issues.  Columbia took one year, one year,
10  to release this investigative report.
11       Where is that report?
12       This is the report they gave
13  after one year of investigations.  You
14  would think this would be a very
15  profoundly detailed, sophisticated report.
16  Not one paper -- not one paper -- not one
17  paper in this table, master CONSORT table,
18  presents accurate data.  Not one paper.
19       They found a paper in which ▮▮▮
20  ▮▮▮ was given every opportunity to
21  correct his data.  His lawyers had
22  intervened.  The data didn't match the
23  published results.  They couldn't.  And
24  they refused to investigate it further.
25  This is what the inquiry report was

32  (Pages 122 to 125)

CONFIDENTIAL

Page 126

CONFIDENTIAL

1  saying.
2      Imagine what stress you go
3  through when you make an allegation, and
4  you're faced with this sham investigation,
5  totally, scientifically, a sham
6  investigation.
7      Q    Who conducted the sham
8  investigation?
9      A    The university.
10      Q    Did they conduct a sham
11  investigation in retaliation against you?
12      A    No.  I don't know what their
13  purpose is.  But definitely, the sham
14  investigation hurt me.
15      Q    Did it hurt you financially?
16      A    Absolutely.  This lawsuit, so
17  far, has cost me half-a-million dollars.
18  So far, half-a-million dollars, paid in
19  cash.
20      Q    Other than what you've incurred
21  to your lawyers, have you been harmed
22  financially by the pace of the
23  investigation?
24      A    Think of my reputation.

Page 127

CONFIDENTIAL

1      Q    I'm not asking about your
2  reputation.  I'm asking about financially.
3      Have you been injured
4  financially as a result of the pace of the
5  investigation?
6      A    My promotion was delayed.  The
7  joint appointments were delayed.  My
8  research lab has been basically shut down.
9  ████ had not been hurt because of this
10  delay.  Had this been resolved in the time
11  frame before Margaret Wood and ██████
12  retired, the situation would have been
13  very different.
14      Q    Why?
15      A    Because we would be able -- the
16  new chairman would not have been
17  influenced by it.  Not only have I been
18  the damaged in the past, but I will
19  continue to have damage forever in the
20  future.  Forever permanent damage.
21  Permanent damage to my reputation.
22  Permanent damage to my employment.
23  Permanent damage to my division chief
24  position.  Permanent damage to my

Page 128

CONFIDENTIAL

1  research.
2      Q    With respect to your reputation,
3  the process is confidential, is it not?
4      A    The process is not confidential
5  in the initial stages.  And the e-mails
6  that Dr. ██████ sent out described me
7  as this crazy guy, this troubled -- this
8  problem.  This guy -- slanderous e-mails;
9  calling me a liar to other people, telling
10  people that I would get rid of this
11  institution if I had my chance.
12      And the guy's data doesn't add
13  up.  The guy's data simply doesn't add up.
14  He is lying in every single paper,
15  scientific paper.
16      Q    And you're angry about that?
17      A    No, I'm not angry.  I'm
18  passionate about it, because I feel it.
19  Because I feel as a son of a scientist who
20  had seen academic corruption in India, it
21  deeply hurts me.  It's not external anger.
22  It's internal anger I have, that I feel.
23      I have seen what corrupt science
24  means.  My father was one of the founders

Page 129

CONFIDENTIAL

1  of grain revolution in India, and he was
2  known for his integrity in science.  When
3  he took over, there was famine in India.
4  Famine in India.  I have seen beggars in
5  streets of New Delhi, begging at
6  foreigners with tin cans.
7      And today, you see these plump
8  Indians.  Obesity is the problem.  Why?
9  Because there were scientists who produced
10  data and grain.  See the -- see the curve
11  of how grain output in India has
12  increased.  And my father was one of the
13  key players in that.
14      So I know what data means.  I
15  know was good science means.  And that is
16  what it hurts.  It's not my anger.  It's
17  my passion.
18      Q    You're not angry at ██████?
19      MR. HYMAN:  Objection.
20      A    I'm not angry.  I feel bad about
21  it.  It's a sad story, that somebody so
22  senior has to do this to get a
23  publication.
24      Q    I take it you're not happy with

33  (Pages 126 to 129)

CONFIDENTIAL

Page 130

CONFIDENTIAL
2 the results of the investigation?
3      A    I have my concerns.  Look, it is
4 what it is.  We are given a set of cards
5 to play with, and we will try to figure
6 out what happened, where.  That is how the
7 reasoning works.
8      Q    Now that the committee has come
9 down with its decision that was conveyed
10 to you, is it over?
11      A    We have written to the Office of
12 Research Integrity, who has oversight of
13 these investigations.
14      Q    So you're not willing to accept
15 the outcome of the process?
16      A    We have raised our concerns.
17 It's up to the people and powers that be
18 to deal with it.  It's not our decision.
19      Q    Who, outside of the university
20 and outside of ORI, knows about your
21 complaint against Dr. ████?
22      A    Nobody I know.  It's just
23 between ORI and the university that I
24 know.
25      Q    So when you're talking about

Page 131

CONFIDENTIAL
2 your reputation, you're talking about your
3 reputation within the university?
4      A    No.  But Dr. ████ has reached
5 out to Bill Denair (phonetic) and other
6 people.
7      Q    To whom?
8      A    Bill Denair (phonetic) and other
9 people in his e-mails.  He has reached out
10 to Shafer and Pamela Flood in other
11 universities to build a case of harassment
12 against me.
13      Q    Who else outside of the
14 university knows about it?
15      A    Those are the only people I
16 know.
17      Q    Did you ever talk to anybody
18 outside the university about --
19      A    No, not about this case.
20      Q    Let me finish my sentence.
21      Other than counsel, who have you
22 spoken to outside of the university about
23 that fact that you filed a research
24 misconduct complaint against Dr. ████?
25      A    I did not talk of a research

Page 132

CONFIDENTIAL
2 misconduct complaint.  Dr. Hartman, who is
3 one of the people who reviewed ████
4 papers, was one of the people I said that
5 promotion-related issues came up, so he
6 was informed of the lawsuit going on.
7 That's the only external thing I've done
8 in terms of this thing.
9      I respect the confidentiality of
10 the procedure.  But at the same time, the
11 confidentiality becomes a huge burden for
12 a complainant also, when it drags out.
13 And it hurts deeply and profoundly.  You
14 said that I am angry at ████████.
15      I have not forgotten that --
16      Q    I'm just asking --
17      A    -- when my son was born, ████
18 ████ gave me the playpen.  And I will
19 never forget that.
20      So while I'm angry about the
21 science part of things, it is because I
22 feel that this corruption should not
23 happen.  And if people think that I'm
24 personally angry about it, and I'm
25 personally angry about it, I feel more

Page 133

CONFIDENTIAL
2 sad.
3      Because I saw these things
4 happen when I was growing up as a child.
5 I saw research corruption.  People used to
6 come to my house to verify that my father
7 is not attending the meetings so bogus
8 data could be pushed up.  My father's life
9 was threatened because he refused to
10 falsify results.  So that is what hurts
11 me.
12      Please, don't get it wrong.
13 Nobody spends half-a-million dollars'
14 worth of savings.  Because the system
15 hurts you, and the corruption of the
16 system hurts everybody.  I'm sorry.
17      Q    Don't be sorry.
18      MR. SCHILLING:  Let's take a
19 half an hour.
20      (Thereupon, a recess was taken,
21 and then the proceedings continued as
22 follows:)
23      MR. SCHILLING:  11.
24      (Whereupon, E-mail, Dated
25 December 19, 2014, was marked as Joshi

34  (Pages 130 to 133)

CONFIDENTIAL

Page 134

1        CONFIDENTIAL
2     Exhibit 11 for identification, as of
3     this date.)
4   BY MR. SCHILLING:
5     Q    Dr. Joshi, I've placed in front
6   of you a copy of the amended complaint in
7   this action, which states at the top that
8   it was filed in August 31, 2017.
9          Do you have that in front of
10  you?
11    A    Yes.
12    Q    Have you ever seen this document
13  before?
14    A    Yes.
15    Q    There was an original version of
16  this complaint that was filed in June of
17  2017.
18         Did you read that version?
19    A    I don't recall the specifics,
20  but I did see it at the time.
21    Q    Did you review both complaints
22  before they were filed?
23    A    Yeah.  In general, I discussed
24  it with my legal team and reviewed it with
25  them.

Page 135

1        CONFIDENTIAL
2     Q    If I could direct your attention
3   to page 9 of the document, which is -- and
4   specifically to paragraph 32, under the
5   heading "Dr. Joshi's Report of Research
6   Misconduct."
7     A    Yes.
8     Q    The second sentence of
9   paragraph 32 says that in December of
10  2014, based on your good faith concerns as
11  to the reported data, you "approached the
12  faculty member in order to explore and
13  resolve the issues."  It goes on.
14         Do you see that?
15    A    Yes.
16    Q    I'm showing you what's been
17  marked as Exhibit 11, which appears to be
18  an e-mail from you to Dr. ████ dated
19  December 19, 2014, the subject,
20  "Confirmation."
21         Do you have that in front of
22  you?
23    A    Yes.
24    Q    Do you recognize this as an
25  e-mail you sent to Dr. ████ on December

Page 136

1        CONFIDENTIAL
2   19th?
3     A    Yes.
4     Q    Is this the approach referenced
5   in paragraph 32 of the complaint, when it
6   says that in December of 2014, you
7   approached the faculty member?
8     A    Probably.  But it could be that
9   I sent something to Chas and Ccd ████
10  ████ at around the same time.  But yes,
11  this is the gist.  This was the main
12  answer I was seeking from him at that
13  time.  When you do your cognitive testing
14  in somebody who has brain surgery, you
15  cannot have a complete data set, because
16  there are complications, period.  And that
17  is the answer I was seeking.
18    Q    I don't mean to cut you off, but
19  only because I want to make sure we keep
20  the deposition moving so you don't have to
21  come back a second day.
22         My only question is whether or
23  not this e-mail was the approach
24  referenced in the paragraph.
25    A    Yes.  One of the e-mails that

Page 137

1        CONFIDENTIAL
2   was sent at that time.
3     Q    Do you recall reaching out to --
4   when it says you approached the faculty
5   member, did you approach Dr. ████
6   exclusively through e-mail?
7     A    Yes.  And I think on one
8   occasion, we passed in the operating room.
9   At that time, I asked him.  I don't
10  exactly remember what I asked him, but
11  basically I was asking him have you
12  responded to that e-mail, or something,
13  that I sent to you?
14    Q    What did he say to you?
15    A    I don't think he answered it, or
16  I don't recall if he said anything.
17    Q    Other than that, did you have
18  any conversations in person with Dr. ████
19  in December of 2014?
20    A    I don't recollect.  But specific
21  to this, if it was verbal questioning of
22  the data, I did ask him once.
23    Q    When you passed him in the
24  hallway?
25    A    Yes.  And it was -- I don't know

35 (Pages 134 to 137)

CONFIDENTIAL

Page 138

CONFIDENTIAL
1
2 whether he said I'll respond, or something
3 like that, and that was it.
4     Q    Paragraph 34 on the next page of
5 the complaint, it says, "Thereafter,
6 Dr. Joshi further sought to resolve" --
7     A    Which --
8     Q    I'm sorry.  Paragraph 34,
9 page 10.
10     A    Yeah.
11     Q    The very top of the page.
12     A    Yeah.
13     Q    That paragraph reads,
14 "Thereafter, Dr. Joshi further sought to
15 resolve the contradictions and
16 discrepancies he had found through
17 colleagues on the neuroanesthesia team,
18 and then with the vice chair for
19 department research, Dr. Charles Emala,
20 all with no response and no correction or
21 the resolution of the disputed data."
22     Did I read that correctly?
23     A    Yes.  And that is what I was
24 telling you, that they didn't come back to
25 me.  The sequence of this is a little bit

Page 139

CONFIDENTIAL
1
2 mixed up.
3     Q    I only asked if I read it
4 correctly.
5     A    Yes, you did.
6     Q    When he references in the second
7 line of paragraph 34, "colleagues on the
8 neuroanesthesiology team" --
9     A    They're the senior members of
10 the neuroanesthesia team, Gene Ornstein
11 and Mitch Berman, who have been long-term
12 participants, Chas Emala.  So those were
13 the people there.
14     Q    So you spoke in --
15     A    This was e-mail Ccd.
16     Q    E-mail Ccd in or around --
17     A    At that same time.
18     Q    -- December --
19     A    Because it was Christmas time,
20 and it was -- not everybody is there in
21 person.
22     Q    Other than Gene Ornstein and
23 Mitch Berman, anybody else you're
24 referring to as "the colleagues" here?
25     A    I don't recall right now, but it

Page 140

CONFIDENTIAL
1
2 was all the senior people that were in the
3 neuroanesthesiology group.  I think that
4 is probably the most I remember right now.
5     Q    Why were you reaching out to the
6 senior team in the neuroanesthesiology
7 group?
8     A    Because this was so obvious.  He
9 had just won an award.  And I had asked
10 him for clarification, and he was not
11 resolving it.  And then I found that what
12 my concerns were were only growing over a
13 period of time.
14     So I thought he will be able to
15 answer it, and other people might see the
16 same problem that I was seeing with the
17 data.  Because all of us are academic
18 anesthesiologists, so I also wanted to get
19 an opinion of what other people are
20 feeling about this data, because it's so
21 wrong.
22     Q    Did anybody give you their
23 opinion at this time?
24     A    No.  I think they were -- like,
25 they weren't even concerned about it.

Page 141

CONFIDENTIAL
1
2 They didn't seem to -- Gene Ornstein felt
3 that there's nothing there.
4     Q    So Gene Ornstein reviewed your
5 concerns and found that there was nothing
6 there?
7     A    Yeah.  He was -- I don't know
8 how seriously he looked at it.  Because I
9 tabled everything, and it was all black
10 and white.  Or he was just rhetorically
11 dismissing it.  I didn't know of it.  But
12 from a scientific point of view, I don't
13 think he took a serious insight into that
14 at all.
15     Q    And why did you raise it with
16 him?
17     A    Because he's also an academic
18 anesthesiologist.  He's a colleague that
19 knows all of us, together.  We worked
20 together very closely.  It means, this
21 dispute aside, we are there together all
22 the time in the operating room.
23     Q    But you were going to him with
24 your concerns about Dr. ████ research.
25     Were you concerned at all about

36  (Pages 138 to 141)

CONFIDENTIAL

```
                              Page 142
 1            CONFIDENTIAL
 2   Dr. ████ reputation?
 3       A    No.  These are issues -- at that
 4   time, it was just a pure academic issue.
 5   What is happening over here?  What is the
 6   deal?  Can we resolve this?  There was no
 7   goal that this would escalate so far.  It
 8   was just like hey, have you read this
 9   paper?  This paper is funny.
10       Q    But Dr. Ornstein didn't think it
11   was?
12       A    No.  He didn't take it
13   seriously.  It means, I think he said he
14   was -- like, I don't remember what the
15   exact nature of his interaction was or his
16   comments were.  So I said to him look.
17   Look at the data.  What is he saying?
18            And it was more like when you
19   read a scientific paper.  We shared it
20   amongst each other, and that was the level
21   of that.  Nobody expected this to escalate
22   this far.
23       Q    But it was you who escalated it,
24   right?
25       A    No.  Why would I do it if my
```

```
                              Page 143
 1            CONFIDENTIAL
 2   questions were answered?  My questions
 3   were never answered.
 4       Q    They're not answered to this
 5   day, are they?
 6       A    Well, I don't say so.  So some
 7   of the things have been cleared.  And some
 8   of the things, we have understood.  But we
 9   haven't looked at the data set, and we
10   don't know what the truth is, the data in
11   its entirety.  But we definitely know that
12   the data was overstated.
13       Q    Dr. Ornstein gave you the advice
14   to move on, didn't he?
15       A    Yes.  He didn't feel that this
16   was significant at all.
17       Q    And he --
18       A    That was my impression.  It
19   means, I'm paraphrasing.
20       Q    And the end of paragraph 34,
21   after saying you raised this with Gene
22   Ornstein and Mitch Berman --
23       A    And Dr. Emala.
24       Q    -- and Dr. Emala, you write "all
25   with no response."
```

```
                              Page 144
 1            CONFIDENTIAL
 2       Do you see that?
 3       A    Yes.
 4       Q    Dr. Ornstein did respond to you,
 5   didn't he?
 6       A    No, in regard to the scientific
 7   concerns that I was raising.  What I was
 8   saying was I had raised scientific
 9   concerns, and they did not respond in
10   terms of scientific concerns that I was
11   raising.
12       Q    That's not what this says.  It
13   says there was no response, as if they
14   didn't get back to you at all.
15            Am I reading that incorrectly?
16       A    That was my interpretation of
17   it.
18       Q    Okay.
19            Next paragraph, paragraph 35,
20   says, "Since Dr. Joshi had no response
21   either from the faculty member or the vice
22   chair of department research, Dr. Joshi
23   raised his serious concerns with
24   Columbia's office for research.  And on
25   April 3, 2013, Dr. Joshi filed a formal
```

```
                              Page 145
 1            CONFIDENTIAL
 2   complaint."
 3       Do you see that?
 4       A    Yes.
 5       Q    So this allegation is that
 6   neither Dr. ████ the faculty member nor
 7   Dr. Emala had responded to your concerns,
 8   right?
 9       A    Yeah.
10       Q    And that's not true, if by
11   "response," you mean "got back to you,"
12   right?
13       A    Yes.  In the scientific
14   questions I was asking -- in terms of the
15   scientific questions I was raising.
16            In fact, before this e-mail was
17   sent to the university, I sent out a
18   separate e-mail to Chas Emala and ████
19   ████ saying look, if you don't want to
20   talk to me, talk to Chas Emala.  And if
21   you don't do that, I'll raise it to the
22   university.
23            So I gave them both chances.
24   And when they did not respond to either of
25   my comments -- there was no response from
```

37  (Pages 142 to 145)

CONFIDENTIAL

Page 146

```
1            CONFIDENTIAL
2  these guys.  I gave them another chance
3  before I left it up to the university, in
4  writing.  So they didn't respond to that.
5  And then only after I didn't get a
6  response did I file it with the
7  university.
8        MR. SCHILLING:  12 and 13.
9        (Whereupon, E-mail, Dated
10  December 20, 2014, was marked as Joshi
11  Exhibit 12 for identification, as of
12  this date.)
13        (Whereupon, E-mail Exchange,
14  Dated December 17, 2014, was marked as
15  Joshi Exhibit 13 for identification,
16  as of this date.)
17  BY MR. SCHILLING:
18     Q    Dr. Joshi, I've placed in front
19  of you what's been marked as Exhibit 12,
20  which appears to be Dr. ███ reply to
21  your e-mail of December 19th, 5:00 p.m.
22  It appears to be replied at 1:34 in the
23  morning on the 20th.
24        Do you have that in front of
25  you?
```

Page 147

```
1            CONFIDENTIAL
2     A    Yeah.
3     Q    Dr. ███ writes, "Happy to
4  discuss with you, ███ "
5        Do you see that?
6     A    Yeah.
7     Q    Where was his office in relation
8  to yours?
9     A    Oh, very far away.
10    Q    How far?
11    A    We are in totally different
12  buildings.  He is six floors away from me,
13  and we don't interact.  No way we can
14  interact, except in the operating room.
15    Q    But the geography wasn't the
16  reason why you didn't discuss it with him?
17    A    No.  I needed a written answer
18  from him.
19    Q    Why?
20    A    Because in the past, he has
21  denied saying statements that he made.
22  And what I was asking was a very simple
23  yes/no question.  All the people
24  communicated the data set.  My thing was
25  with data completion.
```

Page 148

```
1            CONFIDENTIAL
2        See, whenever you undergo
3  surgery, you have postoperative
4  complications.  You can never do complete
5  cognitive testing.  It's impossible to do
6  that.  And if somebody claims that I did
7  cognitive testing in all of the 411
8  patients, there has to be a good reason
9  for doing it.
10        And all I asked was did you do
11  cognitive testing on day one on these
12  patients?  Which is impossible.
13  Clinically, it is impossible.  And he said
14  let's -- happy to discuss.  I said look,
15  all I want is a yes/no answer.  Did you do
16  that?
17        And I wanted it in writing
18  because in the past, he has denied what he
19  has said.  And that is why I didn't go for
20  a discussion.  And I gave him the option,
21  if you don't want to discuss it with me,
22  discuss it with Emala, and talk to me
23  subsequently.
24     Q    Well, he said he would discuss
25  it with you; it's you who said you don't
```

Page 149

```
1            CONFIDENTIAL
2  want to discuss it with him?
3     A    No.  I said give it in writing.
4  Say yes or no.  There's no discussion
5  involved over here.  It means, all I'm
6  asking is a yes or no question.
7     Q    And if you would have gotten a
8  yes or no answer, that would have been
9  sufficient for you?
10    A    Yes.  If he had given me yes,
11  everybody was completed, then I know he's
12  lying because it's impossible to do it.
13    Q    So if it's impossible to do it,
14  why were you asking him?
15    A    Because I needed to know what he
16  was saying in the paper.  In the paper, he
17  was saying, very clearly, all patients
18  completed neurocognitive testing on day
19  one.  That is the statement in the paper.
20    Q    And if he said yes, you were
21  going to assume he was lying?
22    A    Yeah.  So I knew it was a
23  serious then.
24    Q    So what if he said it was no?
25    A    Well, then we would have a
```

38  (Pages 146 to 149)

CONFIDENTIAL

Page 150

CONFIDENTIAL
1
2  discussion and see what it is, why he
3  writing the statement, which is totally
4  false.
5      Q    It is true, is it not, that in
6  response to your December 19th e-mail,
7  Dr. ███ offered to discuss it with you;
8  yes or no?
9          MR. JEREMIAS:  Objection.
10         MR. SCHILLING:  What is
11  objectionable about that?
12         MR. JEREMIAS:  The form.
13         MR. SCHILLING:  In what way?
14  Can you read it back, please.
15         (Record read.)
16         MR. JEREMIAS:  The objection
17  stands.
18         You can answer the question.
19      A    So my response was, knowing the
20  background of ███ --
21      Q    I asked you a yes or no
22  question, Doctor.
23         Can you answer it yes or no?
24      A    No.  It's not a complete
25  statement you're making.  I'm willing to

Page 151

CONFIDENTIAL
1
2  discuss it by e-mail, not verbally.
3      Q    So you conditioned the
4  discussion in the manner in which it would
5  be discussed?
6      A    Yes.
7      Q    Okay.
8      A    Because I didn't trust him in
9  verbal response.
10     Q    Turning to Exhibit 13, do you
11  have that in front of you?
12     A    Yes.
13     Q    Is this a e-mail exchange
14  between you and Dr. Emala?
15     A    Yes.
16     Q    On December 17th, yes?
17     A    Yes.
18     Q    In your e-mail at the bottom,
19  you make reference to having been advised
20  by a "senior faculty member" to let this
21  go.
22         Who was that?
23     A    This was Dr. John Pile-Spellman.
24  He was a radiology chief who had done
25  research with ███ and me, long-term.  He

Page 152

CONFIDENTIAL
1
2  knew both of us.  So this was very early
3  stages of this whole discussion.
4         And I was trying to figure out
5  what is wrong over here.  It means, the
6  data looked so wrong to me, and the
7  statement looked so outrageous.  So I
8  asked him, and basically the belief was
9  that research fraud is rampant.  You know,
10  just give it up.
11     Q    That's what he said?
12     A    No.  That's what the inference
13  was over here.  He just said let it go,
14  because he --
15     Q    What did he actually say to you?
16     A    He basically responded saying
17  look, let this go.  That's it.
18     Q    So he didn't comment on the
19  merits of your allegation or not?
20     A    No.  Dr. Spellman and I have had
21  long discussions about research integrity
22  and science and things like that, and he
23  was of the opinion that research fraud is
24  very rampant in the universities.
25     Q    Did he tell you that with

Page 153

CONFIDENTIAL
1
2  respect to Dr. ███?
3      A    No.  He said let it go.  He said
4  don't work on it.
5      Q    So with respect to your
6  allegations with Dr. ███ Dr. Spellman
7  didn't comment on the merits; he just said
8  let it go?
9      A    Yeah.  I think we had a phone
10  conversation about this.
11     Q    I'm sorry if you said this
12  already, but Dr. Spellman is with?
13     A    He's at Northwell Park right
14  now.  He used to be at Columbia.
15     Q    Okay.
16         In response to your e-mail of
17  December 17th, Dr. Emala writes, "Let's
18  meet to discuss."
19         Do you see that?
20     A    Yeah.
21     Q    Did you agree to discuss it with
22  Dr. Emala at that time?
23     A    Yes.  I was -- I actually went
24  out to discuss it.  Initially, I said
25  look, let's have a clear thing.  What he's

39  (Pages 150 to 153)

CONFIDENTIAL

Page 154

CONFIDENTIAL

1          CONFIDENTIAL
2    saying is -- I do not trust ████
3    personally, so I wanted him to intervene
4    and figure out what the truth is.
5        Q    But you wrote back to him,
6    "There is nothing to discuss"?
7        A    Yeah, because it's a
8    black-and-white statement.  It's not
9    something that involves a decision.  The
10   statement was I did neurocognitive testing
11   in all the patients, and I was challenging
12   the validity of that statement.
13         It's a very straight question.
14   It's like, is this day or night?  The
15   answer is yes or no.  That's all I wanted.
16   So that is why there is no discussion
17   here.  We have to establish whether a
18   factual statement was true or not.
19       Q    Well, Dr. Emala didn't think it
20   was that straightforward, did he?
21       A    I don't know.  I don't know what
22   happened.  Because later on, when we went
23   to Chas Emala, certainly Chas Emala's
24   subsequent thing means he didn't even
25   grasp what I was saying, the control group

Page 155

1          CONFIDENTIAL
2    thing.  I never raised control group
3    things.  His testimony from that time is
4    totally confusing to me now.
5        Q    Going back to the complaint, you
6    said in the complaint that you filed with
7    the court, you had no response -- in
8    paragraphs 34 and 35, no response from the
9    vice chair for the department of research,
10   Dr. Emala.
11         That's not true, is it?
12       A    Again, it was a conditional
13   response.  What I was expecting was a
14   scientific discussion, and that didn't
15   happen.  The scientific questions -- I was
16   focused on the scientific part of the
17   thing, not a physical response, let's do
18   this and let's do that.  I was asking
19   whether the statement made was accurate or
20   not, and the scientific part of it.  So
21   that is -- it's that statement.
22       Q    Would you agree with me that as
23   written in the complaint, it's misleading?
24       A    I wouldn't say "misleading."
25       Q    Doesn't it --

Page 156

1          CONFIDENTIAL
2        A    I would say that from the
3    scientific point of view, that was my
4    understanding of it, and this is how I
5    interpreted the statement.  This is new to
6    me, the way you're interpreting it.  I
7    still thought, in my terms, that I was
8    raising a scientific query.  The
9    scientific query was never answered.  That
10   is the whole universe.
11         When you ask a simple question
12   in science, did you do this, yes or no,
13   that answer, I didn't get.  And to that
14   end, that was the basis of my statement.
15   So I do not think I was misleading or
16   misstating the facts.  But my
17   interpretation of the statement was based
18   on scientific reasoning.
19       Q    Neither of them ignored your
20   questions; they both offered to meet with
21   you, yes?
22       A    And I did meet with them.
23       Q    Right.
24       A    I did meet with Dr. Emala.
25       Q    When was that?

Page 157

1          CONFIDENTIAL
2        A    That was after whenever he said.
3        Q    And before April 3, 2015?
4        A    Yeah, yeah.  It was around
5    January.  You know, end of December,
6    January, I had a whole long meeting with
7    them about the papers.
8        Q    And what was the outcome of that
9    meeting?
10       A    He said he would discuss it and
11   then never came back.
12       Q    He never gave you his views one
13   way or another?
14       A    No, absolutely not.  He never
15   responded scientifically to any concerns I
16   raised, neither did ██████.  Other
17   than this line, that I'd be happy to
18   discuss, which had conditions, and I said
19   let's do it in writing, there was no
20   response when it came to scientific
21   arguments.
22         Did I send them a lot of e-mails
23   after that?  Because as I read more
24   papers, more concerns kept on coming.  I
25   sent them e-mails.  Now, could they have

CONFIDENTIAL

Page 158

```
 1            CONFIDENTIAL
 2   sent back some e-mails saying this, that
 3   and the other?  That's different.  But the
 4   scientific issues were not addressed.
 5       Q    Is it a fair statement,
 6   Dr. Joshi, that you became obsessed with
 7   this issue?
 8       A    No.
 9            MR. JEREMIAS:  Objection.
10       A    There are a lot of other things
11   that are going on at the lab at the same
12   time.  A lot of other projects are going
13   on at the same time.  This is not an
14   obsession completely.  But I was
15   certainly upset with the way people were
16   not seeing the problem.
17            MR. SCHILLING:  14.
18            (Whereupon, E-mail Exchange,
19       Dated December 19, 2014, was marked as
20       Joshi Exhibit 14 for identification,
21       as of this date.)
22   BY MR. SCHILLING:
23       Q    Dr. Joshi, I've placed in front
24   of you a document marked as Exhibit 14,
25   the top of which is an e-mail from you to
```

Page 159

```
 1            CONFIDENTIAL
 2   Dr. Emala, December 19, 2014.
 3            Do you have that in front of
 4   you?
 5       A    Yeah.
 6       Q    In the first sentence of your
 7   e-mail to Dr. Emala, you say, "Forget
 8   this.  I'm obviously pissed with ███ for
 9   threatening my job, insulting me in 2007,
10   and then lying about it, and so I see all
11   of his actions in that light."
12            Do you see that?
13       A    Yes.
14       Q    What did you mean by that?
15       A    So when ███ threatened my job
16   and then retracted by saying "I never said
17   these things," it had lowered my
18   confidence in him.  That is why I wanted
19   him to give written answers.  And my trust
20   was gone.
21            And my wife was saying don't do
22   this.  Forget it.  You know, this would be
23   stressful to you.  And I was going back
24   and forth on it.  And I was in this
25   situation.  Should I through this?  Should
```

Page 160

```
 1            CONFIDENTIAL
 2   I consider this?
 3            And then over a period of time,
 4   I was seeing more and more and more
 5   papers.  What began with just a statement
 6   in a paper soon escalated to a pattern in
 7   several papers.  So the situation kept on
 8   changing.
 9            So, you see, you have to see it
10   in the timeline of events.  Like, when
11   this thing was initially there, it was
12   just hey, what happened here?  Why did you
13   do this?  Is this statement true or false?
14   And then you see more papers and more
15   papers and more papers showing the same
16   patterns.  So the thing was changing.
17       Q    But that's not what you write
18   here.  You wrote, "I'm obviously pissed at
19   ███ for threatening my job, insulting me
20   in 2007, and then lying."  I asked you
21   earlier if you were angry at Dr. ███.
22            This makes it seem like you're
23   angry at Dr. ███, no?
24       A    No.  Look, "angry" is not the
25   right word to use.  I was concerned about
```

Page 161

```
 1            CONFIDENTIAL
 2   his truthfulness.
 3       Q    You were pissed at him?
 4       A    Yeah.  Like, look, the guy has
 5   lied to me before.  Now I'm asking him a
 6   simple question -- yes or no, did he do
 7   it -- and he's being evasive.
 8       Q    He's not being evasive.
 9            He offered to meet with you, and
10   you didn't meet with him?
11       A    Yeah, because I don't trust him.
12   I wanted a written answer, and he had not
13   given me that.
14       Q    Isn't it true, Dr. Joshi, that
15   what you wanted from him was some document
16   you could then say uh-huh, I got you?
17       A    In science, it's truth.  It's
18   not "got you."  It's truth.  If you are
19   making up data, you have to have some
20   consequences for that.  You can't just
21   report things, because it hurts the other
22   guy behind you.
23            You may get away with it, but
24   the other guy who is doing research in the
25   same field is suffering.  So you have to
```

41  (Pages 158 to 161)

CONFIDENTIAL

Page 162

```
 1            CONFIDENTIAL
 2  have some modicum of truth behind it.  I'm
 3  sorry.  It's -- I've come to realize truth
 4  doesn't matter.
 5       Q    So in December of 2014, were you
 6  angry with Dr. ████
 7       A    No.  I was doubting his
 8  truthfulness.
 9       Q    You weren't pissed with him,
10  even though you wrote in the e-mail --
11       A    Yeah.  There are always
12  relations of "pissing."  The word
13  "pissing" is like -- everybody, kind of,
14  says hey, I'm pissed off at this, you
15  know.
16            But at that point, I was just
17  seeing the data integrity.  This is in the
18  very early stages, when I have not even
19  formed a definite opinion.  I'm seeing
20  statements that are blatantly false, and
21  he is not giving me a yes or no answer to
22  his statement that he has quoted.
23       Q    He insulted you in 2007, and
24  you're still pissed about it in 2014?
25       A    What would you think if somebody
```

Page 163

```
 1            CONFIDENTIAL
 2  tells you that your academic career is
 3  over, you have dug your grave, you are --
 4  go and see a shrink?  You know, all these
 5  terms, they are hurtful terms.
 6            And you can see my e-mails.  I
 7  have never used disparaging remarks about
 8  him, except for being factually incorrect.
 9       Q    We have a lot of e-mails to go
10  through, Dr. Joshi.
11       A    All right.  I've tried to be
12  respectful, whenever it was possible.
13       Q    Is that true in the e-mails
14  you've written over the years with respect
15  to Dr. ████ that you've been trying to
16  be respectful?
17       A    As much as I can.
18       Q    Okay.
19            So where did we come out?  In
20  December of 2014, were you pissed with
21  Dr. ████ or not?
22       A    I was concerned about his
23  research, big-time.
24       Q    That wasn't my question.
25       A    That's it.  If you interpret
```

Page 164

```
 1            CONFIDENTIAL
 2  that as -- that was my --
 3       Q    I'm just asking you about the
 4  words you use in the e-mail, Doctor.
 5       A    No.  "Pissing" is a low-grade
 6  level of listening.  I was certainly
 7  concerned.  It's not that I was angry with
 8  him in physical ways, but I just wanted to
 9  get to the truth of the statement.
10            MR. SCHILLING:  15.
11            (Whereupon, E-mail, Dated
12       December 26, 2014, was marked as Joshi
13       Exhibit 15 for identification, as of
14       this date.)
15  BY MR. SCHILLING:
16       Q    I'm showing you Exhibit 15.
17  It's an e-mail from Dr. Emala to you,
18  dated December 26, 2014.
19            Do you have that in front of
20  you?
21       A    Yeah.
22       Q    He writes, "I think the issues
23  you raised can cannot be addressed
24  adequately in an e-mail exchange.  I am
25  available to meet next week to discuss."
```

Page 165

```
 1            CONFIDENTIAL
 2            Do you see that?
 3       A    Yes.
 4       Q    So Dr. Emala did not agree with
 5  you that these issues could be resolved in
 6  an e-mail exchange alone, right?
 7       A    That was his interpretation of
 8  what I was saying.  From my point of view,
 9  I wanted a straightforward starting
10  question; is the statement made by you in
11  this paper correct or not?  In the
12  totality of the papers together, yes,
13  there is a lot of discussion; why you did
14  it, what are the things.
15            Initially, I wanted a yes or no
16  answer.  That is what I was asking
17  Dr. ████  With regard to Chas, when he
18  said that I would meet you, I met him the
19  very next time in a meeting.  So we went
20  ahead and met with him, and we discussed
21  the papers.
22       Q    How would you describe your
23  relationship with Dr. Emala?
24       A    I think it's a complex
25  relationship.  As you can see from my
```

42  (Pages 162 to 165)

CONFIDENTIAL

Page 166

CONFIDENTIAL

1   e-mails, I describe him that he has been
2   my pillar of support, because I have
3   always expected him to support me.  And he
4   has supported me over time, participated
5   in research.  He has come to my house.  He
6   has met my family.  He even helped me buy
7   the house when I bought the house.  So I
8   always trusted him.
9       At the same time, since that
10  time, I've read e-mails in which he had
11  been, frankly, hostile to me and very
12  negative about me.  So I can't -- that's
13  why I said in the beginning that one of
14  the -- look what happened to me, because
15  of Chas Emala.
16      The new chairman comes in.  I
17  write to him a letter, in which I raised
18  ████████ concern.  The next e-mail --
19  so the chairman forwards that e-mail to
20  Dr. Emala with the words saying that as
21  the wise chairman of research, tell me,
22  what is the right thing to do?
23      And Emala writes back, I've
24  heard all these things before, for many

Page 167

CONFIDENTIAL

1   years.  This guy has been uniformly
2   negative.  He's not getting up with that
3   program.  He needs to find what he has to
4   do.
5       And at the same time, they're
6   corresponding with each other, planning
7   for the meeting for Dr. Brambrink, which
8   is to follow subsequently.  And then
9   Dr. Brambrink concludes from all this
10  discussion -- assuming that there were not
11  other inputs to Dr. Brambrink -- that this
12  guy is a highly disgruntled employee.
13      So I don't know how to take Chas
14  anymore.  And that is why when I said my
15  trust in people has been shaken, that is
16  the reason I am saying this.
17  Q    Because the e-mails that he
18  wrote to Dr. Brambrink, which you've seen
19  as a result of this litigation --
20  A    No.  I --
21  Q    -- questioned his support for
22  you?
23  A    No.  I didn't expect it.  I
24  always thought he was a guy who was a true

Page 168

CONFIDENTIAL

1   scientist, who had been trusted in
2   research, who had been trusted in, you
3   know, concerns that you raise.
4       Scientifically, this guy is a
5   good scientist.  And when you have
6   black-and-white statements which are
7   incompatible, incompatible -- you know, he
8   is then writing to Dr. Brambrink that, you
9   know, this guy is very negative.
10  Q    Do you think what he wrote to
11  Dr. Brambrink was said in bad faith?
12      MR. HYMAN:  Objection.
13      MR. JEREMIAS:  Objection.
14  BY MR. SCHILLING:
15  Q    You can still answer.
16  A    Okay.  So --
17      MR. SCHILLING:  I'll state it
18  differently.
19  Q    When Dr. Emala communicated with
20  Dr. Brambrink about you and your
21  complaints, do you feel that he was lying
22  about what he truly believed?
23  A    No.  I think what it is is that
24  any scientific concern raised in the

Page 169

CONFIDENTIAL

1   department is taken very negatively.  Any
2   scientific concern.  Historically, any
3   time you raise a scientific concern in the
4   department --
5       And there are serious research
6   misgivings in this department.  This
7   department does not have a stellar record
8   of research, and people have been
9   retaliated against for raising concerns.
10  I'm not the only one.
11  Q    I'm asking just about Dr. Emala
12  at the moment.
13  A    Yes, because Dr. Emala is the
14  vice chair of research, and he did not
15  take action.  If I have a scientific
16  concern and I raise it to Dr. Emala, it
17  becomes Dr. Emala's responsibility to
18  either convince me or follow it through or
19  give me an explanation.
20  Q    So do you leave open the
21  possibility that Dr. Emala could have a
22  difference of opinion with you?
23  A    Yeah, certainly.  But he should
24  come and explain it to me.

43  (Pages 166 to 169)

CONFIDENTIAL

Page 170

CONFIDENTIAL
1
2     Q    Did he?
3     A    No, he didn't.  Not after we had
4  the meeting, never.  And the explanation
5  he has given in his two testimonials here,
6  that my concerns were related to the
7  control group, is not what I'm asking.
8          The questions we have read are
9  related to 411 patients with complete data
10  sets.  It's a complete net of data sets.
11  You just showed me the final report.  And
12  in that, the second part of the research
13  misconduct thing, was ███ recklessly --
14  where is that report?  Where is that
15  report?
16          Read what the ad hoc committee
17  found in the context of his grant
18  application, that he was recklessly
19  overstating the completeness of his data.
20  That was my concern, and it should have
21  been apparent to anybody who was looking
22  at this paper that there is something
23  really wrong in the way the data is
24  presented.
25          And Dr. Emala never looked at

Page 171

CONFIDENTIAL
1
2  those papers, because what he is saying is
3  the control group.  The control group
4  became an issue only later on, when we
5  realized that ███ control group was --
6  after these documents were found from New
7  York State Psychiatric Institute, where we
8  got access to internal information as to
9  how Columbia conducted that investigation.
10  The control group was not even at the same
11  time as it was claiming to be
12  contemporaneous.  There were all sorts of
13  problems in the data.
14     Q    Do you think that Dr. Emala
15  retaliated against you?
16     A    Absolutely.
17     Q    How?
18     A    This is a statement he is making
19  to the new chairman, who doesn't know me
20  at all.  That this guy is a troublemaker,
21  sort of.  You can read the gist of his
22  e-mail that he sent to Dr. Brambrink after
23  I raised concerns about Dr. ███ paper,
24  and after Dr. Brambrink tells him "What is
25  your opinion about this?"

Page 172

CONFIDENTIAL
1
2     Q    Who within the department of
3  anesthesiology do you believe retaliated
4  against you?
5     A    I believe it was orchestrated by
6  the department, the --
7     Q    I want to get names.
8     A    Names?  Dr. ███, Dr. Chas
9  Emala, Dr. Margaret Wood, Dr. Brambrink.
10  Those are the people in the department.
11     Q    Anybody else?
12     A    These are the main characters.
13  They have total control over me.
14     Q    When you say "the main
15  characters," I want to make sure I ask you
16  about all of the people that you believe
17  retaliated against you.
18     A    No.  I think these are the main
19  people.  Maybe somebody else did, you
20  know.  Like, I don't know.  But these are
21  the main people.
22     Q    There's nobody --
23     A    And as a result of that, I
24  believe that also affected people in the
25  neurosurgery department, because

Page 173

CONFIDENTIAL
1
2  Dr. ███ coauthors were all from the
3  department of neurosurgery.
4     Q    You mentioned earlier that
5  Dr. ███ had received an award for his
6  papers?
7     A    Yes.
8     Q    What was that?
9     A    That is why I got to know his
10  research.
11     Q    That's why what?
12     A    That's how I got to read his
13  papers.  So Dr. ███ -- we have a
14  departmental research award for clinical
15  and basic sciences, and Dr. ███ had won
16  the award.  Until then, I had
17  spectacular -- I may have disagreements
18  about ███ about administrative
19  issues, but when it came to research, I
20  trusted his research.
21          Until that point in December, I
22  had no reason to suspect his research.  He
23  had an exceptionally good, large group of
24  people doing the research, and I was very
25  positive about that research.  And you can

44  (Pages 170 to 173)

CONFIDENTIAL

Page 174

CONFIDENTIAL

1       look it any way you want.
2           When I saw the paper, and I saw
3       this claim that all 411 patients completed
4       neurocognitive testing, it was then that
5       the red flags went up.
6           Q    What was the name of the award
7       that Dr. █████ received?
8           A    It's a clinical -- the
9       department's annual clinical research
10      award.
11          Q    Have you ever received that
12      award?
13          A    I got the basic science award.
14          Q    Did you ever receive
15      the award --
16          A    No.  I got a clinical award
17      years ago.  2005, I won it.
18          Q    Did you receive the same award
19      as Dr. █████?
20          A    Well, yes.  It's the same award.
21      But years ago, 2004 or something.
22          Q    Do you like Dr. ██████
23      personally?
24          A    I have mixed feelings about it.

Page 175

CONFIDENTIAL

1       I actually see all of this as a bigger
2       problem in research integrity, and I feel
3       that people become victims of this culture
4       of publications and pushing data to get
5       publications.
6           Q    What is ECT?
7           A    ECT is electroconvulsive
8       therapy.
9           Q    What does that mean?
10          A    Well, when people are severely
11      depressed or they are, like, paralyzed
12      with something called catatonia, they pass
13      electric currents in the brain, and they
14      shock them.  And we give anesthesia so
15      that the procedure can be safely done.
16          Q    Do people refer to that as
17      "shock treatment"?
18          A    Yeah.  It's electroconvulsive
19      therapy.
20          Q    And you have to get anesthesia
21      for that?
22          A    Yeah.
23          Q    Are you trained to do that?
24          A    I do that.

Page 176

CONFIDENTIAL

1           Q    When did you first do ECTs at
2       Columbia?
3           A    At Columbia, we never -- I
4       became a faculty, you know.  When I was --
5       I don't remember the exact date, but I had
6       done ECT before.  I didn't do ECT during
7       my K08 years, as far as I recollect, but I
8       did ECT after the K08 until 2013 -- 2012
9       or 2013.  Somewhere around that area.
10          And then I was insisting I
11      shouldn't do ECT, because my lab and my
12      research had become laboratory-related,
13      not clinical.  And when you do laboratory
14      research, you cannot plan your
15      experiments, because ECT was counted as a
16      half-clinical day.
17          And you don't know how many
18      patients show up on an ECT, so there is no
19      advanced schedule, so you can't plan.  You
20      know, you go there, and there might be 15
21      patients; or you go there, and there are
22      three patients.  But you can't say "I'm
23      going to do a lab experiment tonight."
24          And then one of the problems in

Page 177

CONFIDENTIAL

1       our department, which has been a bone of
2       contention, is that we have two schedules.
3       We have the clinical schedule for the day,
4       and we have a call schedule after 4:00.
5       And they are different schedules.
6           So the call schedule, when it
7       kicks in -- so supposing you are doing ECT
8       and it's been a long day, and you've had
9       13 patients, and at 2:00, you finish, at
10      4:00, you start your call.  So that gives
11      you no research time whatsoever.
12          Q    During the time that you had the
13      K08, you had 75 percent protected time?
14          A    Yes.
15          Q    So during that time, you didn't
16      do ECTs, right?
17          A    Yeah, as far as I recall.
18          Q    So I just want to get the time
19      period.
20          A    Yes.  It was until 2006.
21          Q    Right.  So the K08 ends in 2006.
22          Do you remember that month?
23          A    It was February.  Approximately
24      February.

45 (Pages 174 to 177)

CONFIDENTIAL

Page 178

CONFIDENTIAL

1          CONFIDENTIAL
2      Q    So from approximately February
3  of 2006 until 2012, you were in the
4  rotation to do ECTs?
5      A    Yes.  And I was wanting to come
6  out after my R01 grant got funded in 2008,
7  but they were not acting on it.  And then
8  I got a second R01 in, I think, 2010, if
9  I'm not mistaken, that I didn't do ECT.
10         And once I had that grant
11 funded, I was off the ECT rotation on my
12 request, because it's difficult to do
13 research on that day.
14     Q    So at the time that you got the
15 second R01, you still had the first R01,
16 yes?
17     A    Yeah.
18     Q    And so you had 60 percent
19 protected time?
20     A    Yes.
21     Q    So at that point, when you had
22 two R01 grants, you requested not to do
23 ECTs, right?
24     A    Right.
25     Q    Who did you ask?

Page 179

1          CONFIDENTIAL
2      A    I think I raised it with ███
3  ███ at that time, and it took some time
4  for doing it, but then I was taken off the
5  ECT rotation, I think, in 2011, 2012.  I'm
6  talking approximate time periods.
7          There was no correlation between
8  grant starting and grant ending, but as a
9  general correlation that we are
10 establishing.  Because I don't know the
11 dates exactly when what happened.
12     Q    So did it matter to your request
13 to stop doing ECTs that you had gotten
14 this second R01?
15     A    Yeah.  But the ECT load at that
16 time was relatively light as compared to
17 the load now.  So the ECT workload had
18 changed dramatically over the years.
19         So when I was away, previously
20 ECT was a light day, and you would, kind
21 of, do some work or something.  But it was
22 still a problem because of the
23 unpredictable nature of the number of
24 patients that were showing up for the
25 procedure.

Page 180

1          CONFIDENTIAL
2      Q    Are you able to approximate how
3  many times you've been assigned to ECT
4  between 2006 and 2012?
5      A    That would be difficult.  The
6  only quantitative data I have seen was
7  that released by the department.  There
8  was a table that was produced of ECT from
9  2014, which is the pre-███ period, to
10 2016, mid-2016.  That is the only
11 quantitive data I've seen, which is in one
12 of our depositions.
13     Q    During the period of 2006 to
14 2012, did you view it as part of your job
15 responsibilities to do ECT?
16     A    Look, if the chairman wants you
17 to do it, you will do it.  But usually all
18 researchers were exempt.  Particularly
19 those doing lab research were exempt from
20 doing ECT.  So it wasn't that everybody
21 did ECT.
22         ECT was a privilege, which
23 clinical guys prefer to do it more because
24 it's a slightly late start.  And, you
25 know, it's an unpredictable period.  But

Page 181

1          CONFIDENTIAL
2  the clinicals, they don't have commitment
3  in the lab.  So, like, Mitch Berman likes
4  to do ECT.
5      Q    Some people like to do it, and
6  some people don't like to do it?
7      A    Yes, because it's their nature
8  of work.  If I'm going to do lab research,
9  it becomes a big burden on me.  But if
10 you're not lab research and you're just
11 clinical, then it doesn't matter.  When it
12 finishes, you go and do other things.  You
13 have more flexibility.
14     Q    Did you ever get feedback from
15 anyone with respect to your skills or
16 abilities in doing ECT?
17     A    I -- they generally like what I
18 do, but most people in neuro like what I
19 do.
20     Q    Who's the "they" in that?
21     A    The ECT people.  I've done ECT
22 in other countries, you know, like Britain
23 and other places.  So I get along well
24 with those people, so it's not a big deal.
25     Q    Physically, do you do ECTs at

46 (Pages 178 to 181)

CONFIDENTIAL

Page 182

CONFIDENTIAL

1    the New York Psychiatric Institute?
2        A    Yes.  And also in another
3    hospital.  There are two venues in which
4    we do it.
5        Q    I saw from the e-mals that there
6    was an issue with respect to whether or
7    not you had to get your privileges
8    reinstated.
9        A    Yeah.
10       Q    Could you tell me how that
11   works?
12       A    So it was very strange.  Most
13   researchers who are doing lab research,
14   and those that are NIH funded, were given
15   the option of not doing ECT, because there
16   are other clinical faculty who generally
17   prefer doing ECT.
18       Q    I'm just asking about the
19   mechanics of it.
20       A    No.  I'm telling you the whole
21   thing.  So what happened after that,
22   suddenly I was told that I've got to do
23   ECT.  This is soon after I filed the
24   complaint about ████████.

Page 183

CONFIDENTIAL

1        And I reminded him that I don't
2    have privileges, you know, because you
3    have to get it in another institute to do
4    it.  And I was already put on schedule,
5    without even having my privileges.
6    Getting privileges takes, sometimes,
7    months, because the committee meets at
8    only certain points in time.  And I was
9    put on ECT rotation, knowing full well I
10   didn't have privileges.
11       And I found that very awkward,
12   because there were other people, like
13   Mitch Berman, who wanted to do ECT, like
14   John Gaudet, ████████ all of whom had
15   done ECT and were available.  Tom Yocum
16   was another guy.  And I was being picked
17   out to do ECT, despite the fact that I was
18   doing laboratory research and other people
19   were available to do it.
20       Q    And you believe that was
21   retaliatory because you filed a complaint
22   of research misconduct?
23       A    Absolutely, because I was the
24   only one who was put on that rotation.

Page 184

CONFIDENTIAL

1    There were other people who could have
2    done it.
3        Q    When did your NYSPI privileges
4    lapse?
5        A    I don't know.  Somewhere around
6    '12, '13.  Whenever they took me off the
7    schedule.  I didn't renew it, and they
8    didn't ask for it to be renewed.
9        Q    And how long did it take to get
10   them reinstated?
11       A    I think I got it in the month of
12   May, if I'm not mistaken.  We started
13   immediately in February or March, when
14   this ECT thing came up.  So I was on March
15   group.  I was told in February that I have
16   to do it.  The paperwork started in early
17   March.  I think in the May meeting, I was
18   approved for it.  Something like that.
19       Q    We'll look at the schedules in a
20   minute, but you're scheduled for a day of
21   ECT in April?
22       A    Yeah.  That's what I'm saying.
23   I didn't have privileges at that time to
24   do it.  Dr. Berman did it for me on that

Page 185

CONFIDENTIAL

1    occasion.
2        Q    So even though you're on the
3    schedule in April, you didn't actually
4    handle ECTs?
5        A    I couldn't do it, because I
6    didn't have the legal basis for doing it.
7        Q    Right.
8        My question was:  Yes or no, you
9    did or did not do ECTs in April of --
10       A    I could not have done it.  It's
11   not that I --
12       Q    That would be a no?
13       A    That would be a conditional no.
14       MR. SCHILLING:  16.
15       (Whereupon, E-mail Exchange,
16   Dated February 28, 2015, was marked as
17   Joshi Exhibit 16 for identification,
18   as of this date.)
19   BY MR. SCHILLING:
20       Q    Dr. Joshi, I've placed in front
21   you a document marked as Exhibit 16, a
22   one-page e-mail exchange.  The bottom is
23   between Mitch Berman and ████████, and
24   the top is between ████████ and John

47  (Pages 182 to 185)

CONFIDENTIAL

Page 186

```
 1              CONFIDENTIAL
 2   Mercer.
 3         Do you have that in front of
 4   you?
 5      A   Uh-huh.
 6      Q   Other than in the course of this
 7   litigation, have you ever seen this e-mail
 8   before?
 9      A   I don't recall.
10      Q   The bottom e-mail is dated
11   February 28, 2015, from --
12      A   No. I don't think it was Ccd to
13   me.
14      Q   No, it doesn't appear to be.
15         The bottom e-mail is dated
16   February 28, 2015, and you're referenced
17   in that e-mail. It's from Mitch. It says
18   "I'm neuro 2, Weller is 1, Joshi is 3."
19         What does that mean?
20      A   Who is referring to -- the
21   e-mail I see is from ███ to Mercer.
22      Q   I'm looking at the bottom
23   e-mail.
24      A   The bottom e-mail is from Zirka,
25   subject, Mitchell Berman and ███████.
```

Page 187

```
 1              CONFIDENTIAL
 2      Q   Right.
 3         The "subject" is Zirka?
 4      A   Yeah.
 5      Q   The "from" is Mitch Berman?
 6      A   Yeah.
 7      Q   The "to" is ███████?
 8      A   Yeah.
 9      Q   I'm just asking if you can tell
10   me what the 2, 1 and 3 mean in that?
11      A   So the neuro schedule -- in the
12   previous years, although it's no longer
13   applicable, we used to be neuro 1,
14   neuro 2, neuro 3. Neuro 3 would do neuro
15   X-ray and vascular room. Neuros 1 and 2
16   would do the lead rooms. So if the
17   schedule became light, neuro 1 would stay
18   on, and neuro 1 was the person who goes on
19   call. So the call person would continue
20   working.
21         So we had built an
22   infrastructure so that, you know, there
23   was continuity of patient care. And those
24   are neuro 1, neuro 2 and neuro 3 that he's
25   referring to. Those are the postings
```

Page 188

```
 1              CONFIDENTIAL
 2   within the neuro department. In addition
 3   to that, you had neuro ECT.
 4      Q   And if you're neuro 3, does that
 5   mean you're less likely to be called for
 6   work, or how does that work?
 7      A   No, no. It's a different
 8   assignment. It's an assignment in neuro
 9   X-ray, and it's considered light because
10   you get two rooms, neuro X-ray and the
11   vascular surgery room. The vascular
12   surgery always has cases, but the neuro
13   X-ray may be light. It's just assignment
14   issues.
15      Q   Were you aware in or about
16   February of 2015 that Zirka Anastasian was
17   pregnant?
18      A   I did not deal directly with
19   them, and I did not know much about the
20   personal histories. So even if it was, it
21   was not something that I knew at that
22   time.
23      Q   Dr. Anastasian, was she in the
24   rotation of the ECTs at the time?
25      A   I'm sure she did, because --
```

Page 189

```
 1              CONFIDENTIAL
 2      Q   And did there come a point in
 3   time in 2015 when she dropped out of the
 4   rotation for ECTs?
 5      A   Yeah, because apparently she got
 6   sick at some point in time. I didn't know
 7   that at that point in time.
 8      Q   And you see in the bottom
 9   e-mail, you're being discussed as someone
10   who can sub in for Zirka; is that right?
11      A   Uh-huh.
12      Q   Yes?
13      A   Yes.
14      Q   In the top e-mail from
15   Dr. ███ it says, "Only Zirka, John,
16   Mitch, Gene and I are up to date on our
17   Psychiatric Institute privileges."
18         Do you see that?
19      A   Yes.
20      Q   Who's John?
21      A   John was John Gaudet.
22      Q   Mitch is Mitch Berman?
23      A   Mitch is Mitch Berman. Gene is
24   Gene Ornstein. Zirka is there.
25      Q   And so Dr. ███ solution at
```

48  (Pages 186 to 189)

CONFIDENTIAL

Page 190

CONFIDENTIAL
1          CONFIDENTIAL
2  this point is not to go to you, but to go
3  to Mitch, because you don't have
4  privileges, right?
5      A    "If I could get someone to cover
6  for Mitch in the a.m., he could do ECT.  I
7  am thinking I should ask Joshi to
8  reactivate his PI privileges."
9          So I don't know what his things
10  are and which Monday he is referring to,
11  but that is what it is on the paper.
12      Q   He continues and says, "I will
13  need him when Zirka goes out on maternity
14  leave."
15          Do you see that?
16      A   Yeah.
17      Q   So was it your understanding
18  that in February of 2015, there's a
19  discussion about needing you for ECT
20  because Zirka was going out on maternity
21  leave?
22      A   I don't know.  This is what is
23  in this e-mail.
24      Q   Do you have any reason to doubt
25  that is true?

Page 191

CONFIDENTIAL
1          CONFIDENTIAL
2      A   No.  I don't know why I'm being
3  picked out of it.  It means, there were
4  other people on the team.  He had
5  privileges.  ██████ had privileges and
6  nonclinical time, and he was not funded.
7      Q   He's the division chief, right?
8      A   So what?  He is able to pick up
9  the slack and not post me when I don't
10  have privileges in an institute where he
11  knows it takes time to get privileges.
12      Q   Well, how much time did it take?
13      A   It took two months, but he had
14  made assignments even before asking me or
15  getting privileges.
16      Q   Did he make the assignment or
17  did Dr. Wood?
18      A   So Dr. Wood gives the overall
19  assignment.  ██, as he's saying over
20  here, is putting people in ECT.  It is
21  ██ decision who he puts within the
22  schedule.  It's not, what's the decision
23  on day to day running of the schedule?
24          The monthly schedule is
25  determined by Dr. Wood.  The daily

Page 192

CONFIDENTIAL
1          CONFIDENTIAL
2  schedule is one of the responsibilities of
3  the division chief.
4      Q   As of February 28, 2015, you had
5  not filed an allegation of research
6  misconduct, had you?
7      A   No.  It was in -- but I had
8  complained about his research papers.
9          MR. SCHILLING:  17.
10          (Whereupon, E-mail Exchange,
11      Dated March 5, 2017, was marked as
12      Joshi Exhibit 17 for identification,
13      as of this date.)
14  BY MR. SCHILLING:
15      Q   Dr. Joshi, I placed a document
16  in front of you marked as Exhibit 17,
17  which is another e-mail exchange or set of
18  exchanges that you were not on, but this
19  was also from -- this is March 5, 2015.
20          Do you have that in front of
21  you?
22      A   Yes.
23      Q   The bottom e-mail refers to
24  Marsha.
25          Who is Marsha?

Page 193

CONFIDENTIAL
1          CONFIDENTIAL
2      A   Marsha is the one who makes the
3  daily schedule officially.  After ██
4  assigns the rooms, the formal schedule is
5  put out by Marsha.
6      Q   And at the bottom e-mail,
7  Dr. ██ is asking Dr. Wood do you want
8  me to ask him, i.e. you, to reactivate
9  privileges if they've expired.
10          Do you see that?
11      A   Yes.
12      Q   And Dr. Wood replies at the top,
13  "Yes, please.  I needed extra help that
14  day, as you can see."
15          Do you see that?
16      A   Yes.
17      Q   Would you agree with me that as
18  of March 5, 2015, the decision had been
19  made to ask you to reinstate your
20  privileges so that you could do ECT?
21      A   I'm trying to check the date on
22  the above e-mail.  I don't see a date in
23  the above e-mails, right?
24      Q   Okay.
25      A   There's an e-mail below, which

49  (Pages 190 to 193)

CONFIDENTIAL

Page 194

```
 1            CONFIDENTIAL
 2   is March 5th.  But the top e-mail, I don't
 3   know when that came.
 4       Q    So as of March 5th, Dr. ███ is
 5   requesting or is asking Dr. Wood whether
 6   or not you should be assigned to -- I'm
 7   sorry.
 8       As of March 5th, Dr. ███ is
 9   asking Dr. Wood whether or not you should
10   have your privileges reinstated because
11   you had been assigned by that point
12   already to ECT in April; is that right?
13       A    I think what is missing over
14   here is that there was a conversation that
15   Dr. ███ was -- had with me, I think,
16   before all these e-mails started.
17            MR. SCHILLING:  Can you read my
18       question back, please.
19            (Record read.)
20       A    Yes.
21            MR. SCHILLING:  18.
22            (Whereupon, E-mail, Dated
23       March 5, 2015, was marked as Joshi
24       Exhibit 18 for identification, as of
25       this date.)
```

Page 195

```
 1            CONFIDENTIAL
 2   BY MR. SCHILLING:
 3       Q    I'm placing in front of you a
 4   document marked Exhibit 18, which is a
 5   one-page e-mail from Dr. ███ to you,
 6   dated March 5, 2015.
 7            Do you have that in front of
 8   you?
 9       A    Yes.
10       Q    It says, "Joshi, could you
11   reactivate your PI privileges if they have
12   lapsed?  You will be assigned to ECT on
13   April 3rd."
14            Do you see that?
15       A    Yes.
16       Q    You had not yet filed your
17   research misconduct formal complaint as of
18   March 5th, correct?
19       A    Yes.  But I had challenged ███
20   ███ data in the department.  This is
21   '15, right, March?  December, I had raised
22   concerns about ███████ --
23       Q    I didn't ask you that.  I asked
24   you whether or not you had filed your
25   formal complaint by that point.
```

Page 196

```
 1            CONFIDENTIAL
 2       A    Yeah.  Not formal complaint,
 3   yes.
 4       Q    Thank you.
 5            So as of March 5, 2014, you
 6   still didn't have your privileges?
 7       A    No.
 8       Q    But you got them thereafter,
 9   yes?
10       A    I didn't have privileges.
11       Q    But you got them thereafter?
12       A    Yes.
13       Q    But not by April 3rd?
14       A    No.
15       Q    You didn't do ECT on April 3rd?
16       A    Yeah.
17       Q    When was the next time you did
18   ECT?
19       A    I think, as I recollect, it was
20   in May that I started, once I got the
21   privileges.
22       Q    Around this time, March of 2015,
23   when you got that e-mail from Dr. ███
24   did you actually have a conversation with
25   him in person about being assigned to ECT
```

Page 197

```
 1            CONFIDENTIAL
 2   and having to get your privileges
 3   reinstated?
 4       A    Yes.  I think when he -- before
 5   that e-mail track started, he met me at
 6   the end of the corridor.  Our offices, as
 7   I told you, are very separate, and we
 8   interact only in the corridors or in the
 9   operating room.  And he said I will need
10   you for ECT.
11       Q    When was that?
12       A    I think around just -- I think
13   just prior to getting these e-mails.
14       Q    And what did you say to him?
15       A    I said most researchers don't do
16   ECT.  Why are you putting me in ECT?  And
17   I don't recollect much more than that.
18       Q    Did he give you an explanation?
19       A    I think he was pretty set that I
20   had to do ECT.
21       Q    Do you remember anything else
22   that he said in that conversation?
23       A    No.  It was a very brief
24   conversation in passing.  That's all I
25   remember.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL

Page 198

CONFIDENTIAL

1    Q    Did you ever speak to Dr. Wood
2 about being assigned to ECT at this point?
3    A    No.  Dr. Wood and I don't meet.
4 We are in totally different areas of the
5 hospital.  Dr. Wood doesn't come to the
6 operating room.  I don't go to her office.
7 My lab is totally separate.  Me running
8 into Wood is not a possibility, even.
9    Q    Well, putting aside whether or
10 not you had just run into her casually,
11 did you ever seek her out and try to meet
12 with her your being assigned to ECT in
13 this time period?
14    A    No.  We had all these e-mails
15 going on, back and forth.
16    Q    Did you ever pick up the phone
17 and call her?
18    A    No.  I don't call her for this.
19 I don't call the chairman for this all the
20 time.  It's not -- I don't have the luxury
21 of talking to her on a free basis.
22    Q    Why not?
23    A    It's just not done.  I have
24 never done it.  I don't feel comfortable

Page 199

CONFIDENTIAL

1 talking that way.  In e-mail, it's
2 documented.  We know what we are doing.
3    Q    Did you not trust Dr. Wood?
4    A    I can't give an absolute
5 black-and-white statement.  There are
6 certain things, you trust her; and there
7 are certain things, you don't.
8    Q    How do you distinguish?
9    A    In research matters, I don't
10 trust her.
11    Q    Why not?
12    A    Because she has supported bogus
13 research all the time, fraudulent
14 research.  She even supported research
15 that led to death of patients in studies.
16 She has tried to cover those up and
17 protect those -- not cover up, but protect
18 those people.  So in research matters, I
19 don't trust her.
20        In administrative matters, yes.
21 In personal matters, yes, I would trust
22 her.  If Wood says something about some
23 personal matter, illness in the family and
24 things like that, why not?

Page 200

CONFIDENTIAL

1    Q    Well, in this that we're talking
2 about, being assigned to ECT is not a
3 research matter, is it?
4    A    It's an administrative matter.
5    Q    So why wouldn't you pick up the
6 phone and call her and talk to her about
7 it?
8    A    Because it's all on the e-mail.
9 It happened very quickly.  We are in
10 different locations.
11    Q    You were being upset about being
12 assigned to ECTs, were you not?
13    A    Yeah.  But it's all there, in
14 the e-mails.  This is in a very brief time
15 period that we are talking about.
16    Q    How significant was it to you
17 that you were being assigned to ECTs in
18 this time period?
19    A    It was an extra burden on me,
20 definitely.  It means that the days I'm
21 ECT, I can, basically, not do research or
22 plan research for that day.
23    Q    When you say "or plan research,"
24 what does that mean?

Page 201

CONFIDENTIAL

1    A    Look, when we do animal
2 experiments or cell culture experiments or
3 tumors have to be implanted in animals or
4 surgery has to be done, it has to be
5 planned beforehand.  But when you don't
6 know what time is available to you, those
7 surgeries cannot be done.  Those
8 experiments cannot be done.  Those are
9 time-sensitive experiments.
10    Q    Has there ever been a time where
11 you were both conducting lab research and
12 in the ECT rotation prior to 2015?
13    A    Let me try to focus on that
14 period.  Yes, I was doing it, but those
15 experiments were slightly different than
16 the experiments we are doing now.  Because
17 previously, the experiments were done in
18 healthy animals, so you had a little bit
19 more flexibility.
20        Because now we do
21 human-implanted experiments, so the
22 experiments have changed over time.  And
23 the nature of surgery has been much more
24 sophisticated than what it was when I used

51  (Pages 198 to 201)

CONFIDENTIAL

Page 202

CONFIDENTIAL
```
 2  to do it previously with simple, healthy
 3  animals.
 4      Q    Is it your view that being
 5  assigned to ECT and doing research is
 6  mutually exclusive?
 7      A   It's very difficult.
 8      Q   How?
 9      A   Basically, it's a write out on
10  that day.  You can't do research on that
11  day.
12      Q   So the impact is measured in the
13  number of days you get assigned to ECT?
14      A   Yes.  And especially because you
15  start call at 4:00, which is not accounted
16  in these assessments that you are seeing.
17  And that is why none of the researchers --
18  for instance, Tom Yocum is a researcher in
19  neuroanesthesia.  Maya Mikami is a
20  researcher in neuroanesthesia.  They
21  hardly get -- Tom Yocum has never done ECT
22  research at all.  At all.  Never.
23      Q   You didn't do ECT research when
24  you had a K08, right?
25      A   Yes.  But at the same time, Tom
```

Page 203

CONFIDENTIAL
```
 2  was not K08.
 3      Q   Was he T32?
 4      A   I don't know what he was.
 5      Q   If he was T32, wouldn't he have
 6  protected research time, about 75 percent,
 7  like you when you had your K08?
 8      A   I have no idea what his funding
 9  levels are.  In terms --
10      Q   Then why are you using him as a
11  comparison?  Isn't it relevant whether or
12  not he has restricted time in terms of
13  comparing --
14      A   No.  But on the basis --
15      Q   -- you and him?
16          MR. JEREMIAS:  Objection.
17      A   On the basis of NIH funding
18  records that are available that I can see,
19  I did not see it.
20          And also, ██████, who has
21  had no funding at all, was not doing any
22  additional ECT, when he could have stepped
23  in.  And he told it in his testimony, that
24  he could have stepped in.  That was his
25  statement.  But he chose not to.
```

Page 204

CONFIDENTIAL
```
 2      Q   And as the division chief, he
 3  has the right to do that, right?
 4      A   Everybody has the right to do
 5  whatever you want to do, but it has to be
 6  for a reason, and it has to be fair.  If
 7  it's detrimental to some researcher who is
 8  funded, you have to give that into
 9  consideration.
10      Q   You have to under what?
11      A   Give it under conversation.
12      Q   Is there some written rule about
13  when a person can be assigned to ECT in
14  the department?
15      A   No.  There's not a written rule.
16  But there is a general understanding that
17  if you do laboratory research, you are
18  protected.
19      Q   Would you agree with me that if
20  Dr. Yocum had a T32 commitment of
21  75 percent, he would not be a proper
22  person to compare yourself to in terms of
23  ECT?
24      A   No.  But it's not an absolute
25  rule, even there.  Maya Mikami is also
```

Page 205

CONFIDENTIAL
```
 2  exempt largely, doing ECT sometimes.  So
 3  it's not that it's a black-and-white rule.
 4  It's just interpretation of what one
 5  takes.
 6      Q   But you didn't do ECT during the
 7  period that you had 75 percent protected
 8  time under your K08, right?
 9      A   I don't recall doing that, yes.
10      Q   Did Dr. ████ teach residents
11  every day during this period?
12      A   Yes, sometimes.  They had a
13  rotation.  Sometimes they would come in
14  the morning and teach.  It's not that
15  every day he was present, but he would
16  have a teaching day there.  I don't
17  remember what his teaching schedule was.
18      Q   You didn't know what his
19  teaching schedule was?
20      A   Not in detail.  I know
21  generally, he was present on some days.
22      Q   So you didn't know whether or
23  not Dr. Yocum had protected research time
24  under T32, and you didn't know what
25  Dr. ████ teaching schedule at the time
```

52 (Pages 202 to 205)

CONFIDENTIAL

Page 206

```
 1              CONFIDENTIAL
 2   was either, right?
 3        A    I had no way of doing it.  No, I
 4   knew that -- let me correct myself.  I
 5   knew ████████ taught on some days.  But
 6   how much teaching he did, net, I did not
 7   know the totality of it.  I never kept
 8   count of it.
 9        Q    You could pick up the phone and
10   ask him?
11        A    The need never arose.
12        Q    Well --
13        A    Because that is a very small
14   period of the day, when you do that.
15        Q    Am I correct that you did not do
16   ECTs in May 2015?
17        A    I have no recollection.
18   Whenever I got the privileges renewed, I
19   started it after that.
20        Q    Does that sound -- you did one
21   day in July of 2015.
22             Does that sound right to you?
23        A    It could be, because July is a
24   one-on-one teaching month, so it's a
25   different month.
```

Page 207

```
 1              CONFIDENTIAL
 2        Q    How many days in a month being
 3   assigned to ECT would interfere with your
 4   research?
 5        A    At that time, when it was very
 6   critical for writing grants and
 7   applications, every day mattered.
 8        Q    Every day matters.
 9             So every day you're assigned to
10   ECT --
11        A    At that particular time, because
12   we're trying to get grants out, and we're
13   trying to work.  And at that time, ECT was
14   considered half a day.  ECT is no longer
15   considered half a day.  It has become a
16   full-clinical day.  So things have
17   changed.
18        Q    When did it become a full day?
19        A    When -- I think after
20   Dr. Brambrink came.  Exactly when, I do
21   not know.
22             MR. SCHILLING:  19.
23             (Whereupon, Handwritten
24   Analysis, was marked as Joshi
25   Exhibit 19 for identification, as of
```

Page 208

```
 1              CONFIDENTIAL
 2   this date.)
 3   BY MR. SCHILLING:
 4        Q    Here you go, Doctor.
 5             Dr. Joshi, I've placed a
 6   document in front of you marked as
 7   Exhibit 19.  It has the Bates number P248
 8   to 251.  This was produced by your side.
 9             Do you recognize this document?
10        A    It seems to be some analysis of
11   data I've done; total days, PC minus
12   vacation days, ECT, meeting days.
13   Something like that.
14        Q    The format seems to change on
15   the second page, so let's start there for
16   simplicity.
17             Going across the top of the
18   second page, could you tell me what the
19   initials mean?
20        A    I think this is "total days,"
21   "post-call days," "vacation days."
22        Q    I'm sorry; could you go slower,
23   and tell me which initials you're
24   referring to?
25        A    I think it's total days in the
```

Page 209

```
 1              CONFIDENTIAL
 2   month.
 3        Q    Is "TD"?
 4        A    TD.
 5        Q    What is "PC"?
 6        A    Post-call.
 7        Q    What is "VCA"?
 8        A    VCA is probably vacation days.
 9        Q    What's the next one?
10        A    Post-call versus -- plus
11   vacation days, you know, adding the two
12   together.  Then ECT assignment days, and
13   then clinical days, and total clinical
14   days, because ECT was half a day.  So you
15   divide that by two, and add it to the
16   clinical days.
17        Q    And then NC plus, what is that?
18        A    That's NC plus meeting days
19   plus --
20        Q    Is that ECT?
21        A    Yeah, ECT.  So it's some sort of
22   a calculation.  I can't recollect right
23   now.
24        Q    What's the final column?
25        A    Total NC days, total nonclinical
```

53 (Pages 206 to 209)

CONFIDENTIAL

Page 210

CONFIDENTIAL

1      CONFIDENTIAL
2    days.  So it's clinical and nonclinical
3    days.
4        Q    And total nonclinical --
5        A    So they should add up to 22.
6    Total clinical and total nonclinical
7    should add up to 22.
8        Q    Why?
9        A    Because that's the number of
10   days.  You know, this is the calculation
11   based on ECT, which is half-day, and then
12   total clinical days, and then you take
13   away vacation days and post-call days.  So
14   the net should be 22.
15       Q    Could you take me down the left
16   side with the initials, and tell me
17   which -- who is "ZA"?
18       A    Zirka, Mitchell Berman, John
19   Gaudet, ████████, S. Joshi, Tom Yocum.
20       Q    And for the month of March 2015,
21   who has the most total nonclinical?
22       A    Month total nonclinical has
23   Joshi.
24       Q    And who has the least total
25   nonclinical in March 2015?

Page 211

1      CONFIDENTIAL
2        A    Zirka.
3        Q    And going to April 2015, you'll
4    see for you, under ECT, it says 1, but we
5    have established you didn't do ECT in
6    April 2015, right?
7        A    Yeah.  This is based on the
8    schedule.
9        Q    I see.
10       So what should your total
11   nonclinical be for April of 2015?
12       A    It would be -- I don't know
13   whether I exchanged it to somebody for
14   that day.  You know, I could have asked
15   Mitch Berman to do it instead of me.
16       Q    But you don't recall?
17       A    I don't recall, so I can't
18   comment on it right now.
19       Q    Based on your chart, who had the
20   least amount of nonclinical time in April
21   of 2015?
22       A    Zirka, obviously.  She's
23   clinical.  She doesn't have any funding or
24   research obligations.  These are different
25   people.  ████████ was also not funded at

Page 212

1      CONFIDENTIAL
2    that time, as far as I recall.  Zirka
3    wasn't funded.  Mitchell Berman was not
4    funded.  John Gaudet was not funded.  Tom
5    Yocum, as you say, was T32.  But he's the
6    only guy who would have some support.  So
7    I'm the only --
8        Q    I was asking if Tom Yocum --
9        A    No.  I just want to clarify that
10   you are mixing different categories of
11   people in this same group.
12       Q    Well, you put these people on
13   this list.
14       Why did you put these people on
15   this list?
16       A    Because it was a list of
17   neuroanesthesia people who were doing it.
18   And Ornstein is not here, because he's
19   half in and out, so it's difficult to
20   judge his schedule.
21       Q    Is anybody else on the neuro
22   team not included on the schedule?
23       A    No.  These are the main people
24   that do neuro.
25       Q    On June of 2015, which is the

Page 213

1      CONFIDENTIAL
2    next page, you have no ECT; is that right?
3        A    Yeah, according to this
4    schedule.
5        Q    And what is your total
6    nonclinical?
7        A    16.
8        Q    You have the most nonclinical --
9        A    Yes.
10       Q    -- of the group for June 2015,
11   right?
12       A    Yes.  But I'm the only funded
13   guy.  I'm the only funded guy of all these
14   people.  So 30 percent of my nonclinical
15   is for my grants.  None of these guys have
16   any funding except -- you know, I don't
17   know about Tom Yocum.  Let's keep that
18   aside for a minute.
19       Q    When we talk about nonclinical,
20   it's not a same thing as research time,
21   right?  You could be doing other things
22   with your nonclinical time, such as
23   administrative work, right?
24       A    When you're in the lab, you need
25   to do lab work.  And in between that, you

54  (Pages 210 to 213)

CONFIDENTIAL

Page 214

```
 1            CONFIDENTIAL
 2  try to do administrative work, if
 3  possible.
 4      Q    Well, Dr. ████ is a researcher,
 5  right?
 6      A    Yeah.  He's a clinical
 7  researcher.
 8      Q    And he has administrative
 9  responsibilities?
10      A    Right.
11      Q    So when he has nonclinical time,
12  he can either do research or
13  administrative work?
14      A    No.  Dr. ████ research is
15  basically patient-related.  He can do
16  research any day of the week in the
17  operating room.  So he is totally not put
18  in the same vein of work of research as I
19  am.
20      Q    So he is not a proper comparator
21  to you?
22      A    No.
23      MR. JEREMIAS:  Objection.
24      A    No.  A proper comparator in the
25  sense that he has additional benefits of
```

Page 215

```
 1            CONFIDENTIAL
 2  doing clinical research.  So he can do
 3  research during his clinical days, whereas
 4  I can't.
 5      Q    Would you agree with me, for the
 6  month of June, which is about two months
 7  after you filed your complaint of research
 8  misconduct, you had the highest number of
 9  nonclinical time of this group?
10      A    Yeah.  Based on this analysis,
11  yes.
12      Q    This is your analysis, yes?
13      A    It is my analysis, but it is
14  based on certain changes that might have
15  happened after the schedules were made.
16  But yes.
17      Q    Paragraph 44 of your complaint
18  says, "Over this time, Dr. Joshi was
19  regularly allotted the least amount of
20  departmental supported research time in
21  the department."
22          Is that true?
23      A    Yes.  If you take away the
24  30 percent time in these calculations and
25  we did those calculations -- so subtract
```

Page 216

```
 1            CONFIDENTIAL
 2  one-and-a-half clinical days a week, which
 3  came from the grant, then you're left with
 4  the departmental support.  And that was
 5  the least.  None of these people are
 6  funded.
 7      Q    As far as you know?
 8      A    Well, Zirka isn't funded.  We
 9  know that.  There's nothing in the NIH
10  reporter that you can see.  Even Tom Yocum
11  doesn't show up on the NIH reporter.
12      Q    Because you looked?
13      A    What?
14      Q    Because you looked?
15      A    I looked at it.  But the thing
16  is, now you're telling me T32 is funding
17  him.  That's a separate issue.
18      Q    I'm asking.  I'm not making any
19  representations.
20      A    No.  But I'm telling you, based
21  on NIH reporter funding -- that Dr. Chas
22  Emala had stated is the way to determine
23  grant funding support -- none of these
24  people had funding support at that time.
25      Q    Then why did you do this
```

Page 217

```
 1            CONFIDENTIAL
 2  analysis?
 3      A    To find out what it is.  It
 4  means, I'm the only funded guy from the
 5  department.  And I have 30 percent of my
 6  research time, and my research time is
 7  being cut, compared to before I made the
 8  complaint to what I made afterward.
 9          And Dr. Emala has said in his
10  testimony that he believed that there was
11  a reduction of nonclinical time, but he
12  thought my grant funding status had
13  changed.  My grant funding status did not
14  change after 2013 to March 30, 2017.
15  There was no change.  I had 30 percent
16  support.
17          And Dr. Taylor made a similar
18  statement, that it could be that my
19  funding level had changed.  What was
20  changing was that the department got the
21  score after I made the complaint.
22      Q    Who did that?
23      A    It's between Margaret Wood and
24  ████████
25      Q    You don't know?
```

55 (Pages 214 to 217)

CONFIDENTIAL

Page 218

CONFIDENTIAL

1    CONFIDENTIAL
2        A    It has to be Margaret Wood,
3    because she makes the principal decisions,
4    and ▮▮▮▮▮ implements them.  Or it could be
5    both of them.
6        Q    July 2015, you have one day of
7    ECT; is that right?
8        A    Yeah.  If it is true, it is what
9    it is standing.
10       Q    Do you know when you got your
11   privileged reinstated?
12       A    I think it was May-something,
13   late May-something that it's dated.  And
14   the schedules take some time to come
15   through.
16       Q    August, you have one day of ECT.
17       Do you see that?
18       A    Yeah.
19       Q    Is the one day of ECT in July
20   and the one ECT in August, two days over
21   two months, impairing your research?
22       A    In the month of July, we have
23   additional clinical responsibilities also.
24       Q    Are you able to answer the
25   question I posed?

Page 219

1    CONFIDENTIAL
2        A    Yes.  I think it was affecting
3    my research.
4        Q    How much?
5        A    To the extent that it was
6    decreasing.  Those days were becoming
7    difficult for me to do research, and then
8    it was going to escalate.
9        In November, for instance, you
10   can see what happened.  I'm on vacation.
11   I'm called back from vacation to do ECT.
12   And there are other people who could have
13   done ECT on that day, which was between
14   Thanksgiving and the weekend.
15       Q    Who?
16       A    John Gaudet was on clinical that
17   day on the schedule.  He could have easily
18   done ECT, but didn't approve my vacation
19   and asked me to come down and do ECT.
20       Q    Well, you were approved for
21   15 days of vacation, right?
22       A    That was what they finally
23   approved.  But they had actually rejected
24   the vacation and taken away some days and
25   brought me in to do ECT.

Page 220

1    CONFIDENTIAL
2        Q    You did three whole days of ECT
3    in November?
4        A    Yeah.  But I worked five days.
5    It was a 20-day week -- 20-day month.
6        Q    If you weren't on ECT in
7    November of 2015, you would have been on
8    vacation?
9        A    I would have been on vacation.
10   But the thing is that the assignment --
11   what I'm telling you is I was assigned to
12   ECT, when I could have been given a day
13   off.  And what I was doing on the vacation
14   was working on a book.
15       Q    So the three days of ECT that
16   you were assigned in November of 2015
17   didn't impact your research because you
18   would have been on vacation during that
19   period of time?
20       A    No, but we did.  We did lose the
21   research time.  It's all eating into
22   research time.  And when you cut the
23   nonclinical time support and you add ECT,
24   it becomes a double hit.
25       MR. SCHILLING:  20.

Page 221

1    CONFIDENTIAL
2        (Whereupon, Analysis of
3    Nonclinical Time and ECT Duties of
4    Full-Time Neuroanesthesiology Faculty,
5    December 2014-November 2015, was
6    marked as Joshi Exhibit 20 for
7    identification, as of this date.)
8        MR. JEREMIAS:  Can we take a
9    quick break.
10       (Thereupon, a recess was taken,
11   and then the proceedings continued as
12   follows:)
13       MR. JEREMIAS:  I just wanted to
14   note that there were some questions
15   that made reference to a T32 grant and
16   the amount of nonclinical effort
17   associated with that.  I don't think
18   there was ever a foundation to
19   establish that that was, in fact,
20   correct and whether or not that is
21   true.  But the questions did have
22   assumptions made about the clinical
23   effort, so I just wanted to note that
24   on the record.
25       MR. SCHILLING:  Is that an

56 (Pages 218 to 221)

CONFIDENTIAL

Page 222

CONFIDENTIAL

1 objection to the form on the lack of
2 foundation?
3        MR. JEREMIAS:  Correct.
4        MR. SCHILLING:  Okay.
5 BY MR. SCHILLING:
6    Q    Dr. Joshi, before we get to this
7 document, which I hesitate to take you
8 through, am I correct that after the date
9 you filed your formal complaint of
10 research misconduct in April 2015, you
11 have submitted four NIH R01 grant
12 proposals?
13   A    Two of them are repeat
14 submissions, so it's the same proposal
15 submitted with a backup.  I believe one is
16 a resubmission of the same grant, yes.
17   Q    I place in front of you a
18 document that was produced by your side,
19 marked as Exhibit 20, Bates stamps P570
20 through P584.
21        Do you recognize that document?
22   A    Yes.
23   Q    What is it?
24   A    This was an analysis I had done

Page 223

CONFIDENTIAL

1 of the nonclinical time.
2    Q    When did you do this?
3    A    I don't know.  The last date of
4 whatever is -- the time period that is
5 referred to.
6    Q    The time period on the first
7 page says December 4, 2014 --
8    A    Yes.
9    Q    -- to November of 2015.
10   A    Yes.
11   Q    So did you prepare this in
12 December of 2015?
13   A    It could be, yes.
14   Q    What was the purpose for which
15 you prepared this document?
16   A    Because I was seeing that my
17 nonclinical time was being cut, and I
18 wanted to see what happened before.  There
19 was a significant change, like not just
20 ECT assignments, but also the departmental
21 support and nonclinical time had been
22 reduced.  So I was doing an analysis on
23 them.
24   Q    For what purpose?

Page 224

CONFIDENTIAL

1    A    To find out whether I am being
2 targeted, whether my facts are correct or
3 not.
4    Q    Did you give this document to
5 anyone other than counsel?
6    A    I think I gave it only to
7 counsel.
8    Q    Did you prepare this for
9 purposes of giving it to counsel?
10   A    No.  This is for my counsel, not
11 for your counsel.
12        MR. SCHILLING:  This is not
13 privileged, is it?
14        MR. JEREMIAS:  Off the record.
15        (Discussion held off the record)
16 BY MR. SCHILLING:
17   Q    So other than counsel, you have
18 not shared this document with anybody
19 else?
20   A    No, no.  This was made only for
21 my counsel.  If it's here, it's here.
22 It's got good and bad things.
23   Q    What's bad?
24   A    Because it was based on printed

Page 225

CONFIDENTIAL

1 schedules that you showed me, you know,
2 that data.  Because this was what the
3 department assigned me to, and there may
4 be days when I, you know, didn't have
5 privileges and somebody stepped up for me,
6 or somebody went sick, and then I traded
7 another day for them.  So there could be,
8 you know, some subtle errors in it.
9    Q    So if the schedules that you're
10 basing this on were not what actually
11 occurred for that particular month, then
12 the analysis in here would be off?
13   A    No, not by much.  Not by much.
14 These are internal exchanges we do.  For
15 instance, I can't do ECT for some reason
16 or I go out sick or I have a doctor's
17 appointment, somebody comes and steps up
18 for me.
19        So the schedule may not be the
20 same day.  It could be traded for a day
21 next month or this month.  But in the big
22 picture, it should be accurate.  This is
23 the assignment that the department made
24 for us.

57  (Pages 222 to 225)

CONFIDENTIAL

Page 226

CONFIDENTIAL

1          CONFIDENTIAL
2     Q    I see.
3     A    You understand?
4     Q    Yes.
5     A    And then somebody goes off sick,
6  somebody's child is sick, so you may
7  exchange days and move them around.  But
8  in the big picture, it should be okay.
9     Q    Got it.
10        Why did you present it in the
11 format in which you've presented it?
12        It looks like a presentation
13 deck to someone else.
14    A    No, no.  I generally do --
15 because it's just clarity of thought when
16 you're thinking.
17    Q    On the second page of the
18 document under "Key Events," it looks like
19 you're defining some of the lines and
20 demarcations on the next page; is that
21 right?
22    A    Yeah.
23    Q    The first bullet says "Month 1:
24 Representative research time before
25 ██████ publications, solid black line,

Page 227

1          CONFIDENTIAL
2  were questioned."
3     A    Yeah.  Those are the nonclinical
4  research times.  That is both the
5  grant-supported research time and the
6  departmental research time combined.
7     Q    What's representative about it?
8     A    This is where the average line
9  was in the previous months prior to the
10 complaint.
11    Q    Prior to the complaint, and the
12 complaint was in April of 2000 --
13    A    No, no.  The complaint to the
14 department was in January -- December.
15 That is before I raised the concerns.  I
16 complained about ██████████ research, or
17 raised concerns about ███████ research, in December of '14.
18 research, in December of '14.
19    Q    Got it.
20    A    And the schedules have a
21 gestation period.  They don't come out
22 exactly the same month.  They come out one
23 month in advance, sort of.
24    Q    Got it.
25        Turning to the next page, the

Page 228

1          CONFIDENTIAL
2  second line at the top says "Total
3  Research Time, Including NIH Effort."
4        Do you see that?
5        MR. JEREMIAS:  Are we on 572 or
6     573?
7        MR. SCHILLING:  572, second
8     line, "Total Research Time, Including
9     NIH Effort."
10 BY MR. SCHILLING:
11    Q    In the time period, the 1
12 through 12 below, am I right that the 1 is
13 December of 2014?
14    A    It could be January.
15    Q    Well, which is it?
16    A    I think it's January, if I'm not
17 mistaken.  I may have -- no, I said it
18 before, right?  It's still November, so I
19 put that thing in front when I sent it.
20 It ends in November of '15, if I'm not
21 misrecollecting.  So it begins from
22 December of the previous month to November
23 of the next month.
24    Q    It threw me off for hours when I
25 was first reading it.

Page 229

1          CONFIDENTIAL
2     A    Yeah.  You know, like, on the
3  cover?
4     Q    It's right there on the cover.
5  You're totally right.
6     A    It's right on the cover page.
7     Q    Your NIH effort in the time
8  period was 30 percent?
9     A    Yes.
10    Q    And so in the far right, month
11 12, which is November of 2014, you're at
12 30 percent?
13    A    '15, November '15.
14    Q    Correct.
15    A    Yes, not '14.
16    Q    Did I say "2014"?
17    A    Yes.
18    Q    I'm sorry.
19        November of 2015, the far right
20 column here, that red dot, that's you at
21 30 percent effort?
22    A    Yeah.
23    Q    The dot representing you on this
24 page never goes below 30 percent, right?
25    A    That is true, and that was why I

CONFIDENTIAL

Page 230

```
 1            CONFIDENTIAL
 2   was fighting for nonclinical time for ECT,
 3   because those days that we added ECT are
 4   taken as half-nonclinical days.
 5       Q    And the E1 and E2, E1 is
 6   December 2014?
 7       A    Yeah.  I think those are the
 8   landmarks when I first challenged the data
 9   and when I filed the complaint, and I
10   don't know what E3 is.  It's probably
11   stated somewhere.  "Harassment increased
12   significantly," E3.  So things changed
13   significantly in the ninth month, so that
14   would be August, September of 2015.
15       Q    It changed how?
16       A    Because the time was being
17   degraded.  I was getting more ECT.  As you
18   just noted, I was less ECT before.  And it
19   was increasing over time, and ECT was
20   really hurting my research.  And that is
21   what was happening in E3.
22            So E1 is when I first complained
23   about ████████ data.  E2 is when I
24   filed the official report, and E3 is when
25   I felt that I was being hurt more
```

Page 231

```
 1   significantly.  It was more significant
 2   retaliation.
 3       Q    E3 corresponds to when you
 4   complained to whom?
 5       A    I may have complained, E3, to
 6   Columbia University, Naomi Schrag, because
 7   I kept them at breast.
 8            One of the things I told them at
 9   the very outset, the Columbia people, is
10   that I'm in a very difficult situation
11   because ████████ is my immediate boss,
12   and my chairman has a history of
13   retaliation.
14            And the term I used to explain
15   that was "it would be death by 1,000
16   cuts," that every administrative rule will
17   be used against me in the most subtle way.
18   And it's very difficult to prove where
19   harassment begins and ends.
20            And I begged them to look after
21   me and to protect me, because it would be
22   an insidious kind of harassment, not an
23   overt abuse.  And this is well documented
24   in e-mails contemporaneously, which you
25
```

Page 232

```
 1            CONFIDENTIAL
 2   can review.
 3       Q    So E3 represents a time when you
 4   raised issues of retaliation with Naomi
 5   Schrag?
 6       A    Yes.
 7       Q    Do you believe that Naomi Schrag
 8   had any impact on your assignment to
 9   clinical or nonclinical?
10       A    Naomi Schrag does have an
11   obligation to protect me if I raise my
12   concerns.
13       Q    That wasn't my question.
14            My question was:  Do you think
15   she had any role in your assignment of
16   clinical versus nonclinical time?
17       A    No, not directly.
18       Q    Indirectly?
19       A    Yes.  She can ask Dr. Wood and
20   find out why it's happening.  She is,
21   after all, vice president of research,
22   responsible for implementation of
23   non-retaliatory policies.  And if I tell
24   her there's harassment, she's obligated
25   to, at least, question me about what is
```

Page 233

```
 1            CONFIDENTIAL
 2   happening.  They never questioned
 3   anything.  They never came back to say,
 4   after December '15, "What is the nature of
 5   the retaliation?"
 6       Q    Did you never speak to Naomi
 7   Schrag about these issues?
 8       A    I wrote several e-mails.  And
 9   when I met her for the first time, I
10   openly discussed it.  I said this is what
11   is being done to me.
12       Q    So you addressed this issue, and
13   you spoke --
14       A    But she never responded to the
15   subsequent e-mails that I sent regarding
16   schedules and timings and ECT assignments.
17   She never called me back to say what is
18   happening here?
19            It was only in December '15 that
20   we met, when the formal inquiry was made,
21   that I had a chance to talk to her.  But I
22   did send her several e-mails regarding
23   harassment.
24       Q    November 2015, I think we have
25   established you were on vacation, yes?
```

59 (Pages 230 to 233)

CONFIDENTIAL

Page 234

CONFIDENTIAL

1          CONFIDENTIAL
2     A    Yes.
3     Q    If you turn --
4     A    The other thing I would like to
5   caution over here --
6     Q    I just asked a yes or no
7   question.  I want to keep it moving.
8     A    Okay.
9     Q    I want to get you out of here so
10  you don't have to come back.
11    A    Definitely.
12         MR. JEREMIAS:  Unless he wants
13    to clarify something.
14    Q    Unless you need to clarify
15  something you said that was incorrect,
16  which you're welcome to do at any time.
17    A    If you want to get me out of
18  here, that's good news.  Let's do it.
19    Q    If you could turn to page 576,
20  we have -- it's slightly easier to read
21  because there's only two people on here.
22         This compares you and Dr. Yocum,
23  yes?
24    A    Yes.
25    Q    Why did you choose Dr. Yocum to

Page 235

1          CONFIDENTIAL
2   compare yourself to?
3     A    Because at that time, he didn't
4   have any NIH funding, and he was a lab
5   researcher.
6     Q    And you write "support
7   declining" under you?
8     A    Yes.  It's says "Departmental
9   support declining."
10    Q    And when it declines in November
11  of 2012 down to zero, that's because
12  you're on vacation, right?
13    A    Yeah.  But you're conflating two
14  issues over here.  You are saying that if
15  people take vacation, they're not entitled
16  to vacation.  Let's keep vacation
17  separate.  Let's see the work hours that
18  we are assigned to, and then see how those
19  work hours are distributed.  Don't
20  conflate vacation time with work
21  assignments.  They are two different
22  issues.
23         It means, this same reason was
24  offered by Patricia Capatano, saying that
25  had he not been on vacation, this would

Page 236

1          CONFIDENTIAL
2   have happened.  Why is vacation time taken
3   a factor in research time?  This is
4   obligatory vacation time.  You get to do
5   whatever you want to do.
6     Q    Dr. Joshi, if you weren't on
7   vacation in November, you would have had
8   assigned to you nonclinical days in
9   November of 2015, right?
10    A    Yeah.  But it has to be in
11  proportion of the total clinical days that
12  are to be assigned.
13    Q    But you're not doing the
14  proportion here because you weren't
15  getting any nonclinical time?
16    A    So let me understand this
17  clearly.  What you are saying is, there's
18  a fixed number of clinical days that you
19  have to do irrespective of what you take
20  in vacation; is that what you're telling
21  me?
22    Q    No.
23         What I'm saying is, you're
24  basing this off the schedules.  And one
25  thing that's different in the schedule for

Page 237

1          CONFIDENTIAL
2   November 2015, which is number 12 here,
3   which you have as zero, the very dramatic
4   decline, it's not comparable to the first
5   11 months, because you're not getting
6   assigned any nonclinical time in November,
7   because you took vacation for the entire
8   month.
9     A    You have totally misread the
10  whole thing.
11    Q    Tell me about it.
12    A    This is the percentage of
13  nonclinical time over total work hours or
14  total assignments.  So it doesn't matter
15  whether you're on vacation or not, because
16  your total amount of work commitment is --
17  this is a fraction of that work
18  commitment.
19    Q    I'm going to be one of the
20  people who are not persuaded, Dr. Joshi.
21    A    No, no.  Let me try and say this
22  again.  What I'm saying over here is that
23  what you are seeing over here are
24  percentage figures based on the clinical
25  work assignment, right, and your research

60  (Pages 234 to 237)

CONFIDENTIAL

Page 238

CONFIDENTIAL

1      CONFIDENTIAL
2   work assignment, the total universe of the
3   workdays you have, whether they are
4   clinical or nonclinical.  Vacation days
5   are sitting on one side.  They are totally
6   different.  They are not to be factored in
7   this equation.  They are taken out in
8   these things.
9        Q     They're not taken out of your
10  chart?
11       A     They are.  This is the
12  percentage of clinical time assignment.
13       Q     If you had not taken vacation --
14  I'll leave this issue in a second.
15           If you had not taken vacation,
16  if you had not been on vacation for the
17  entire month of November, you would have
18  been assigned nonclinical time and,
19  therefore, that number would have been
20  zero, correct?
21       A     Yeah, but --
22       Q     But?
23       A     No.
24       Q     No?
25       A     Your understanding is wrong.

Page 239

1      CONFIDENTIAL
2   Let me correct you.
3        Q     Okay.
4        A     When you get nonclinical time
5   assignment, it is the total amount of --
6   percentage of the total amount of work you
7   do.  The vacation time is totally
8   different.
9           So if in a month, I take 10 days
10  vacation, those are not to be factored in.
11  What is to be factored in is of the
12  remaining 10 days when I was working, what
13  was my assignment like?  How much of it
14  was my research time and how much of it
15  was my clinical time?
16           Am I clear now a little bit?
17       Q     We'll go to the next page, 577.
18           I understand the analysis,
19  Dr. Joshi.
20       A     Okay.  Thank you.
21       Q     I don't agree with your
22  analysis, but I understand what you're
23  saying.
24           This is ECT assignments?
25       A     Yes.

Page 240

1      CONFIDENTIAL
2        Q     Based on the schedule?
3        A     Based on the schedule and --
4   yeah, as I've told you.  And assuming that
5   ECT is half-clinical day and half-research
6   day.
7        Q     So in July, which was month 8,
8   because it's always off by one, you had
9   the least ECT as compared to Anastasian,
10  Berman and --
11       A     Yeah.  Those are clinical
12  people.  Those are not research people.
13       Q     So they're not comparable to
14  you?
15       A     No, they are not.
16       Q     Why are you comparing yourself
17  to them?
18       A     Because I'm comparable to the
19  clinical people eventually when you do the
20  analysis.  It means I'm not being treated
21  like a researcher anymore.
22       Q     Got it.
23       A     I'm sorry.
24       Q     Is anybody who's in this
25  comparable to you?

Page 241

1      CONFIDENTIAL
2        A     You just threw a curveball at me
3   by saying Tom Yocum is T32.
4        Q     No.  I don't know.  I'm asking.
5        A     What I understand from T32, T32
6   doesn't apply to any faculty members.  T32
7   is a training grant for fellows.  That
8   question shouldn't even arise when you
9   were questioning about T32.  It's a
10  training grant for fellows, not for
11  faculty.
12       Q     Okay.
13       A     Look, I don't know all of the
14  details of T32, because I don't deal with
15  it.  But it's not -- to bring up that
16  issue with relation to faculty is not
17  accurate.
18       Q     But during the course of when
19  you're doing an analysis like this, and
20  you're doing -- you're thinking, which
21  you've done a lot of, about whether or not
22  you're going to bring a lawsuit about this
23  and accuse people of certain things, you
24  didn't ask Dr. Yocum what his research
25  commitments were, right?  You just went to

61  (Pages 238 to 241)

CONFIDENTIAL

Page 242

CONFIDENTIAL
1    CONFIDENTIAL
2 public sources and just found what you
3 found, and then you did an analysis?
4 You're a scientist; is that okay?
5    A    No. Guess what Chas Emala said?
6 He said the way to look at grant funding
7 and research is to go the E-Reporter,
8 which has documented funding for every PI.
9        Is there private funding? Yes.
10 That's a limitation. Private funding
11 doesn't show up. Does private funding
12 count the same way as NIH funding? No, it
13 doesn't, because it doesn't pay the
14 indirect costs in most conditions.
15        So most of the universities
16 focus only on NIH, R01 grant, and what is
17 in the reported in the E-Reporter.
18    Q    You make a good point.
19    A    Thank you.
20    Q    This does not -- your analysis
21 here doesn't take into account whether or
22 not they have funding other than NIH
23 funding; this is exclusively --
24    A    No, no. And you know what?
25 I'll tell you what. T32, I don't think is

Page 243

CONFIDENTIAL
1    CONFIDENTIAL
2 the right question, right issue. Tom
3 Yocum and others did get a private grant,
4 a small private grant, which is for young
5 faculty who come on board. It is a small
6 grant which is given. But that was not
7 there at the time of these concerns. So
8 if you factor all those in, I think my
9 analysis is valid.
10        MR. HYMAN: Off the record.
11        (Discussion held off the record)
12 BY MR. SCHILLING:
13    Q    Who is Mark Weller?
14    A    Mark Weller is the chief of
15 Allen. He also serves neuro team,
16 sometimes, off and on.
17    Q    Who is Joe Rumley?
18    A    Joe Rumley is also one of those
19 guys who does ICU and travels around the
20 world and sometimes does clinical and
21 sometimes -- but he's not a researcher.
22    Q    Is neuro their main area?
23    A    No. They are hybrid, that's why
24 they are separate. They do neuro and
25 Allen, which is a different hospital, and

Page 244

CONFIDENTIAL
1    CONFIDENTIAL
2 Rumley does ICU and vascular and general
3 also. Sometimes he works in neuro, not
4 all the time.
5    Q    Are they comparable to you in
6 terms of comparisons for ECT purposes?
7    A    Rumley was doing ECT when he was
8 there, but he has other commitments. And
9 Mark Weller is also -- I don't think has
10 ever done ECT, but he was on the neuro
11 team.
12    Q    So he hadn't done ECT?
13    A    No. He hadn't done ECT.
14    Q    So when you have to find
15 somebody to sub in for Zirka, you're not
16 going to choose him, right?
17    A    No, not him. But I think, also,
18 Rumley was traveling all the time. I
19 don't know what his status was.
20    Q    Promotion, want to talk
21 promotion?
22    A    Whatever you say.
23        MR. JEREMIAS: Is that a
24 question?
25    Q    How many times have you applied

Page 245

CONFIDENTIAL
1    CONFIDENTIAL
2 for a promotion at Columbia?
3    A    That's something based on
4 recollection. In 2006ish, I was
5 approached by the chairman for a possible
6 promotion.
7    Q    Chairman Wood?
8    A    Wood. And I put in my CV
9 tentatively, and she was -- it took
10 several months. And it was in the
11 backdrop that she was shutting my lab down
12 and doing things to me, and we had a big
13 conflict about time -- research time
14 allocation under the K08 grant.
15        So at the time, she had raised
16 the issue of promotion. And then it
17 wasn't going anywhere because she was
18 criticizing my data, and people were
19 threatening my job at the same time, when
20 ███████ were there. And that was one
21 time.
22    Q    And you withdrew your request
23 for promotion at that time?
24    A    I do not know whether we
25 followed up at that time. I think I put

62  (Pages 242 to 245)

CONFIDENTIAL

Page 246

CONFIDENTIAL

1    it there and something happened.  I
2    vaguely recollect that.  Whether it was
3    2007 or 2008, the matter escalated and
4    went to Anne Taylor.  I do remember that.
5    And it was becoming painful for me to
6    follow it up, because she was not
7    enthusiastic about it.
8          So at that time, I had written
9    to Anne Taylor saying that under these
10   circumstances -- I was very careful about
11   my wording.  I said I have to stand down
12   for some reason.  You have to read those
13   wordings very carefully.  But the
14   implication was that the atmosphere is too
15   toxic for me to proceed with the promotion
16   process.
17       Q    So you withdrew from the
18   promotion process?
19       A    I did, again, a conditional
20   withdrawal.  But I asked Dr. Anne Taylor
21   to -- I was hoping that Dr. Anne Taylor
22   would follow it up and say well, what is
23   the problem?  And she never did.
24          My expectation was when any
25

Page 247

CONFIDENTIAL

1    faculty says that it's not a good
2    environment to push through promotion, the
3    people in the Dean's office would say why?
4    What are you doing?  What is the problem?
5    They never followed through.
6        Q    To your knowledge?
7        A    To my knowledge, yes, obviously.
8        Q    And --
9        A    No.  I may be -- you know, if
10   that is the time that I think it is.
11       Q    And you say that Dr. Wood
12   threatened to close your lab?
13       A    Dr. Wood threatened to close my
14   lab, relocate my lab on several occasions.
15       Q    To close or relocate?
16       A    I wouldn't -- I have a very
17   small lab, so I would hesitate to use the
18   word "close" that I used.  I think she was
19   relocating the lab, and she was going to
20   shut -- they were threatening my job,
21   basically.  So implied in that, they were
22   keen to shut down my lab.
23       Q    They were threatening -- who was
24   threatening your job?
25

Page 248

CONFIDENTIAL

1
2        A    ▇▇▇▇▇▇.  But fortunately, I
3    got funding from Boston University, and I
4    braced for that period, and then I got my
5    R01.
6        Q    Is ▇▇▇▇▇ in a position to
7    fire you?
8        A    Exactly.  He's not in a position
9    to fire me, and that was one of the
10   questions I asked Dr. Wood when we met her
11   in 2008, when the promotion issue came up.
12       Q    What significance is it if
13   Dr. ▇▇▇ threatened to fire you if he
14   doesn't have any authority to do that?
15       A    But he did that.  He threatened
16   it.
17       Q    So?
18       A    That is what I asked Dr. Wood
19   later on, why did you ask me for it?  So
20   we had a tenuous relationship with
21   Dr. Wood, because I believe Dr. Wood was
22   breaking federal rules of NIH funding.
23   The department was keeping two sets of
24   books.
25          One was the clinical workbook,

Page 249

CONFIDENTIAL

1    like we are discussing, how many days you
2    have clinical.  And then for whatever
3    reason, they were not accounting for all
4    the call work we were doing.
5          And, for example, when you do a
6    24-hour call, right, you have done a
7    certain amount of clinical work for which
8    you bill patients.  They would consider
9    that as research work.  And I found that
10   to be a big problem, because we are
11   billing patients for our services.
12          And as well as that, we are
13   meeting the goals of the research program.
14   It was cutting down the research time.
15   And in 2005, everybody has these cuts of
16   research time.  But in 2005, which was the
17   last year of my K08 grant, and I was
18   desperate for my time, in the month of
19   July, I didn't get any research time at
20   all.  The whole month, not a single day.
21   And other people were getting research
22   time.  And that became a big issue,
23   because I was supposed to be in protected
24   research time, and I was not getting it.
25

63  (Pages 246 to 249)

CONFIDENTIAL

Page 250

CONFIDENTIAL
1      CONFIDENTIAL
2           And Dr. Wood made a statement
3      saying how we explain the research time.
4      And she said we will give you 75 percent.
5      It means so many days, but it does not
6      include certain weeks of clinical load.
7      It also does not include costs.  So it's
8      no costs, certain months out.  You are
9      drastically cutting the research time,
10     which was mandated by federal guidelines
11     to be 75 percent.  And I never got a
12     clarification for that.
13         Q    Your allegation in this lawsuit
14     is that after you pursued your complaint
15     of research misconduct against Dr. ████
16     the allocation of your research time was
17     unfair after that point; is that fair to
18     say?
19         A    Exactly.
20         Q    Prior to your complaining about
21     Dr. ████ research, was your allocation
22     of research time fair?
23         A    Yeah.  I think it was fair in
24     the beginning.  It means, the department
25     was giving me some supported time, and I

Page 251

CONFIDENTIAL
1      CONFIDENTIAL
2      had supported time from my grant.  From
3      2010 to about 2014, I was able to do a lot
4      of good work, and I was able to function.
5          Q    So you had no complaints about
6      your allocation of nonclinical time
7      between 2010 and 2014?
8          A    No.  I did have complaints
9      about -- because every time we do
10     research, we have to certify the effort.
11     You know, if the NIH gives you money, you
12     have to say hey, how much?  And I was
13     asking constantly for guidelines as to
14     what do you consider?  Do you consider
15     call as research work or do you consider
16     it as clinical work?  So there were
17     issues, but it was not affecting the
18     functioning of what I was doing.
19         Q    Is there a time period at which
20     you have been at Columbia where you were
21     satisfied with your allocation of research
22     time?
23         A    If I was -- look, every
24     department -- I was satisfied in the first
25     four years of my K08 grant because

Page 252

CONFIDENTIAL
1      CONFIDENTIAL
2      everybody had some degree of cut in time,
3      and it was fairly distributed.  And I was
4      okay with that.
5          Q    When was that?
6          A    That was the first four years of
7      K08.  Because everybody's research time
8      was cut in proportion.  There was no
9      favoritism, you understand?  But in 2005,
10     I was doing all the clinical work, and I
11     wasn't getting the thing that I was in a
12     protected time period.  That became an
13     issue.
14         Q    So what period of time or times,
15     in your view, were you not treated fairly
16     with respect to nonclinical time?
17         A    I think these things have
18     escalated since I raised the complaint.
19     Because by combining the -- adding the ECT
20     days, by reducing nonclinical time
21     support, it became very difficult for me
22     to do experiments, which are basically
23     survival animal experiments.  So we plant
24     brain tumors.  At a fixed time, we have to
25     treat them.  That reverses the outcome.

Page 253

CONFIDENTIAL
1      CONFIDENTIAL
2      These are not the experiments
3      that I used to do in the past where I had
4      healthy animals and I could, you know,
5      have some flexibility.  These animals have
6      a brain tumor.  If they get sick, they get
7      sick.  You have to intervene and do
8      whatever you have to do.
9          So the models have changed.  And
10     I was doing much more sophisticated
11     research than I was doing seven hours in
12     my training grant period.  So it had a
13     profound impact.
14         You may say okay, that's only
15     one nonclinical day he had.  Heck, what
16     are you making a deal of?  But if you lose
17     one, one, one day, accumulatively, the
18     damage is pretty severe.
19         Q    Well, at the moment, my only
20     question is -- you have the period of time
21     after you filed your research misconduct
22     complaint, and I understand that you
23     believe that was unfair to you with
24     respect to your nonclinical time.
25         And I guess my question is:

64  (Pages 250 to 253)

CONFIDENTIAL

Page 254

CONFIDENTIAL

1       CONFIDENTIAL
2   Isn't it true that before you filed your
3   research misconduct complaint, you also
4   complained about your nonclinical time?
5       A    Yes.  The counting of research
6   time in the department has always been a
7   problem, and it has been a violation of
8   federal rules.  This has lead to the DPI
9   investigation that was related to how the
10  department allocates research time.
11      And what I found out in the
12  course of the DPI investigation was that
13  the justification provided by the
14  department for taking away -- for not
15  accounting for our call effort are
16  completely bogus.
17      MR. HYMAN:  Your question, I
18  understand.  His answer is dealing
19  with not the time, but how Columbia is
20  keeping a record of that time for
21  purposes of measuring nonclinical
22  time.  He believes, as ORI has
23  indicated, or one of them, that there
24  is a question of whether or not call
25  is to be included in nonclinical time.

Page 255

1       CONFIDENTIAL
2   Am I right, Joshi?
3       THE WITNESS:  It's not ORI.
4   It's the Department of Programming.
5       MR. HYMAN:  DPI.
6       THE WITNESS:  So DPI has --
7       MR. HYMAN:  Just for the record,
8   there is --
9       MR. SCHILLING:  I actually don't
10  need your clarification for the
11  record, because he can clarify it for
12  the record.
13      MR. HYMAN:  He can, but you're
14  moving on, so we will clarify for the
15  record.
16      MR. SCHILLING:  Okay.
17  BY MR. SCHILLING:
18      Q    Prior to filing your research
19  misconduct complaint in April of 2015, in
20  the years prior to that, you complained
21  about your allocation of nonclinical time
22  with respect to how you compared to other
23  people within the department; you thought
24  it was harassing; you thought it was
25  unfair; you thought it was retaliatory,

Page 256

CONFIDENTIAL

1       CONFIDENTIAL
2   right?
3       A    I would say -- unfair?  I don't
4   know what retaliation to -- what is your
5   allegation?  It means, it is because I
6   thought I got an unfair cut of time.
7       Q    As compared to other people
8   within the department?
9       A    Yes.
10      Q    So the issue of your relative
11  assignment of research time has been
12  something that you've been living with
13  well before, and continuing after, you
14  filed your complaint of research
15  misconduct, right?
16      A    We have two issues over here.
17  One is calculation of research time that I
18  had become accustomed to, and then the
19  change that occurred on top of it.  The
20  change that occurred on top of it is what
21  are discussing.  The background issue of
22  how the department accounts does not
23  factor in these issues.  That is a common
24  problem.  It has been there.  But that is
25  not an issue over here.  What we are

Page 257

1       CONFIDENTIAL
2   discussing is what happened to me after.
3   That red line that you saw is what we are
4   discussing.
5       Q    That's what you're discussing.
6   My question is going backwards.
7       A    Yeah, but that's a minor issue.
8   And relatively, this is how the department
9   functions.  That is a separate issue.
10      Q    Am I --
11      A    If a department calculates
12  something in some ways and that is the
13  official policy, that is the policy you
14  live with.
15      Q    Am I --
16      A    You can protest it, but it
17  doesn't mean that you are -- you know, it
18  doesn't mean that the changes were not
19  superimposed on them.
20      Q    Am I right that prior to the
21  time you filed your complaint of research
22  misconduct in April of 2015, you had
23  complained about your allocation of
24  nonclinical time?
25      A    I had complained about the

65  (Pages 254 to 257)

CONFIDENTIAL

Page 258

```
 1              CONFIDENTIAL
 2   calculation of nonclinical time by the
 3   department.
 4       Q    Not the allocation to you as
 5   compared to others?
 6       A    Because that is the
 7   justification for cutting everybody's
 8   research time, if they are doing that
 9   calculation.  And people are making money
10   off of it by that calculation, by
11   short-circuiting the grants.
12       Q    Prior to your filing of your
13   complaint of research misconduct, you also
14   complained about not having been promoted,
15   right?
16       A    Yes.  The promotion was held up.
17   But at that time, I thought, in my
18   idealistic way, I do good research.  My
19   research will continue, and I will get
20   continued funding.  But the funding became
21   a problem at some point in time because
22   people were taking note of the
23   non-advancement in my academic career.
24           MR. SCHILLING:  21.
25           (Whereupon, E-mail Exchange,
```

Page 259

```
 1              CONFIDENTIAL
 2    Dated June 30, 2011, was marked as
 3    Joshi Exhibit 21 for identification,
 4    as of this date.)
 5   BY MR. SCHILLING:
 6       Q    I've placed in front of you a
 7   document marked Exhibit 21.  It's an
 8   e-mail chain.  The top e-mail is from you
 9   to Dr. Wood, June 30, 2011.
10           Do you see that?
11       A    Yes.
12       Q    The second photograph, you
13   write, "With such hostility towards me and
14   my work, I don't think it is worth wasting
15   time on promotion."
16           Do you see that?
17       A    Yes.
18       Q    This is your telling Dr. Wood in
19   June of 2011 that you didn't want to
20   pursue a promotion, even though she had
21   started the conversation with you about
22   being promoted, right?
23       A    Yeah. Let's read the first part
24   of the sentence.
25       Q    Go ahead.
```

Page 260

```
 1              CONFIDENTIAL
 2       A    "With such hostility" -- and
 3   it's Ccd to Anne Taylor.  If I write to a
 4   dean of faculty development that I am not
 5   following a process because it's toxic, I
 6   expect Dean Taylor to take some action.
 7       Q    Who would make the decision on
 8   whether or not you were promoted in June
 9   of 2011?
10       A    It would be starting with the
11   chairman.
12       Q    And then it goes to the
13   committee?
14       A    It then goes to the committee.
15       Q    Did you think the committee was
16   going to be unfair to you?
17       A    Oh, yes.  The committee would be
18   unfair to me.
19       Q    Why?
20       A    Because Dr. ███ was there.
21       Q    Because he's on the committee?
22       A    Yes.
23       Q    So rather than take your chances
24   with the committee, you took the certainty
25   of not getting promoted?
```

Page 261

```
 1              CONFIDENTIAL
 2       A    No.  I said -- read carefully.
 3   "With such hostility towards me and my
 4   work," CC Anne Taylor.  I was expecting
 5   Anne Taylor to be more robust in following
 6   up why some faculty is walking out of this
 7   process.
 8       Q    In your mind, did you withdraw
 9   your request for promotion vis-a-vis
10   Dr. Wood?
11       A    Under those conditions, yes.
12   Under the circumstances of being harassed
13   and being threatened, yes.  But I had
14   hoped that Anne Taylor would be more
15   proactive.
16       Q    One of the things that Dr. Wood
17   asked was that you meet with her in
18   person; do you recall that?
19       A    Yes.
20       Q    And you refused?
21       A    I --
22       Q    Yes or no.
23       A    No.  With regard to promotion,
24   I've gone to meet Dr. Wood on other
25   occasions, and she did not meet with me,
```

66  (Pages 258 to 261)

CONFIDENTIAL

Page 262

CONFIDENTIAL

1      and then blamed me for not showing up.
2      And I've got e-mails to prove that.
3            So the only places where I
4      didn't want to meet Dr. Wood -- and I did
5      meet Dr. Wood from time to time, when
6      needed.  It was not that we didn't meet,
7      however.
8      Q     2014, did you have conversations
9      with Dr. Emala about pursuing a promotion
10     at that point?
11     A     Yeah.  I was of two minds,
12     because I was feeling that my grants were
13     getting hurt.  We had a dinner, I think,
14     at my house.  And during the dinner, the
15     issue of promotion came up.  I'm not
16     certain what we discussed at the dinner at
17     my house, whether I should apply for a
18     promotion and things like that.
19     Q     This is a dinner with Dr. Emala?
20     A     Dr. Emala and Dr. Bigio had been
21     in my house at some point at that time,
22     and I think that is where we discussed
23     promotion issues.
24     Q     Who was the other doctor?
25

Page 263

CONFIDENTIAL

1      A     Dr. Bigio from Boston University
2      was one of my coresearchers.
3            MR. SCHILLING:  22.
4            (Whereupon, E-mail Exchange,
5      Dated June 16, 2014, was marked as
6      Joshi Exhibit 22 for identification,
7      as of this date.)
8      BY MR. SCHILLING:
9      Q     I've placed in front you a
10     document marked Exhibit 22, which is an
11     e-mail chain.  The top e-mail chain is
12     from you to Dr. Emala, June 16, 2014.
13           Do you have that document in
14     front of you?
15     A     Yeah.
16     Q     That bottom e-mail is from you
17     to Dr. Emala, "Subject:  CV."
18           Do you see that one?
19     A     Yeah.
20     Q     You write, "Here is the CV.  I
21     was very conflicted to submit it, because
22     it will give legitimacy to a totally
23     idiosyncratic, dishonest and a sham
24     process."
25

Page 264

CONFIDENTIAL

1      Do you see that?
2      A     Yes.
3      Q     You had never participated in
4      the process, have you?
5      A     No.  I was seeing other people
6      being promoted.
7      Q     And that led you to believe it
8      was an idiosyncratic, dishonest and sham
9      process?
10     A     Yes.  There were people who had
11     hardly any achievements that were promoted
12     in the department, and there were people
13     with great achievements who were being put
14     down.
15     Q     And so as a result of that, you
16     decided this was not for you?
17     A     No.  It was whatever the
18     chairman wanted.  And the chairman was
19     hostile toward me, and that's why I was
20     afraid of putting in the CV and taking the
21     stress of all that.  And at the same time,
22     I was conflicted because my grants were
23     getting hurt.
24           And I was talking to people
25

Page 265

CONFIDENTIAL

1      about, is promotion an issue over here?
2      Because, you know, when you don't advance
3      in your academic career, it's not taken
4      positively.
5      Q     Who did you speak to about that
6      issue in 2014?
7      A     I think it was Bigio and Emala.
8      What I recall, in 2014, we had a dinner
9      together, and the issue of promotion was
10     discussed over there, whether I should go
11     ahead and what should I not do or what
12     should I do.
13     Q     What did they recommend?
14     A     They said look, you should try
15     for it, and that's probably why I followed
16     up on it.
17     Q     But then you ultimately didn't
18     try for it?
19     A     Well, I didn't send the CV, but
20     I went back and forth.  Because the last
21     time I did it, she attacked my CV, and she
22     was harassing me, basically, to reveal
23     things.
24     Q     Well, she thought there were

67  (Pages 262 to 265)

CONFIDENTIAL

Page 266

CONFIDENTIAL

1       CONFIDENTIAL
2    inaccuracies in your CV that she asked you
3    to correct?
4       A    Yeah.
5           MR. JEREMIAS:  Objection.
6       A    She was citing some unpublished
7    papers.
8       Q    Top e-mail, you write, "Let's
9    just forget it."
10          Do you see that?
11      A    Yes.
12      Q    You made a decision in 2014 not
13   to proceed with your promotion, yes?
14      A    I, under the circumstances, and
15   how dramatic it would be and distracting
16   for my research, yes, I backed down at
17   that point.
18      Q    Yes?
19      A    Yes.
20          MR. SCHILLING:  23.
21          (Whereupon, E-mail Chain, Dated
22   October 15, 2017, was marked as Joshi
23   Exhibit 23 for identification, as of
24   this date.)
25      Q    Dr. Joshi, I've placed in front

Page 267

1       CONFIDENTIAL
2    of you a document marked Exhibit 23, which
3    is an e-mail exchange with Alan Johns.
4           Do you have that in front of
5    you?
6       A    Yes.
7       Q    Who is Alan Johns?
8       A    The University of South Carolina
9    was trying to recruit me for cancer
10   research.
11      Q    What happened with that?
12      A    They were very worried why I was
13   not being promoted.  They said you have
14   such a good CV, and why is it that you
15   were not promoted?
16      Q    Did you want to get a job at
17   South Carolina?
18      A    It was director of cancer
19   research, and I was keen to do it.  But
20   the thing was that my promotion was a big
21   issue for them.
22      Q    How was that expressed?
23      A    I think they called me up,
24   phoned me up, and discussed it, and some
25   e-mails at that time.

Page 268

1       CONFIDENTIAL
2       Q    Other than this e-mail?
3       A    No.  This is the entire log, I
4    think.  There was not -- it was over a few
5    days.
6       Q    So this e-mail exchange,
7    Exhibit 23, is the entirety of their
8    raising with you the issue of your rank?
9       A    I think so.  I think there were
10   some phone calls that he talked to me a
11   couple of times, if I don't misrecollect.
12      Q    Do you recall those phone calls?
13      A    It was just like what is your
14   research and how are you funded and what
15   do you want to do?  He was a recruiter.
16   He was not from the actual team.
17      Q    So did anybody at the University
18   of South Carolina comment to you?
19      A    No.  They didn't come back after
20   this.
21      Q    So Tyler & Company is the
22   recruiting agency?
23      A    Yeah, I think so.
24      Q    In your e-mail back to Alan
25   Johns, in the middle of the page, you

Page 269

1       CONFIDENTIAL
2    write, "It is a complicated story.  I
3    never applied for a promotion, as I was
4    uncomfortable with the ethics of my
5    previous chair."
6           Do you see that?
7       A    Yeah.
8       Q    Is it true that as of
9    October 15, 2017, you had never before
10   applied for a promotion?
11      A    I didn't apply formally for a
12   promotion.  I just approached her, and
13   then the CV problem occurred.
14      Q    The third sentence there says,
15   "Didn't need a promotion.  Have had strong
16   support at the NCI, and I can focus on my
17   work."
18          Do you see that?
19      A    Yes.
20      Q    What did you mean when you said
21   that you didn't need a promotion?
22      A    Well, I was getting funded for a
23   while.  I was not having problems funding
24   it.  So if the research could continue, I
25   was not so focused on the promotion as I

68  (Pages 266 to 269)

CONFIDENTIAL

Page 270

CONFIDENTIAL

1  was focused on the research.
2      Q   So you only want a promotion for
3  the purposes of the research?
4      A   That was the main part, driving
5  force, when I came into 2014.  And also,
6  it was affecting my employment.  You know,
7  people were asking why I'm not promoted.
8  You have two grants, three grants.  Things
9  like that.
10     Q   What's the difference in salary
11 between an assistant and an associate
12 professor?
13     A   I have never looked at my
14 salary, but it's about 20-, 25,000.
15     Q   So today you're an associate
16 professor?
17     A   Yes.
18     Q   You make 25,000 more than you
19 made before you were promoted?
20     A   Yes, base salary.  This is an
21 approximation.  Don't quote me to it.
22     Q   I'm holding you to it.  We're on
23 the record, under oath.
24     A   Approximately.  Not definite

Page 271

CONFIDENTIAL

1  numbers.
2      Q   Okay.
3          Did there come a point in time
4  after Dr. Brambrink became chair that you
5  had a discussion with him with regard to
6  promotion?
7      A   Absolutely.
8      Q   When?
9      A   So I approached for promotion --
10 I think it was November 30th that I wrote
11 to him.  But I mentioned it even in my
12 first conversation with him, which was in
13 July -- in August, that academic rank was
14 affecting my ability to apply for --
15         You know, there was an
16 editorship of our specialty journal, and
17 they wanted me to apply for it.  And I
18 thought as an assistant professor, I would
19 not make the cut to be the editorial chief
20 of a major journal in the specialty.
21         But formally, I asked him for a
22 promotion on November 30th, I think, if
23 I'm not mistaken.
24     Q   Let me ask you -- without

Page 272

CONFIDENTIAL

1  marking it, I'm showing you an e-mail
2  dated November 30, 2016, from you to
3  Dr. Brambrink, which references a change
4  of title.
5          Is that what you've been
6  referring to?
7      A   Yes, exactly.
8      Q   And what was Dr. Brambrink's
9  response to your request to be promoted?
10     A   I think initially he -- I don't
11 know whether it was in this e-mail or a
12 meeting that we had afterward.  Initially,
13 he refused promotion.  He told me in the
14 meeting, when I raised the issue of
15 promotion, verbally -- this was not
16 followed up.
17         And I asked Chas whether or not
18 he discussed it by e-mail.  He said he
19 didn't hear about it, and the matter laid
20 dormant for a few months.  And then in one
21 of the meetings, I asked him could you put
22 me up for promotion or title change?  And
23 he said chairmen have nothing to do with
24 title changes.

Page 273

CONFIDENTIAL

1          At that time, I actually
2  reviewed the funding data, and I was
3  pretty convinced that he does not have the
4  best interest in mind.  So I, kind of,
5  said the chairman starts the process.
6  Please check with the faculty handbook.
7  And then he, kind of, didn't act on it.
8          And then we had a meeting in
9  August, after the lawsuit was filed, and
10 then I was put up for promotion in
11 September of '17.
12     Q   Tell me everything you remember
13 about that first meeting in which he
14 refused you promotion.
15     A   I think it was in -- somewhere
16 in the early part of 2017.  And I asked
17 him specifically, could you put me up for
18 promotion?
19         And he said why haven't you been
20 promoted for all these years?
21         And I said that's a difficult
22 story, and I would not like to discuss
23 negative things, and, you know, let's go
24 on forward.

69  (Pages 270 to 273)

CONFIDENTIAL

Page 274

CONFIDENTIAL

1          CONFIDENTIAL
2          And he said well, you have not
3    been promoted.
4          I said but other people like
5    Bessie Kachulis, who was also not promoted
6    for a very long time, has recently been
7    promoted.
8          He said Bessie Kachulis is a
9    different case.
10          I said how so?
11          So then nothing happened after
12    that.  He basically he said no.  And I
13    followed it up with e-mails with Chas
14    Emala.  I said did you hear anything
15    about -- and I think I also raised the
16    issue of title change and joint
17    appointments at some point in time.  But
18    he said no, I have heard nothing about --
19          So about the joint appointment,
20    he said no, you go and take lectures in
21    biomedical engineering and try to
22    establish a rapport, and then build up a
23    track.  And when you do it, I'll push it
24    forward.
25          Q    He's talking about the joint

Page 275

CONFIDENTIAL

1          CONFIDENTIAL
2    appointment at that point?
3          A    The joint appointment to
4    biomedical engineering.  So he gave me,
5    sort of, a very convoluted pathway, which
6    is his way of doing things.
7          Q    What's the right way to pursue
8    that?
9          He's suggesting that you develop
10    a relationship with biomedical
11    engineering.
12          A    No.  Generally, you see the main
13    thing, the way it is done is you publish a
14    lot of papers together.
15          And I have published
16    extensively, say, with neurosurgery
17    previously.  And for whatever reason, you
18    know, my neurosurgery appointment was
19    declined, although Dr. Solomon wanted to
20    consider it before.  But he did not want
21    to consider it afterward.
22          So with biomedical engineering,
23    he wanted me to go take lectures, and then
24    build up the resume so that they apply for
25    a joint appointment.  But that was really

Page 276

CONFIDENTIAL

1          CONFIDENTIAL
2    not a practical thing, considering the
3    time pressure that I had been put under by
4    his own various deadlines.
5          With regard to promotion, he
6    said nothing.  He said Bessie was not --
7    it was a different case for Bessie, and
8    the matter was closed.  And then I raised
9    the matter again in August of '17, after
10    the lawsuit was filed.  And in September,
11    the process began.
12          Q    So are you attributing the fact
13    that the process started due to the
14    lawsuit?
15          A    It is the timing.
16          Q    Do you have any other reason
17    other than the timing?
18          A    Well, if you ask for a
19    promotion -- you already have testimony
20    from several people that I could have
21    been -- or two people that I could have
22    been full professor by then, no problem.
23          Brambrink had no problem putting
24    up for professorship, full professorship.
25    That was a statement or e-mails, whatever.

Page 277

CONFIDENTIAL

1          CONFIDENTIAL
2    But when I asked for it initially, he said
3    a blanket no.  He said why weren't you
4    promoted before?
5          I said -- so he says -- and I
6    refused to -- I didn't want to talk about
7    negative things.  We are starting a new
8    chapter.  Let's start a new case.  Let's
9    go forward and be positive.
10          Q    So he told you at that first
11    meeting that he would not promote you?
12          A    No.  He said why weren't you
13    promoted before?
14          Q    That's very different, isn't it?
15          A    Yeah, but --
16          Q    That's a question.
17          A    He basically -- yeah, he put it
18    as a question, which is a negative
19    question.
20          Q    Why?
21          A    Because he wasn't, like, saying
22    I will promote you.
23          Q    He wasn't saying he wasn't going
24    to promote you; he was asking you?
25          A    He did not follow up on it.  My

70  (Pages 274 to 277)

CONFIDENTIAL

Page 278

CONFIDENTIAL
2  recollection is hazy over here, but hazy
3  in the sense of his immediate response.
4  What I remember right now is he when he
5  went back to me and said why weren't you
6  promoted before?
7      Q    You understand, don't you, that
8  it's significantly different to say I'm
9  refusing you a promotion versus asking you
10 why you weren't promoted before?
11     MR. HYMAN:  Objection.
12     Q    Did you not testify earlier that
13 Dr. Brambrink refused at this meeting?
14     MR. HYMAN:  Argumentative.
15     MR. SCHILLING:  I'm asking to
16 clarify what Dr. Joshi said.  He said
17 "refused."
18 BY MR. SCHILLING:
19     Q    You said Dr. Brambrink refused,
20 no?
21     A    No.  That's -- I don't remember
22 exactly what his words were, but what I
23 got from it was he refused it.
24     Q    And you got that from it based
25 solely on his question, why haven't you

Page 279

CONFIDENTIAL
2  been promoted before?
3      A    Right.  And it was negative.
4  And then when I said Bessie has been
5  promoted, he said Bessie is a different
6  case.  So there were two negatives coming
7  out at me.  So he was willing to accept
8  Bessie as a case, but not me.
9      Q    He didn't tell you not to apply?
10     A    He did not follow it up at all.
11 There was no answer after that.
12     Q    He didn't tell you in a meeting
13 don't bother applying, Dr. Joshi, because
14 it's not going to happen?
15     A    But he didn't say "you apply
16 too."
17     Q    Can you answer my question
18 Dr. Joshi?
19     A    Yes.  He didn't say that.  But
20 it's a partial statement.
21     Q    He ultimately supported your
22 promotion?
23     A    He ultimately supported my
24 promotion, and he also said that I am due
25 for full professorship.

Page 280

CONFIDENTIAL
2      Q    He supported you for the
3  two-step move, right?
4      A    Yes.
5      Q    Why would he do that if he wants
6  to retaliate against you because of
7  Dr. █████ complaint?
8      MR. HYMAN:  Objection.
9      MR. JEREMIAS:  Objection.
10     MR. SCHILLING:  Why is that
11 objectionable?  I'm trying to
12 reconcile what he has said.
13     MR. JEREMIAS:  You're
14 asking him --
15     MR. HYMAN:  You're asking for
16 his --
17     MR. SCHILLING:  He's testified
18 that he believes this is retaliatory,
19 and I'm saying why do you think that
20 when he's fully supportive of your
21 two-step promotion process?  How do
22 you reconcile that?
23     Objection to form noted.
24     A    No.  The reason I think it's
25 retaliatory is because he was pushed into

Page 281

CONFIDENTIAL
2  promoting me, and then realized that my CV
3  was good enough and strong enough when he
4  reviewed it.  So he was not in favor of my
5  promotion at that time, when he first came
6  in.
7      Now, whether the lawsuit changed
8  it, whether he learned something more
9  about my CV, or whether he learned that
10 people were recommending my promotion,
11 it's something different.  Who knows what
12 the circumstances are.
13     Q    You don't know?
14     A    I don't know, and neither do
15 you.
16     Q    It's true.
17     A    But even -- let me just go back
18 for one other clarification.
19     Q    Sure.
20     A    After I met Dr. Brambrink,
21 Dr. Emala was standing outside the door.
22 And I raised the issue of promotion, and
23 he categorically stated that I should have
24 applied for promotion when I had two R01s.
25 Now, he also didn't say don't apply, but

71  (Pages 278 to 281)

CONFIDENTIAL

Page 282

```
1            CONFIDENTIAL
2    he made it a point that I failed to apply
3    when I had two R01s, and, hence, it was in
4    limbo.
5        Q    What was in limbo?
6        A    Promotion issues, decisions
7    about promotions.
8        Q    Dr. Emala said to you it would
9    have been good for you to apply when you
10   had the two grants?
11       A    Yes.
12       Q    But you didn't apply when you
13   had two grants?
14       A    No, I didn't.  But the thing is
15   "you should have applied" has a negative
16   connotation.
17       MR. SCHILLING:  24.
18       (Whereupon, E-mail Chain, Dated
19       September 29, 2017, was marked as
20       Joshi Exhibit 24 for identification,
21       as of this date.)
22   BY MR. SCHILLING:
23       Q    Dr. Joshi, I've given you a
24   document marked Exhibit 24, which is an
25   e-mail exchange between Dr. Whittington
```

Page 283

```
1            CONFIDENTIAL
2    and Dr. Brambrink in September of 2017.
3        Do you have that in front of
4    you?
5        A    Yes.
6        Q    Doctor, I realize you're not
7    copied on this, but you've seen this
8    before, yes?
9        A    I've seen it, probably, in the
10   course of the depositions or disclosure.
11       Q    So the middle -- the bottom e-mail,
12   on the bottom e-mail, Dr. Whittington is
13   stating that he would be supportive of
14   your being advanced to full professor.
15       Do you see that?
16       A    Uh-huh.
17       Q    In the middle e-mail,
18   Dr. Brambrink is in agreement?
19       A    Uh-huh.
20       Q    Do you have any reason to doubt
21   Dr. Brambrink's sincerity in this e-mail?
22       A    Do I have any reason to doubt
23   Dr. Brambrink's sincerity in this e-mail?
24       Q    Yes.
25       A    Not from what I read.  But at
```

Page 284

```
1            CONFIDENTIAL
2    the same time, I've got to see his actions
3    that were going on at the same time with
4    my lab and other things, so I have
5    concerns.
6        Q    But you don't think he's lying
7    when he says he's supportive of a two-step
8    promotion?
9        A    I don't -- as I said earlier on,
10   my trust in judging people has been
11   considerably eroded, having read the
12   e-mails that they write behind your back
13   to other people and what they say to your
14   face.
15       Q    Well, this is behind your back,
16   isn't it, and he's saying he's fully
17   supportive of promoting you two steps?
18       A    Exactly.  But at the same time,
19   he had -- I was not put up for full
20   promotion.
21       Q    To full professor?
22       A    To full professor.
23       Q    Why is that?
24       A    We don't know.  But what
25   Dr. Anne Taylor said over here was it was
```

Page 285

```
1            CONFIDENTIAL
2    a departmental decision to put somebody
3    for full professor, and that did not
4    happen.
5        And then we heard Dr. Emala say
6    that this would have been a contentious
7    appointment or promotion process, and they
8    were told at the start of the meeting that
9    this would all be before associate
10   professor.
11       So there is a difference between
12   the testimony of Dr. Taylor and that of
13   Dr. Emala.
14       MR. SCHILLING:  25.
15       (Whereupon, Letter, Dated Joshi
16       April 30, 2018, was marked as Joshi
17       Exhibit 25 for identification, as of
18       this date.)
19   BY MR. SCHILLING:
20       Q    Dr. Joshi, I've placed in front
21   of you a document marked Exhibit 25, a
22   letter dated April 30, 2018, from
23   Dr. Brambrink to Dr. Goldman.
24       Do you have that in front of
25   you?
```

CONFIDENTIAL

Page 286

```
1              CONFIDENTIAL
2      A    Uh-huh.
3      Q    Have you seen this document
4   before?
5      A    Only in the course of
6   disclosures.
7      Q    You didn't see this at the time?
8      A    No.  This is a confidential
9   process.  It's not -- I'm not privy to it.
10     Q    When you saw this for the first
11  time, were you surprised that
12  Dr. Brambrink was expressing the highest
13  level of enthusiasm for your promotion?
14     A    I think most promotion letters
15  begin with a similar tone, so yes, I was a
16  little hesitant of a recommendation that
17  begin with stellar comments.
18     Q    He's not required to write a
19  letter like this, is he?
20     A    He hasn't made the best case on
21  what he's doing.
22     Q    He was fully supportive of your
23  promotion, yes?
24     A    Not to full professor.
25     Q    We just saw that e-mail before
```

Page 287

```
1              CONFIDENTIAL
2   where he was --
3      A    That's for associate, yes.  Yes,
4   I was amply qualified for that, but I was
5   also qualified for full professorship.
6      Q    And Dr. Brambrink agrees?
7      A    He agreed, but he didn't put me
8   up for full professor.  He could have.
9      Q    He could have?
10     A    Yes.  That's what Dr. Taylor
11  said, didn't she?
12          MR. SCHILLING:  26.
13          (Whereupon, E-mail, Dated
14     July 7, 2005, was marked as Joshi
15     Exhibit 26 for identification, as of
16     this date.)
17  BY MR. SCHILLING:
18     Q    Dr. Joshi, I'm placing in front
19  you a document marked Exhibit 26.
20     A    Yeah.
21     Q    It's an e-mail from July 2005
22  from you to Dr. ████.
23     A    Uh-huh.
24     Q    The second paragraph in this
25  e-mail, the first sentence, you write,
```

Page 288

```
1              CONFIDENTIAL
2   "Why is it that several people in the
3   department are getting nonclinical time,
4   and those of us whose grants mandates
5   nonclinical time are not getting any in
6   the whole month!"
7          Do you see that?
8      A    Yes.
9      Q    In 2005, you were complaining
10  about your allocation of nonclinical time
11  as compared to other people in the
12  department, yes?
13     A    Yes.  This was 2005.
14          MR. SCHILLING:  27.
15          (Whereupon, E-mail, Dated
16     July 14, 2015, was marked as Joshi
17     Exhibit 27 for identification, as of
18     this date.)
19  BY MR. SCHILLING:
20     Q    I'm placing in front of you a
21  document marked Exhibit 27, another e-mail
22  from 2005 between you and Dr. ████.
23     A    Right.
24     Q    In the first paragraph, the last
25  two sentences, you write, "Were you lying
```

Page 289

```
1              CONFIDENTIAL
2   at the time or now?  I do not know.  But
3   as you know, I no longer trust you."
4          Do you see that?
5      A    Yeah.
6      Q    You believed as far back as 2005
7   that ████ could not be trusted?
8      A    ████ could not be trusted
9   in terms of what he says verbally, because
10  he was threatening me, on one hand, and
11  saying nasty things to me about research
12  time allocation and things like that.
13          And this was a particularly
14  tough time.  It was the last year of my
15  K08 award, and, as I explained to you
16  before, I was not given a single clinical
17  research day for the whole month, and
18  other people were getting nonclinical
19  time.
20     Q    Why was that?
21     A    Because that is what the
22  chairman does.  It's the chairman's
23  decision.
24     Q    And why did the chairman do that
25  at that time?
```

73 (Pages 286 to 289)

CONFIDENTIAL

Page 290

CONFIDENTIAL

1       CONFIDENTIAL
2       A    I have no idea.  But other
3   people were getting nonclinical time.
4       MR. SCHILLING:  28.
5       (Whereupon, E-mail Chain, Dated
6       November 16, 2009, was marked as Joshi
7       Exhibit 28 for identification, as of
8       this date.)
9   BY MR. SCHILLING:
10      Q    Dr. Joshi, I've handed you an
11  e-mail chain, Exhibit 28.
12      Do you have that in front of
13  you?
14      A    Yes.
15      Q    The top e-mail is from you to
16  Dr. ██████ November 16, 2009.
17      Do you see that?
18      A    Yes.
19      Q    Why are you writing in all caps?
20      A    Because he was denying something
21  that he said to me.  He said so many times
22  that if you don't do this, you'll lose the
23  job.  They were all one-on-one
24  conversations.
25      But in one instance in 2007, we

Page 291

1       CONFIDENTIAL
2   were in a meeting with Carol Hirshman, and
3   he just belted out things, like go and see
4   a shrink.  You know, those were very hard
5   words.  And then he denies saying that.
6   So if somebody says those things, it's
7   hurtful.
8       Q    Are you still carrying that to
9   this day?
10      A    No.  I think I blame the system.
11  I actually see ██████ as a victim of a
12  system and an institution, which covers up
13  wrongdoings and retaliates against people.
14      Q    You're not mad today that ████
15  ████ told you to see a shrink in 2000 --
16      A    Well, it does hurt.  You don't
17  forget somebody saying that to you, to be
18  honest with you.  But it's not something
19  you carry at all.  It's okay.
20      Like, as a son of a scientist
21  who had seen a lot of research misconduct,
22  what troubles me most is the way the
23  system behaves.  And the system retaliates
24  against those who try to do the right
25  thing.

Page 292

1       CONFIDENTIAL
2       Q    What does that have to do with
3   what was going on in Dr. Hirshman's office
4   at the time?
5       A    Hirshman called this meeting, so
6   she was a witness to what ██████ was
7   saying.  In other cases, it was his word
8   against my word.
9       Q    What was the point of the
10  meeting?
11      A    Just threatening me.
12      Q    No, why did the three of you get
13  together?
14      A    I was just paged to come to her
15  office, and he started belting down on me.
16      Q    What about?
17      A    The criticism of Dr. Wood for
18  the way she allocates the nonclinical
19  time.
20      Q    So you criticized Dr. Wood, and
21  Dr. ██████ was criticizing you for
22  criticizing Dr. Wood?
23      A    And there were also problems
24  with lab space and lab closures and the
25  way the money was being used, the grant

Page 293

1       CONFIDENTIAL
2   money was being used.  There were issues
3   with that.  But when you deny saying
4   something so hurtful, it's something you
5   feel.
6       Q    And you were angry?
7       A    Anger is -- you must realize
8   that there are two levels.  One is science
9   and what is happening to science and the
10  process.  I'm more annoyed with the
11  process that leads to coverups and
12  scientific corruption, and I feel that we
13  have created an atmosphere where
14  publications have been -- push people to
15  do things which are not right.
16      Q    But what does that have to do
17  with the issues you were discussing in
18  Carol Hirshman's office?
19      A    This, from what I recall --
20  because maybe those are the only words
21  that resonated in my ears.  That's all I
22  remember at that meeting, that I was
23  called, I was sitting at the door, ████
24  ████ was sitting toward the window, Carol
25  Hirshman was sitting there, and he is

74  (Pages 290 to 293)

CONFIDENTIAL

Page 294

CONFIDENTIAL

1     trying to tell me these things.
2          Q    But it's not about research
3     misconduct?
4          A    No.  These were related to the
5     ways grant money was being used and the
6     allocation of nonclinical time.
7          Q    But not research misconduct?
8          A    No.  But there's an ongoing --
9     in 2009, there was an issue with Shafer
10    and his publications, and Basman
11    (phonetic) and his publications, and
12    things like that.  So the issue here is
13    how the system retaliates against you for
14    raising concerns.
15         Q    Can I ask a question?  Going
16    back to Exhibit 20, this deck, how long
17    did it take you to prepare that?
18         A    I don't know.  Not much.
19         Q    Not much?
20         A    Once you do the tables, probably
21    two hours or something.
22         Q    Two hours?
23         A    This was -- the main time is the
24    data collection.

Page 295

CONFIDENTIAL

1          Q    How long did the data collection
2     portion of that take?
3          A    Maybe a day total.
4          Q    How many total days have you
5     expended complaining about nonclinical
6     allocation?
7          A    I don't have any idea of that.
8     But this is a very rare analysis I had to
9     do to make a point.
10         Q    But you didn't give it to
11    anybody?
12         A    Yeah.  But I had to prepare it
13    to find out whether this is actually
14    happening to me.
15         Q    Going back to Exhibit 28, the
16    all caps at the top there doesn't reflect
17    that you're annoyed or angry?
18         A    I was upset when he denied that
19    he never said that, which I knew was a
20    false statement.
21         Q    In the e-mail below to Dr. Wood
22    and Dr. ▇▇▇▇ the second paragraph that
23    begins with "most significant," do you see
24    that?

Page 296

CONFIDENTIAL

1          A    Yes.
2          Q    The last sentence reads, "NC
3     time allocation is a very effective weapon
4     that the chair has in shaping or
5     destroying the career of, and yet there
6     were/are no guidelines for NC time
7     allocation as they are related to the
8     funding mechanisms for our department."
9          Do you see that?
10         A    Yes.
11         Q    In 2009, did you think that
12    Dr. Wood was using NC time allocation as a
13    weapon against you?
14         A    She was certainly cutting my NC
15    time and not letting me do research fully.
16    And then when I went to Anne Taylor and
17    other people, the situation improved.
18         Q    Why was she doing that at the
19    time, as far as you know?
20         A    I do not know the specific
21    reasons of why Margaret raised the issue.
22    But what was -- it has been a consistent
23    problem.  The way the department has
24    allocated research time has been a

Page 297

CONFIDENTIAL

1     friction point.  It's an issue that
2     remains unresolved until this day.
3          The department maintains that
4     the clinical work we do is only the daily
5     schedule, but all the call work we do and
6     we bill for is not properly accounted for.
7          MR. SCHILLING:  29.
8          (Whereupon, E-mail Chain, Dated
9     July 22, 2009, was marked as Joshi
10    Exhibit 29 for identification, as of
11    this date.)
12    BY MR. SCHILLING:
13         Q    Dr. Joshi, I'm showing you
14    Exhibit 29.
15         A    Yeah.
16         Q    It's an e-mail exchange from
17    2009.  The top e-mail is from you to
18    Dr. ▇▇▇▇ July 22, 2009.
19         Do you see that?
20         A    Yeah.
21         Q    The e-mail below that is from
22    Dr. ▇▇▇▇ to you?
23         A    Yeah.
24         Q    And he says, "I would like to

75 (Pages 294 to 297)

CONFIDENTIAL

Page 298

CONFIDENTIAL
1
2    sit down with you and Gene tomorrow to
3    discuss your nonclinical time, as well as
4    the issue of clinical days and Milstein
5    call."
6          Do you see that?
7    A    Yeah.
8    Q    And you respond, "No need. I
9    have all the data, and I will address it
10   with people who are honest and follow the
11   rules." You go on to say, "I am fed up
12   with lies and half truthe, deception and
13   spin."
14         Do you see that?
15   A    Yes.
16   Q    This is an example of Dr. ▮▮▮
17   offering to sit down with you and discuss
18   nonclinical time, and you're refusing,
19   right?
20   A    Right.
21        MR. SCHILLING:  30.
22        (Whereupon, E-mail Chain, Dated
23        January 17, 2011, was marked as Joshi
24        Exhibit 30 for identification, as of
25        this date.)

Page 299

CONFIDENTIAL
1
2    BY MR. SCHILLING:
3    Q    I'm showing you Exhibit 30,
4    which is an e-mail.  The top e-mail is
5    from you to Dr. Emala, January 17, 2011.
6          Do you have that in front of you?
7    A    Yeah.
8    Q    Is this an e-mail you sent to
9    Dr. Emala?
10   A    Yes.
11   Q    The third paragraph down at the
12   top e-mail says, "This fits into the
13   pattern of ongoing discrimination against
14   my research and continued denial of
15   opportunities, whether they are lab space,
16   research time, departmental funds,
17   promotion, tenure, access to medical
18   students, fellows and residents, teaching
19   and administrative opportunities."
20         Do you see that?
21   A    Uh-huh.
22   Q    You were complaining about all
23   those issues before you filed your
24   research misconduct complaint against
25   Dr. ▮▮▮ in March of 2015, right?

Page 300

CONFIDENTIAL
1
2    A    Right.  So after this, what
3    happened -- and is in follow up on the
4    last e-mail you showed.  I think we met
5    Anne Taylor.  Anne Taylor gave me the lab
6    space.  She intervened somewhere around
7    this time.  And we were able to do
8    research.  And I was able to do some
9    research at least, starting from '11 to
10   about '14, '15.
11         And so there was a period when
12   these issues were not so critical.  But
13   yes, there is -- throughout this thing,
14   you'll see a single theme that is running
15   all through it.  It is the accounting of
16   nonclinical time, and that is a structural
17   issue in the way the department functions.
18   Q    And that issue has existed since
19   when?
20   A    That issue is the way the
21   department accounting process works, and
22   it is contrary to federal guidelines.
23   Q    And it's not only a structural
24   issue; you think it's also being yielded
25   as a weapon by the chairs?

Page 301

CONFIDENTIAL
1
2    A    Yeah.  If you cut down the
3    times, it can hurt people.
4          MR. SCHILLING:  Let's take a
5    break.
6          (Thereupon, a recess was taken,
7          and then the proceedings continued as
8          follows:)
9          MR. SCHILLING:  31.
10         (Whereupon, E-mail Exchange,
11         Dated March 4, 2015, was marked as
12         Joshi Exhibit 31 for identification,
13         as of this date.)
14   BY MR. SCHILLING:
15   Q    Dr. Joshi, I'm showing you
16   Exhibit 31.  It's a two-page e-mail
17   exchange.  The top e-mail is from you to
18   Dr. Emala, Wednesday, March 4, 2015.
19         Do you have that in front of
20   you?
21   A    Yeah.
22   Q    The bottom e-mail on this page
23   is also March 4th, from you to Dr. Wood
24   and Dr. Emala, "Subject:  Adjunct
25   Appointment and Title Change."

76 (Pages 298 to 301)

CONFIDENTIAL

Page 302

CONFIDENTIAL

1      CONFIDENTIAL
2          Do you see that?
3      A    Yeah.
4      Q    You say, "Last grant was
5  triaged."
6          Do you see that?
7      A    Yes.
8      Q    What does that mean?
9      A    It was not scored.
10     Q    Is that a good or bad thing?
11     A    It's not good.
12     Q    It's not good?
13     A    No.
14     Q    If it's triaged, does that
15  mean -- what does that mean in terms of
16  how it was considered relative to the
17  other applications?
18     A    It's supposed to be in the
19  50th percentile.  So it was below the
20  50th percentile.
21     Q    So the collaborators on the
22  projects were Irving, Bruce and Deng.
23          Who were they?
24     A    They were researchers who were
25  on the project that we submitted at that

Page 303

1      CONFIDENTIAL
2  time.  We were developing new drugs for
3  treatment of cancer, and they were
4  synthesizing some of those -- Jeff Bruce
5  was a neurosurgeon who works with me, and
6  Deng is a synthetic chemist.
7      Q    Are they all at Columbia?
8      A    Yeah, they're all Columbia.
9      Q    What are their titles?
10     A    Jeff Bruce is -- Irving -- I'm
11  sorry.  Irving is also here.  Irving is a
12  professor of biomedical engineering at
13  Boston University, who is a long-time
14  collaborator.  He works on optical
15  techniques that we apply for brain cancer
16  research.  Bruce is a neurosurgeon.  Deng
17  is a synthetic chemist.  So Bruce and Deng
18  are at Columbia.  Irving is at Boston
19  University.
20     Q    Are Bruce and Deng professors?
21     A    Deng runs the lab.  He's a
22  senior technician, but he's in charge of
23  the organic synthetic chemistry lab.
24  Bruce is a professor.
25     Q    Assistant professor; associate

Page 304

1      CONFIDENTIAL
2  professor?
3      A    No.  He is a full professor.  He
4  is the vice chair of research.
5      Q    Were you proposed as the PI?
6      A    Yes.  I was the PI, and these
7  were coinvestigators.
8      Q    How does that work, as between
9  PI and coinvestigators?
10     A    You are the lead guy.  It is
11  your project.
12     Q    Do their credentials help with
13  respect to the application and the
14  likelihood of funding?
15     A    We thought that was the case.
16  So in subsequent presentations that we
17  did, we made Dr. Bruce co-PI.  It means I
18  still have the lead in the project, but he
19  is, like, kind of taking care of some
20  aspects of the project.  And that,
21  perhaps, factored in in our improving
22  score so that we could make a higher cut.
23     Q    Going back to Exhibit 4, on
24  which of those grants was he made the
25  co-PI?

Page 305

1      CONFIDENTIAL
2      A    They're all -- Bruce has always
3  been a co-PI.  No, co-PI is the recent
4  last two grants.  The last two grants in
5  '17 and '18, he was made co-PI, and those
6  are the ones that were getting scored.  So
7  the one that is shown as pending and not
8  funded, last two.
9      Q    Right.
10          Both of those were not funded?
11     A    Right.  But on those two, he was
12  made co-PI, and those were the ones that
13  were getting scored.  Because he does
14  intra-arterial -- he does direct delivery
15  of cancer drugs to the brain, and he has
16  recognition in the field as his rank.
17     Q    And as of July 2018, you were an
18  associate professor; is that right?
19     A    In the last one, yes.
20     Q    And even though you were an
21  associate professor and he was a full
22  professor and you were co-PIs, the grant
23  still wasn't funded; is that right?
24     A    Yes.
25     Q    This --

CONFIDENTIAL

Page 306

CONFIDENTIAL
1         CONFIDENTIAL
2      A    But I just became an associate
3  professor, yes, at that point.
4      Q    Does the grant application say
5  how long you've been an associate
6  professor?
7      A    Yes.
8      Q    Was there any feedback that you
9  got with respect to that last grant that
10  your title over your career had an impact
11  on the score?
12      A    No.  We got commented on the
13  previous grant, which explicitly mentioned
14  that -- you know, the assistant professor
15  and this mid-level physician scientist.
16      Q    Do you believe that's the reason
17  that that grant was not funded?
18      A    I think it becomes one of the
19  factors that operate.  And when you are in
20  a very competitive environment for cancer
21  research, for brain cancer research, it's
22  a very difficult field of research.  This
23  is one of the toughest cancers to treat.
24  Those things matter disproportionately.
25         That is why an appointment to

Page 307

1         CONFIDENTIAL
2  neurosurgery, which is what I've said in
3  this application, was far more important
4  than the biomedical engineering thing that
5  on Ansgar was saying.
6      Q    What's the basis for your belief
7  that the length of time that you've been
8  an associate professor is impactful on the
9  likelihood of your going to get funding?
10      A    In an ideal world, academic rank
11  should not be a factor at all.  It should
12  only be the quality of research.  But that
13  is not how the real world operates.  In
14  the real world, your academic rank and
15  your position matter quite a bit.  But it
16  is one of the main factors in the grant.
17  And the reviewers have made a comment, why
18  is he this?
19      Q    I got it.  We'll get to that
20  one.
21         But is it ever, in your
22  experience, the deciding factor, the rank
23  of the PI?
24      A    It's not so much of a deciding
25  factor.  But what becomes very important

Page 308

1         CONFIDENTIAL
2  is the joint appointment to neurosurgery
3  when you're doing brain tumor research.
4  That also becomes a major factor.  So a
5  title change to neurosurgery would have
6  really helped this grant.
7      Q    Had you coauthored articles with
8  people in the department of neurosurgery?
9      A    Absolutely.
10      Q    How many?
11      A    About 15, 16.
12      Q    Who have you coauthored with in
13  the department of neurosurgery?
14      A    Largely Jeff Bruce, Sean Lavine.
15  Technically some of the radiologists also
16  work in the department of neurosurgery.
17  Fred Meyers and others, they have joint
18  appointments, so they are there, and a lot
19  of residents who are trained there who
20  have mentored over time.
21      Q    Do you think that if you would
22  have had a joint appointment in
23  neurosurgery, you would have been funded
24  on any of these that appear here that show
25  "not funded"?

Page 309

1         CONFIDENTIAL
2      A    I would have gotten a better
3  review.  So when you are triaged, you
4  don't get any comments back.  You don't
5  get a guideline as to how the grant is
6  doing, so your attempts are not very
7  productive.
8         When your current grant is
9  formally reviewed, you get a set of
10  critical points.  Then you can address
11  those points, and it makes your chances of
12  getting it next time much better.  By --
13  if I had better comments, just that
14  marginal improvement, my chances would
15  have increased.
16      Q    But do you have a basis to say
17  that your chances would have increased to
18  the point which it would have been
19  decisive, and you would have gotten a
20  grant that you would not otherwise have
21  gotten?
22      A    I can only refer to people at
23  NIH who have reviewed a lot more grants
24  than anybody in the department and who
25  closely know my research.  And their

78  (Pages 306 to 309)

CONFIDENTIAL

Page 310

CONFIDENTIAL

1  opinion is that this is basically a review
2  process problem.
3         And why it is a review process
4  problem is not clear.  Could there be
5  subject bias?  Could it be rank bias?
6  Could it be specialty bias?  You know, an
7  anesthesiologist claiming research funds
8  for cancer research, we can take another
9  really long shot?  So those are the issues
10 at stake.
11        So if you want to get one missed
12 correspondence, you will probably not find
13 it.  But as a contributory factor, I
14 certainly think both the not getting a
15 title change in neurosurgery and not
16 advancing in academic rank were a factor.
17     Q    Did anyone at NIH ever tell you
18 that not having a co-appointment in
19 neurosurgery hurt you with respect to any
20 of these grants that were not funded?
21     A    No.  NIH is primarily focused on
22 the whole review process, because there
23 are administrative aspects of grant
24 management, which I think are also

Page 311

CONFIDENTIAL

1  hurting.  Because we are not able to get
2  to the grants where we would be very
3  likely to succeed.  We are getting into
4  other commentaries.  There's a whole back
5  door of the review process.
6         But the bottom line is that NIH
7  feels this research is important, and it
8  should have been funded, and it's not
9  being funded.
10     Q    But going back to the basis for
11 your belief that the joint appointment in
12 neurosurgery would be helpful, that's your
13 opinion, but is it supported by anything
14 that anyone at NIH has ever said in terms
15 of a joint appointment of neurosurgery at
16 Columbia?
17     A    They do comment positively when
18 Dr. Bruce is put as co-PI.  So they are
19 enthusiastic, more enthusiastic, when
20 Dr. Bruce's rank is up in the grants.
21        So they have a bias coming
22 toward a neurosurgery-based grant coming
23 for brain cancer tumor treatments.
24     Q    Isn't the greater bias that

Page 312

CONFIDENTIAL

1  you've been facing recently the fact that
2  your research focus is different now than
3  it was at the time you were getting the
4  R01s?  Isn't the approach bias more
5  significant?
6     A    I think we are starting to talk
7  on treatment.  And conceptually, when you
8  talk about treatment, you want a clinician
9  who is doing cancer research or has
10 affiliation to cancer research.  That
11 gives it more legitimacy in clinical
12 translation of the research.
13     Q    A joint appointment with
14 neurosurgery is not going to ultimately
15 overcome that issue, is it?
16     A    Well, it will definitely make it
17 much easier for the person to associate
18 this grant with somebody with a familial
19 relationship with the field, rather than
20 coming from anesthesiology.
21     Q    Where does Dr. Bruce work?
22     A    Columbia.
23     Q    In what department?
24     A    Neurosurgery.

Page 313

CONFIDENTIAL

1     Q    So you have a co-PI who is in
2  neurosurgery?
3     A    That's why we are getting some
4  scores which have improved.  But if I had
5  an appointment myself, it would work much
6  better, because I am the lead guy.
7     Q    But you don't know if it's going
8  to be funded based on that; you're
9  speculating, right?
10     A    Yeah.  It was one of the
11 contributory factors.
12     Q    But you're speculating as to
13 whether or not it would be a decisive
14 factor?
15     A    Well, the question you can ask
16 yourself is:  Would you get your cancer
17 treated by an anesthesiologist?
18     Q    No.
19     A    That's it.  So that is an
20 inherent bias that comes in when you get a
21 grant from somebody who is not in the
22 field, applying for the field, where there
23 are people in the field who have got --
24 their career is built on brain cancer

79 (Pages 310 to 313)

CONFIDENTIAL

Page 314

CONFIDENTIAL

1    treatment, clinical.
2       Q    In your opinion, isn't it more
3    likely than not that you're still going to
4    have your grants denied, even if you were
5    a full professor with a joint appointment
6    in neurosurgery, so long as you're
7    pursuing the same research areas?
8       A    I can only go by the comments of
9    other people on my grant, not just the
10   reviewers' comments, because the
11   reviewers' comments have been sometimes
12   very, very sloppy.
13      And all of those fields that my
14   grants have never been scored properly
15   incudes Irving Bigio, who has had a U87
16   grant, which is, like, a mega grant that
17   covers multi-institutions; Houston Baker,
18   who has been in NIH and claims to have
19   read 10,000 grants and said my grants are
20   amongst the best he ever read.
21      So there are a lot of people who
22   have a very different opinion and who have
23   said that they know people who have
24   struggled in this situation, but keep
25

Page 315

CONFIDENTIAL

1    trying and going at it.
2       So every little bit counts in
3    getting these grants.  These are highly
4    competitive grants.  And for me, it
5    becomes a very difficult crown to hold
6    when academic grants and joint
7    appointments are not aligned with the
8    overall field of what I'm applying for.
9       Q    The bottom of this e-mail on the
10   first page, the last two sentences, "The
11   part of the problem is the bias against IA
12   drugs.  Reviewers 2 and 3 were seriously
13   biased against the IA approach."
14      Do you see that?
15      A    Yeah, sure.
16      Q    What does that mean?
17      A    So a lot of people tried
18   treating cancer with intra-arterial
19   delivery of drugs, but they got the
20   paradigm backwards.  The paradigm works on
21   a totally different dimension, and they
22   failed in getting the treatments working.
23      We approached the problem in a
24   totally different way, but that bias plays
25

Page 316

CONFIDENTIAL

1    a factor in it.  So getting an academic
2    rank, getting -- we have been on the cover
3    of cancer journals three times in the last
4    four years, so, you know, our field is
5    getting recognition, but it takes time.
6    And that is what I'm talking about.
7       Q    What was the outcome of your
8    raising this issue on March 4, 2015?
9       A    Well, this was the time -- at
10   the same time the ECT controversy was
11   happening, so there's a lot of
12   back-and-forth e-mails.  I didn't hear
13   anything from Margaret Wood, so I talked
14   to Chas Emala the next day.
15      And apparently, he didn't hear
16   anything either, although he promised that
17   I would discuss this with Margaret in
18   person.  So I don't know whether he
19   discussed or didn't discuss.  He didn't
20   get back to me on the subject.
21      What we know since that time is
22   that the very day I sent this e-mail, that
23   very afternoon, a meeting was called.
24   This e-mail is dated the 4th of March, so
25

Page 317

CONFIDENTIAL

1    my grant runs from the 1st of April to the
2    31st of March, so I was in the fourth year
3    of my grant.  And a meeting was called to
4    discuss when they can shut down my lab.
5       Q    Called by whom?
6       A    Margaret Wood.
7       Q    And what was the outcome of that
8    meeting?
9       A    I have no idea.  I was not a
10   party to it.  But the e-mail disclosures,
11   we have seen since.  And this was in the
12   fourth year of it, and they were
13   discussing shutting down my projects.
14      Q    But they didn't shut down your
15   projects?
16      A    Well, they were discussing it.
17      Q    But they didn't shut down your
18   projects, right?
19      A    Well, Dr. Brambrink came and
20   wanted to shut down right away.
21      Q    But he hasn't shut down your
22   projects?
23      A    Well, he nearly has, because
24   he's not funding supplies.  I'm doing some
25

80  (Pages 314 to 317)

CONFIDENTIAL

Page 318

```
 1            CONFIDENTIAL
 2  other research.
 3      Q    We established earlier on today,
 4  Dr. Joshi, that you haven't requested
 5  additional funding?
 6      A    I was told I wouldn't get
 7  additional funding.  Only now I've been
 8  told that I can apply for it, and I'm
 9  doing that.  I was told categorically
10  after this thing runs out, poof.
11      Q    You were told that the lab was
12  going to close?
13      A    No.  I was told that no supplies
14  will be given, funded after that.  And the
15  lab was also supposed to close in August
16  '17.
17      Q    How long do you think it's fair
18  to keep your lab open without funding?
19      A    I have no idea how you put that
20  number, but you should not close it or
21  start thinking of closing it on the fourth
22  year of your funded project.
23      Q    Okay.  But they didn't do that.
24          So talking about today --
25      A    Well, they had all the
```

Page 319

```
 1            CONFIDENTIAL
 2  intentions of doing it.  They all set up
 3  the thing by attacking my nonclinical
 4  time, by assigning me to ECT.  All of
 5  these retaliatory measures came afterward.
 6      Q    What was --
 7      A    I strongly believe that this
 8  thing stalled primarily because we filed a
 9  litigation.
10      Q    On March 4, 2015, you had not
11  filed a formal complaint of research
12  misconduct against Dr. [ ] you did that
13  a month later, right?
14      A    Yeah.  But we know what happened
15  the moment I complained about [ ]
16  data.  He ran out to Margaret Wood.
17  Margaret Wood and [ ] were
18  conspiring to reach out to Steve Shafer
19  and Pamela Flood to make a case of
20  harassment against me.  This is all
21  documented in e-mails.  So please don't
22  ignore all the data you already have.
23      Q    I'm not the judge here,
24  Dr. Joshi.  I'm just asking questions.
25      A    No, but you have to understand.
```

Page 320

```
 1            CONFIDENTIAL
 2  You are trying to portray that I got a
 3  fair shot at the deal, and this has been
 4  going on for a very long time.  This is
 5  not the same thing.  I had reconciled
 6  whatever happened regarding nonclinical
 7  time, because that's the way the game is
 8  played, although it is a federal violation
 9  of rules.  I had lived with it.  But this
10  was something new that was happening.
11          You asked whether I contacted
12  Dr. Wood or not.  Dr. Chas Emala is in the
13  chain of command.  We know that there was
14  a discussion between Dr. Wood.  Dr. [ ]
15  did not respond to me, but he submitted a
16  full report to Margaret Wood saying that
17  he will share it with Joshi, but he never
18  sent it to me.
19          We also know that Margaret Wood
20  instructed Dr. [ ] to reach out to
21  Pamela Flood and Steve Shafer while he was
22  making the case of harassment, and that is
23  dated around late January-something.
24          So please don't try to say that,
25  you know, these guys are some benign guys
```

Page 321

```
 1            CONFIDENTIAL
 2  who are not doing anything behind my back.
 3      Q    When you sought the title change
 4  and the adjunct appointment in March of
 5  2015, you had previously approached
 6  Dr. Wood about a joint appointment well
 7  before that, right?
 8      A    Yes.  I had applied for the
 9  radiology department, because the
10  radiology department wanted to promote me.
11  That was in 2018, and they had approved
12  all the processes.  So in 2008, I was
13  going to be an adjunct assistant professor
14  or something in radiology, which would
15  have helped me.
16          And at that time, my research
17  was a little different.  I was looking at
18  the mechanisms of control of blood flow in
19  the human brain, so it was different.  It
20  was not cancer-related so much.  It was
21  more radiology, and they approved it.
22      Q    Did you seek an in-person
23  meeting with Dr. Wood on or after March 4,
24  2015 to discuss your promotion?
25      A    No, I did not.
```

81 (Pages 318 to 321)

CONFIDENTIAL

Page 322

CONFIDENTIAL
1      CONFIDENTIAL
2      Q    Why not?
3      A    Because we have already --
4  Dr. Wood turned down my radiology
5  appointment.  And I asked her, and she was
6  not going to go through it.  We know that
7  Dr. Wood was not very helpful to me.
8      Q    Why did you send this e-mail
9  then?
10     A    I was hoping that she would
11  change it and give me a shot at the grant,
12  because I was really thinking my grants
13  are being hurt.  Because now I was going
14  to cancer treatment.
15     Q    The second page toward the
16  bottom, the last sentence of the paragraph
17  says, "I think title change and adjunct
18  appointments, particularly in
19  neurosurgery, will help because the
20  process has to be initiated by our
21  department."
22        Do you see that?
23     A    Yeah.
24     Q    You say, a little bit earlier,
25  "A title change in adjunct appointment in

Page 323

CONFIDENTIAL
1      CONFIDENTIAL
2  neurosurgery will help a great deal."
3      A    Yeah.
4      Q    But you don't know whether or
5  not it was going to make any difference in
6  the likelihood of your getting funded,
7  right?
8      A    Well, it certainly makes a grant
9  look so much weightier.
10     Q    So much what?
11     A    Weight, academic weight comes
12  with it.
13        MR. SCHILLING:  32.
14        (Whereupon, E-mail Exchange,
15     Dated October of 2015, was marked as
16     Joshi Exhibit 32 for identification,
17     as of this date.)
18  BY MR. SCHILLING:
19     Q    I'm showing you Exhibit 32.
20  This is a series of e-mails, October of
21  2018, beginning with the Bates number P925
22  through 930.
23        Do you have that in front of
24  you?
25     A    Yes.

Page 324

CONFIDENTIAL
1      CONFIDENTIAL
2      Q    The middle e-mail toward the
3  bottom of the page, it starts "Dear
4  Houston."
5        Do you see that?
6      A    Yes.
7      Q    That's an e-mail from you to
8  whom?
9      A    Dr. Houston Baker is one of the
10  most senior people at National Cancer
11  Institute.  He's a program official.  He
12  reviews a lot of -- he's actually on the
13  funding site.  So there's a review site of
14  the grant process, and the funding site of
15  the grants process.  So all the grants
16  that are selected for funding, they have
17  to find a person who will accept giving
18  money to them, and then nurture.  So he
19  will tell you do this, do that, this is
20  how we move the project forward.  So I am
21  in his portfolio.
22     Q    You write at the end of that
23  e-mail, "It seems they have a deep bias
24  against the IA delivery based on past
25  failures that is preventing a meaningful

Page 325

CONFIDENTIAL
1      CONFIDENTIAL
2  review."
3        Do you see that?
4      A    Yes.
5      Q    So in October of 2018, your view
6  was you were not getting a meaningful
7  review from the reviewers?
8      A    Well, it's difficult for them
9  to -- so if an anesthesiologist comes and
10  says I have a radically different approach
11  to cancer treatment using an approach that
12  had failed for the past 60 years, there's
13  going to be a healthy degree of
14  skepticism.
15     Q    Is that what you were doing?
16     A    Yes.  And when you do that, and
17  you find out new treatments that are
18  coming out with new drugs which have not
19  been formulated, and new technologies are
20  developing, it takes a long shot.
21        MR. SCHILLING:  33.
22        (Whereupon, Summary Statement,
23     Release Date February 2, 2015, was
24     marked as Joshi Exhibit 33 for
25     identification, as of this date.)

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL

Page 326

CONFIDENTIAL

1    BY MR. SCHILLING:
2    Q    Dr. Joshi, I'm showing you
3    Exhibit 33. There's a release date at the
4    top of February 20, 2015, Bates numbered
5    P295 through 302.
6         Do you have that in front of
7    you?
8    A    Yeah.
9    Q    Do you recognize that document?
10   A    Let me try to get it. They are
11   very similar documents.
12   Q    Sure. Take your time.
13   A    Yeah.
14   Q    What is this document?
15   A    Well, this is a review that they
16   send out once the grant is reviewed on
17   various parameters, and this is their
18   comments.
19   Q    "They" is who?
20   A    The reviewers. There's a review
21   committee. When you submit a grant, it
22   goes to a study section. The study
23   section has reviewers. The reviewers
24   score the grant and the various

Page 327

CONFIDENTIAL

1    parameters, and they have secondary
2    comments. So there are usually two
3    reviewers and then a secondary reviewer,
4    or three reviewers and a secondary, and a
5    fourth reviewer sometimes, and they look
6    at the grant.
7    Q    And do they make a decision on
8    whether or not it's going to be funded?
9    A    Yes. They do a primary
10   screening. And then if it does not triage
11   and score, they do a full presentation.
12   Q    And it talks about applications
13   with the highest scientific merit,
14   generally the top half.
15        Do you see that?
16   A    Yeah. That was the
17   50th percentile that I was talking about.
18   Q    In what universe are they
19   looking; 50th percentile of what universe
20   of applications? How does that work?
21   A    I have no idea how many grants
22   go into the study section. Typically
23   there are six grants per reviewer, so they
24   are looking at probably 100, 120 grants

Page 328

CONFIDENTIAL

1    that are being reviewed for the study
2    section. This is all an estimate.
3    Q    I see.
4         Have you ever served as a
5    reviewer?
6    A    I was invited to, but they were
7    sending me engineering grants, and I
8    thought it was not appropriate for me to
9    review engineering grants.
10   Q    There's some colored
11   highlighting on this document.
12        What is that?
13   A    Those are the comments that I
14   was trying to analyze what they are
15   saying. And some of the comments were
16   kind of strange. This is all animal
17   research, and then they said no vertebrate
18   animals. You know, so I don't know
19   whether it was this grant or others, but
20   people felt that the reviewers are not
21   putting in the effort to read it properly.
22   Q    You use the word "triaged"
23   before.
24        Was this grant triaged?

Page 329

CONFIDENTIAL

1    A    Yes. This is '15, right?
2    Q    And are you able to interpret
3    any of these codes or numbers at the top
4    of this page?
5    A    No. Those are just
6    administrative numbers. Those are just,
7    you know, which type of grant it is, when
8    is the start point, where is the end
9    point. Those types of things.
10   Q    And am I right that there are
11   three reviewers on this, and they score
12   the grant in five different categories?
13   A    Yes.
14   Q    Significance, investigators,
15   innovation, approach and environment,
16   right?
17   A    Right.
18   Q    It's a one to nine scale?
19   A    Yes.
20   Q    And the higher you go, the worse
21   it is, right?
22   A    Yes.
23   Q    And the first critique on 296,
24   the first reviewer, he scored the

83  (Pages 326 to 329)

CONFIDENTIAL

Page 330

CONFIDENTIAL
2    investigators, which would be you and
3    others, exceptional, right, number 1?
4        A    Yeah.
5        Q    And 1 equals exceptional; is
6    that right?
7        A    Yeah.
8        Q    And approach, 6?
9        A    Yeah.
10       Q    How was that score?
11       A    So the biggest problem is they
12   don't understand what the process is.
13       Q    Let me stop you there.
14           How does 6 --
15       A    Six out of nine is not a good
16   score.  One out of nine is a very good
17   score.  When you get six out of nine, they
18   are basically saying there is nothing new
19   about this approach, whereas what we are
20   presenting is radically new.
21       Q    So they're just
22   misunderstanding?
23       A    They're not getting it.  They
24   don't understand it.  And then they
25   confuse intra-arterial delivery with

Page 331

CONFIDENTIAL
2    another drug delivery, which is
3    fundamentally different.
4           And as you can see, this guy has
5    been so sloppy.  One of these guys, you
6    know, he's saying the overall content, all
7    of this is draft research, and he says no
8    vertebrate animals.  So they aren't
9    putting in the effort to understand what
10   we are doing.  It's a review process
11   problem.  So as I explained to you, the
12   method we developed is very innovative,
13   very different.
14           And if someone doesn't seriously
15   review the project -- and therein comes
16   the importance of being a neurosurgeon,
17   being a professor.  It just gets your
18   grant noticed a little bit more seriously.
19   Is it one-on-one association?  Certainly
20   not.  But is it a critical thing?
21   Certainly, it is.
22       Q    And that's, again, based on
23   what?
24       A    Based on these types of erratic
25   review processes that I'm encountering.

Page 332

CONFIDENTIAL
2        Q    If you get sixes for approach,
3    is that grant, generally speaking, going
4    to get funded?
5        A    It depends what the other
6    reviewers might say and the other
7    reviewer's score is like.
8        Q    What if you got sixes from each
9    of the three reviewers?
10       A    Yeah.  It could be difficult.
11   It's a very competitive thing, because it
12   means that what you're not doing is not
13   innovative at all.  But what we are doing
14   has never been done before by anybody.
15       Q    They disagree, right?
16       A    They don't get it.  It's
17   different.  If you put in effort -- I can
18   put facts in front of you, and you may not
19   read them.  It doesn't mean the facts
20   don't exist.  So the review process is the
21   issue.
22           And that is why Dr. Houston
23   Baker, in the previous thing that you
24   showed, he writes very clearly that this
25   is the problem in the review process, and

Page 333

CONFIDENTIAL
2    we have to do everything possible to make
3    it more viable.
4        Q    The next page, 297, this
5    reviewer writes with respect to the
6    investigators, under strengths, "An
7    outstanding team of investigators that
8    covers the diverse expertise needed to
9    perform the proposed study."  Under
10   weaknesses, there's nothing.
11           Do you see that?
12       A    Yes.
13       Q    This investigator had no issue
14   with respect to your involvement or title
15   or rank; is that right?
16       A    Let me just caution you that
17   academic rank cannot be a scientific basis
18   for reviewing a grant, so you will not
19   find direct mention of academic ranks
20   anywhere.  Some reviewers may consider
21   that as just the merit of the project;
22   some reviewers may make a big deal out of
23   it.  So it just depends who you pick up.
24       Q    This investigator had no issue
25   with your rank?

84  (Pages 330 to 333)

CONFIDENTIAL

Page 334

CONFIDENTIAL
1          CONFIDENTIAL
2     A   Yes.
3     Q   Moving to page P299, this
4  investigator also gave the approach a 6.
5     A   Yeah.
6     Q   And gave the investigators a 2,
7  and 2 equals outstanding, right?
8     A   Yeah.  Well, it's less than 1.
9     Q   In terms of the codes used by
10 the reviewers, 1 is exceptional, and 2 is
11 outstanding, right?
12    A   Yeah.
13    Q   Yes?
14    A   Yes.
15    Q   Approach is, again, 6, and
16 that's not good, right?
17    A   Uh-huh.
18    Q   Under investigators on the next
19 page, page 300, under strengths, it says,
20 "The principal investigator" --
21         That would be you, right?
22    A   Uh-huh.
23    Q   -- "and the co-investigators
24 have all the necessary background and
25 expertise for success for the conduct of

Page 335

CONFIDENTIAL
1          CONFIDENTIAL
2  the proposed studies."
3     A   Uh-huh.
4     Q   Weaknesses, they don't identify
5  any, right?
6     A   Uh-huh.
7     Q   Whereas under approach, there's
8  a number of weaknesses identified, right?
9     A   Yeah.  Let me go back to 3 for a
10 second.  Hold on for a second.
11    Q   Sure.
12    A   Where was that approach, 3,
13 critique 3?
14    Q   Under P300, under number 4,
15 approach.  There's only four weaknesses.
16 You've colored three of them.
17    A   Yeah.
18    Q   And that's the reason you got
19 the 6, right?
20    A   Yeah.  But what he's saying is
21 total nonsense.
22    Q   Okay.
23    A   Because he is saying CT, MRI.
24 CT, MRI is not possible at the speed at
25 which we have to make the measurement, and

Page 336

CONFIDENTIAL
1          CONFIDENTIAL
2  this was explained in the grant.
3         Tissue concentration,
4  intra-arterial drug delivery have been
5  studied for decades, and not to have shown
6  a -- this is totally bogus.  Airplanes
7  crashed all the time before they flew.
8         Just because people -- and he is
9  conflicting intravenous injections with
10 intra-arterial injections.  Furthermore,
11 intra-arterial is totally different.
12         And the third thing is the
13 assessment of drug tissue was achieved
14 directly by mass spectroscopy imaging.
15 Mass spectroscopy imaging gives one
16 time-point measurement of a tissue sample
17 taken after death.
18         All of these show that the guy
19 just doesn't get what we are saying.
20    Q   The reason you didn't get these
21 grants is because these reviewers just
22 didn't get it, and they're wrong?
23    A   That is one of those problems.
24 When you come from the left field trying
25 to offer a new solution, your academic

Page 337

CONFIDENTIAL
1          CONFIDENTIAL
2  rank and your joint appointments are
3  critically important.
4     Q   Well, there's nothing on here
5  about your rank or joint appointment.
6     A   That may not be -- nobody can
7  comment on -- they are only allowed to
8  comment on science.  They cannot make
9  comments on academic rank.  They can say
10 whether this expertise is enough or not.
11    Q   Well, they certainly can, and
12 they have, as you have pointed out, right,
13 on another one?
14    A   Yeah.  But the level of review
15 you're getting, the quality of review
16 you're getting, is they are just not
17 putting in the effort to understand what
18 is being written.
19         MR. SCHILLING:  Number 34.
20         (Whereupon, Summary Statement,
21         Release Date November 24, 2016, was
22         marked as Joshi Exhibit 34 for
23         identification, as of this date.)
24 BY MR. SCHILLING:
25    Q   Dr. Joshi, I'm showing you

85  (Pages 334 to 337)

CONFIDENTIAL

Page 338

CONFIDENTIAL

1          CONFIDENTIAL
2   Exhibit 34, which is another summary
3   statement, this one with a release date of
4   11/24/2016.
5        Was this grant funded?
6      A    No.  This was -- it was triaged.
7   This is the one that came after I had
8   asked for promotion.
9      Q    And on second page, P319, under
10  critique number 1 on page 319,
11  investigators was scored 3 by this person,
12  and 3 means excellent, right?
13     A    Yeah.
14     Q    And approach is 5.
15       What does an approach of 5
16  signify?
17     A    The approach of 5 is, again, the
18  concerns of intra-arterial drug delivery.
19     Q    That's not a good score, is it?
20     A    It's not, but it is the bias, as
21  I've told you, that exists in the field,
22  which I have to take into account when I
23  write grants.
24     Q    On the second page with respect
25  to this grant, P320, under investigators,

Page 339

CONFIDENTIAL

1          CONFIDENTIAL
2   it says one of the strengths is "The
3   investigator has received prior funding in
4   the area of drug delivery for GBM."  And
5   you write in the comment "Irrelevant."
6        Why is that irrelevant?
7      A    Because funding and others are
8   not criteria for judging the scientific
9   merit of an application.
10     Q    Even though they gave that as a
11  strength in your favor?
12     A    Well, both of the arguments are
13  kind of nonscientific.  You should judge
14  science on the basis of science, not who
15  the person is at the other end.
16     Q    Under weaknesses, there's three
17  listed.  The first one is "Unclear why the
18  applicant is only at the assistant
19  professor level since his appointment in
20  1997."
21       Do you see that?
22     A    Yeah.
23     Q    You also consider that
24  irrelevant?
25     A    Yeah.  It was irrelevant in the

Page 340

CONFIDENTIAL

1          CONFIDENTIAL
2   sense of a scientific review process.  It
3   shouldn't be a conversation when you're
4   judging science.
5      Q    The next one says "Publication
6   record is modest, at best, in this area."
7        Do you see that?
8      A    Yes.
9      Q    Do you disagree with that?
10     A    Well, we are in a very
11  innovative area of research.  We are
12  developing techniques at the same time, so
13  we have different challenges and problems
14  as compared to other people.
15     Q    There's no rule against
16  commenting on your academic rank in the
17  investigative section of these reports,
18  right?
19     A    It's not a rule.  It's just
20  something -- a true scientific reviewer
21  would not be carried by somebody's
22  academic rank.  But in reality, it is a
23  factor, because when they open the grant,
24  the first thing they see is rank and
25  designation and abstract.

Page 341

CONFIDENTIAL

1          CONFIDENTIAL
2      Q    Page 322 is the next reviewer.
3   He gave significance a 6 and approach a 6.
4        Do you see that?
5      A    Yeah.
6      Q    That's bad, right?
7      A    Yeah.
8      Q    And investigator is 2, which is
9   outstanding, right?
10     A    Yes.  But how can brain tumor
11  treatment, a novel way of treating brain
12  tumor treatment, be a 6?
13     Q    And the third reviewer on
14  page 325 also gave your approach a 6.
15       Do you see that?
16     A    Yes.  I think this is the
17  reviewer who said mid-level scientist, if
18  I'm not mistaken.  So he was also taking
19  rank into consideration.  Let me just
20  verify that that is the same guy.
21     Q    Yes, 325.  Overall impact, it
22  says, "This is a proposal from a mid-level
23  physician scientist."
24     A    Right.
25     Q    You took that as a criticism?

86  (Pages 338 to 341)

CONFIDENTIAL

Page 342

CONFIDENTIAL

1          CONFIDENTIAL
2      A    Yes, it is.  It is a derogatory
3  term.
4      Q    Why do you see that's a
5  criticism?
6      A    Because a mid-level scientist,
7  when you have got two R01 fundings and
8  things like that, it means you're not
9  competing with the bigger boys on the
10 team.
11     Q    But it's not listed as a
12 weakness, right?
13     A    Yeah.  But the comment itself
14 should not be there.  Your academic rank
15 and things should not be a factor in the
16 review of your scientific papers, but it
17 is.
18     Q    On the next page, page 326,
19 under strengths, the same investigator
20 made reference to the fact that "This
21 proposal is from an anesthesiologist and
22 physician scientist who has significant
23 expertise in studies of intra-arterial
24 drug delivery and measurements."
25         So he's actually identifying

Page 343

CONFIDENTIAL

1          CONFIDENTIAL
2  your status as a strength, is he not?
3      A    Yes.  And also recognizing that
4  intra-arterial drug delivery is a field of
5  research, and I'm one of the few people
6  who is doing it.  I agree with that.
7      Q    So in terms of -- well, when he
8  makes reference to your being an
9  anesthesiologist and being a physician
10 scientist, he considers that a strength,
11 not a weakness?
12     A    Right.  But the thing is that as
13 an anesthesiologist, you may take it this
14 way, and you can argue why is it not
15 higher scores than what he is giving
16 considering the fact that you have two
17 R01s in the field?
18     Q    So the overall scoring on
19 approach for this particular grant was --
20 what were the three scores for approach?
21         6, 6 and -- so 5, 6 and 6 were
22 the scores on approach for this grant; is
23 that right?
24     A    Right.  And you must also
25 realize that they carry -- I can look into

Page 344

CONFIDENTIAL

1          CONFIDENTIAL
2  the comments, and there will definitely be
3  comments about problems in intra-arterial
4  drug delivery.
5      Q    So they're not going to fund
6  this grant with fives and sixes in
7  approach, right?
8      A    It's difficult.  But the point
9  is that since that time, we have -- what
10 we have been able to develop are new --
11 when we wrote these projects, we had not
12 developed the peptides, which are now
13 cancer-homing peptides, which have
14 developed since, which are far more
15 effective.  So the game is changing.
16         MR. SCHILLING:  35.
17         (Whereupon, E-mail Exchange,
18     Dated September 26, 2017, was marked
19     as Joshi Exhibit 35 for
20     identification, as of this date.)
21 BY MR. SCHILLING:
22     Q    Dr. Joshi, I'm showing you
23 Exhibit 35, which is a one-page e-mail
24 with the Bates number CU ending in 1804,
25 an e-mail exchange from Dr. Brambrink to

Page 345

CONFIDENTIAL

1          CONFIDENTIAL
2  Fahmina Jafri, September 26, 2017.
3         Do you have that in front of
4  you?
5      A    Yes.  This was the last funding
6  that they released.
7      Q    The e-mail in the middle of the
8  page is from Dr. Emala to Dr. Brambrink,
9  "Subject:  Joshi Operating Funds."
10        Do you see that?
11     A    Uh-huh.
12     Q    What was the status of your NIH
13 grant as of September 2017?
14     A    The no-cost extension had
15 terminated.
16     Q    But they extended your lab, and
17 they granted additional funding, right?
18     A    Yes, for one year.  No, not one
19 year.  This is only for a shorter period
20 of time.
21     Q    Is this the last time --
22     A    This is --
23     Q    I'm sorry.
24     A    This is the last time they
25 released funding.

87  (Pages 342 to 345)

CONFIDENTIAL

Page 346

CONFIDENTIAL

1        CONFIDENTIAL
2      Q   This list, the budget that
3 Dr. Emala is providing to Dr. Brambrink,
4 did he get that from you?
5      A   Yes.  We talked about it.
6      Q   So you talked about it?  You
7 requested $21,000?
8      A   Right.
9      Q   And it went to Dr. Brambrink,
10 and he approved it?
11      A   Right.
12      Q   Is this the last time you
13 requested?
14      A   To my best knowledge, yes, that
15 should be the last time.
16       MR. SCHILLING:  36.
17       (Whereupon, E-mail Exchange,
18       Dated January 7, 2016, was marked as
19       Joshi Exhibit 36 for identification,
20       as of this date.)
21 BY MR. SCHILLING:
22      Q   If I could direct your attention
23 to paragraph 59 of the complaint.
24      A   Yeah.
25      Q   Paragraph 59 of the complaint

Page 347

CONFIDENTIAL

1        CONFIDENTIAL
2 says, "Dr. Joshi also contacted Jeffrey L.
3 Kestler, the university compliance
4 officer, on January 7, 2016 for guidance
5 about the retaliation he was experiencing.
6 This request also fell on deaf ears, and
7 Mr. Kestler provided no response."
8       Do you see that?
9      A   Yeah.
10      Q   I'm showing you Exhibit 36.
11      A   Yeah.
12      Q   Is this an e-mail that you
13 received from Jeff Kestler letter on
14 January 7, 2016?
15      A   Yes.
16      Q   He responded to you on the same
17 day that you contacted him, did he not?
18      A   Yeah.  He responded, but he
19 didn't address the issue.
20      Q   You said in your complaint
21 "Mr. Kestler provided no response."
22       That's false, right, Dr. Joshi?
23      A   Yes.  In terms of text and this
24 thing, this is inaccurate.  But the thing
25 is that he did not address the complaint I

Page 348

CONFIDENTIAL

1        CONFIDENTIAL
2 was making, and that was a substantial way
3 of interpreting the same statement.
4      Q   Is it your view that the only
5 real response would have been to do
6 something affirmative?
7      A   No.  At least inform that they
8 took some action.  There was no follow-up
9 after this.
10      Q   What if they looked into it and
11 determined that you were not, in fact,
12 being retaliated against?
13      A   Then they should have told me
14 that.  There was no response, I think,
15 until Steve wrote to them.
16      Q   And in response to that, did you
17 receive a letter back from the university?
18      A   Yes.  We got a letter from
19 Ms. Capatano.
20      Q   Which said the university did
21 not think you were being retaliated
22 against?
23      A   Yes.
24      Q   Isn't that a response from the
25 university, just not one you agreed with,

Page 349

CONFIDENTIAL

1        CONFIDENTIAL
2 right?
3      A   No.  That was afterward.  This
4 was not an effective response to what we
5 were saying.  We didn't get a response,
6 whether it was genuine or not.  And it was
7 just to have them look into the matter,
8 and that was it.
9       And while it is technically
10 correct that we got a response, we got no
11 action following it up for the next one
12 until we went and complained to Kestler
13 again, having heard nothing from it.  So
14 this is a follow-up of not getting an
15 effective response.
16      Q   The prior page of the complaint,
17 paragraph 56, talks about your complaining
18 to Ms. Schrag in August of '15.
19       Do you see that?
20      A   Yeah.
21      Q   Do you recall complaining to
22 Ms. Schrag about harassment and
23 retaliation in August of 2015?
24      A   I'm sure if it's written there,
25 there must be e-mails to that effect.

88  (Pages 346 to 349)

CONFIDENTIAL

Page 350

CONFIDENTIAL

1          CONFIDENTIAL
2      Q    Paragraph 57 says,
3    "Notwithstanding that Dr. Joshi had
4    pleaded for intercession of his behalf,
5    neither Dr. Taylor, Dr. Emala nor
6    Ms. Schrag interceded on his behalf, nor
7    even responded to him."
8          Do you see that?
9      A    Yes.
10     Q    Ms. Schrag did, in fact, respond
11   to you, did she not?
12     A    Ms. Schrag?
13     Q    Yes.
14     A    She responded that she talked to
15   Anne Taylor, if I'm not mistaken.  But in
16   terms of addressing the problems I had,
17   she did not respond.  Again, in all these
18   cases, while we did get a factual response
19   in the sense there was a letter coming
20   back to us, there was no action or follow
21   up on what we were saying, and this was
22   over a period of time.
23     Q    But isn't that the distinction
24   between interceding on your behalf and
25   responding?  And this paragraph says

Page 351

1          CONFIDENTIAL
2    neither interceded nor responded, which
3    suggests that nobody ever got back to you
4    at all, which is not true, right?
5      A    No.  Dr. Anne Taylor did not get
6    back to me.  The harassment e-mail that
7    was sent to Dr. Anne Taylor, Dr. Anne
8    Taylor did not respond to it.  Naomi
9    Schrag might have responded to it, but not
10   Anne Taylor.
11         MR. SCHILLING:  37 and 38.
12         (Whereupon, E-mail, Dated
13         December 9, 2014, was marked as Joshi
14         Exhibit 37 for identification, as of
15         this date.)
16         (Whereupon, Columbia University
17         Non-Retaliation Policy, was marked as
18         Joshi Exhibit 38 for identification,
19         as of this date.)
20   BY MR. SCHILLING:
21     Q    Dr. Joshi, I've handed you two
22   documents.  Exhibit 37 is an e-mail on
23   behalf of Jeff Kestler, sent out to an
24   e-mail list, December 9, 2014.
25         Do you recognize that e-mail?

Page 352

1          CONFIDENTIAL
2      A    Yeah.
3      Q    Do you recall receiving this
4    e-mail?
5      A    I do.
6      Q    Did he do anything after you
7    received this e-mail?
8      A    I had known the contents of the
9    e-mail beforehand.  As I've said before, I
10   had testified in 2007 and had followed up
11   the lectures that were submitted within
12   the contents of the e-mail.
13     Q    So when you got this e-mail, did
14   you spend any time reviewing it or
15   thinking about it, or did you just move
16   on?
17     A    I read it and moved on at that
18   time, but I knew about the contents of
19   this e-mail.
20     Q    In the second to last paragraph,
21   the last sentence of the second to last
22   paragraph, Mr. Kestler writes, "For your
23   reference, the full non-retaliation policy
24   can be found at
25   policylibrary.columbia.edu."

Page 353

1          CONFIDENTIAL
2          Do you see that?
3      A    Yeah.
4      Q    I assume, at that time, you had
5    no reason to review the non-retaliation
6    policy?
7      A    I was familiar with the
8    non-retaliation policy beforehand because
9    we used to do annual courses.  And in
10   that, the non-retaliation policy was front
11   and center.
12     Q    When was --
13     A    We had regular courses for
14   several years in the department where the
15   non-retaliation policy was brought up, so
16   I was familiar with it.
17     Q    Exhibit 38 is entitled "Columbia
18   University Non-Retaliation Policy,"
19   effective March 2014.
20         Do you see that?
21     A    Uh-huh.
22     Q    Other than the research
23   misconduct policy, which we talked about
24   earlier, was there a non-retaliation
25   policy prior to this being issued in March

89 (Pages 350 to 353)

CONFIDENTIAL

Page 354

CONFIDENTIAL

1     CONFIDENTIAL
2  of 2014?
3     A    I don't recall offhand the
4  details, but we were -- there was -- in
5  our lectures, the non-retaliation part was
6  front and center.  So we were taught those
7  lectures.  You are to sign up, and without
8  that, you will not be renewed for your
9  appointment.  And in those, the
10 slideshows, it was front and center,
11 including the same pages that we see in
12 the policy.
13    Q    Prior to what you've alleged you
14 experienced after March of 2015, in your
15 career at Columbia, did you ever feel that
16 you had been retaliated against?
17    A    Well, we just discussed those
18 e-mails.  When I raised issues of
19 nonclinical time, I felt I was retaliated
20 against.
21    Q    And you complained about those
22 issues at the time they arose?
23    A    Yes.  I talked to Dr. Schrag
24 about that.
25    Q    Did you feel that they were

Page 355

1     CONFIDENTIAL
2  effectively addressed?
3     A    They talked about it, but there
4  was a strong bias in just concluding that
5  there was no harm.
6     Q    You talked about the promotion
7  process being a sham.
8        Did you think that the process
9  at Columbia for investigating complaints
10 of retaliation was a sham?
11    A    I have serious doubts, and this
12 is not because I am saying this.  If you
13 go into the public domain, you'll find
14 articles about IRT9256 (phonetic), in
15 which Mark Dickstein and Mark Heath had
16 complained of retaliation in the same
17 department under the same chair.  And for
18 years, it was not investigated by
19 Columbia.
20        We also have Jayden's (phonetic)
21 e-mail when the faculty retaliated --
22 retaliation against Dr. Yaman (phonetic).
23 So there was a history of retaliation in
24 the department.
25    Q    What did that history -- how did

Page 356

1     CONFIDENTIAL
2  you interpret that history in terms of
3  Columbia's effectiveness in investigating
4  retaliation?
5     A    I don't think they take it very
6  seriously.
7     Q    At the time you filed your
8  complaint of research misconduct in March
9  2015, what were your expectations as to
10 being protected from retaliation?
11    A    Well, I would like to talk about
12 it and finally discuss what were the
13 issues, why the nonclinical time was being
14 awarded -- was being decreased, and why
15 ECT time was being added on to me, when it
16 was clearly harmful to me.
17        And, at least, I expected a
18 conversation, if nothing else, to say
19 okay, this is what we are.  This is how we
20 were doing it.  But there was -- despite
21 these e-mails saying that, you know, we
22 are looking into it, there was no
23 effective response.
24        And at the same time, the
25 investigation was being dragged along, and

Page 357

1     CONFIDENTIAL
2  I was getting no response on that front
3  either, no meaningful response.  Now, you
4  are absolutely correct that they were
5  responding to the e-mails, but there was
6  no substantial response in actions that
7  they were taking.
8     Q    When you filed your research
9  misconduct complaint in March of 2015,
10 were you relying on the protections
11 against retaliation in this policy and the
12 policy we showed you earlier?
13    A    I was -- not specific to the
14 policy, because I don't memorize those
15 details.  But as a concept, if you have
16 genuine good faith concerns about
17 something scientific, you expect the
18 university to protect you, because that is
19 the heart of academic institutions.
20    Q    And if you didn't have that
21 expectation, you weren't going to pursue
22 this?
23    A    If you did have the expectation,
24 it's very -- it would be difficult to
25 pursue any claim of data falsification if

90  (Pages 354 to 357)

CONFIDENTIAL

Page 358

CONFIDENTIAL
1
2    there are no protections, that is correct.
3        Q    What would you have done in
4    March of 2015 if there were no protections
5    against retaliation at Columbia and its
6    policies?  Would you still have pursued
7    this?
8        A    It would have been difficult for
9    me to pursue that, because then you're
10   talking of an arbitrary condition in
11   which, you know, the might-is-right
12   situation.  And in science, that is not
13   acceptable.
14           With all due respect, Columbia
15   is the finest institution.  These are just
16   problems in management.  And no academic
17   institution of that caliber can tolerate
18   retaliation in any form.  It is an
19   expectation.  It's a basic expectation of
20   an academic institution.
21       Q    But it always take courage to
22   come forward and raise complaints, right?
23       A    I am from a tough father.
24       Q    Isn't it fair to say that even
25   if these policies didn't have protections

Page 359

CONFIDENTIAL
1
2    against retaliation, you would have come
3    forward anyway and filed a complaint of
4    research misconduct against Dr. █████
5    because you felt passionately about those
6    issues?
7        A    I wouldn't --
8            MR. HYMAN:  Objection.
9            MR. SCHILLING:  Noted.
10           MR. HYMAN:  Well, I don't know
11   if the witness -- have the witness
12   answer this.
13           MR. SCHILLING:  Don't coach the
14   answer.  You've made an objection to
15   form.  The witness can answer.
16           MR. HYMAN:  No.
17       A    Repeat your question.  You are
18   making me give a judgment call on
19   something which is -- can you repeat the
20   question?
21       Q    It's --
22           MR. SCHILLING:  Go ahead.
23           (Record read.)
24           MR. HYMAN:  It's a hypothetical.
25           MR. SCHILLING:  It absolutely

Page 360

CONFIDENTIAL
1
2    is.
3            MR. HYMAN:  And it is not a
4    question that this witness can
5    speculate on, and I don't see how you
6    can have him answer such a question,
7    so I'm objecting to it.
8            MR. SCHILLING:  Are you
9    directing him not to answer the
10   question?
11           MR. HYMAN:  You made a point
12   with regard to it.  If the witness can
13   answer, I will not direct him not to
14   answer.
15       A    Can I have the question again?
16       Q    At the time you filed your
17   research misconduct in April of 2015, were
18   you relying on the protections in the
19   policies we have been talking about?
20       A    If you don't have protection of
21   people raising concerns, you would be
22   hard-pressed to find anybody who will ever
23   come and submit a complaint.  That
24   includes myself.
25       Q    So you would not have come

Page 361

CONFIDENTIAL
1
2    forward?
3        A    In a hypothetical situation, it
4    would be terribly difficult.  The
5    alternative in that situation is let
6    people get along, let corruption go along.
7    The next thing happens, you do your work,
8    and no problems.
9        Q    Because my sense from the
10   testimony you've given today is that you
11   felt passionately about the issue of
12   research misconduct, and that you would
13   have pursued this complaint in a formal
14   manner in March or April of 2015
15   notwithstanding these policies, and that
16   you didn't give any thought to these
17   policies at the time, and you decided I'm
18   going to pursue this because I feel it's
19   important; isn't that right?
20           MR. HYMAN:  You are
21   mischaracterizing his testimony.
22   You've mischaracterized his
23   motivations, and you're asking him to
24   ignore policy adopted by the federal
25   government, Columbia, and what would

91 (Pages 358 to 361)

CONFIDENTIAL

Page 362

CONFIDENTIAL

1     CONFIDENTIAL
2   happen if --
3         MR. SCHILLING:  Let me ask it a
4   different way then.  Objection noted.
5         MR. HYMAN:  Thank you.
6   BY MR. SCHILLING:
7     Q    At the time, in March 2015, when
8   you filed a formal complaint of research
9   misconduct, were you thinking, at the
10  time, about the policies that provided
11  protections to people who complained?
12    A    Absolutely.
13    Q    Okay.
14    A    And to add to that, I was
15  personally instructed by Naomi Schrag that
16  there is protection when you raise these
17  concerns when I first testified in 2007.
18  So irrespective of what was documented, I
19  was personally reassured also that there
20  was no retaliation if I raised these
21  concerns in the past by Ms. Schrag.
22        MR. SCHILLING:  Okay.  Let me
23  take five minutes.
24        (Thereupon, a recess was taken,
25  and then the proceedings continued as

Page 363

1     CONFIDENTIAL
2   follows:)
3   BY MR. SCHILLING:
4     Q    Going back to the issue of the
5   joint appointment, who was Dr. Solomon?
6     A    Dr. Solomon is the chairman of
7   neurosurgery.
8     Q    Have you ever had a conversation
9   with Dr. Solomon about the possibility of
10  a joint appointment?
11    A    Yes.  I talked to him, I think,
12  in early '15.  And he said that you should
13  do it through the departmental chair, and
14  if you forward it, I would consider it.
15    Q    Do you remember anything else
16  that about conversation?
17    A    No.  It was a brief
18  conversation, and that's how we started.
19    Q    Did he ever --
20    A    Just a minute.  I told him that
21  my grants would be affected by my
22  appointment, and I would like to have an
23  appointment in neurosurgery.  I made it in
24  context with the grant problem that I saw
25  was affecting the scores.

Page 364

1     CONFIDENTIAL
2     Q    And he told you that if it came
3   from your chairman, he would consider it?
4     A    Yes.
5     Q    His consent would also be
6   necessary, right?
7     A    Yeah, definitely.
8     Q    Do you know what his criteria
9   were for granting a joint appointment?
10    A    I have no idea, but when it
11  comes to department of neurosurgery, I've
12  been very active with them.  Not only do I
13  have a lot of publications working with
14  Jeff Bruce, I also take the teaching
15  rounds sometimes.  I also enter residents,
16  and I presented the grant round at least
17  once, twice.  Once in two years, I've
18  presented neurosurgery grant rounds to
19  present my research to them.
20        And there are neurosurgeons who
21  are very keen to use my treatment in
22  patients.  It's just that I'm holding back
23  the treatment to get that final bit of
24  data, know all my drugs work, before I go
25  to patients.

Page 365

1     CONFIDENTIAL
2     Q    Who else in the department of
3   anesthesiology has a joint appointment
4   with the department of neurosurgery?
5     A    Previously my mentor,
6   Dr. William Lawrence Young, had a joint
7   appointment in the department of
8   neurosurgery.  And typically, his fellows
9   were working, you know, together with the
10  two departments, so that is what I know.
11        Currently I do not know who else
12  has a joint appointment.  Probably
13  Dr. ███ although he is a professor, he
14  now works with the department of
15  neurosurgery.  But he has it.  You can see
16  it.  He's got a joint appointment in two
17  departments.
18    Q    Anybody else that you know of
19  that has a joint appointment?
20    A    I have no idea.
21    Q    After Dr. Brambrink became
22  chair, did he discuss with you trying to
23  get joint appointments in departments
24  other than neurosurgery?
25    A    Yes.  He was interested in me

92  (Pages 362 to 365)

CONFIDENTIAL

Page 366

CONFIDENTIAL
2  going to the department of biomedical
3  engineering.  But biomedical engineering,
4  he presented a pathway which would have
5  been a long, tedious pathway, based on the
6  time.
7         And really, I have not done that
8  much interaction with biomedical
9  engineering people as compared to
10  neurosurgery.  Radiology would have been a
11  better option for me, where I have
12  patients with intra-arterial drug
13  delivery.
14         So he did suggest that we go
15  through biomedical engineering, but the
16  route he was doing was a very long one, so
17  I did not pursue.
18     Q    If you believe he's retaliating
19  against you, why do you think he was
20  taking steps to help you get a joint
21  appointment?
22     A    He wasn't taking any steps.  He
23  was giving me a course.  He said this is
24  how you do it.  He wasn't taking any -- he
25  was just telling me that you have to go

Page 367

CONFIDENTIAL
2  take lectures, do the thing.
3         But, you know, when I got a
4  joint appointment in radiology in 2008, it
5  was finalized, but not finalized by
6  Dr. Wood.  There was no such conversation.
7  At that time, I was just doing research
8  with radiology people, and they initiated
9  the process, and they did the process, and
10  they got me the appointment.
11     Q    What happened with neurosurgery
12  after Dr. Brambrink?  Did you have a
13  conversation with Dr. Brambrink about
14  pursuing Dr. Solomon?
15     A    I think -- why did I not pursue
16  the neurosurgery appointment with
17  Dr. Brambrink?  I don't exactly recall.
18  But somewhere in there, I learned that the
19  neurosurgery appointment would not come
20  through or something, because I dread the
21  joint appointment situation with Naomi
22  Schrag, you know.
23         And somehow, it was communicated
24  to me that the neurosurgery appointment
25  would be difficult by the time I met

Page 368

CONFIDENTIAL
2  Dr. Brambrink.  And between the time that
3  I had talked to Dr. Solomon and he had
4  thought of considering me until the time
5  Anne Taylor went and met, there was a
6  change in this appointment in
7  neurosurgery.
8         So I don't know why I didn't
9  forcibly go through it, but I asked -- we
10  were talking about an appointment in
11  biomedical engineering or radiology.
12     Q    And so Dr. Brambrink was giving
13  you a path, making recommendations on how
14  to pursue it?  He wasn't discouraging you
15  from pursuing it?
16     A    Yes.  But from what I learned
17  from the process, the radiology department
18  would be easier, but this would not really
19  help me in terms of by the time it will
20  go.  My grant problems will not be
21  addressed by it.  And I was really keen on
22  the neurosurgery appointment.  That is
23  what I wanted to do.
24     Q    Has Dr. Brambrink done anything
25  that has prevented you from getting a

Page 369

CONFIDENTIAL
2  joint appointment?
3     A    Not Dr. Brambrink; Dr. Wood
4  didn't act it, in neurosurgery, when I
5  asked for it.  And I believe that in the
6  period between early January, when I
7  talked to Dr. Solomon -- because
8  Dr. Solomon is a coauthor in a lot of
9  Dr. ████ papers, and he is also -- and
10  Dr. Sander Connolly is his main research
11  person, Dr. ████ main research
12  collaborators.
13         And these people are very, very,
14  very close.  And I believe that the change
15  in Dr. Solomon's response from, you know,
16  considering me in early '15 to flat out
17  saying this was not possible was probably
18  related to Dr. ████ publications.
19     Q    But you're speculating on that;
20  you don't know?
21     A    Well, we do know from
22  disclosures so far that Dr. ████ made
23  allegations of harassment with Dr. Sander
24  Connolly.  This is written in e-mails.
25     Q    But you have no knowledge as to

CONFIDENTIAL

Page 370

CONFIDENTIAL

1         CONFIDENTIAL
2    why Dr. Solomon didn't agree to pursue --
3         A    Yeah.  I don't have direct
4    knowledge, but the circumstantial evidence
5    that senior people in the neurosurgery
6    department, who are coauthors on the paper
7    by Dr. ███ and whose data is now being
8    questioned, would not be taken in a very
9    healthy way.
10        Q    In the period of time after you
11   had filed a formal complaint of research
12   misconduct in March, April -- let me start
13   again.
14        After April of 2015, was your
15   employment terminated?
16        A    No.  My employment was not
17   terminated.
18        Q    Were you demoted?
19        A    I didn't get grants.
20        Q    Were you demoted?
21        A    No.  I wasn't demoted.
22
23        (Continued on next page to
24   include jurat.)
25

Page 371

CONFIDENTIAL

1         CONFIDENTIAL
2         Q    Were you suspended?
3         A    No.  I was not suspended.
4         MR. SCHILLING:  That's all I
5    have.  Thank you.
6         (Time noted:  5:14 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19    _____
20         SHAILENDRA JOSHI
21
22   Subscribed and sworn to
23   before me this      day
24   of        , 2019.
25

Page 372

--------------- I N D E X ---------------
WITNESS    EXAMINATION BY    PAGE

SHAILENDRA JOSHI

    MR. SCHILLING        5

--------------- EXHIBITS ---------------

JOSHI              FOR ID.

1  Curriculum Vitae            8

2  Letter,            12
   Dated September 29, 1997
3  E-mail Exchange,        27
   Dated September 2, 2019

4  Shailendra Joshi Awards,    42
   FY2001-Present
5  E-mail,            60
   Dated September 7, 2016

6  Excerpt From Columbia University  97
   Faculty Handbook 2008
7  E-mail,            112
   Dated December 29, 2015

8  Letter,            116
   Dated December 5, 2016
9  Report            116
10 Letter,            120
   Dated September 6, 2019

11 E-mail,            133
   Dated December 19, 2014
12 E-mail,            146
   Dated December 20, 2014

Page 373

--------------- EXHIBITS ---------------
JOSHI              FOR ID.
13 E-mail Exchange,        146
   Dated December 17, 2014

14 E-mail Exchange,        158
   Dated December 19, 2014
15 E-mail,            164
   Dated December 26, 2014

16 E-mail Exchange,        185
   Dated February 28, 2015
17 E-mail Exchange,        192
   Dated March 5, 2017

18 E-mail,            194
   Dated March 5, 2015
19 Handwritten Analysis        207
20 Analysis of Nonclinical Time and  221
   ECT Duties of Full-Time
   Neuroanesthesiology Faculty,
   December 2014-November 2015

21 E-mail Exchange,        258
   Dated June 30, 2011
22 E-mail Exchange,        263
   Dated June 16, 2014

23 E-mail Chain,        266
   Dated October 15, 2017
24 E-mail Chain,        282
   Dated September 29, 2017

25 Letter,            285
   Dated April 30, 2018
26 E-mail,            287
   Dated July 7, 2005

94  (Pages 370 to 373)

CONFIDENTIAL

Page 374

```
 1
 2  --------------- EXHIBITS ---------------
 3  JOSHI              FOR ID.
 4  27 E-mail,              288
       Dated July 14, 2015
 5
    28 E-mail Chain,        290
 6     Dated November 16, 2009
 7  29 E-mail Chain,        297
       Dated July 22, 2009
 8
    30 E-mail Chain,        298
 9     Dated January 17, 2011
10  31 E-mail Exchange,     301
       Dated March 4, 2015
11
    32 E-mail Exchange,     323
12     Dated October of 2015
13  33 Summary Statement,   325
       Release Date February 2, 2015
14
    34 Summary Statement,   337
15     Release November 24, 2016
16  35 E-mail Exchange,     344
       Dated September 26, 2017
17
    36 E-mail Exchange,     346
18     Dated January 7, 2016
19  37 E-mail,              351
       Dated December 9, 2014
20
    38 Columbia University  351
21     Non-Retaliation Policy
22
23
24
25
```

Page 375

```
 1
 2         C E R T I F I C A T E
 3  STATE OF NEW YORK )
 4              : SS
 5  COUNTY OF NEW YORK )
 6
 7       I, Stephanie M. Butler, a Notary
 8  Public within and for the State of New York,
 9  do hereby certify:
10       That SHAILENDRA JOSHI, the
11  witness whose deposition is hereinbefore set
12  forth, was duly sworn by me and that such
13  deposition is a true record of the testimony
14  given by the witness.
15       I further certify that I am
16  not related to any of the parties to this
17  action by blood or marriage, and that I am
18  in no way interested in the outcome of this
19  matter.
20       IN WITNESS WHEREOF, I have
21  hereunto set my hand this 3rd Day of
22  December, 2019.
23
24       _____
           STEPHANIE M. BUTLER
25
```

Page 376

```
 1
 2         DEPOSITION ERRATA SHEET
 3     Our Assignment No: 26393
 4  Case Caption:
 5         SHAILENDRA JOSHI
 6              vs.
 7  THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE
 8         CITY OF NEW YORK, et al.
 9     DECLARATION UNDER PENALTY OF PERJURY
10
11     I declare under penalty of perjury
12  that I have read the entire transcript
13  of my deposition taken in the captioned
14  matter or the same has been read to me,
15  and the same is true and accurate, save
16  and except for changes and/or corrections,
17  if any, as indicated by me on the
18  DEPOSITION ERRATA SHEET hereof, with the
19  understanding that I offer these changes
20  as if still under oath.
21  SIGNATURE_____DATE:_____
           SHAILENDRA JOSHI
22
23  Subscribed and sworn to on the ____ day of
24  _____, 20__ before me,
           _____
25  Notary Public,
    in and for the State of _____
```

Page 377

```
 1
 2         DEPOSITION ERRATA SHEET
 3  Page No._____Line No._____Change
    to:_____
 4  Reason for
    change:_____
 5
 6  Page No._____Line No._____Change
    to:_____
 7  Reason for
    change:_____
 8
 9  Page No._____Line No._____Change
    to:_____
10  Reason for
    change:_____
11
12  Page No._____Line No._____Change
    to:_____
13  Reason for
    change:_____
14
15  Page No._____Line No._____Change
    to:_____
16  Reason for
    change:_____
17
18  Page No._____Line No._____Change
    to:_____
19  Reason for
    change:_____
20
21  Page No._____Line No._____Change
    to:_____
22  Reason for
    change:_____
23
24  SIGNATURE:_____DATE:_____
           SHAILENDRA JOSHI
25
```

95  (Pages 374 to 377)

CONFIDENTIAL

Page 378

```
 1
 2        DEPOSITION ERRATA SHEET
 3
         Page No._____Line No._____Change
 4       to:_____
         Reason for
 5       change:_____
 6
         Page No._____Line No._____Change
 7       to:_____
         Reason for
 8       change:_____
 9
         Page No._____Line No._____Change
10       to:_____
         Reason for
11       change:_____
12
         Page No._____Line No._____Change
13       to:_____
         Reason for
14       change:_____
15
         Page No._____Line No._____Change
16       to:_____
         Reason for
17       change:_____
18
         Page No._____Line No._____Change
19       to:_____
         Reason for
20       change:_____
21
         Page No._____Line No._____Change
22       to:_____
         Reason for
23       change:_____
24
         SIGNATURE:_____DATE:_____
25         SHAILENDRA JOSHI
```

96 (Page 378)

CONFIDENTIAL

**A**

**abilities** 181:16
**ability** 27:22
  271:15
**able** 25:9 41:20
  109:17 127:16
  140:14 180:2
  191:8 218:24
  251:3,4 300:7,8
  311:2 329:3
  344:10
**absolute** 199:5
  204:24
**absolutely** 69:3
  84:11,11,12 89:20
  124:15 126:17
  157:14 171:16
  183:24 271:8
  308:9 357:4
  359:25 362:12
**abstract** 81:19
  340:25
**abuse** 231:24
**academic** 75:8
  83:24 128:21
  140:17 141:17
  142:4 163:2
  258:23 265:4
  271:14 307:10,14
  310:17 315:7
  316:2 323:11
  333:17,19 336:25
  337:9 340:16,22
  342:14 357:19
  358:16,20
**accept** 119:16
  130:14 279:7
  324:17
**acceptable** 358:13
**accepted** 13:11
**access** 79:24 171:8
  299:17
**accesses** 77:3
**account** 66:13
  242:21 338:22

**accounted** 202:15
  297:7
**accounting** 249:4
  254:15 300:15,21
**accounts** 256:22
**accumulatively**
  253:17
**accurate** 8:13
  43:13,23 44:3
  45:24 46:7 47:17
  125:18 155:19
  225:23 241:17
  376:14
**accuse** 241:23
**accustomed** 256:18
**achieved** 29:10
  336:13
**achievements**
  264:12,14
**act** 123:9 273:8
  369:4
**acting** 62:25 178:7
**action** 134:7
  169:16 260:6
  348:8 349:11
  350:20 375:17
**actions** 91:4 159:11
  284:2 357:6
**active** 364:12
**actively** 68:7
**activities** 17:24
  103:3
**actual** 268:16
**ad** 170:16
**add** 31:22 128:13
  128:14 209:15
  210:5,7 220:23
  362:14
**added** 230:3
  356:15
**adding** 209:11
  252:19
**addition** 17:19
  188:2
**additional** 19:14
  203:22 214:25

218:23 318:5,7
  345:17
**address** 5:10 298:9
  309:10 347:19,25
**addressed** 158:4
  164:23 233:12
  355:2 368:21
**addressing** 350:16
**adequately** 164:24
**Adjudication** 119:3
**adjunct** 301:24
  321:4,13 322:17
  322:25
**administer** 4:15
**Administration**
  73:4
**administrative**
  61:21 62:9 63:11
  63:14,15,18,22
  75:20,22 76:11
  77:17,22 78:7,15
  125:8 173:18
  199:21 200:5
  213:23 214:2,8,13
  231:17 299:19
  310:24 329:7
**adopted** 361:24
**advance** 227:23
  265:3
**advanced** 28:24
  50:20 176:20
  283:14
**advancing** 310:17
**advertisement**
  80:10,15,25 81:19
  81:21
**advice** 12:3 143:13
**advised** 151:19
**affiliation** 312:11
**affirmative** 348:6
**afraid** 264:21
**afternoon** 316:24
**afterward** 217:8
  272:13 275:21
  319:5 349:3
**agency** 268:22

**aggressive** 15:11
  59:2
**aggressively** 66:15
**ago** 19:3 174:18,22
**agree** 39:5 105:2
  106:8 108:2
  153:21 155:22
  165:4 193:17
  204:19 215:5
  239:21 343:6
  370:2
**agreed** 4:3,8,12
  287:7 348:25
**agreement** 283:18
**agreements** 13:16
  13:22
**agrees** 287:6
**ahead** 99:21 165:20
  259:25 265:12
  359:22
**air** 30:25
**Airplanes** 336:6
**al** 376:8
**Alan** 267:3,7
  268:24
**aligned** 52:22
  315:8
**allegation** 90:7
  108:14,22,23,24
  109:6,10 111:8
  123:24 126:4
  145:5 152:19
  192:5 250:13
  256:5
**allegations** 109:18
  121:22 153:6
  369:23
**alleged** 354:13
**Allen** 243:15,25
**allocated** 296:25
**allocates** 254:10
  292:18
**allocation** 19:10
  245:14 250:16,21
  251:6,21 255:21
  257:23 258:4

288:10 289:12
  294:7 295:7 296:4
  296:8,13
**allotted** 215:19
**allowed** 38:24,25
  337:7
**alternate** 50:13
**alternative** 18:11
  361:5
**amended** 134:6
**American** 46:24
**Americas** 2:8 3:13
**amount** 17:6 18:16
  73:4 78:2,14 80:7
  211:20 215:19
  221:16 237:16
  239:5,6 249:8
**amounts** 23:21
**amply** 287:4
**analysis** 40:16
  207:24 208:10
  215:10,12,13
  217:2 221:2
  222:25 223:23
  225:13 239:18,22
  240:20 241:19
  242:3,20 243:9
  295:9 373:13,14
**analyze** 328:15
**analyzed** 40:20
**Anastasian** 188:16
  188:23 240:9
**ANDREW** 3:16
**and/or** 376:15
**anesthesia** 46:25
  69:14 72:7,14
  79:25 175:15,21
**anesthesiologist**
  51:11,19,22
  141:18 310:8
  313:18 325:9
  342:21 343:9,13
**anesthesiologists**
  51:17 72:12
  140:18
**anesthesiology**

10:24 71:23 172:3
312:21 365:3
**anger** 128:22,23
129:17 293:7
**angle** 50:19
**angry** 128:17,18
129:19,21 132:14
132:20,24,25
160:21,23,24
162:6 164:7 293:6
295:18
**animal** 17:16 23:20
93:25 201:2
252:23 328:17
**animals** 19:5 24:21
201:4,19 202:3
253:4,5 328:19
331:8
**animosity** 96:13,16
**Anne** 246:5,10,21
246:22 260:3
261:4,5,14 284:25
296:17 300:5,5
350:15 351:5,7,7
351:10 368:5
**annoyed** 293:10
295:18
**annual** 58:9 83:4
174:10 353:9
**Ansgar** 28:9 307:5
**answer** 40:7,13
59:15 93:6 136:12
136:17 140:15
147:17 148:15
149:8 150:18,23
154:15 156:13
161:12 162:21
165:16 168:16
218:24 254:18
279:11,17 359:12
359:14,15 360:6,9
360:13,14
**answered** 40:10,10
137:15 143:2,3,4
156:9
**answers** 39:24

159:19
**anticipated** 34:17
**anybody** 6:6,12
14:4 24:17 29:8
30:19 51:21 64:10
94:22 131:17
139:23 140:22
170:21 172:11
212:21 224:19
240:24 268:17
295:12 309:24
332:14 360:22
365:18
**anymore** 167:15
240:21
**anyway** 359:3
**apart** 67:10
**apparent** 170:21
**apparently** 189:5
316:16
**appear** 186:14
308:24
**appearance** 91:4
**appears** 61:2
135:17 146:20,22
**applicable** 187:13
**applicant** 339:18
**application** 21:25
44:8 170:18
304:13 306:4
307:3 339:9
**applications** 10:15
41:17 207:7
302:17 327:13,21
**applied** 52:25
54:23 244:25
269:3,10 281:24
282:15 321:8
**applies** 106:25
107:12
**apply** 19:8 21:21
35:3 42:12 55:6
59:20 68:14 70:6
70:12 82:13 241:6
262:18 269:11
271:15,18 275:24

279:9,15 281:25
282:2,9,12 303:15
318:8
**applying** 279:13
313:23 315:9
**appointed** 69:5
78:17 79:4
**appointment** 27:3
54:6 225:18
274:19 275:2,3,18
275:25 285:7
301:25 306:25
308:2,22 311:12
311:16 312:14
313:6 314:6 321:4
321:6 322:5,25
337:5 339:19
354:9 363:5,10,22
363:23 364:9
365:3,7,12,16,19
366:21 367:4,10
367:16,19,21,24
368:6,10,22 369:2
**appointments** 54:4
54:9 127:8 274:17
308:18 315:8
322:18 337:2
365:23
**appointment-rel...**
13:5
**approach** 136:4,23
137:5 312:5
315:14 325:10,11
329:16 330:8,19
332:2 334:4,15
335:7,12,15
338:14,15,17
341:3,14 343:19
343:20,22 344:7
**approached** 135:11
136:7 137:4 245:5
269:12 271:10
315:24 321:5
**appropriate** 328:9
**approval** 22:2,3
**approve** 35:9

219:18
**approved** 184:19
219:20,23 321:11
321:21 346:10
**approximate** 179:6
180:2
**approximately**
63:7 177:24 178:2
270:25
**approximation**
270:22
**April** 21:13 27:3
35:14 91:23 109:8
109:11 113:24
144:25 157:3
184:22 185:4,10
194:12 195:13
196:13,15 211:3,6
211:11,20 222:11
227:12 255:19
257:22 285:16,22
317:2 360:17
361:14 370:12,14
373:23
**arbitrary** 358:10
**area** 28:23 44:24
46:20 97:17
176:10 243:22
339:4 340:6,11
**areas** 198:5 314:8
**argue** 343:14
**Argumentative**
278:14
**arguments** 157:21
339:12
**arose** 206:11
354:22
**arrogant** 28:11,18
39:19
**arterial** 93:24
**articles** 308:7
355:14
**aschilling@buck...**
3:16
**aside** 141:21
198:10 213:18

**asked** 5:22,25 6:8,9
19:7 60:23 69:9
84:16 89:13
100:17 101:5
110:17 114:6
137:9,10 139:3
140:9 148:10
150:21 152:8
160:20 195:23
211:14 219:19
234:6 246:21
248:10,18 261:17
266:2 271:22
272:18,22 273:17
277:2 320:11
322:5 338:8 368:9
369:5
**asking** 56:20 69:18
71:18 88:11 107:5
107:7 111:15
127:2,3 132:16
137:11 145:14
147:22 149:6,14
155:18 161:5
164:3 165:16
169:12 170:7
182:19 187:9
191:14 193:7
194:5,9 212:8
216:18 241:4
251:13 270:8
277:24 278:9,15
280:14,15 319:24
361:23
**aspect** 93:17
**aspects** 99:20
304:20 310:24
**assessment** 336:13
**assessments** 202:16
**assigned** 58:18,19
59:10,17 180:3
194:6,11 195:12
196:25 198:3,13
200:3,13,18 202:5
202:13 204:13
207:3,9 220:11,16

225:4 235:18
236:8,12 237:6
238:18
**assigning** 319:4
**assignment** 188:8,8
188:13 191:16,19
209:12 220:10
225:24 232:8,15
237:25 238:2,12
239:5,13 256:11
376:3
**assignments** 123:8
191:14 223:21
233:16 235:21
237:14 239:24
**assigns** 193:4
**assistant** 36:15
46:17 53:3,5,8,11
53:24 270:12
271:19 303:25
306:14 321:13
339:18
**associate** 270:12,16
285:9 287:3
303:25 305:18,21
306:2,5 307:8
312:18
**associated** 75:2
221:17
**association** 65:2
331:19
**assume** 43:3 114:2
149:21 353:4
**assumed** 11:5
**assuming** 167:11
240:4
**assumptions**
221:22
**atmosphere** 26:17
246:15 293:13
**attached** 117:20
**attacked** 265:22
**attacking** 319:3
**attempts** 309:6
**attending** 61:18
133:7

**attention** 108:10
118:24 135:2
346:22
**attitude** 89:7
**attorneys** 3:5,12
4:4
**attribute** 83:14
**attributing** 276:12
**August** 7:17 21:11
37:15 65:17 66:9
67:3 90:20,21
92:12 134:8
218:16,20 230:14
271:14 273:10
276:9 318:15
349:18,23
**authority** 33:17
248:14
**authorized** 4:14
**available** 17:10
54:24 81:4 99:5
104:19 106:2
107:16 108:3,6
164:25 183:16,20
201:7 203:18
**Avenue** 2:8 3:6,13
**average** 227:8
**avoid** 25:13 94:14
**award** 47:11,13
140:9 173:5,14,16
174:7,11,13,14,16
174:17,19,21
289:15
**awarded** 47:25
53:2 356:14
**awards** 42:21 43:7
46:6 47:17,19
372:12
**aware** 67:13 100:5
113:23 114:10
188:15
**awkward** 183:12
**a.m** 1:18 2:3 190:6

———————————
**B**
———————————
**back** 11:23 13:23

15:16 19:12 20:14
24:13 39:20 41:10
46:5 52:10 58:17
60:16 76:6 83:22
83:25 84:7 85:14
85:23 86:3,21
87:17 88:4,8 95:7
96:14,22 97:9
108:8 109:19,22
109:24 118:24
120:13 136:21
138:24 144:14
145:11 150:14
154:5 155:5
157:11 158:2
159:23 166:24
194:18 198:16
219:11 233:3,17
234:10 265:21
268:19,24 278:5
281:17 284:12,15
289:6 294:17
295:16 304:23
309:4 311:5,11
316:21 321:2
335:9 348:17
350:20 351:3,6
363:4 364:22
**backdrop** 245:11
**backed** 266:16
**background** 47:25
150:20 256:21
334:24
**backs** 96:20
**backup** 222:16
**backwards** 257:6
315:21
**back-and-forth**
316:13
**bad** 93:9,12 129:21
168:12 224:23,24
302:10 341:6
**baggage** 50:16
**Bain** 72:12
**Baker** 314:18
324:9 332:23

**balance** 76:20
**bang** 90:2
**base** 270:21
**based** 13:7 35:2
37:9 38:13 39:6
88:21 135:10
156:17 210:11
211:7,19 215:10
215:14 216:20
224:25 237:24
240:2,3 245:3
278:24 313:9
324:24 331:22,24
366:5
**basic** 173:15
174:14 358:19
**basically** 25:14
26:15 30:24 48:8
55:2 59:2 65:25
89:12 91:9 100:8
111:5 127:9
137:11 152:8,16
200:22 202:9
214:15 247:22
252:22 265:23
274:12 277:17
310:2 330:18
**basing** 225:11
236:24
**basis** 28:16 37:8
89:17 156:14
185:7 198:22
203:14,17 307:6
309:16 311:11
333:17 339:14
**Basman** 294:11
**bat** 37:12 51:10
83:12 89:15
**Bates** 13:10 15:18
60:25 98:4 99:22
103:15 108:11
112:15,22 114:22
118:25 208:7
222:20 323:21
326:5 344:24
**batting** 38:3

**becoming** 11:14
77:2 219:6 246:6
**began** 95:11 109:15
160:5 276:11
**beggars** 129:5
**begged** 231:21
**begging** 129:6
**beginning** 21:5
166:14 250:24
323:21
**begins** 108:13
112:14 121:23
228:21 231:20
295:24
**behalf** 350:4,6,24
351:23
**behaves** 291:23
**belief** 37:4 82:4
83:18 152:8 307:6
311:12
**believe** 67:19 69:2
70:13 73:17 85:15
88:12 89:17,22
92:8 97:3 117:19
172:3,5,16,24
183:21 222:16
232:7 248:21
253:23 264:8
306:16 319:7
366:18 369:5,14
**believed** 71:18
168:23 217:10
289:6
**believes** 254:22
280:18
**belted** 291:3
**belting** 292:15
**benefited** 81:13,14
81:15
**benefits** 75:19
214:25
**benign** 320:25
**Bennett-Guerrero**
102:11
**Berman** 139:11,23
143:22 181:3

183:14 184:25
185:24 186:25
187:5 189:22,23
210:18 211:15
212:3 240:10
**Bessie** 274:5,8
276:6,7 279:4,5,8
**best** 9:10 12:10
73:3 83:18 273:5
286:20 314:21
340:6 346:14
**better** 70:17 74:11
75:16 309:2,12,13
313:7 366:11
**bias** 50:16,25 51:5
82:5 90:10 310:6
310:6,7 311:22,25
312:5 313:21
315:12,25 324:23
338:20 355:4
**biased** 28:10,18
82:17 315:14
**biases** 51:5
**big** 29:22 77:6
181:9,24 225:22
226:8 245:12
249:11,23 267:20
333:22
**bigger** 175:2 342:9
**biggest** 50:11
330:11
**Bigio** 262:21 263:2
265:8 314:16
**big-time** 163:23
**bill** 9:11,14,23 10:9
10:10 11:18,23
12:3 72:16,16,19
131:5,8 249:9
297:7
**billing** 249:12
**biomedical** 274:21
275:4,10,22
303:12 307:4
366:2,3,8,15
368:11
**biotech** 60:8

**bit** 24:18,23 39:22
96:7 138:25
201:19 239:16
307:15 315:3
322:24 331:18
364:23
**bits** 24:12
**black** 141:9 226:25
**black-and-white**
154:8 168:7 199:6
205:3
**blame** 291:10
**blamed** 262:2
**blanket** 277:3
**blatantly** 31:23
162:20
**blood** 93:9,12
321:18 375:17
**blown** 74:13
**board** 26:2,3 71:22
73:7 91:12 243:5
**bobs** 24:12
**bogus** 133:7 199:13
254:16 336:6
**bone** 177:2
**book** 73:10 98:11
98:15 99:6,14,16
100:6 104:25
106:25 107:8,9,12
107:14,16 220:14
**books** 78:20 248:24
**born** 132:17
**boss** 231:12
**Boston** 248:3 263:2
303:13,18
**bother** 90:17
279:13
**bottom** 27:20 43:15
103:16 112:23
114:22 151:18
185:23 186:10,15
186:22,24 189:8
192:23 193:6
263:17 283:11,12
301:22 311:7
315:10 322:16

324:3
**bought** 23:23 166:8
**bound** 98:11,12
**boys** 342:9
**braced** 248:4
**brain** 29:2 51:6,9
51:13,17,19
136:14 175:14
252:24 253:6
303:15 305:15
306:21 308:3
311:24 313:25
321:19 341:10,11
**Brambrink** 18:21
19:16 20:15 21:6
25:15,23,25 26:3
26:9,18,24 27:2
28:14,19 29:13,16
30:10,15,21 31:4
31:9,24 33:10
36:20 37:8 38:12
39:3 40:22 61:13
64:2,6,9,17 66:3
67:2,17 68:2,7
69:24 70:23 72:23
80:13 82:16,20
83:5,19 84:4
88:12,19,25 90:4
91:6,12 92:18
97:2 167:8,10,12
167:19 168:9,12
168:21 171:22,24
172:9 207:20
271:5 272:4
276:23 278:13,19
281:20 283:2,18
285:23 286:12
287:6 317:20
344:25 345:8
346:3,9 365:21
367:12,13,17
368:2,12,24 369:3
**Brambrink's** 68:21
272:9 283:21,23
**break** 56:16 73:20
73:20 221:9 301:5

**breaking** 248:22
**breakthrough**
41:20
**breakthroughs**
29:23
**breast** 231:8
**BRIAN** 3:17
**bridge** 33:21,22,23
34:7 35:23 36:12
36:18,22 38:13,19
39:5 40:8,18,23
**brief** 197:23 200:15
363:17
**bring** 24:7 79:23
89:10 241:15,22
**bringing** 50:10
79:22
**Britain** 72:10
181:22
**British** 72:11,13
**brought** 9:5 23:8
72:10 83:23
219:25 353:15
**Bruce** 302:22 303:4
303:10,16,17,20
303:24 304:17
305:2 308:14
311:19 312:22
364:14
**Bruce's** 311:21
**Buckley** 2:8 3:11
**budget** 35:9 57:16
346:2
**build** 48:3,3 74:11
131:11 274:22
275:24
**buildings** 147:12
**built** 17:17 23:24
23:25 24:8 187:21
313:25
**bullet** 226:23
**bunch** 14:12
**burden** 132:11
181:9 200:20
**busy** 7:14 58:18
**Butler** 1:24 2:10

375:7,24
**buy** 16:19 18:4
24:20 166:7
**buying** 22:24 23:2
**bwegrzyn@buck...**
3:18

_____
**C**

**C** 3:2 375:2,2
**calculates** 257:11
**calculating** 59:8
**calculation** 209:22
210:10 256:17
258:2,9,10
**calculations** 59:22
215:24,25
**caliber** 358:17
**call** 177:5,7,11
187:19,19 198:18
198:19,20 200:7
202:15 249:5,7
251:15 254:15,24
297:6 298:5
359:18
**called** 5:2 30:7,22
58:17 175:13
188:5 219:11
233:17 267:23
292:5 293:23
316:24 317:4,6
**calling** 128:10
**calls** 268:10,12
**canceled** 34:15
**cancer** 25:11 42:4
45:9 51:7,9,13,18
51:20 52:13 56:3
72:18 74:19 267:5
267:18 303:3,15
305:15 306:20,21
310:9 311:24
312:10,11 313:17
313:25 315:19
316:4 322:14
324:10 325:11
**cancers** 306:23
**cancer-homing**

344:13
cancer-related 321:20
candidate 66:6 67:19 68:13,16 71:21
cans 129:7
Capatano 235:24 348:19
caps 290:19 295:17
Caption 376:4
captioned 376:12
card 19:4
cardiac 30:18 94:4
cards 130:4
care 30:17 93:19 187:23 304:19
career 163:2 258:23 265:4 296:6 306:10 313:25 354:15
careful 246:11
carefully 111:12 246:14 261:2
Carol 9:24,25 291:2 293:18,24
Carolina 267:8,17 268:18
carried 17:8 340:21
carry 50:15 291:19 343:25
carrying 291:8
case 1:6 67:13 76:7 97:13 100:17 102:7 131:11,19 274:9 276:7 277:8 279:6,8 286:20 304:15 319:19 320:22 376:4
cases 26:15 188:12 292:7 350:18
cash 126:20
casually 198:11
catatonia 175:13
categorically 18:15

20:17 63:12,23 66:17 70:11 281:23 318:9
categories 212:10 329:13
caution 234:5 333:16
CC 86:25 261:4
Ccd 110:5 136:9 139:15,16 186:12 260:3
ceased 17:18
cell 17:20,23 201:3
center 47:15 68:19 353:11 354:6,10
central 14:20
certain 30:2 33:24 86:9 183:9 199:7 199:8 215:14 241:23 249:8 250:6,8 262:17
certainly 8:15 30:3 32:23 34:9 68:25 71:3,7 77:3 92:22 121:14 122:6 154:23 158:15 164:6 169:24 296:15 310:15 323:8 331:19,21 337:11
certainty 260:24
certified 71:23
certify 251:10 375:9,15
chain 114:16 259:8 263:12,12 266:21 282:18 290:5,11 297:9 298:22 320:13 373:19,21 374:5,7,8
chair 9:16,22 10:23 11:9 26:25 34:7 36:21 61:22 62:13 83:23,25 108:25 111:5,14,19,23 114:15 124:5,6

138:18 144:22 155:9 169:15 269:5 271:5 296:5 304:4 355:17 363:13 365:22
chairman 10:18 11:2 33:19 34:10 58:4 92:22 127:17 166:17,20,22 171:19 180:16 198:20 231:13 245:5,7 260:11 264:19,19 273:6 289:22,24 363:6 364:3
chairman's 289:22
chairmen 272:24
chairs 300:25
challenged 39:16 124:25 195:19 230:8
challenges 340:13
challenging 154:11
chance 32:20 67:7 71:4 82:7 83:12 88:6 128:12 146:2 233:21
chances 75:16 145:23 260:23 309:11,14,17
change 52:14 208:14 217:14,15 223:20 256:19,20 272:4,23 274:16 301:25 308:5 310:16 321:3 322:11,17,25 368:6 369:14 377:3,4,6,7,9,10 377:12,13,15,16 377:18,19,21,22 378:3,5,6,8,9,11 378:12,14,15,17 378:18,20,21,23
changed 41:3 110:19 179:18

201:23 207:17 217:13,19 230:12 230:15 253:9 281:7
changes 215:14 257:18 272:25 376:15,18
changing 160:8,16 217:20 344:15
chapter 277:8
chapters 73:10
characters 172:12 172:15
charge 19:4 303:22
Charles 138:19
chart 211:19 238:10
Chas 37:18,24,25 87:3,25 88:2 109:20 114:15 136:9 139:12 145:18,20 154:23 154:23 165:17 166:16 167:14 172:8 216:21 242:5 272:18 274:13 316:15 320:12
chattery 64:25
check 120:13 193:21 273:7
chemist 303:6,17
chemistry 303:23
chief 63:2 65:10,21 66:4,5,18 67:4,14 68:4,8 69:12,13 74:9 75:3,11 76:3 76:12,18 77:2 78:17,25 79:5,13 79:16 80:11,23 81:2,12 82:2,7 88:10,21 89:13,18 96:23 97:4 127:24 151:24 191:7 192:3 204:2 243:14 271:20

child 133:4 226:6
choose 234:25 244:16
chose 123:9 203:25
Christmas 86:8 139:19
circumstances 10:17 246:11 261:12 266:14 281:12
circumstantial 370:4
cites 118:22
citing 266:6
CITY 1:8,9 376:8
claim 174:4 357:25
claiming 85:3 171:11 310:8
claims 148:6 314:19
clarification 140:10 250:12 255:10 281:18
clarify 212:9 234:13,14 255:11 255:14 278:16
clarity 226:15
clear 21:7 31:18 153:25 239:16 310:5
cleared 143:7
clearly 20:22 84:25 149:17 236:17 332:24 356:16
clinical 47:24 48:4 58:19 77:4,5,11 93:19 173:14 174:9,10,17 176:14 177:4 180:23 181:11 182:17 209:13,13 209:16 210:2,6,12 211:23 214:6 215:2,3 216:2 218:23 219:16 221:22 232:9,16

238:4,12 239:15
240:11,19 243:20
248:25 249:3,8
250:6 251:16
252:10 289:16
297:5 298:4
312:12 314:2
**clinically** 85:8
148:13
**clinicals** 181:2
**clinician** 312:9
**close** 22:19 33:18
37:13 113:18
247:13,14,16,19
318:12,15,20
369:14
**closed** 276:8
**closely** 141:20
309:25
**closing** 318:21
**closure** 39:4
**closures** 292:24
**coach** 359:13
**coauthor** 369:8
**coauthored** 124:4
308:7,12
**coauthors** 173:2
370:6
**cochair** 113:2
**codes** 329:4 334:9
**cognitive** 136:13
148:5,7,11
**coinvestigators**
304:7,9
**cold** 26:11 33:11
**collaborative** 75:17
**collaborator**
303:14
**collaborators**
302:21 369:12
**colleague** 89:23
141:18
**colleagues** 138:17
139:7,24
**collection** 294:25
295:2

**COLLEGE** 1:9
**colored** 328:11
335:16
**Columbia** 1:8,8,9
7:15,16 8:21,25
9:3,6,7,17 10:5
11:22,23 12:16
13:15 14:3,5,15
19:25 22:23 23:3
23:8 24:5 46:16
47:6,11 72:15
75:24 92:4 97:22
98:3 99:23 100:11
102:20 103:10
104:13 107:20
108:7,7 122:22
123:4,14 124:22
125:9 153:14
171:9 176:3,4
231:7,10 245:2
251:20 254:19
303:7,8,18 311:17
312:23 351:16
353:17 354:15
355:9,19 358:5,14
361:25 372:15
374:20 376:7
**Columbia's** 144:24
356:3
**column** 209:24
229:20
**combine** 48:4
**combined** 227:6
**combining** 252:19
**come** 19:12 21:15
28:20 30:6 47:24
50:18 60:16 72:15
80:23 83:22,25
86:21 108:8
109:19,22,24
130:8 133:6
136:21 138:24
162:3 163:19
166:6 169:25
178:5 189:2 198:6
205:13 218:14

219:19 227:21,22
234:10 243:5
268:19 271:4
292:14 336:24
358:22 359:2
360:23,25 367:19
**comes** 76:2 89:23
91:3 93:18 94:6
166:17 225:18
313:21 323:11
325:9 331:15
364:11
**comfortable**
198:25
**coming** 11:5 74:14
157:24 279:6
311:22,23 312:21
325:18 350:19
**command** 114:16
320:13
**comment** 37:3
117:6 118:13
152:18 153:7
211:18 268:18
307:17 311:18
337:7,8 339:5
342:13
**commentaries**
311:5
**commented** 306:12
**commenting**
340:16
**comments** 117:6
118:15 142:16
145:25 286:17
309:4,13 314:9,11
314:12 326:19
327:3 328:14,16
337:9 344:2,3
**commitment** 181:2
204:20 237:16,18
**commitments**
241:25 244:8
**committed** 79:10
115:21
**committee** 77:24

91:19 109:2 111:6
111:14,19,24
113:2 117:17
119:16 120:4
121:7 124:2 130:8
170:16 183:8
260:13,14,15,17
260:21,24 326:22
**committees** 120:8
**committee's** 119:12
**common** 26:7
256:23
**communicate**
94:17,23
**communicated**
147:24 168:20
367:23
**communication**
110:13,14
**communications**
87:7
**Company** 268:21
**comparable** 237:4
240:13,18,25
244:5
**comparator** 214:20
214:24
**compare** 40:17
204:22 235:2
**compared** 71:5
179:16 217:7
240:9 255:22
256:7 258:5
288:11 340:14
366:9
**compares** 234:22
**comparing** 203:13
240:16
**comparison** 71:6
203:11
**comparisons** 244:6
**competing** 342:9
**competitive** 36:25
45:10 49:14,15
52:23 306:20
315:5 332:11

**complainant** 111:7
111:18,20 115:10
115:12 119:10,21
132:12
**complained** 88:22
192:8 227:16
230:22 231:5,6
254:4 255:20
257:23,25 258:14
319:15 349:12
354:21 355:16
362:11
**complaining**
250:20 288:9
295:6 299:22
349:17,21
**complaint** 82:18
83:15,17 85:9,17
88:14 89:19 91:17
91:22 95:8 97:5
113:14,20,24
114:12 121:11,16
122:14 130:21
131:24 132:2
134:6,16 136:5
138:5 145:2 155:5
155:6,23 182:25
183:22 195:17,25
196:2 215:7,17
217:8,21 222:10
227:10,11,12,13
230:9 250:14
252:18 253:22
254:3 255:19
256:14 257:21
258:13 280:7
299:24 319:11
346:23,25 347:20
347:25 349:16
356:8 357:9 359:3
360:23 361:13
362:8 370:11
**complaints** 70:25
85:22 115:17
121:25 134:21
168:22 251:5,8

CONFIDENTIAL

355:9 358:22
**complete** 46:8 85:7
  118:19 136:15
  148:4 150:24
  170:9,10
**completed** 115:21
  117:5 149:11,18
  174:4
**completely** 158:14
  254:16
**completeness**
  170:19
**completion** 147:25
**complex** 37:24
  85:19 165:24
**compliance** 116:15
  118:10 347:3
**complicated** 48:21
  269:2
**complications**
  136:16 148:4
**components** 58:2
**compounded** 51:6
**compounds** 52:5
**concentration**
  336:3
**concept** 122:9
  357:15
**conceptually** 312:8
**concern** 166:19
  168:25 169:3,4,17
  170:20
**concerned** 39:23
  140:25 141:25
  160:25 163:22
  164:7
**concerning** 103:2
**concerns** 82:5
  83:24 84:2 86:12
  108:19 122:9,15
  130:3,16 135:10
  140:12 141:5,24
  144:7,9,10,23
  145:7 157:15,24
  168:4 169:10
  170:6 171:23

195:22 227:15,17
  232:12 243:7
  284:5 294:15
  338:18 357:16
  360:21 362:17,21
**concluded** 37:17
**concludes** 167:10
**concluding** 355:4
**conclusion** 28:17
**conclusions** 90:11
  91:11
**condition** 358:10
**conditional** 155:12
  185:14 246:20
**conditioned** 151:3
**conditions** 52:21
  157:18 242:14
  261:11
**conduct** 113:2
  126:11 334:25
**conducted** 126:8
  171:9
**conducting** 42:8
  201:12
**conducts** 101:20
**confidence** 159:18
**confidential** 1:15
  2:6 5:1 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1

63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1,23
  122:1 123:1 124:1
  125:1 126:1 127:1
  128:1,4,5 129:1
  130:1 131:1 132:1
  133:1 134:1 135:1
  136:1 137:1 138:1
  139:1 140:1 141:1
  142:1 143:1 144:1
  145:1 146:1 147:1
  148:1 149:1 150:1
  151:1 152:1 153:1
  154:1 155:1 156:1
  157:1 158:1 159:1
  160:1 161:1 162:1
  163:1 164:1 165:1
  166:1 167:1 168:1
  169:1 170:1 171:1
  172:1 173:1 174:1
  175:1 176:1 177:1
  178:1 179:1 180:1
  181:1 182:1 183:1
  184:1 185:1 186:1
  187:1 188:1 189:1
  190:1 191:1 192:1
  193:1 194:1 195:1
  196:1 197:1 198:1

199:1 200:1 201:1
  202:1 203:1 204:1
  205:1 206:1 207:1
  208:1 209:1 210:1
  211:1 212:1 213:1
  214:1 215:1 216:1
  217:1 218:1 219:1
  220:1 221:1 222:1
  223:1 224:1 225:1
  226:1 227:1 228:1
  229:1 230:1 231:1
  232:1 233:1 234:1
  235:1 236:1 237:1
  238:1 239:1 240:1
  241:1 242:1 243:1
  244:1 245:1 246:1
  247:1 248:1 249:1
  250:1 251:1 252:1
  253:1 254:1 255:1
  256:1 257:1 258:1
  259:1 260:1 261:1
  262:1 263:1 264:1
  265:1 266:1 267:1
  268:1 269:1 270:1
  271:1 272:1 273:1
  274:1 275:1 276:1
  277:1 278:1 279:1
  280:1 281:1 282:1
  283:1 284:1 285:1
  286:1,8 287:1
  288:1 289:1 290:1
  291:1 292:1 293:1
  294:1 295:1 296:1
  297:1 298:1 299:1
  300:1 301:1 302:1
  303:1 304:1 305:1
  306:1 307:1 308:1
  309:1 310:1 311:1
  312:1 313:1 314:1
  315:1 316:1 317:1
  318:1 319:1 320:1
  321:1 322:1 323:1
  324:1 325:1 326:1
  327:1 328:1 329:1
  330:1 331:1 332:1
  333:1 334:1 335:1

336:1 337:1 338:1
  339:1 340:1 341:1
  342:1 343:1 344:1
  345:1 346:1 347:1
  348:1 349:1 350:1
  351:1 352:1 353:1
  354:1 355:1 356:1
  357:1 358:1 359:1
  360:1 361:1 362:1
  363:1 364:1 365:1
  366:1 367:1 368:1
  369:1 370:1 371:1
**confidentiality**
  132:9,11
**Confirmation**
  135:20
**conflate** 235:20
**conflating** 235:13
**conflict** 245:13
**conflicted** 263:22
  264:23
**conflicting** 336:9
**confrontational**
  25:6,13
**confuse** 330:25
**confusing** 155:4
**connection** 101:23
  102:16 103:6
**connections** 123:25
**Connolly** 369:10
  369:24
**connotation** 282:16
**consent** 364:5
**consequences**
  161:20
**consider** 62:24
  71:12 160:2 249:9
  251:14,14,15
  275:20,21 333:20
  339:23 363:14
  364:3
**considerably**
  284:11
**consideration** 71:8
  73:14 204:9
  341:19

considered 22:15
58:11,21 68:7
93:22 188:9
207:14,15 302:16
considering 12:5
276:2 343:16
368:4 369:16
considers 343:10
consistent 296:23
CONSORT 125:17
conspiring 319:18
constantly 251:13
contact 30:20 66:7
contacted 320:11
347:2,17
contacting 66:23
contemporaneous
171:12
contemporaneou...
231:25
contemporaries
41:7
content 331:6
contention 177:3
contentious 285:6
contents 352:8,12
352:18
context 31:7
170:17 363:24
continue 17:2 25:4
25:7 34:4,4 38:24
56:7 95:23 127:20
187:19 258:19
269:24
continued 14:23,24
17:19 34:16 74:4
133:21 221:11
258:20 299:14
301:7 362:25
370:23
continues 190:12
continuing 18:11
256:13
continuity 187:23
contract 103:24
contradictions

138:15
contrary 80:12
300:22
contributed 73:10
contributing 57:24
contributory
310:14 313:12
control 84:16,20,23
154:25 155:2
170:7 171:3,3,5
171:10 172:13
321:18
controls 84:18
controversially
124:24
controversy 316:11
convenient 59:23
conversation 21:14
65:24 88:9 109:14
153:10 194:14
196:24 197:22,24
204:11 259:21
271:13 340:3
356:18 363:8,16
363:18 367:6,13
conversations
11:10 137:18
262:9 290:24
conveyed 130:9
convince 169:19
convinced 61:11
63:25 273:4
convoluted 275:5
coordinate 79:8
copied 283:7
copies 115:10
copy 105:20 106:2
134:6
coresearchers
263:3
corner 108:12
112:23 114:23
correct 111:21
125:21 165:11
195:18 206:4,15
221:20 222:4,9

224:3 229:14
238:20 239:2
266:3 349:10
357:4 358:2
corrected 117:11
correction 138:20
corrections 376:15
correctly 104:2
109:3 138:22
139:4
correlation 179:7,9
corresponded 22:4
correspondence
310:13
corresponding
167:7
corresponds 231:4
corridor 197:6
corridors 197:8
corrupt 128:24
corruption 128:21
132:22 133:5,15
293:12 361:6
cost 36:2,14 57:15
126:18
costs 36:17 57:25
242:14 250:7,8
cost-intensive
17:21
counsel 5:20 6:5
131:21 224:6,8,10
224:11,12,18,22
count 206:8 242:12
counted 59:5
176:16
counting 254:5
countries 71:22,24
181:22
country 9:13 12:7
counts 315:3
COUNTY 375:5
couple 11:20
268:11
courage 358:21
course 102:18,19
103:4 186:6

241:18 254:12
283:10 286:5
366:23
courses 353:9,13
court 1:2 4:17
101:13 112:4
155:7
cover 190:5 199:17
199:18 229:3,4,6
316:3
covers 291:12
314:18 333:8
coverups 293:11
co-appointment
310:19
co-investigators
334:23
co-PI 304:17,25
305:3,3,5,12
311:19 313:2
co-PIs 305:22
crashed 336:7
crazy 128:8
create 32:17
created 21:21
122:2 293:13
creative 33:7 56:15
credentials 304:12
credibility 121:21
credit 19:4
criteria 339:8
364:8
critical 30:17 56:20
72:9 207:6 300:12
309:10 331:20
critically 85:5
337:3
criticism 292:17
341:25 342:5
criticized 292:20
criticizing 245:18
292:21,22
critique 329:24
335:13 338:10
crown 315:6
CT 29:6 335:23,24

CU 344:24
culture 175:4 201:3
cure 51:12
cures 52:3
curious 92:23
current 18:16
45:25 309:8
Currently 365:11
currents 175:14
curriculum 7:25
8:2,14 372:8
curve 129:11
curveball 241:2
cut 76:12,18 136:18
217:7 220:22
223:18 252:2,8
256:6 271:20
301:2 304:22
cuts 231:17 249:16
cutting 249:15
250:9 258:7
296:15
CU12288 98:5
CV 8:10,16 15:17
15:17,23,24 35:18
41:10 46:22 245:8
263:18,21 264:21
265:20,22 266:2
267:14 269:13
281:2,9
cycle 18:18 19:20
38:9

_____

**D**

D 5:2 372:2
daily 191:25 193:3
297:5
damage 127:20,21
127:22,23,24,25
253:18
damaged 127:19
DANA 3:19
data 29:7 31:21,23
39:13,15 41:22
85:7 90:13,15
102:8 122:24

123:3 125:18,21
125:22 128:13,14
129:11,15 133:8
135:11 136:15
137:22 138:21
140:17,20 142:17
143:9,10,12
147:24,25 152:6
161:19 162:17
170:9,10,19,23
171:13 175:5
180:6,11 195:20
208:11 225:3
230:8,23 245:18
273:3 294:25
295:2 298:9
319:16,22 357:25
364:24 370:7
**date** 8:4,11 12:24
27:11 35:13 42:23
43:14 60:21 97:24
112:9 113:8 116:6
116:9 120:22
134:3 146:12,16
158:21 164:14
176:6 185:19
189:16 192:13
193:21,22 194:25
208:2 221:7 222:9
223:4 259:4 263:8
266:24 282:21
285:18 287:16
288:18 290:8
297:12 298:25
301:13 323:17
325:23,25 326:4
337:21,23 338:3
344:20 346:20
351:15,19 374:13
374:15 376:21
377:24 378:24
**dated** 12:21 27:9
60:18 98:23 112:6
116:3,15 120:19
121:2 133:24
135:18 146:9,14

158:19 164:11,18
185:17 186:10,15
192:11 194:22
195:6 218:13
259:2 263:6
266:21 272:3
282:18 285:15,22
287:13 288:15
290:5 297:9
298:22 301:11
316:25 320:23
323:15 344:18
346:18 351:12
372:10,11,14,17
372:19,21,23,24
373:4,6,7,9,10,12
373:17,18,20,21
373:23,24 374:4,6
374:7,9,10,12,16
374:18,19
**dates** 179:11
**David** 67:22 112:25
**day** 21:6 25:18,19
25:21 39:25 64:13
90:16 136:21
143:5 148:11
149:18 154:14
176:17 177:4,9
178:13 179:20
184:21 191:23,23
193:14 200:23
202:10,11 205:11
205:15,16 206:14
206:21 207:7,8,9
207:14,15,16,18
209:14 211:14
214:16 218:6,16
218:19 219:13,17
220:12 225:8,21
225:21 240:5,6
249:21 253:15,17
289:17 291:9
295:4 297:3
316:15,23 347:17
371:23 375:21
376:23

**days** 7:9 28:4 58:20
58:21,25 59:3,6
63:7,7,8 115:22
123:14 200:21
202:13 205:21
206:5 207:2
208:11,12,12,20
208:21,21,25
209:8,11,12,13,14
209:16,18,25
210:2,3,10,12,13
210:13 215:3
216:2 218:20
219:6,21,24 220:2
220:4,15 225:5
226:7 230:3,4
236:8,11,18 238:4
239:9,12 249:2
250:5 252:20
268:5 295:5 298:4
**deadline** 21:10
37:21 42:2 53:13
53:18
**deadlines** 276:4
**deaf** 347:6
**deal** 94:18 107:4
130:18 142:6
181:24 188:18
241:14 253:16
320:3 323:2
333:22
**dealing** 125:8
254:18
**dean** 260:4,6
**Dean's** 247:4
**Dear** 324:3
**death** 199:16
231:16 336:17
**debating** 81:18
**decade** 73:9
**decades** 336:5
**December** 7:20
62:14 86:7 87:12
92:6,9 109:15
112:2,7,16,25
113:12,25 116:4

122:20 123:16
133:25 135:9,19
135:25 136:6
137:19 139:18
146:10,14,21
150:6 151:16
153:17 157:5
158:19 159:2
162:5 163:20
164:12,18 173:21
195:21 221:5
223:8,13 227:14
227:18 228:13,22
230:6 233:4,19
351:13,24 372:17
372:19,23,24
373:4,6,7,15
374:19 375:22
**deception** 298:12
**decide** 19:13 33:17
58:4
**decided** 44:9
264:17 361:17
**decides** 33:20
**deciding** 307:22,24
**decision** 68:3
119:11,12,22
120:3 130:9,18
154:9 191:21,22
193:18 260:7
266:12 285:2
289:23 327:8
**decisions** 47:13
218:3 282:6
**decisive** 309:19
313:14
**deck** 226:13 294:17
**DECLARATION**
376:9
**declare** 376:10
**decline** 237:4
**declined** 275:19
**declines** 235:10
**declining** 235:7,9
**decreased** 356:14
**decreasing** 219:6

**dedicated** 48:2
**deducted** 36:2
**deep** 324:23
**deeply** 31:17,18
33:14 128:22
132:13
**Defendants** 1:10
3:12
**defined** 109:7
115:5
**defining** 226:19
**definite** 162:19
270:25
**definitely** 30:18
95:25 118:22
126:14 143:11
200:21 234:11
312:17 344:2
364:7
**degraded** 230:17
**degree** 252:2
325:13
**delay** 105:19
121:18 127:11
**delayed** 127:7,8
**delays** 105:20
122:8,11
**Delhi** 72:3 129:6
**deliberately** 90:8
**delivered** 108:25
**delivering** 50:13
**delivery** 41:21
305:14 315:20
324:24 330:25
331:2 336:4
338:18 339:4
342:24 343:4
344:4 366:13
**demarcations**
226:20
**demoted** 370:18,20
370:21
**Denair** 131:5,8
**Deng** 302:22 303:6
303:16,17,20,21
**denial** 299:14

CONFIDENTIAL

denied 18:14 73:18
  87:21 95:14
  147:21 148:18
  295:19 314:5
denies 291:5
deny 35:6 293:3
denying 290:20
department 10:23
  15:9 16:11,17
  21:23 24:15 28:15
  29:16 30:13 32:11
  32:16 33:20 34:2
  34:7 36:22 37:10
  38:14 39:9,11
  40:19 41:3 54:6
  54:11,12 55:3,4
  57:2,15,21,24
  58:2,6,10 59:5
  67:20,21 68:23
  69:7,10,22 70:3,8
  77:25 78:13 79:9
  85:23 121:24
  124:2,9 125:6
  138:19 144:22
  155:9 169:2,5,7,8
  172:2,6,10,25
  173:3 177:2 180:7
  188:2 195:20
  204:14 215:21
  217:5,20 225:4,24
  227:14 248:23
  250:24 251:24
  254:6,10,14 255:4
  255:23 256:8,22
  257:8,11 258:3
  264:13 288:3,12
  296:9,24 297:4
  300:17,21 308:8
  308:13,16 309:24
  312:24 321:9,10
  322:21 353:14
  355:17,24 364:11
  365:2,4,7,14
  366:2 368:17
  370:6
departmental 16:6

16:10 34:10 39:6
  55:3,11 173:14
  215:20 216:4
  223:21 227:6
  235:8 285:2
  299:16 363:13
departments 57:17
  58:7 124:4 365:10
  365:17,23
department's
  174:10
Depending 42:13
depends 332:5
  333:23
deposed 6:7
deposition 1:16 2:6
  4:13 5:16,21 6:10
  68:21 112:14
  136:20 375:11,13
  376:2,12,17 377:2
  378:2
depositions 67:12
  180:12 283:10
depressed 175:12
derogatory 342:2
describe 90:23
  165:22 166:2
described 36:5
  128:7
describing 42:7
designated 57:12
designation 340:25
desperate 249:19
despite 25:8 183:18
  356:20
destroyed 124:16
destroying 296:6
detail 14:6,17
  205:20
detailed 125:15
details 13:24 15:2
  80:6 241:14 354:4
  357:15
determine 216:22
determined 191:25
  348:11

determining 38:19
detrimental 204:7
develop 50:6 74:23
  78:21 80:19,24
  82:14 275:9
  344:10
developed 22:6
  29:11 50:20 77:10
  331:12 344:12,14
developing 17:18
  17:22,25 52:5
  74:17 79:11 80:8
  80:12 81:4 303:2
  325:20 340:12
development 52:2
  260:4
device 52:2
devices 18:2 77:12
Dickstein 355:15
died 72:18
difference 169:23
  270:11 285:11
  323:5
differences 62:21
different 17:13
  50:19 52:9 59:20
  69:20,21 70:10,16
  70:21 71:14 90:14
  120:7,8 127:14
  147:11 158:3
  177:6 188:7 198:5
  200:11 201:16
  206:25 211:24
  212:10 235:21
  236:25 238:6
  239:8 243:25
  274:9 276:7
  277:14 278:8
  279:5 281:11
  312:3 314:23
  315:22,25 321:17
  321:19 325:10
  329:13 331:3,13
  332:17 336:11
  340:13 362:4
differently 67:6

74:11 168:19
difficult 10:17
  22:13 33:8 45:3
  51:7 56:16 79:8
  178:12 180:5
  202:7 212:19
  219:7 231:11,19
  252:21 273:22
  306:22 315:6
  325:8 332:10
  344:8 357:24
  358:8 361:4
  367:25
dimension 315:22
dinner 262:14,15
  262:17,20 265:9
direct 75:19 108:10
  135:2 305:14
  333:19 346:22
  360:13 370:3
directing 360:9
directly 83:20
  87:12 188:18
  232:17 336:14
director 116:14
  267:18
disagree 332:15
  340:9
disagreement
  95:21
disagreements
  173:17
disclaimer 104:15
  104:16,24 105:3
  105:10,24 106:3
disclosure 103:2
  283:10
disclosures 286:6
  317:11 369:22
discouraging
  368:14
discrepancies
  138:16
discretion 34:6,9
discrimination
  299:13

discuss 32:8 82:22
  86:20 89:7 113:17
  147:4,16 148:14
  148:21,22,24
  149:2 150:7 151:2
  153:18,21,24
  154:6 157:10,18
  164:25 273:23
  298:3,17 316:18
  316:20 317:5
  321:24 356:12
  365:22
discussed 41:13
  63:17 71:9 134:23
  151:5 165:20
  189:9 233:10
  262:17,23 265:11
  267:24 272:19
  316:20 354:17
discussing 249:2
  256:21 257:2,4,5
  293:17 317:14,17
discussion 14:3
  29:18 30:5 148:20
  149:4 150:2 151:4
  152:3 154:16
  155:14 165:13
  167:11 190:19
  224:16 243:11
  271:6 320:14
discussions 152:21
disease 52:4,6
  55:25
disgruntled 167:13
dishonest 263:24
  264:9
dismissing 141:11
disparaging 163:7
disproportionate
  78:2
disproportionately
  306:24
dispute 141:21
disputed 138:21
distinction 95:24
  350:23

**distinguish** 199:9
**distracting** 266:15
**distributed** 235:19
  252:3
**DISTRICT** 1:2,2
**disturbing** 64:7
**diverse** 333:8
**divide** 209:15
**division** 62:4,25
  64:11 65:10 66:4
  66:5,17 67:4,14
  68:4,8 69:11,13
  69:25 74:8 75:3
  75:10 76:3,12,18
  77:2 78:17,25
  79:5,13,16 80:10
  80:22 81:2,12
  82:2,7 88:10,21
  89:13,18 96:22
  97:4 127:24 191:7
  192:3 204:2
**divisions** 69:21
**dkumar@buckle...**
  3:19
**doctor** 150:22
  164:4 208:4
  262:25 283:6
**doctor's** 225:17
**document** 7:24 8:7
  8:9,13 13:3,5,8
  27:14 43:2,4 98:6
  112:12,22 116:12
  116:17,20,25
  117:2,3 120:9,17
  134:12 135:3
  158:24 161:15
  185:22 192:15
  195:4 208:6,9
  222:8,19,22
  223:16 224:5,19
  226:18 259:7
  263:11,14 267:2
  282:24 285:21
  286:3 287:19
  288:21 326:10,15
  328:12

**documented** 87:8
  199:3 231:24
  242:8 319:21
  362:18
**documents** 6:3
  15:3,5 104:19
  118:23 120:7
  171:6 326:12
  351:22
**Dogwood** 5:12
**doing** 12:9 14:19
  15:12 16:24 17:13
  21:24 22:12 29:14
  29:18 32:8 56:7
  56:24 63:10 74:15
  75:17 78:9 83:7
  85:3 88:7 148:9
  161:24 173:24
  177:8 179:4,13
  180:19,20 181:16
  182:14,16,18
  183:19 185:7
  199:3 201:15,17
  202:5 203:21
  205:2,9 206:3
  212:17 213:21
  215:2 220:13
  223:23 236:13
  241:19,20 244:7
  245:12 247:5
  249:5 251:18
  252:10 253:10,11
  258:8 275:6
  286:21 296:19
  308:3 309:6
  312:10 317:25
  318:9 319:2 321:2
  325:15 331:10
  332:12,13 343:6
  356:20 366:16
  367:7
**dollars** 126:18,19
  133:13
**domain** 355:13
**door** 90:2 281:21
  293:23 311:6

**dormant** 272:21
**dot** 229:20,23
**double** 220:24
**doubt** 106:23
  107:11 190:24
  283:20,22
**doubting** 162:7
**doubts** 355:11
**download** 104:22
  106:22 107:21
**downloaded**
  104:12 105:22
  106:17,19
**DPI** 254:8,12 255:5
  255:6
**Dr** 5:14 6:9 8:6
  9:19,21,23,24,25
  10:2 11:3,11,25
  12:3,25 14:4
  18:21,25 19:7,16
  20:15 21:6,15,19
  25:15,23,25 26:3
  26:9,18,24 27:2
  27:13,16,20 28:14
  28:19 29:13,16
  30:10,13,15,21
  31:4,6,9,21,24
  32:23 33:5,10
  36:20 37:8 38:12
  38:18,22,25 39:3
  39:22 40:22 54:14
  54:20 55:5,10,11
  58:20 61:3,13,13
  61:14,17,20,22,23
  61:25 62:5,6,10
  62:11,15,16,18
  63:10,10,18 64:2
  64:3,3,6,9,17,19
  66:3 67:2,17 68:2
  68:7,21 69:7,15
  69:24 70:13,23,24
  71:5 72:8,23 73:2
  74:7 77:13,16,24
  80:5,13 81:6
  82:10,16,20 83:5
  83:19,21 84:4,5,9

  84:13,15,25 85:10
  85:14,15,18,22
  86:3,13,15,19,20
  86:25 87:2,4,6,12
  87:20 88:3,3,12
  88:16,19,23,25
  89:4,19 90:4 91:6
  91:7,12 92:7,18
  92:25 93:2,5,9,16
  95:7 96:14 97:2,6
  97:25 98:10
  109:12 110:5,5
  111:21 112:11
  113:8,12,14,15,16
  113:16,17,18,18
  113:19,22 114:9
  114:11,13,15,17
  114:19 116:11
  120:24 122:14
  128:7 130:21
  131:4,24 132:2
  134:5 135:5,18,25
  137:5,18 138:6,14
  138:19 141:24
  142:2,10 143:13
  143:23,24 144:4
  144:20,22,25
  145:6,7 146:18,20
  147:3 150:7
  151:14,23 152:20
  153:2,6,6,12,17
  153:22 154:19
  155:10 156:24
  158:6,23 159:2,7
  160:21,23 161:14
  162:6 163:10,15
  163:21 164:17
  165:4,17,23
  166:21 167:8,10
  167:12,19 168:9
  168:12,20,21
  169:12,14,17,18
  169:22 170:25
  171:14,22,23,24
  172:8,8,9,9 173:2
  173:5,13,15 174:8

  174:20,23 184:25
  185:21 188:23
  189:15,25 191:17
  191:18,25 192:15
  193:7,7,12 194:4
  194:5,8,9,15
  195:5 196:23
  198:2,4,6 199:4
  204:20 205:10,23
  205:25 207:20
  208:5 214:4,14
  215:18 216:21
  217:9,17 222:7
  232:19 234:22,25
  236:6 237:20
  239:19 241:24
  246:21,22 247:12
  247:14 248:10,13
  248:18,21,21
  250:2,15,21 259:9
  259:18 260:20
  261:10,16,24
  262:5,6,10,20,21
  262:21 263:2,13
  263:18 266:25
  271:5 272:4,9
  275:19 278:13,16
  278:19 279:13,18
  280:7 281:20,21
  282:8,23,25 283:2
  283:12,18,21,23
  284:25 285:5,12
  285:13,20,23,23
  286:12 287:6,10
  287:18,22 288:22
  290:10,16 292:3
  292:17,20,21,22
  295:22,23 296:13
  297:14,19,23
  298:16 299:5,9,25
  301:15,18,23,24
  304:17 311:19,21
  312:22 317:20
  318:4 319:12,24
  320:12,12,14,14
  320:20 321:6,23

322:4,7 324:9
326:3 332:22
337:25 344:22,25
345:8,8 346:3,3,9
347:2,22 350:3,5
350:5 351:5,7,7
351:21 354:23
355:22 359:4
363:5,6,9 365:6
365:13,21 367:6
367:12,13,14,17
368:2,3,12,24
369:3,3,7,8,9,10
369:11,15,18,22
369:23 370:2,7
**draft** 115:4,16
117:13,14,16
331:7
**dragged** 123:10
356:25
**drags** 132:12
**dramatic** 237:3
266:15
**dramatically**
179:18
**drastically** 250:9
**draw** 90:10 91:10
**dread** 367:20
**driving** 270:5
**dropped** 189:3
**drug** 41:20 331:2
336:4,13 338:18
339:4 342:24
343:4 344:4
366:12
**drugs** 17:18,22
25:9 50:13 77:10
303:2 305:15
315:13,20 325:18
364:24
**due** 276:13 279:24
358:14
**dug** 163:3
**duly** 5:3 375:12
**Duties** 221:3
373:14

**E**

**E** 3:2,2 5:2 372:2
375:2,2
**earlier** 160:21
173:4 278:12
284:9 318:3
322:24 353:24
357:12
**early** 19:21,22 20:2
20:10 28:17 86:7
114:3 152:2
162:18 184:17
273:17 363:12
369:6,16
**ears** 293:21 347:6
**easier** 45:7 79:12
234:20 312:18
368:18
**easily** 219:17
**easy** 49:11 56:24
**eating** 220:21
**ECT** 58:18,21,25
175:7,8 176:7,7,9
176:12,16,19
177:8 178:9,11
179:5,15,17,20
180:3,8,15,20,21
180:22 181:4,16
181:21,21 182:16
182:18,24 183:10
183:14,16,18
184:15,22 188:3
190:6,19 191:20
193:20 194:12
195:12 196:15,18
196:25 197:10,16
197:16,20 198:3
198:13 200:3,22
201:13 202:5,13
202:21,23 203:22
204:13,23 205:2,6
207:3,10,13,14
208:12 209:12,14
209:20,21 210:11
211:4,5 213:2

218:7,16,19,20
219:11,13,18,19
219:25 220:2,6,12
220:15,23 221:3
223:21 225:16
230:2,3,17,18,19
233:16 239:24
240:5,9 244:6,7
244:10,12,13
252:19 316:11
319:4 356:15
373:14
**ECTs** 176:2 177:17
178:4,23 179:13
181:25 185:5,10
188:24 189:4
200:13,18 206:16
**editions** 73:11
**editor** 73:8
**editorial** 26:2,3
73:6 91:12 271:20
**editors** 122:15
**editorship** 271:17
**education** 31:5
**educational** 48:7
**effect** 4:16 66:22
349:25
**effective** 296:4
344:15 349:4,15
353:19 356:23
**effectively** 355:2
**effectiveness** 356:3
**effort** 16:12 50:22
221:16,23 228:3,9
229:7,21 251:10
254:15 328:22
331:9 332:17
337:17
**eight** 56:10
**either** 29:25 100:21
144:21 145:24
169:19 206:2
214:12 316:17
357:3
**elected** 80:22
**electorships** 68:15

**electric** 175:14
**electroconvulsive**
175:8,19
**Elliott** 102:10
**Emala** 9:19,21,23
10:2 18:25 19:7
21:15,19 27:16,20
32:23 33:5 37:18
37:24,25 38:18
54:20 55:5,11
61:3 84:5,15,25
85:10,14,15,18
86:3,14,20,25
87:3,25 88:2,3,3
109:20 110:5
113:15,16 114:15
114:19 138:19
139:12 143:23,24
145:7,18,20
148:22 151:14
153:17,22 154:19
154:23 155:10
156:24 159:2,7
164:17 165:4,23
166:16,21,24
168:20 169:12,14
169:17,22 170:25
171:14 172:9
216:22 217:9
242:5 262:10,20
262:21 263:13,18
265:8 274:14
281:21 282:8
285:5,13 299:5,9
301:18,24 316:15
320:12 345:8
346:3 350:5
**Emala's** 154:23
169:18
**employee** 167:13
**employment** 10:6
127:23 270:7
370:15,16
**employment-rela...**
15:2,5
**encountering**

331:25
**ends** 13:11 177:22
228:20 231:20
**engineering** 18:3
29:24 274:21
275:4,11,22
303:12 307:4
328:8,10 366:3,3
366:9,15 368:11
**enormous** 56:2
**enter** 364:15
**entering** 13:15
**entertained** 32:6
**enthusiasm** 286:13
311:20,20
**enthusiastic** 246:8
**entire** 7:6 36:2
237:7 238:17
268:3 376:11
**entirety** 143:11
268:7
**entitled** 7:24
235:15 353:17
**environment** 48:24
122:2 247:3
306:20 329:16
**equals** 330:5 334:7
**equation** 238:7
**equipment** 14:23
22:25 23:4,6,7,23
31:15
**ERA** 39:12,15
31:20 61:19,20
82:6 83:21 85:2
87:3 94:3,8,10,15
94:23 121:25
125:19 127:12
128:7 129:19
132:14,17 136:9
145:18 147:4
150:20 154:2
157:16 166:19
172:8 173:18
179:2 182:25
183:15 185:24,25
186:21,25 187:7

191:5,19 193:3
195:19,22 203:20
206:5 210:19
211:25 217:24
227:16,17 230:23
231:12 245:20
248:2,6 289:7,8
291:11,14 292:6
293:23 319:15,17
█████ 191:21
eroded 284:11
erodes 96:20
ERRATA 376:2,17
377:2 378:2
erratic 331:24
errors 122:10
225:9
escalate 49:10
142:7,21 219:8
escalated 142:23
160:6 246:4
252:18
especially 202:14
ESQ 3:8,9,16,17,19
establish 154:17
221:19 274:22
established 49:3,4
211:5 233:25
318:3
establishing 179:10
estimate 328:3
et 376:8
ethical 105:7
ethics 269:4
evasive 161:7,8
event 108:18
events 160:10
226:18
eventually 18:8
240:19
everybody 24:22
24:25 48:20 56:23
67:7,8 70:16,21
121:17 133:16
139:20 149:11
162:13 180:20

204:4 249:16
252:2
everybody's 252:7
258:7
evidence 370:4
evident 106:15
EVPR 109:2
exact 80:6 142:15
176:6
exactly 118:11
137:10 179:11
207:20 227:22
248:8 250:19
272:8 278:22
284:18 367:17
EXAMINATION
5:6 372:3
examined 5:4
example 122:13
249:6 298:16
exceedingly 10:11
10:12 64:21
excellent 338:12
exceptional 330:3,5
334:10
exceptionally
173:23
excerpt 97:21 98:3
98:10 118:19,20
372:15
excerpts 115:24
118:3
exchange 27:8,15
146:13 151:13
158:18 164:24
165:6 185:16,23
192:10,17 226:7
258:25 263:5
267:3 268:6
282:25 297:17
301:10,17 323:14
344:17,25 346:17
372:11 373:4,5,8
373:10,16,18
374:10,11,16,17
exchanged 211:13

exchanges 192:18
225:15
exclusive 202:6
exclusively 137:6
242:23
exempt 180:18,19
205:2
exhaust 96:23
exhibit 7:24 8:3,8
12:19,23 13:2
15:16 27:7,10,14
42:19,22 43:2,22
45:24 47:16 53:3
60:17,20,24 97:20
97:23 98:2,10
103:15 112:5,8,12
116:5,8,13 117:9
117:10,16,20,21
117:22 118:7,13
118:18 120:21,25
134:2 135:17
146:11,15,19
151:10 158:20,24
164:13,16 185:18
185:22 192:12,16
194:24 195:4
207:25 208:7
221:6 222:20
259:3,7 263:7,11
266:23 267:2
268:7 282:20,24
285:17,21 287:15
287:19 288:17,21
290:7,11 294:17
295:16 297:11,15
298:24 299:3
301:12,16 304:23
323:16,19 325:24
326:4 337:22
338:2 344:19,23
346:19 347:10
351:14,18,22
353:17
Exhibits 115:25
372:6 373:2 374:2
exist 105:11 332:20

existed 300:18
exists 338:21
expect 83:25
167:24 260:6
357:17
expectation 246:25
357:21,23 358:19
358:19
expectations 99:18
356:9
expected 82:19
83:4 90:3 142:21
166:4 356:17
expecting 26:8
155:13 261:4
expended 295:6
expenses 22:16
experience 38:14
307:22
experienced 354:14
experiencing 347:5
experiment 176:24
experiments 14:22
176:16 201:3,3,9
201:10,16,17,18
201:22,23 252:22
252:23 253:2
expertise 333:8
334:25 337:10
342:23
expired 193:9
explain 84:8 86:25
88:2,3 169:25
231:15 250:3
explained 58:25
86:12 289:15
331:11 336:2
explanation 169:20
170:4 197:18
explicitly 306:13
explore 135:12
expressed 78:4
267:22
expressing 67:3
286:12
extend 89:24

extended 35:12
345:16
extension 34:23
35:4,12,15 345:14
extensive 85:4
extensively 275:16
extent 52:16 219:5
external 128:22
132:7
extra 193:13
200:20
e-mail 21:17 27:8
27:15,19 28:22
30:2 31:9 60:18
60:25 61:2,6 62:8
63:13,20 64:13
67:2,9 86:18,23
86:24 87:14 89:2
91:8 112:6,17
133:24 135:18,25
136:23 137:6,12
139:15,16 145:16
145:18 146:9,13
146:21 150:6
151:2,13,18
153:16 158:18,25
159:7 162:10
164:4,11,17,24
165:6 166:19,20
171:22 185:16,23
186:7,10,15,17,21
186:23,24 189:9
189:14 190:23
192:10,17,23
193:6,22,25 194:2
194:22 195:5
196:23 197:5
199:2 200:9
258:25 259:8,8
263:5,12,12,17
266:8,21 267:3
268:2,6,24 272:2
272:12,19 282:18
282:25 283:11,12
283:17,21,23
286:25 287:13,21

287:25 288:15,21
290:5,11,15
295:22 297:9,17
297:18,22 298:22
299:4,4,8,12
300:4 301:10,16
301:17,22 315:10
316:23,25 317:11
322:8 323:14
324:2,7,23 344:17
344:23,25 345:7
346:17 347:12
351:6,12,22,24,25
352:4,7,9,12,13
352:19 355:21
372:11,14,17,22
372:24 373:4,5,7
373:8,10,11,16,18
373:19,21,24
374:4,5,7,8,10,11
374:16,17,19
**e-mails** 33:6 56:12
66:12 67:12 76:7
84:25 87:8 94:17
96:10 110:4,22
114:9 122:20
128:6,9 131:9
136:25 157:22,25
158:2 163:6,9,13
166:2,11 167:18
193:23 194:16
197:13 198:15
200:15 231:25
233:8,15,22 262:3
267:25 274:13
276:25 284:12
316:13 319:21
323:20 349:25
354:18 356:21
357:5 369:24
**e-mals** 182:6
**E-Reporter** 242:7
242:17
**E1** 230:5,5,22
**E2** 230:5,23
**E3** 230:10,12,21,24

231:4,6 232:3

_____

**F**

**F** 375:2
**face** 90:3 124:10
284:14
**faced** 126:5
**facing** 312:2
**fact** 6:6 18:4 20:22
51:6 80:18 85:13
86:15 88:22,24
94:19 95:20
111:24 118:16
120:2 131:23
145:16 183:18
221:19 276:12
312:2 342:20
343:16 348:11
350:10
**factor** 236:3 243:8
256:23 307:11,22
307:25 308:4
310:14,17 313:15
316:2 340:23
342:15
**factored** 238:6
239:10,11 304:21
**factoring** 66:13
**factors** 306:19
307:16 313:12
**facts** 85:21,21,25
156:16 224:3
332:18,19
**facts-based** 96:18
**factual** 154:18
350:18
**factually** 163:8
**faculty** 7:19 9:3
10:25 11:8,12,14
11:24 13:15 14:2
14:16 30:16 37:2
55:20 74:14,22
75:16 79:9,25
93:4 94:2 97:22
98:4,12,20 99:19
102:21 103:25

135:12 136:7
137:4 144:21
145:6 151:20
176:5 182:17
221:4 241:6,11,16
243:5 247:2 260:4
261:6 273:7
355:21 372:16
373:15
**FAER** 46:18
**Fahmina** 345:2
**failed** 50:15 51:8
282:2 315:23
325:12
**failure** 52:24
**failures** 56:5 89:9
324:25
**fair** 45:14 67:7
81:25 83:6,12
158:5 204:6
250:17,22,23
318:17 320:3
358:24
**fairly** 67:8 106:3,8
252:3,15
**faith** 135:10 168:12
357:16
**false** 85:11 150:4
160:13 162:20
295:21 347:22
**falsification** 102:8
357:25
**falsify** 133:10
**familial** 312:19
**familiar** 353:7,16
**family** 166:7
199:24
**famine** 129:4,5
**fantastic** 10:8
**far** 126:18,19 142:7
142:22 147:9,10
176:8 177:18
212:2 216:7
229:10,19 289:6
296:20 307:3
344:14 369:22

**fast** 29:7
**father** 128:25
129:13 133:6
358:23
**father's** 31:11
133:8
**faulty** 90:16
**favor** 281:4 339:11
**favoritism** 252:9
**February** 42:2
177:24,25 178:2
184:14,16 185:17
186:11,16 188:16
190:18 192:4
325:23 326:5
373:9 374:13
**fed** 298:11
**federal** 248:22
250:10 254:8
300:22 320:8
361:24
**feedback** 22:4
86:13,22 181:14
306:8
**feel** 122:5 128:19
128:20,23 129:21
132:22,25 143:15
168:22 175:3
198:25 293:5,12
354:15,25 361:18
**feeling** 140:20
262:13
**feelings** 174:25
**feels** 311:8
**fell** 49:25 347:6
**fellow** 7:16 8:25 9:2
9:11 11:8 55:21
67:20
**fellows** 55:15 241:7
241:10 299:18
365:8
**fellowship** 11:19
15:19
**felt** 37:19 40:9
141:2 230:25
328:21 354:19

359:5 361:11
**field** 161:25 305:16
306:22 312:20
313:23,23,24
315:9 316:5
336:24 338:21
343:4,17
**fields** 314:14
**fighting** 55:24
230:2
**figure** 94:24 130:5
152:4 154:4
**figures** 237:24
**file** 146:6
**filed** 21:4,25 83:15
91:22 95:7 97:5
104:7,8 113:13,23
114:12 131:23
134:8,16,22
144:25 155:6
182:24 183:22
192:5 195:16,24
215:7 222:10
230:9,24 253:21
254:2 256:14
257:21 273:10
276:10 299:23
319:8,11 356:7
357:8 359:3
360:16 362:8
370:11
**files** 104:12
**filing** 4:5 83:17
111:7 255:18
258:12
**filled** 69:16
**final** 46:2 121:6
170:11 209:24
364:23
**finalized** 367:5,5
**finally** 219:22
356:12
**financial** 80:20,21
81:21
**financially** 126:16
126:23 127:3,5

**find** 18:10 26:17
51:12 167:4 217:3
224:2 232:20
244:14 295:14
310:13 324:17
325:17 333:19
355:13 360:22
**finding** 25:10
**Fine** 74:2
**finest** 358:15
**finish** 73:21 131:20
177:10
**finished** 11:19
**finishes** 181:12
**Fink** 55:10
**Finster** 11:3,3
**fire** 248:7,9,13
**first** 21:6,9,10
25:18,19,21 26:13
29:15 30:20 31:12
31:14 35:25 37:12
43:6 46:5 47:9
49:5,10 64:9
65:14,16 66:2
72:4,4,5,9 78:18
84:14 86:2 94:21
98:4,14 100:9,14
110:9 111:3,17
116:12 159:6
176:2 178:15
223:7 226:23
228:25 230:8,22
233:9 237:4
251:24 252:6
259:23 271:13
273:14 277:10
281:5 286:10
287:25 288:24
315:11 329:24,25
339:17 340:24
362:17
**fiscal** 43:7 46:6
**fits** 299:12
**five** 7:5 220:4
329:13 362:23
**fives** 344:6

**fixed** 236:18
252:24
**flags** 174:6
**flagship** 75:24
**flashes** 51:13
**flat** 369:16
**flew** 336:7
**flexibility** 181:13
201:20 253:5
**Flood** 131:10
319:19 320:21
**floors** 147:12
**flow** 321:18
**flyer** 68:16
**flyers** 68:12
**focus** 14:20 18:6
48:18 52:11 55:23
201:14 242:16
269:16 312:3
**focused** 17:23 76:8
89:9 155:16
269:25 270:2
310:22
**focusing** 43:11
114:23
**follow** 79:3 105:8
167:9 169:19
246:7,23 277:25
279:10 298:10
300:3 350:20
**followed** 28:21
93:6 115:22
245:25 247:6
265:16 272:17
274:13 352:10
**following** 260:5
261:5 349:11
**follows** 5:5 74:5
133:22 221:12
301:8 363:2
**follow-up** 22:6 31:8
66:8 109:14 348:8
349:14
**force** 4:15 270:6
**forces** 77:4
**forcibly** 368:9

**foreigners** 129:7
**foremost** 78:19
**foresee** 76:23
**forever** 78:22
127:20,21
**forget** 67:21 132:19
159:7,22 266:9
291:17
**forgetting** 67:23
**forgotten** 132:15
**form** 4:9 59:14
76:15 150:12
222:2 280:23
358:18 359:15
**formal** 23:10 26:13
30:21 92:9 101:17
108:22 123:15
144:25 193:4
195:17,25 196:2
222:10 233:20
319:11 361:13
362:8 370:11
**formally** 109:17
269:11 271:22
309:9
**format** 208:14
226:11
**formed** 162:19
**formulated** 325:19
**forth** 46:21 159:24
198:16 265:21
375:12
**fortunately** 248:2
**forward** 52:4 74:25
75:10 273:25
274:24 277:9
324:20 358:22
359:3 361:2
363:14
**forwarded** 37:7
**forwards** 166:20
**found** 38:21 41:7
84:22 125:19
138:16 140:11
141:5 170:17
171:6 183:12

242:2,3 249:10
254:11 352:24
**foundation** 46:25
72:6 221:18 222:3
**founders** 128:25
**founding** 32:13
**four** 7:4 38:23
123:20 124:20,22
222:12 251:25
252:6 316:5
335:15
**fourth** 317:3,13
318:21 327:6
**fraction** 237:17
**frame** 95:17 117:24
127:12
**frank** 85:11
**frankly** 166:12
**fraud** 152:9,23
**fraudulent** 199:14
**Fred** 308:17
**free** 48:9,10,17
198:22
**friction** 297:2
**friend** 62:19,24,24
**friendly** 26:17
64:22,24 91:3,3
**front** 8:7 27:13
42:25 98:7 108:15
110:25 112:18
114:25 116:11,18
116:21 134:5,9
135:21 146:18,24
151:11 158:23
159:3 164:19
185:21 186:3
192:16,20 195:3,7
208:6 222:18
228:19 259:6
263:10,15 266:25
267:4 283:3
285:20,24 287:18
288:20 290:12
299:6 301:19
323:23 326:7
332:18 345:3

353:10 354:6,10
357:2
**frosty** 26:11
**Frumento** 102:7,10
**full** 101:11 117:11
118:4 183:10
207:18 276:22,24
279:25 283:14
284:19,21,22
285:3 286:24
287:5,8 304:3
305:21 314:6
320:16 327:12
352:23
**fully** 280:20 284:16
286:22 296:16
**full-clinical** 207:16
**Full-Time** 221:4
373:14
**function** 29:3 76:12
251:4
**functioning** 16:22
105:9 251:18
**functions** 63:18
77:17,22 257:9
300:17
**fund** 19:17,20
22:23 24:14,18
33:8 51:21 56:16
344:5
**fundamentally**
331:3
**funded** 23:22 24:11
33:24 34:20,25
35:5 44:8,15 45:5
45:14,16,17 46:2
46:18 49:8,18
52:15 178:6,11
182:15 191:6
204:8 211:25
212:3,4,4 213:12
213:13 216:6,8
217:4 268:14
269:22 305:8,10
305:23 306:17
308:23,25 310:21

311:9,10 313:9
318:14,22 323:6
327:9 332:4 338:5
**funding** 8:19 18:24
21:20 23:2 32:9
32:13,14 33:22,22
33:23 34:3,8,21
35:6,23 36:4,7,12
36:18,22 37:2,11
37:14,21 38:13,20
38:22 39:6 40:8
40:17,18,23 41:5
45:3,7 46:9,24
49:7 53:19 55:12
57:13 58:3,10
66:16 72:21,22,24
73:2 80:14,17
81:3 83:11 203:8
203:17,21 211:23
213:16 216:16,21
216:23,24 217:12
217:13,19 235:4
242:6,8,9,10,11
242:12,22,23
248:3,22 258:20
258:20 269:23
273:3 296:9
304:14 307:9
317:25 318:5,7,18
324:13,14,16
339:3,7 345:5,17
345:25
**fundings** 36:25
342:7
**funds** 17:7,9 18:16
18:18 19:14,20,24
20:4,5,10 80:11
80:19 81:3,5
299:16 310:8
345:9
**funny** 142:9
**furniture** 23:25
24:6,7,8
**further** 4:8,12
125:24 138:6,14
375:15

**Furthermore**
336:10
**future** 74:16 78:19
127:21
**FY2001-Present**
42:21 372:13

**G**

**G** 110:24
**Galveston** 8:22 9:4
**game** 320:7 344:15
**gaps** 40:16
**Garcia** 62:6,16
69:15 70:13,15,24
71:5 73:2 80:5
81:6 82:10
**Gaudet** 61:13,17
64:3,12 183:15
189:21 210:19
212:4 219:16
**GBM** 339:4
**Gene** 61:22 78:10
139:10,22 141:2,4
143:21 189:16,23
189:24 298:2
**general** 78:8
134:23 179:9
204:16 244:2
**generally** 7:4,13
62:23 76:3 90:24
93:22 181:17
182:17 205:21
226:14 275:12
327:15 332:3
**generated** 29:7
**generation** 79:12
79:20
**genuine** 122:9
349:6 357:16
**geography** 147:15
**germane** 17:2
**gestation** 227:21
**getting** 18:6 22:2
34:24 123:8 167:3
183:7 191:15
197:13 230:17

236:15 237:5
249:22,25 252:11
260:25 262:14
264:24 269:22
288:3,5 289:18
290:3 305:6,13
309:12 310:15
311:4 312:4 313:4
315:4,23 316:2,3
316:6 323:6 325:6
330:23 337:15,16
349:14 357:2
368:25
**get-go** 25:16,17
97:12
**gist** 136:11 171:21
**give** 7:10 22:14
24:6 32:19 35:8
56:6 57:19 58:4
67:7 71:4 80:18
86:17 88:20 90:9
111:24 122:13
140:22 149:3
152:10 159:19
169:20 175:15
197:18 199:5
204:8,11 224:5
250:4 263:23
295:11 322:11
359:18 361:16
**given** 18:18 47:22
65:4 73:14 79:2
81:25 83:12 101:7
111:18 125:3,20
130:4 149:10
161:13 170:5
182:15 220:12
243:6 282:23
289:16 318:14
361:10 375:14
**gives** 58:7 177:11
191:18 251:11
312:12 336:15
**giving** 45:20 48:8
65:11 71:13 80:7
89:18 162:21

224:10 250:25
324:17 343:15
366:23 368:12
**go** 11:21 15:17
20:14 23:9 28:4
38:9,10 39:20
42:3 51:18 52:20
57:25 71:15 86:19
88:5,8 94:13
96:22 103:14
109:4 110:21
120:13 124:11
126:3 148:19
151:21 152:13,17
153:3,8 163:4,9
176:21,22 181:12
190:2,2 198:7
208:4,22 225:17
239:17 242:7
259:25 265:11
273:24 274:20
275:23 277:9
281:17 291:3
298:11 314:9
322:6 327:23
329:21 335:9
355:13 359:22
361:6 364:24
366:14,25 368:9
368:20
**goal** 14:19 21:6
142:7
**goals** 249:14
**goes** 68:16 95:7
96:14 135:13
187:18 190:13
226:5 229:24
260:12,14 326:23
**going** 6:10 7:14,22
12:13,18 14:10
15:16 19:13 21:7
22:19 24:13,20
27:5 32:25 37:13
37:19 41:9,24
42:11 50:23 51:12
55:16 68:4 73:23

76:22 79:20 81:5
81:7 84:10 85:19
111:4 132:6
141:23 149:21
155:5 158:11,12
159:23 176:24
181:8 190:20
198:16 208:17
211:3 219:8
237:19 241:22
244:16 245:17
247:20 257:6
260:16 277:23
279:14 284:3
292:3 294:16
295:16 304:23
307:9 311:11
312:15 313:8
314:4 315:2
318:12 320:4
321:13 322:6,13
323:5 325:13
327:9 332:3 344:5
357:21 361:18
363:4 366:2
**Goldman** 285:23
**good** 5:14 12:9
14:21 15:8 48:23
48:23,24 93:23
129:16 135:10
148:8 168:6
173:23 224:23
234:18 242:18
247:2 251:4
258:18 267:14
281:3 282:9
302:10,11,12
330:15,16 334:16
338:19 357:16
**gotten** 19:24 36:22
72:21 81:11 149:7
179:13 309:2,19
309:21
**government** 361:25
**grain** 129:2,11,12
**grandfather** 31:12

grant 8:18 15:19
  34:13,22,24 35:10
  35:14 37:21 38:10
  41:17,23 42:12
  43:18,20,25 46:2
  47:20,21,22,25
  48:8,25 49:2 50:6
  52:15 54:18,20,23
  55:7,9 57:3,7,21
  64:14,16,23 72:25
  73:4 170:17 178:6
  178:10 179:8,8
  216:3,23 217:12
  217:13 221:15
  222:12,17 241:7
  241:10 242:6,16
  243:3,4,6 245:14
  249:18 251:2,25
  253:12 292:25
  294:6 302:4
  305:22 306:4,9,13
  306:17 307:16
  308:6 309:5,8,20
  310:24 311:23
  312:19 313:22
  314:10,17,17
  317:2,4 322:11
  323:8 324:14
  326:17,22,25
  327:7 328:20,25
  329:8,13 331:18
  332:3 333:18
  336:2 338:5,25
  340:23 343:19,22
  344:6 345:13
  363:24 364:16,18
  368:20
granted 345:17
granting 364:9
grants 10:15 17:14
  41:9 42:10 45:9
  46:10,14,15,19
  48:6,22,22 49:14
  51:2,23 52:7,9,20
  53:2 54:24 72:23
  82:13 178:22

207:6,12 213:15
  258:11 262:13
  264:23 270:9,9
  282:10,13 288:4
  304:24 305:4,4
  309:23 310:21
  311:3,21 314:5,15
  314:20,20 315:4,5
  315:7 322:12
  324:15,15 327:22
  327:24,25 328:8
  328:10 336:21
  338:23 363:21
  370:19
grant-supported
  227:5
grasp 154:25
grave 163:3
great 14:6 264:14
  323:2
greater 311:25
gross 122:10
ground 77:4
group 30:23 84:23
  140:3,7 154:25
  155:2 170:7 171:3
  171:3,5,10 173:23
  184:16 212:11
  213:10 215:9
groups 84:16
growing 133:4
  140:12
guess 42:8 83:13
  98:14 101:5 242:5
  253:25
guidance 347:4
guide 75:15
guideline 309:5
guidelines 250:10
  251:13 296:7
  300:22
guiding 99:17
guy 29:21 30:14
  56:9 70:15 72:17
  93:23 96:19
  114:20 128:8,9

161:4,22,24 167:2
  167:13,25 168:5
  168:10 171:20
  183:17 212:6
  213:13,13 217:4
  304:10 313:7
  331:4 336:18
  341:20
guys 64:21 72:3,5,6
  72:16 146:2
  180:23 213:15
  243:19 320:25,25
  331:5
guy's 128:13,14

**H**

H 5:2,2
half 58:21 59:5
  133:19 207:14,15
  209:14 212:19
  298:12 327:15
half-a-million
  126:18,19 133:13
half-clinical 176:17
  240:5
half-day 210:11
half-nonclinical
  230:4
half-research
  240:5
hallway 137:24
hand 49:6 51:11
  98:12 289:10
  375:21
handbook 97:22
  98:4,13 103:22
  273:7 372:16
handed 12:25
  290:10 351:21
handing 14:12
  97:25 112:11
  120:24
handle 67:6 185:5
handled 77:16
Handwritten
  207:23 373:13

happen 83:8
  132:23 133:4
  155:15 279:14
  285:4 362:2
happened 22:5,7
  38:6 39:16,18
  50:12 83:9 91:21
  94:23 130:6
  154:22 160:12
  166:15 179:11
  182:22 200:10
  215:15 219:10
  223:19 236:2
  246:2 257:2
  267:11 274:11
  300:3 319:14
  320:6 367:11
happening 114:10
  142:5 230:21
  232:20 233:2,18
  293:9 295:15
  316:12 320:10
happens 361:7
happy 87:4,13
  129:25 147:3
  148:14 157:17
harassed 261:12
harassing 255:24
  265:23
harassment 131:11
  230:11 231:20,23
  232:24 233:23
  319:20 320:22
  349:22 351:6
  369:23
hard 33:14 96:7
  106:2 291:4
harder 52:15
hard-pressed
  360:22
harm 61:12 64:4
  355:5
harmed 78:16,18
  121:15,17,20
  124:13 126:22
harmful 356:16

harsh 95:19
Hartman 132:2
hazy 278:2,2
head 45:21 62:3
  69:6,8
heading 135:5
healthy 201:19
  202:2 253:4
  325:13 370:9
hear 272:20 274:14
  316:13,16
heard 166:25
  274:18 285:5
  349:13
heart 72:4 357:19
Heath 6:9 355:15
Heck 253:15
held 2:7 53:16
  224:16 243:11
  258:16
hell 123:21
help 18:8 23:14
  62:22 75:14 76:25
  94:3 193:13
  304:12 322:19
  323:2 366:20
  368:19
helped 82:8,12
  166:7 308:6
  321:15
helpful 311:13
  322:7
helping 93:20 94:5
helpline 103:2
Herbert 53:7,10,15
  53:19,21
hereinbefore
  375:11
hereof 376:17
hereunto 375:21
hesitant 286:16
hesitate 222:8
  247:18
hey 142:8 160:12
  162:14 251:12
  ▊▊▊ 30:13 31:6

31:20,21 38:22
61:14,19,20 62:5
62:15 64:3,19
77:13,16,24 83:21
85:2 86:15,19
87:2,4,6,12,20
88:16,23 89:4,19
91:7 92:25 93:2,5
93:9,16 94:4,8,10
95:7 96:14 97:6
109:12 110:5
111:21 113:14,17
113:18 114:13
121:25 122:14
125:20 127:10,12
128:7 129:19
130:21 131:4,24
132:14,18 135:18
135:25 136:10
137:5,18 145:6,19
147:3 150:7,20
151:25 153:2,6
157:16 159:8,15
160:19,21,23
162:6 163:15,21
165:17 170:13
172:8 173:5,13,15
173:18 174:8,20
174:23 179:3
182:25 183:15
185:24,25 186:25
187:7 189:15
191:5 193:7 194:4
194:8,15 195:5
196:23 203:20
205:10 206:5
210:19 211:25
214:4 217:24
218:4 231:12
245:20 248:2,6,13
250:15 260:20
287:22 288:22
289:7,8 290:16
291:11,15 292:6
292:21 293:24
295:23 297:19,23

298:16 299:25
319:12,17 320:14
320:20 359:4
365:13 369:22
370:7
▮▮▮▮ 82:6 84:9
84:13 85:22
122:10 132:3
141:24 142:2
146:20 166:19
171:5,23 173:2
189:25 195:20,22
205:25 214:14
226:25 227:16,17
230:23 250:21
280:7 319:15
369:9,11,18
**high** 28:25 59:4
91:15
**higher** 75:13
304:22 329:21
343:15
**highest** 105:6 215:8
286:12 327:14
**highlighting**
328:12
**highlights** 105:22
**highly** 28:10,18
45:10 167:13
315:4
**hindsight** 32:3
**Hirshman** 9:24,25
291:2 292:5
293:25
**Hirshman's** 292:3
293:18
**Historically** 169:3
**histories** 188:20
**history** 231:13
355:23,25 356:2
**hit** 41:18 220:24
**hobby** 23:5
**hoc** 170:16
**hold** 315:6 335:10
**holding** 49:6 98:11
98:16 270:23

364:22
**holds** 9:19
**honest** 291:18
298:10
**hope** 33:13
**hoped** 261:14
**hoping** 246:22
322:10
**hospital** 13:19
182:4 198:6
243:25
**hostile** 25:15 89:6
90:21 122:2
166:12 264:20
**hostility** 30:25 65:4
259:13 260:2
261:3
**hot** 29:4
**hour** 133:19
**hours** 122:17,17
228:24 235:17,19
237:13 253:11
294:22,23
**house** 23:7 133:6
166:6,8,8 262:15
262:18,22
**Houston** 314:18
324:4,9 332:22
**Ho-Ho-Cus** 5:12
**huge** 42:5 132:11
**human** 18:2,9
77:12 321:19
**human-implanted**
201:22
**hurt** 33:15 123:6
126:15,16 127:10
230:25 262:14
264:24 291:16
301:3 310:20
322:13
**hurtful** 95:18 163:5
291:7 293:4
**hurting** 230:20
311:2
**hurts** 128:22
129:17 132:13

133:10,15,16
161:21
**hybrid** 243:23
**Hyman** 3:9 5:18
129:20 168:13
243:10 254:17
255:5,7,13 278:11
278:14 280:8,15
359:8,10,16,24
360:3,11 361:20
362:5
**hypothetical**
359:24 361:3

_____

**I**
**IA** 315:12,14
324:24
**icons** 72:13
**ICU** 30:18 243:19
244:2
**ID** 372:7 373:3
374:3
**idea** 22:10 36:24
48:17 54:17,19
77:21,23 78:8
99:8 103:12 107:2
203:8 290:2 295:8
317:10 318:19
327:22 364:10
365:20
**ideal** 307:10
**idealistic** 105:8
258:18
**ideas** 50:10
**identification** 8:4
12:23 27:10 42:22
60:20 97:24 112:8
116:5,8 120:21
134:2 146:11,15
158:20 164:13
185:18 192:12
194:24 207:25
221:7 259:3 263:7
266:23 282:20
285:17 287:15
288:17 290:7

297:11 298:24
301:12 323:16
325:25 337:23
344:20 346:19
351:14,18
**identified** 335:8
**identify** 25:9 335:4
**identifying** 342:25
**idiosyncratic**
263:24 264:9
**ignore** 319:22
361:24
**ignored** 156:19
**ill** 85:5
**illness** 199:24
**Imagine** 126:3
**imaging** 52:2
336:14,15
**immediate** 231:12
278:3
**immediately**
184:14
**impact** 42:6 52:12
52:14 81:22
106:14 107:2
202:12 220:17
232:8 253:13
306:10 341:21
**impactful** 307:8
**impairing** 218:21
**implanted** 201:4
**implementation**
232:22
**implements** 218:4
**implication** 246:15
**implications** 74:18
**implied** 247:22
**importance** 331:16
**important** 31:16
75:15 77:8 106:16
307:3,25 311:8
337:3 361:19
**impossible** 85:9
113:19 148:5,12
148:13 149:12,13
**impressed** 29:9

impression 76:7
  143:18
impressive 53:12
improved 296:18
  313:5
improvement
  309:14
improving 304:21
inaccuracies 266:2
inaccurate 347:24
include 59:24
  250:6,7 370:24
included 59:22
  212:22 254:25
includes 360:24
including 228:3,8
  354:11
incompatible 168:8
  168:8
inconsistencies
  84:8
inconsistent 125:5
incorrect 107:24
  163:8 234:15
incorrectly 144:15
increased 129:13
  230:11 309:15,17
increasing 230:19
incudes 314:16
incurred 126:21
India 71:25 128:21
  129:2,4,5,12
Indiana 12:13,14
Indians 129:9
indicated 254:23
  376:16
indirect 57:25
  75:18 242:14
Indirectly 232:18
individual 74:21
  108:19,21,22
inference 152:12
influence 124:3
influenced 127:18
inform 348:7
informalities 24:22

informally 23:11
  108:20
information 88:16
  92:17 101:22
  171:8
informed 132:6
informing 117:2,3
infrastructure 47:7
  123:5 187:22
inherent 313:21
initial 110:12,14
  128:6
initially 9:16 21:9
  92:4 121:24
  153:24 160:11
  165:15 272:11,13
  277:2
initials 208:19,23
  210:16
initiated 322:20
  367:8
injections 336:9,10
injured 123:18
  127:4
innovation 329:16
innovative 331:12
  332:13 340:11
inputs 167:12
inquiry 92:12
  110:24 115:5,11
  115:16,20 117:4
  117:16 120:5
  125:25 233:20
insidious 231:23
insight 141:13
insisting 176:11
inspired 31:11
instance 72:24
  202:18 219:9
  225:16 290:25
institute 56:3 72:2
  171:7 182:2 183:4
  189:17 191:10
  324:11
institution 30:9
  99:18,19,20

128:12 291:12
  358:15,17,20
institutional 46:15
  99:24 100:11
institutions 12:12
  357:19
instructed 320:20
  362:15
insulted 162:23
insulting 159:9
  160:19
integrity 129:3
  130:12 152:21
  162:17 175:3
intended 103:23
intentions 319:2
interact 147:13,14
  197:8
interacted 97:10
interacting 122:3
interaction 64:20
  94:13 97:18
  142:15 366:8
interactions 64:6
  97:2
interceded 350:6
  351:2
interceding 350:24
intercession 350:4
interest 29:12 67:3
  76:6 78:5 273:5
interested 9:8 29:8
  66:3,7,10 68:13
  68:22 70:6,11
  74:8 75:8 365:25
  375:18
interfere 207:3
interim 11:2 61:22
  62:2,3
internal 128:23
  171:8 225:15
interpret 163:25
  329:3 356:2
interpretation
  144:16 156:17
  165:7 205:4

interpreted 156:5
interpreting 156:6
  348:3
intervene 154:3
  253:7
intervened 125:22
  300:6
intervening 92:3
interview 11:21
  12:11 78:12
interviewed 67:24
  68:18
interviewing 67:16
intravenous 336:9
intra-arterial
  305:14 315:19
  330:25 336:4,10
  336:11 338:18
  342:23 343:4
  344:3 366:12
investigate 92:20
  125:24
investigated 355:18
investigating 355:9
  356:3
investigation 92:10
  100:24 101:18
  120:12 121:12,16
  122:23 123:15,19
  124:14,18 126:5,7
  126:9,12,15,24
  127:6 130:2 171:9
  254:9,12 356:25
investigations
  125:13 130:13
investigative 84:22
  105:20 120:6,11
  120:14,16 125:10
  340:17
investigator 333:13
  333:24 334:4,20
  339:3 341:8
  342:19
investigators
  104:14 329:15
  330:2 333:6,7

334:6,18 338:11
  338:25
invited 328:7
involved 57:4
  66:22 82:14 149:5
involvement
  333:14
involves 154:9
involving 66:23
  102:7,9
in-person 321:22
irreconcilable
  90:15
irrelevant 339:5,6
  339:24,25
irrespective 236:19
  362:18
IRT9256 355:14
Irving 46:16 53:7
  53:10,15,19,22
  302:22 303:10,11
  303:11,18 314:16
Israel 63:6,8
issue 24:19,20 31:4
  63:21 84:17 86:2
  87:11 96:24
  101:10 142:4
  158:7 171:4 182:7
  216:17 233:12
  238:14 241:16
  243:2 245:16
  248:11 249:23
  252:13 256:10,21
  256:25 257:7,9
  262:16 265:2,7,10
  267:21 268:8
  272:15 274:16
  281:22 294:10,13
  296:22 297:2
  298:4 300:17,18
  300:20,24 312:16
  316:9 332:21
  333:13,24 347:19
  361:11 363:4
issued 353:25
issues 63:22 80:2

94:18 95:12 125:2
125:4,7,9 132:5
135:13 142:3
158:4 164:22
165:5 173:19
188:14 232:4
233:7 235:14,22
251:17 256:16,23
262:24 282:6
293:2,17 299:23
300:12 310:10
354:18,22 356:13
359:6
**IV** 93:23
**i.e** 193:8

**J**

**J** 3:9 5:2 102:7,10
**Jafri** 345:2
**January** 62:15 92:8
157:5,6 227:14
228:14,16 298:23
299:5 346:18
347:4,14 369:6
374:9,18
**January-somethi...**
320:23
**Jayden's** 355:20
**Jeff** 303:4,10
308:14 347:13
351:23 364:14
**Jeffrey** 347:2
**Jeremias** 3:8 5:18
7:22 40:12 59:13
73:19,23 76:14
93:10 95:10
105:13 106:6,10
107:13 110:16
150:9,12,16 158:9
168:14 203:16
214:23 221:8,13
222:4 224:15
228:5 234:12
244:23 266:5
280:9,13
**Jersey** 5:13

**JGK** 1:6
**jjeremias@mcla...**
3:8
**JNA** 26:2,3 73:7
**job** 1:25 11:20
12:16 63:3,11
70:24 71:8 75:20
78:7 159:9,15
160:19 180:14
245:19 247:21,25
267:16 290:23
**Joe** 243:17,18
**John** 64:12 151:23
183:15 185:25
189:15,20,21,21
210:18 212:4
219:16
**Johns** 267:3,7
268:25
**join** 7:15,18 10:17
107:19
**joined** 7:16 9:11,17
10:9,24 11:11
13:6,15 27:4
28:14,19 29:16
62:16 68:3 98:20
98:23 103:10
107:18
**joining** 14:2
**joint** 54:4,5,9,12
127:8 274:16,19
274:25 275:3,25
308:2,17,22
311:12,16 312:14
314:6 315:7 321:6
337:2,5 363:5,10
364:9 365:3,6,12
365:16,19,23
366:20 367:4,21
369:2
**Jonathan** 3:8 5:18
**Joshi** 1:3,16 2:7 5:9
5:14 7:23 8:3,6
12:23,25 13:2
27:6,10,13 32:24
39:22 42:20,22,25

60:19,23 74:7
97:23,25 98:10
112:7,11 116:4,8
116:11 120:20,24
133:25 134:5
138:6,14 144:20
144:22,25 146:10
146:15,18 158:6
158:20,23 161:14
163:10 164:12
185:18,21 186:18
190:7 192:12,15
194:23 195:10
207:24 208:5
210:19,23 215:18
221:6 222:7 236:6
237:20 239:19
255:2 259:3 263:7
266:22,25 278:16
279:13,18 282:20
282:23 285:16,20
287:14,18 288:16
290:6,10 297:10
297:14 298:23
301:12,15 318:4
319:24 320:17
323:16 325:24
326:3 337:22,25
344:19,22 345:9
346:19 347:2,22
350:3 351:13,18
351:21 371:20
372:4,7,12 373:3
374:3 375:10
376:5,21 377:24
378:25
**Joshi's** 135:5
**journal** 80:16
271:17,21
**journals** 122:16
316:4
**judge** 70:18 85:20
212:20 319:23
339:13
**judging** 284:10
339:8 340:4

**judgment** 90:25
359:18
**July** 21:11,11 27:4
28:15,20 43:19
44:5 206:21,23
218:6,19,22 240:7
249:20 271:14
287:14,21 288:16
297:10,19 305:17
373:24 374:4,7
**June** 134:16 212:25
213:10 215:6
259:2,9,19 260:8
263:6,13 373:17
373:18
**junior** 79:9
**jurat** 370:24
**justification** 35:8
39:4 254:13 258:7

**K**

**Kachulis** 274:5,8
**keen** 247:23 267:19
364:21 368:21
**keep** 22:12 23:14
32:25,25 33:18
96:2 136:19
213:17 234:7
235:16 314:25
318:18
**keeping** 248:23
254:20
**kept** 157:24 160:7
206:7 231:8
**Kestler** 347:3,7,13
347:21 349:12
351:23 352:22
**key** 129:14 226:18
**kicks** 177:8
**kind** 13:23 16:22
47:21 48:7 94:10
121:18 162:13
179:20 231:23
273:5,8 304:19
328:17 339:13
**kinds** 51:4

**Klein** 116:14
**knew** 24:5 32:23
94:12 114:3
121:24 122:6
149:22 152:2
188:21 206:4,5
295:20 352:18
**know** 14:11,22
15:10,10 18:4,5
21:18 22:7 25:3
26:22 31:7 32:5
32:11 33:6 34:3
37:23 38:5,21,21
40:21 41:4 50:8
50:22 53:20,21
55:23 56:25 57:6
57:18,25 58:9
60:7 64:11,18
66:21 67:18 68:6
71:5,11 75:4,6
77:12,19 78:5
81:16,23 89:13
90:4,5,6,20 91:20
93:11,20 94:19
95:20 96:17 97:16
99:7 101:11 103:9
105:7 113:11,15
113:20 126:13
129:15,16 130:22
130:24 131:16
137:25 141:7,11
143:10,11 149:11
149:15 152:9
154:21,21 157:5
159:22 162:15
163:4 167:14
168:4,8,10 171:19
172:20,20 173:9
176:5,18,21
179:10 180:25
181:22 183:3
184:6 187:22
188:19 189:6
190:9,22 191:2
194:3 199:3 201:7
203:4 205:18,20

205:22,24 206:7
207:21 209:11
210:10 211:12,14
213:16,17 216:7,9
217:25 218:10
223:4 225:2,5,9
229:2 230:10
241:4,13 242:24
244:19 245:24
247:10 251:11
253:4 256:4
257:17 265:3
270:7 271:16
272:12 273:24
275:18 281:13,14
284:24 289:2,3
291:4 294:19
296:20,21 306:14
309:25 310:7
313:8 314:24
316:5,19,22
319:14 320:13,19
320:25 322:6
323:4 328:19,19
329:8 331:6
356:21 358:11
359:10 364:8,24
365:9,10,11,18
367:3,22 368:8
369:15,20,21
**knowing** 150:19
183:10
**knowledge** 13:18
73:3 83:18 113:22
114:7 118:18
247:7,8 346:14
369:25 370:4
**known** 82:25 129:3
352:8
**knows** 130:20
131:14 141:19
191:11 281:11
**KUMAR** 3:19
**K08** 47:20,21,25
176:8,9 177:14,22
202:24 203:2,7

205:8 245:14
249:18 251:25
252:7 289:15

## L

**L** 4:2 5:2 347:2
**lab** 16:19,22,22
18:13 19:2,17,25
20:16,25 21:3,8
22:9,19,23,25
23:14,22,23,24,25
24:7,8,9,12,15,21
25:22,22 26:9,10
28:3,20 29:17
32:10,17 33:12,18
33:25 34:11,12
36:9,15,15 37:13
39:4 48:2,3 65:8
74:13 81:8 82:11
83:10 86:10,11
127:9 158:11
176:12,24 180:19
181:3,8,10 182:14
198:8 201:12
213:24,25 235:4
245:11 247:13,15
247:15,18,20,23
284:4 292:24,24
299:15 300:5
303:21,23 317:5
318:11,15,18
345:16
**laboratory** 48:5
73:8 77:7 176:14
183:19 204:17
**laboratory-related**
176:13
**labs** 7:13 32:12,15
34:4
**lack** 95:6 222:2
**laid** 272:20
**landmarks** 230:8
**Lane** 5:12
**language** 95:19
103:16 104:5
105:3

**lapse** 184:5
**lapsed** 195:12
**large** 23:19 78:14
173:23
**largely** 205:2
308:14
**laser** 76:8
**lasted** 20:11 92:6
**late** 19:19 180:24
218:13 320:23
**launched** 123:15
**Lavine** 308:14
**Lawrence** 365:6
**lawsuit** 21:4 104:7
104:8 113:20
126:17 132:6
241:22 250:13
273:10 276:10,14
281:7
**lawyers** 107:3
125:21 126:22
**lax** 49:7
**lead** 187:16 254:8
304:10,18 313:7
**leading** 9:12
**leads** 293:11
**learned** 67:11
281:8,9 367:18
368:16
**leave** 10:16,20
169:21 190:14,21
238:14
**lectures** 274:20
275:23 352:11
354:5,7 367:2
**led** 88:19 97:2
199:16 264:8
**left** 10:21 36:2
61:20 62:15 91:11
146:3 210:15
216:3 336:24
**left-hand** 43:16
**legal** 102:22 107:2
107:3,5 134:24
185:7
**legitimacy** 263:23

312:12
**length** 39:23 307:7
**letter** 12:20,21 66:9
111:25 112:24
113:5,7,7 115:19
115:22 116:3,13
116:23 117:7,14
118:5 120:19
121:2 166:18
285:15,22 286:19
347:13 348:17,18
350:19 372:9,18
372:21 373:22
**letters** 56:4,14
115:19 117:24
286:14
**letting** 107:21
296:16
**let's** 87:25 88:5,8
94:24 133:18
148:14 153:17,25
155:17,18 157:19
208:15 213:17
234:18 235:16,17
259:23 266:8
273:24 277:8,8
301:4
**level** 142:20 164:6
217:19 286:13
337:14 339:19
**levels** 49:5,10 203:9
293:8
**liar** 96:5,6 128:10
**licenses** 71:21,22
**lied** 161:5
**lies** 298:12
**life** 133:8
**light** 28:25 124:9
159:11 179:16,20
187:17 188:9,13
**lights** 51:13
**likelihood** 304:14
307:9 323:6
**likes** 181:3
**limbo** 282:4,5
**limitation** 242:10

**line** 111:13,15,17
139:7 157:17
226:25 227:8
228:2,8 257:3
311:7 377:3,6,9
377:12,15,18,21
378:3,6,9,12,15
378:18,21
**lines** 17:23 79:11
93:23,24 226:19
**link** 29:20 103:5,7
104:20
**list** 19:7 43:7,9,23
44:4 46:7 47:17
212:13,15,16
346:2 351:24
**listed** 35:17 46:22
339:17 342:11
**Listen** 40:12
**listening** 89:25
164:6
**lists** 38:18 43:17
**litigation** 124:15
167:20 186:7
319:9
**little** 24:12,18,23
39:22 52:23 96:6
138:25 201:19
239:16 286:16
315:3 321:17
322:24 331:18
**live** 257:14
**lived** 320:9
**liver** 72:5
**lives** 95:22
**living** 256:12
**LLP** 3:4,11
**load** 59:4 179:15,17
250:6
**locations** 200:11
**log** 268:3
**logical** 114:2,6
**long** 6:25 34:5,13
39:21 40:4 93:8
97:14 98:18 111:5
152:21 157:6

CONFIDENTIAL

177:9 184:10
274:6 294:17
295:2 306:5
310:10 314:7
318:17 320:4
325:20 366:5,16
**longer** 36:23 40:23
187:12 207:14
289:3
**long-term** 139:11
151:25
**long-time** 303:13
**look** 39:15 40:16
52:18 53:11 71:21
72:16 80:10,15
82:9 85:20 91:2,9
97:9 103:13 130:3
142:16,17 145:19
148:14 152:17
153:25 160:24
161:4 166:15
174:2 180:16
184:20 201:2
231:21 241:13
242:6 251:23
265:15 323:9
327:6 343:25
349:7
**looked** 5:23 6:2
14:25 32:2 41:2,5
41:6 75:7 105:5
105:15 141:8
143:9 152:6,7
170:25 216:12,14
216:15 270:14
348:10
**looking** 11:20
39:12 52:3 67:12
76:6 77:11 106:23
170:21 186:22
321:17 327:20,25
356:22
**looks** 43:20 226:12
226:18
**lose** 6:19,22 83:11
220:20 253:16

290:22
**loss** 80:20,21
**lost** 7:9 90:25
**lot** 26:7 29:7 39:10
50:7,9,14,21 51:8
52:19 66:12 75:14
76:6 80:11,19
93:24 157:22
158:10,12 163:9
165:13 241:21
251:3 275:14
291:21 308:18
309:23 314:22
315:18 316:12
324:12 364:13
369:8
**loudly** 94:11
**love** 94:5
**lowered** 159:17
**low-cost** 17:23
18:10
**low-grade** 164:5
**lucky** 25:7
**luxury** 198:21
**lying** 99:7 128:15
149:12,21 159:10
160:20 168:22
284:6 288:25

**M**
**M** 1:24 2:10 375:7
375:24
**machine** 32:18
**mad** 83:16 291:14
**Madison** 3:6
**magnitude** 93:4
**mailbox** 99:12,13
**main** 14:19 97:10
114:20 136:11
172:12,14,18,21
212:23 243:22
270:5 275:12
294:24 307:16
369:10,11
**maintains** 297:4
**major** 73:10

271:21 308:4
**making** 26:15 39:3
108:13 150:25
161:19 171:18
216:18 253:16
258:9 320:22
348:2 359:18
368:13
**man** 61:19
**management**
310:25 358:16
**managerial** 102:19
**mandated** 250:10
**mandates** 288:4
**manner** 151:4
361:14
**manual** 100:3
114:22
**Mapleson** 72:12
**March** 21:13 27:3
35:15,16,18,20
41:12 184:14,15
184:18 192:11,19
193:18 194:2,4,8
194:23 195:6,18
195:21 196:5,22
210:20,25 217:14
299:25 301:11,18
301:23 316:9,25
317:3 319:10
321:4,23 353:19
353:25 354:14
356:8 357:9 358:4
361:14 362:7
370:12 373:10,12
374:10
**Margaret** 11:4
127:12 172:9
217:23 218:2
296:22 316:14,18
317:7 319:16,17
320:16,19
**marginal** 309:14
**mark** 6:9 7:23
12:19 27:6 60:24
112:4 243:13,14

244:9 355:15,15
**marked** 8:3,7 12:22
13:2 27:9,14
42:21 43:2 60:19
97:23 98:2 99:22
112:7,12,13 116:4
116:7,12,16
120:20,25 133:25
135:17 146:10,14
146:19 158:19,24
164:12 185:17,22
192:11,16 194:23
195:4 207:24
208:6 221:6
222:20 259:2,7
263:6,11 266:22
267:2 282:19,24
285:16,21 287:14
287:19 288:16,21
290:6 297:10
298:23 301:11
323:15 325:24
337:22 344:18
346:18 351:13,17
**market** 18:5
**marking** 272:2
**marriage** 375:17
**Marsha** 192:24,25
193:2,5
**mass** 336:14,15
**master** 125:17
**match** 91:4 125:22
**material** 91:7
**maternity** 190:13
190:20
**mathematically**
58:22
**matter** 32:25 88:24
94:16 102:16
114:3 124:23
162:4 179:12
181:11 199:24
200:4,5 237:14
246:4 272:20
276:8,9 306:24
307:15 349:7

375:19 376:13
**mattered** 207:7
**matters** 31:17
113:17 199:10,19
199:21,22 207:8
**maximize** 76:9
**Maya** 202:19
204:25
**May-something**
218:12,13
**MCLAUGHLIN**
3:4
**mean** 16:9 93:11
95:22 136:18
145:11 159:14
175:10 186:19
187:10 188:5
200:25 208:19
257:17,18 269:20
302:8,15,15
315:17 332:19
**meaning** 18:23
25:17 31:22 49:20
**meaningful** 324:25
325:6 357:3
**means** 16:11 19:5
28:25 29:4 59:23
66:23 71:4 73:13
76:2 81:24 128:25
129:15,16 141:20
142:13 143:19
149:5 152:5
154:24 191:3
200:21 217:4
235:23 240:20
250:5,24 256:5
304:17 332:12
338:12 342:8
**measured** 202:12
**measurement**
335:25 336:16
**measurements**
29:2 342:24
**measures** 319:5
**measuring** 254:21
**mechanics** 182:20

**mechanism** 19:8
21:20 23:10 57:13
**mechanisms** 41:5
296:9 321:18
**medical** 47:15
71:22 72:2 299:17
**meet** 30:19 32:7
37:20 41:25 78:12
86:4 87:5,13,22
110:2,6,15,18
153:18 156:20,22
156:24 161:9,10
164:25 165:18
198:4,12 261:17
261:24,25 262:5,6
262:7
**meeting** 18:21
19:12,15 20:9,20
20:21 21:10 26:13
26:21 30:6,22
31:3 37:16 38:7
39:19 65:6,14,16
66:2,14 70:5
82:21 83:4 84:12
84:14 86:6,10
89:2 90:20 157:6
157:9 165:19
167:8 170:4
184:18 208:12
209:18 249:14
272:13,15 273:9
273:14 277:11
278:13 279:12
285:8 291:2 292:5
292:10 293:22
316:24 317:4,9
321:23
**meetings** 39:14
133:7 272:22
**meets** 183:8
**mega** 314:17
**member** 11:14
103:25 135:12
136:7 137:5
144:21 145:6
151:20

**members** 30:16,17
37:2 94:2 139:9
241:6
**memorize** 357:14
**mention** 80:17,25
81:3 333:19
**mentioned** 79:6
80:13 173:4
271:12 306:13
**mentor** 48:24 72:7
123:24 365:5
**mentored** 73:12
308:20
**Mercer** 62:11
63:10,16 186:2,21
**merit** 327:14
333:21 339:9
**merits** 152:19
153:7
**met** 21:6 25:18,19
25:21 26:12 30:15
33:10 39:13 64:8
65:25 66:14 82:20
84:21 88:25 90:19
110:8 165:18,20
166:7 197:5 233:9
233:20 248:10
281:20 300:4
367:25 368:5
**method** 50:15
331:12
**Meyers** 308:17
**Michael** 116:14
**middle** 268:25
283:11,17 324:2
345:7
**mid-level** 306:15
341:17,22 342:6
**mid-2016** 180:10
**Miec** 11:3
**might-is-right**
358:11
**Mikami** 202:19
204:25
**million** 72:21
**Milstein** 298:4

**mind** 89:23 261:8
273:5
**minds** 262:12
**mine** 62:19
**minor** 257:7
**minority** 31:13,14
**minus** 208:11
**minute** 184:21
213:18 363:20
**minutes** 122:19
123:13 362:23
**mischaracterized**
361:22
**mischaracterizing**
361:21
**misconduct** 71:2
82:18 83:15,17
85:17 86:3 88:14
91:18,23 95:8
97:6 99:24 100:12
100:18,24 101:18
102:25 103:11
104:23 105:11,21
106:15 108:6,23
113:14,24 114:12
131:24 132:2
135:6 170:13
183:23 192:6
195:17 215:8
222:11 250:15
253:21 254:3
255:19 256:15
257:22 258:13
291:21 294:4,8
299:24 319:12
353:23 356:8
357:9 359:4
360:17 361:12
362:9 370:12
**misgivings** 169:7
**misleading** 155:23
155:24 156:15
**misread** 237:9
**misrecollect** 268:11
**misrecollecting**
92:10 228:21

**missed** 310:12
**missing** 97:19
194:13
**misstating** 156:16
**mistaken** 85:12
178:9 184:13
228:17 271:24
341:18 350:15
**misunderstanding**
330:22
**Mitch** 139:11,23
143:22 181:3
183:14 185:24
186:17 187:5
189:16,22,22,23
189:23 190:3,6
211:15
**Mitchell** 186:25
210:18 212:3
**mix** 64:22
**mixed** 139:2
174:25
**mixing** 212:10
**models** 253:9
**modern** 31:15
**modest** 340:6
**modicum** 162:2
**modify** 119:17
**molecules** 25:10
**moment** 44:17 97:8
169:13 253:19
319:15
**Monday** 190:10
**money** 20:15 22:9
23:20,22 24:3,23
28:8 33:25 35:25
46:18 57:18 72:25
73:5 75:2 80:7,23
82:12 251:11
258:9 292:25
293:2 294:6
324:18
**month** 6:14 7:2,6
35:21 58:16 59:10
177:23 184:12
206:24,25 207:2

209:2 210:20,22
215:6 218:22
220:5 225:12,22
225:22 226:23
227:22,23 228:22
228:23 229:10
230:13 237:8
238:17 239:9
240:7 249:19,21
288:6 289:17
319:13
**monthly** 191:24
**months** 19:3 42:3
183:8 191:13
215:6 218:21
227:9 237:5
245:10 250:8
272:21
**morning** 5:14
146:23 205:14
**motivations** 361:23
**motive** 88:12,20
89:17
**move** 143:14 226:7
280:3 324:20
352:15
**moved** 52:4 352:17
**moving** 136:20
234:7 255:14
334:3
**MRI** 335:23,24
**MRIs** 29:5
**multidisciplinary**
10:13
**multiple** 110:4
**multi-institutions**
314:18
**mutually** 202:6

**N**
**N** 3:2 4:2 5:2 372:2
**name** 5:8 67:22,22
67:23 73:13 174:7
**names** 68:18 172:7
172:8
**Naomi** 101:20

CONFIDENTIAL

105:19 112:13
231:7 232:4,7,10
233:6 351:8
362:15 367:21
**narrow** 55:23
**nasty** 289:11
**National** 56:3
324:10
**nature** 142:15
179:23 181:7
201:24 233:4
**NC** 209:17,18,25
296:3,7,13,15
**NCI** 269:16
**nearly** 317:24
**necessary** 334:24
364:6
**need** 12:7 20:15
22:13 48:23 66:18
103:13 117:6
190:13 197:9
206:11 213:24
234:14 255:10
269:15,21 298:8
**needed** 147:17
149:15 193:13
262:7 333:8
**needing** 190:19
**needs** 167:4
**negative** 89:10
97:11 166:13
167:3 168:10
273:24 277:7,18
279:3 282:15
**negatively** 169:2
**negatives** 279:6
**neither** 109:20
145:6 156:19
157:16 281:14
350:5 351:2
**net** 170:10 206:6
210:14
**neuro** 30:15,19,23
61:18 69:17 78:2
94:5 181:18
186:18 187:11,13

187:14,14,14,14
187:17,18,24,24
187:24 188:2,3,4
188:8,10,12
212:21,24 243:15
243:22,24 244:3
244:10
**neuroanesthesia**
61:23 62:4 64:8
64:10 65:10 122:6
138:17 139:10
202:19,20 212:17
**neuroanesthesiol...**
9:12
**neuroanesthesiol...**
26:5,6,14 65:22
69:25 83:2 139:8
140:3,6 221:4
373:15
**neurocognitive**
149:18 154:10
174:5
**neurological** 85:4
**Neuros** 187:15
**neuroscience** 9:8,9
28:24 29:5,9
**neurosurgeon**
303:5,16 331:16
**neurosurgeons**
73:12 364:20
**neurosurgery** 72:7
79:23 124:5,7
172:25 173:3
275:16,18 307:2
308:2,5,8,13,16
308:23 310:16,20
311:13,16 312:15
312:25 313:3
314:7 322:19
323:2 363:7,23
364:11,18 365:4,8
365:15,24 366:10
367:11,16,19,24
368:7,22 369:4
370:5
**neurosurgery-ba...**

311:23
**neurosurgical** 72:9
**never** 14:25 19:8
32:2 39:16 41:5
54:22 71:7,9 75:7
78:24 83:12,19
84:4,5,6,7,17
85:14,14 86:21
93:6 99:3 105:5
106:13 107:14
132:19 143:3
148:4 155:2 156:9
157:11,12,14
159:16 163:7
170:4,25 176:4
198:25 202:21,22
206:7,11 229:24
233:2,3,6,14,17
246:24 247:6
250:11 264:4
269:3,9 270:14
295:20 314:15
320:17 332:14
**new** 1:2,8,9 2:4,4,8
2:9,11 3:7,7,15,15
5:12 17:22 18:5
21:20 25:9,9,10
30:12 50:10 63:8
72:2 82:13,13,14
86:9 127:17 129:6
156:5 166:17
171:6,19 182:2
277:7,8 303:2
320:10 325:17,18
325:19 330:18,20
336:25 344:10
375:3,5,8 376:8
**news** 234:18
**night** 90:17 124:11
124:11 154:14
**nights** 122:8
**NIH** 32:14,24 33:6
35:6 38:20 43:21
46:9 47:18,19
58:4,9 72:22,24
72:25 73:2,5

182:15 203:17
216:9,11,21
222:12 228:3,9
229:7 235:4
242:12,16,22
248:22 251:11
309:23 310:18,22
311:7,15 314:19
345:12
**NIH-funded** 55:13
55:14
**nine** 329:19 330:15
330:16,17
**ninth** 230:13
**Nobel** 33:3 56:11
**nonclinical** 21:22
36:8 48:12 57:14
57:20 58:13 59:6
59:11,17 60:14
95:13 123:7 191:6
209:25 210:2,4,6
210:21,22,25
211:11,20 213:6,8
213:14,19,22
214:11 215:9
217:11 220:23
221:3,16 223:2,18
223:22 227:3
230:2 232:9,16
236:8,15 237:6,13
238:4,18 239:4
251:6 252:16,20
253:15,24 254:4
254:21,25 255:21
257:24 258:2
288:3,5,10 289:18
290:3 292:18
294:7 295:6 298:3
298:18 300:16
319:3 320:6
354:19 356:13
373:14
**nonscientific**
339:13
**nonsense** 335:21
**non-advancement**

258:23
**non-retaliation**
351:17 352:23
353:5,8,10,15,18
353:24 354:5
374:21
**non-retaliatory**
232:23
**Northwell** 153:13
**Notary** 2:10 5:4
375:7 376:24
**note** 33:13 221:14
221:23 258:22
**noted** 230:18
280:23 359:9
362:4 371:6
**notice** 2:9 27:2
72:11 111:18,18
111:24 119:22
120:2
**noticed** 75:12
113:13 331:18
**notification** 119:11
**notify** 111:6
**notwithstanding**
350:3 361:15
**novel** 42:4 341:11
**November** 1:17 2:2
6:15,17 7:3,12
58:15 59:11,17
60:9,12 123:11
219:9 220:3,7,16
223:10 228:18,20
228:22 229:11,13
229:19 233:24
235:10 236:7,9
237:2,6 238:17
271:11,23 272:3
290:6,16 337:21
374:6,15
**no-cost** 34:23 35:3
35:12,15 345:14
**nueroanesthesiol...**
25:24,25
**nueroanesthesiol...**
62:13

**number** 15:18,20
22:14 60:25 98:5
108:11 110:24
179:23 202:13
208:7 210:9 215:8
236:18 237:2
238:19 318:20
323:21 330:3
335:8,14 337:19
338:10 344:24
**numbered** 326:5
**numbers** 45:20
271:2 329:4,7
**nurture** 79:13
324:18
**nurturing** 79:17
**NYSPI** 184:4

**O**

**O** 4:2 5:2
**oath** 4:15 101:8
270:24 376:19
**Obesity** 129:9
**objecting** 360:7
**objection** 59:13
76:14 93:10 95:10
105:13 106:6,10
107:13 110:16
129:20 150:9,16
158:9 168:13,14
203:16 214:23
222:2 266:5
278:11 280:8,9,23
359:8,14 362:4
**objectionable**
150:11 280:11
**objections** 4:9
**obligated** 232:24
**obligation** 232:11
**obligations** 102:22
211:24
**obligatory** 236:4
**obsessed** 158:6
**obsession** 158:14
**obstetric** 69:13
**obstetrics** 69:6,8

**obvious** 91:14
140:8
**obviously** 159:8
160:18 211:22
247:8
**occasion** 58:23
137:8 185:2
**occasionally** 78:11
**occasions** 247:15
261:25
**occurred** 65:6
225:12 256:19,20
269:13
**October** 8:12,14,17
16:14 44:11
266:22 269:9
323:15,20 325:5
373:20 374:12
**offer** 12:2,16 89:25
110:2,6,11 336:25
376:18
**offered** 11:15,22
23:13 24:14 54:5
54:11 82:10 86:4
86:19 110:15
150:7 156:20
161:9 235:24
**offering** 14:11
298:17
**offhand** 354:3
**office** 98:17 99:2,8
101:20 107:17
118:9 130:11
144:24 147:7
198:7 247:4 292:3
292:15 293:18
**officer** 4:14 347:4
**offices** 2:7 197:6
**official** 53:23
230:24 257:13
324:11
**officially** 193:3
**oh** 10:8 59:25 147:9
260:17
**okay** 15:13 45:22
104:10 117:25

120:14 144:18
151:7 153:15
163:18 168:17
193:24 222:5
226:8 234:8 239:3
239:20 241:12
242:4 252:4
253:14 255:16
271:3 291:19
318:23 335:22
356:19 362:13,22
**once** 18:16 19:12
20:23 32:17 49:8
82:20 137:22
178:10 196:20
294:21 326:17
364:17,17
**ones** 305:6,12
**one-and-a-half**
216:2
**one-on-one** 206:24
290:23 331:19
**one-page** 60:24
185:23 195:5
344:23
**ongoing** 294:9
299:13
**online** 99:4 100:21
**open** 23:14 33:18
34:12 169:21
318:18 340:23
**opened** 99:3
**openly** 233:10
**operate** 105:6,17
306:19
**operated** 104:11
**operates** 307:13
**operating** 36:14
62:23 77:14 94:6
137:8 141:22
147:14 197:9
198:7 214:17
345:9
**operational** 99:20
106:21
**opinion** 90:9 107:6

107:15 140:19,23
152:23 162:19
169:23 171:25
310:2 311:14
314:3,23
**opinions** 110:19
**opportunities**
299:15,19
**opportunity** 86:19
118:12 125:20
**opposites-related**
82:22
**optical** 29:23 51:25
303:14
**optics** 28:24 50:20
**option** 87:24
148:20 182:16
366:11
**options** 11:20
**orchestrated** 172:5
**order** 19:5,6,6
135:12
**organic** 303:23
**ORI** 122:19 123:12
123:12 130:20,23
254:22 255:3
**original** 134:15
**Ornstein** 61:22,23
61:25 62:18 63:18
78:11 139:10,22
141:2,4 142:10
143:13,22 144:4
189:24 212:18
**outcome** 44:12
130:15 157:8
252:25 316:8
317:8 375:18
**outlandish** 122:11
**output** 129:12
**outrageous** 152:7
**outright** 71:10
**outset** 101:6 231:10
**outside** 37:17 68:23
70:2,8 130:19,20
131:13,18,22
281:21

**outstanding** 333:7
334:7,11 341:9
**overall** 102:25
191:18 315:9
331:6 341:21
343:18
**overcome** 312:16
**overrule** 26:23
**oversight** 130:12
**overstated** 143:12
**overstating** 170:19
**overt** 231:24
**overtly** 90:21

**P**

**P** 3:2,2 4:2
**pace** 60:10 121:15
123:19 124:13,17
126:23 127:5
**package** 80:4 81:24
82:9 118:4
**page** 13:10 15:17
15:22,23,24 27:20
35:18 41:10 43:6
43:8,12,22 45:24
46:5 47:9 99:21
103:14,16 106:4
108:11,13 110:23
112:16,21 114:21
118:25 135:3
138:4,9,11 208:15
208:18 213:2
223:8 226:17,20
227:25 229:6,24
234:19 239:17
268:25 301:22
315:11 322:15
324:3 329:5 333:4
334:3,19,19 338:9
338:10,24 341:2
341:14 342:18,18
345:8 349:16
370:23 372:3
377:3,6,9,12,15
377:18,21 378:3,6
378:9,12,15,18,21

paged 292:14
pages 115:23
    354:11
paid 46:18 126:19
painful 246:6
painting 70:17
palpate 31:2
Pamela 131:10
    319:19 320:21
paper 51:22 83:21
    83:24 122:10
    125:16,16,17,18
    125:19 128:15,16
    142:9,9,19 149:16
    149:16,19 160:6
    165:11 170:22
    171:23 174:3
    190:11 370:6
papers 14:12 31:21
    32:3 84:9,13
    85:22 90:8,12,13
    91:10,14 124:4
    132:4 157:7,24
    160:5,7,14,15,15
    165:12,21 171:2
    173:6,13 192:8
    266:7 275:14
    342:16 369:9
paperwork 184:17
paradigm 315:21
    315:21
paragraph 108:18
    109:7 114:24,25
    115:8 119:6,8
    135:4,9 136:5,24
    138:4,8,13 139:7
    143:20 144:19,19
    215:17 287:24
    288:24 295:23
    299:11 322:16
    346:23,25 349:17
    350:2,25 352:20
    352:22
paragraphs 155:8
paralyzed 175:12
parameters 29:2

37:11 81:17
    106:21 326:18
    327:2
paraphrasing
    111:10 143:19
Park 153:13
part 29:12 36:11,17
    39:20 63:11 64:7
    72:19 75:8 78:7
    101:12 102:20,23
    103:5 132:21
    155:16,20 170:12
    180:14 259:23
    270:5 273:17
    315:12 354:5
partial 279:20
Partially 16:17
participants
    139:12
participate 103:3
participated 166:5
    264:4
particular 107:11
    207:11 225:12
    343:19
particularly 32:20
    76:21 92:24
    180:18 289:13
    322:18
parties 4:5 375:16
parts 57:11
party 317:11
pass 175:13
passage 55:25
passed 137:8,23
passing 197:24
passion 129:18
passionate 128:19
passionately 359:5
    361:11
path 368:13
pathway 275:5
    366:4,5
patient 93:19 94:21
    187:23
patients 85:5,5

148:8,12 149:17
    154:11 170:9
    174:4 176:19,22
    176:23 177:10
    179:24 199:16
    249:9,12 364:22
    364:25 366:12
patient-related
    214:15
Patricia 235:24
pattern 160:6
    299:13
patterns 18:7
    160:16
Paul 80:5
pause 27:22
pay 23:13 24:21
    28:8 242:13
pays 57:15
PC 208:11 209:5
Pediatric 46:24
penalty 376:9,10
pending 41:16 42:9
    42:16 43:18 44:6
    44:16 91:18 305:7
people 22:2 24:22
    25:3 26:14 32:14
    33:2 34:3 41:2,4,6
    48:14 50:14 51:8
    57:19 66:6,24
    67:16,25 68:14,18
    69:21 75:18 78:9
    78:12,12 79:12,13
    79:20,22,23 82:14
    91:2 94:5 122:4
    128:10,11 130:17
    131:6,9,15 132:3
    132:4,23 133:5
    139:13 140:2,15
    140:19 147:23
    158:15 167:16
    169:9 172:10,16
    172:19,21,24
    173:24 175:4,11
    175:17 181:5,6,18
    181:21,24 183:13

183:19 184:2
    191:4,20 199:19
    211:25 212:11,12
    212:14,17,23
    213:14 216:5,24
    219:12 231:10
    234:21 235:15
    237:20 240:12,12
    240:19 241:23
    245:18 247:4
    249:22 255:23
    256:7 258:9,22
    264:6,11,13,25
    270:8 274:4
    276:20,21 281:10
    284:10,13 288:2
    288:11 289:18
    290:3 291:13
    293:14 296:18
    298:10 301:3
    308:8 309:22
    313:24 314:10,22
    314:24 315:18
    324:10 328:21
    336:8 340:14
    343:5 360:21
    361:6 362:11
    366:9 367:8
    369:13 370:5
peptides 344:12,13
percent 48:12
    57:14 58:5,13,24
    60:14 177:14
    178:18 203:6
    204:21 205:7
    213:14 215:24
    217:5,15 229:8,12
    229:21,24 250:4
    250:11
percentage 45:6
    237:12,24 238:12
    239:6
percentile 44:23
    45:11,13 49:16,17
    49:25 50:4 302:19
    302:20 327:18,20

perform 333:9
performances 35:2
performed 63:19
period 10:22 36:23
    40:25 46:11 54:3
    59:21 62:12 63:19
    66:12 84:18 85:24
    106:20 136:16
    140:13 160:3
    177:20 180:9,13
    180:25 198:14
    200:16,19 201:15
    205:7,11 206:14
    220:19 223:5,7
    227:21 228:11
    229:8 248:4
    251:19 252:12,14
    253:12,20 300:11
    345:19 350:22
    369:6 370:10
periods 179:6
peripheral 79:14
perjury 376:9,10
perks 75:10
permanent 127:21
    127:22,23,24,25
permissible 23:18
    23:19
permitted 22:22
    124:19
person 65:20 66:19
    96:21 103:25
    137:18 139:21
    187:18,19 196:25
    204:13,22 261:18
    312:18 316:19
    324:17 338:11
    339:15 369:11
personal 30:10
    95:21 96:2 113:21
    114:7 188:20
    199:22,24
personality 85:19
    90:24
personally 81:6,13
    90:6 95:4 114:18

132:24,25 154:3
174:24 362:15,19
**persuaded** 237:20
**pertaining** 120:15
**phase** 92:13 110:24
117:4 119:3 120:5
120:6,11,14,16
**PhD** 91:13
**philosophy** 31:10
**phone** 153:9
198:17 200:7
206:9 268:10,12
**phoned** 267:24
**phonetic** 72:8
131:5,8 294:12
355:14,20,22
**photograph** 259:12
**physical** 155:17
164:8
**Physically** 181:25
**physician** 306:15
341:23 342:22
343:9
**physicians** 1:9
47:22,23
**PI** 190:8 195:11
242:8 304:5,6,9
307:23
**pick** 191:8 198:17
200:6 206:9
333:23
**picked** 99:10,12
183:17 191:3
**picture** 77:6 225:23
226:8
**Pile-Spellman**
151:23
**pillar** 166:3
**pissed** 159:8
160:18 161:3
162:9,14,24
163:20
**pissing** 162:12,13
164:5
**pitch** 57:17
**place** 222:18

**placed** 8:6 27:13
80:16 116:11
134:5 146:18
158:23 185:21
192:15 208:5
259:6 263:10
266:25 285:20
**places** 181:23
262:4
**placing** 42:25
93:23 195:3
287:18 288:20
**Plaintiff** 1:4 3:5
**plan** 42:12 176:15
176:20 200:23,24
**planned** 201:6
**planning** 42:17
78:20 167:7
**plans** 29:19 44:17
83:8,10
**plant** 252:23
**play** 130:5
**played** 320:8
**players** 129:14
**playpen** 132:18
**plays** 315:25
**pleaded** 350:4
**please** 51:20 86:24
87:18 133:12
150:14 193:13
194:18 273:7
319:21 320:24
**plump** 129:8
**plus** 72:23 209:10
209:17,18,19
**pocket** 23:14 28:8
**point** 17:9 20:14
22:22 23:12 55:21
68:6 89:8 97:19
117:12 118:6
141:12 156:3
162:16 165:8
173:21 178:21
189:2,6,7 190:2
194:11 195:25
198:3 242:18

250:17 258:21
262:11,22 266:17
271:4 274:17
275:2 282:2 292:9
295:10 297:2
306:3 309:18
329:9,10 344:8
360:11
**pointed** 337:12
**points** 183:9
309:10,11
**policies** 14:5,15
15:7 107:22 125:6
232:23 358:6,25
360:19 361:15,17
362:10
**policy** 22:23 39:8
99:24 100:5,12
102:2,4,13,25
103:11 104:23
105:21 108:6
118:25 257:13,13
351:17 352:23
353:6,8,10,15,18
353:23,25 354:12
357:11,12,14
361:24 374:21
**policylibrary.col...**
352:25
**political** 124:3
**poof** 318:10
**portfolio** 324:21
**portion** 295:3
**portions** 115:11,15
**portray** 320:2
**posed** 218:25
**position** 9:14,18
11:22 14:11 54:11
66:4,11,18 67:4
68:8,15,17 69:12
69:15 70:14 71:6
71:12 73:18 74:8
75:3 76:17 81:12
82:2 88:10,21
89:18 96:23 97:4
127:25 248:6,8

307:15
**positive** 173:25
277:9
**positively** 265:5
311:18
**possibility** 169:22
198:9 363:9
**possible** 7:8 37:20
163:12 214:3
245:5 333:2
335:24 369:17
**post** 78:25 191:9
**postdoctoral** 8:25
9:2
**postings** 187:25
**postoperative**
148:3
**postoperatively**
85:6
**post-call** 208:21
209:6,10 210:13
**powerful** 72:17
74:12 123:25
124:3
**powers** 130:17
**practical** 276:2
**practically** 90:14
**practice** 7:2
**prefer** 180:23
182:18
**pregnant** 188:17
**preliminary** 111:12
115:9,19 117:12
118:3
**preoccupied** 14:18
**Preparation** 8:12
**prepare** 5:15,21
223:12 224:9
294:18 295:13
**prepared** 43:5,16
223:16
**prereview** 92:5
**present** 16:3,5,10
43:8,10 44:2 46:7
46:12 68:20
205:15,21 226:10

364:19
**presentation**
226:12 327:12
**presentations**
304:16
**presented** 170:24
226:11 364:16,18
366:4
**presenters** 83:3
**presenting** 330:20
**presents** 125:18
**president** 232:21
**pressure** 276:3
**prestigious** 58:11
**presume** 114:6
**pretty** 12:8 14:21
197:19 253:18
273:4
**prevented** 79:17
368:25
**preventing** 324:25
**previous** 187:12
227:9 228:22
269:5 306:13
332:23
**previously** 64:19
112:13 116:16
179:2 201:18
202:2 275:17
321:5 365:5
**pre-**███ 180:9
**primarily** 87:19
310:22 319:8
**primary** 327:10
**principal** 218:3
334:20
**principles** 99:17
**printed** 31:25
224:25
**printout** 108:5
**printouts** 104:18
105:18 106:20
**prior** 8:24 9:3
88:25 98:22
102:12 109:11
113:12,25 197:13

201:13 227:9,11
250:20 255:18,20
257:20 258:12
339:3 349:16
353:25 354:13
**private** 242:9,10,11
243:3,4
**privilege** 180:22
**privileged** 218:11
224:14
**privileges** 182:8
183:3,6,7,11
184:4,24 189:17
190:4,8 191:5,5
191:10,11,15
193:9,20 194:10
195:11 196:6,10
196:21 197:2
206:18 225:6
**privy** 54:21 286:9
**Prize** 56:11
**Prizes** 33:3
**proactive** 261:15
**probably** 11:4 12:4
67:25 86:8 100:16
103:8 105:4 136:8
140:4 209:8
230:10 265:16
283:9 294:21
310:13 327:25
365:12 369:17
**problem** 33:2
50:11 56:7 63:5
87:6 91:16 92:24
94:9,20,25 128:9
129:9 140:16
158:16 175:3
179:22 246:24
247:5 249:11
254:7 256:24
258:21 269:13
276:22,23 296:24
310:3,5 315:12,24
330:11 331:11
332:25 363:24
**problems** 84:20

85:6 94:2,8 95:2
108:7 123:2
171:13 176:25
269:23 292:23
336:23 340:13
344:3 350:16
358:16 361:8
368:20
**procedure** 132:10
175:16 179:25
**procedures** 15:7
**proceed** 246:16
266:13
**proceeded** 121:13
**proceeding** 101:19
101:23 122:23
**proceedings** 74:4
133:21 221:11
301:7 362:25
**process** 13:20
21:16 33:7 92:5,6
114:4 121:23
128:4,5 130:15
246:17,19 260:5
261:7 263:25
264:5,10 273:6
276:11,13 280:21
285:7 286:9
293:10,11 300:21
310:3,4,23 311:6
322:20 324:14,15
330:12 331:10
332:20,25 340:2
355:7,8 367:9,9
368:17
**processes** 321:12
331:25
**produced** 129:10
180:8 208:8
222:19
**productive** 10:14
32:21 72:20 309:7
**products** 18:6
**professional** 93:17
94:7 95:22,24
**professionally** 95:3

**professor** 53:4,5,8
53:11,22,24
270:13,17 271:19
276:22 283:14
284:21,22 285:3
285:10 286:24
287:8 303:12,24
303:25 304:2,3
305:18,21,22
306:3,6,14 307:8
314:6 321:13
331:17 339:19
365:13
**professors** 303:20
**professorship**
276:24,24 279:25
287:5
**Professorships**
46:17
**profile** 75:13
**profound** 253:13
**profoundly** 31:16
125:15 132:13
**program** 10:9 11:7
17:16,17 47:6
48:4 74:12,23
76:4,22 78:21
80:8,24 81:8,9
82:13,15 167:4
249:14 324:11
**Programming**
255:4
**programs** 9:10
80:12,19 81:4
**progress** 35:9
**project** 17:3 23:5
35:5 41:18 48:23
52:18 55:3 302:25
304:11,18,20
318:22 324:20
331:15 333:21
**projected** 74:16
**projects** 14:24
16:24 17:13 18:3
21:23 24:11 34:4
39:7 50:23 60:6

60:10 74:22
158:12 302:22
317:14,16,19,23
344:11
**prolific** 83:3
**prominent** 106:9
**prominently** 106:4
**promised** 80:11
316:17
**promote** 277:11,22
277:24 321:10
**promoted** 53:14
258:14 259:22
260:8,25 264:7,12
267:13,15 270:8
270:20 272:10
273:21 274:3,5,7
277:4,13 278:6,10
279:2,5
**promoting** 281:2
284:17
**promotion** 53:17
127:7 244:20,21
245:2,6,16,23
246:16,19 247:3
248:11 258:16
259:15,20 261:9
261:23 262:10,16
262:19,24 265:2
265:10 266:13
267:20 269:3,10
269:12,15,21,25
270:3 271:7,10,23
272:14,16,23
273:11,15,19
276:5,19 278:9
279:22,24 280:21
281:5,10,22,24
282:6 284:8,20
285:7 286:13,14
286:23 299:17
321:24 338:8
355:6
**promotions** 282:7
**promotion-related**
132:5

**prompted** 10:6
**promptly** 119:9,20
**proper** 204:21
214:20,24
**properly** 297:7
314:15 328:22
**proportion** 236:11
236:14 252:8
**proposal** 43:18
45:25 50:6 222:15
341:22 342:21
**proposals** 43:9,25
222:13
**proposed** 304:5
333:9 335:2
**protect** 199:18,18
231:22 232:11
357:18
**protected** 48:15,16
57:6,9 177:14
178:19 203:6
204:18 205:7,23
249:24 252:12
356:10
**protection** 360:20
362:16
**protections** 357:10
358:2,4,25 360:18
362:11
**protest** 257:16
**protracted** 92:5
**prove** 231:19 262:3
**provide** 115:10
118:15
**provided** 101:22
115:15 254:13
347:7,21 362:10
**providing** 119:10
119:21 346:3
**Psh** 18:22
**Psychiatric** 171:7
182:2 189:17
**public** 2:10 5:4
94:12 242:2
355:13 375:8
376:24

**publication** 129:24
340:5
**publications** 175:5
175:6 226:25
293:14 294:11,12
364:13 369:18
**publish** 275:13
**published** 31:23
81:18 125:23
275:15
**pull** 37:19
**punitive** 123:8
**purchase** 27:23
**pure** 142:4
**purports** 43:6,9
**purpose** 126:14
223:15,25
**purposes** 224:10
244:6 254:21
270:4
**pursuant** 2:9
**pursue** 10:6 259:20
275:7 357:21,25
358:9 361:18
366:17 367:15
368:14 370:2
**pursued** 250:14
358:6 361:13
**pursuing** 262:10
314:8 367:14
368:15
**push** 247:3 274:23
293:14
**pushed** 133:8
280:25
**pushing** 75:9 175:5
**put** 22:13 58:8 60:4
80:4 94:11 183:5
183:10,25 193:5
212:12,14 214:17
228:19 245:8,25
264:14 272:22
273:11,18 276:3
277:17 284:19
285:2 287:7
311:19 318:19

332:17,18
**puts** 191:21
**putting** 22:15
93:24 191:20
197:16 198:10
264:21 276:23
328:22 331:9
337:17
**put-down** 94:15
**p.m** 146:21 371:6
**P248** 208:7
**P295** 326:6
**P299** 334:3
**P300** 335:14
**P319** 338:9
**P320** 338:25
**P570** 222:20
**P584** 222:21
**P925** 323:21

**Q**

**qualified** 63:2
70:14 287:4,5
**quality** 307:12
337:15
**quantify** 50:8
**quantitative** 180:6
**quantitive** 180:11
**query** 156:8,9
**question** 4:10
34:18,19 40:7,13
42:9,11,15,18
54:8 60:8 73:25
83:13 87:10 98:14
110:10 124:6,8
136:22 147:23
149:6 150:18,22
154:13 156:11
161:6 163:24
165:10 185:9
194:18 218:25
232:13,14,25
234:7 241:8 243:2
244:24 253:20,25
254:17,24 257:6
277:16,18,19

278:25 279:17
294:16 313:16
359:17,20 360:4,6
360:10,15
**questioned** 167:22
227:2 233:2 370:8
**questioning** 66:15
97:16 105:22
137:21 241:9
**questions** 26:10
56:20 143:2,2
145:14,15 155:15
156:20 170:8
221:14,21 248:10
319:24
**quick** 29:6 73:20
221:9
**quickly** 200:10
**quite** 307:15
**quote** 270:22
**quoted** 162:22

**R**

**R** 3:2,8 5:2 375:2
**radically** 325:10
330:20
**radiologists** 308:15
**radiology** 54:7,12
151:24 321:9,10
321:14,21 322:4
366:10 367:4,8
368:11,17
**raise** 60:7 141:15
145:21 168:4
169:4,17 232:11
358:22 362:16
**raised** 31:4 84:17
84:20 85:21 86:2
87:11 130:16
143:21 144:8,23
155:2 157:16
164:23 166:18
168:25 171:23
179:2 195:21
227:15,17 232:4
245:15 252:18

272:15 274:15
276:8 281:22
296:22 354:18
362:20
**raising** 82:5 95:12
122:9 144:7,11
145:15 156:8
169:10 268:8
294:15 316:9
360:21
**rampant** 152:9,24
**ran** 17:10,12 20:4
20:13 35:14 41:12
55:2 319:16
**rank** 268:8 271:14
305:16 307:10,14
307:22 310:6,17
311:21 316:3
333:15,17,25
337:2,5,9 340:16
340:22,24 341:19
342:14
**ranks** 333:19
**rapport** 274:22
**rare** 295:9
**rational** 89:23
**reach** 83:5 319:18
320:20
**reached** 85:23
123:12 131:4,9
**reaching** 75:17
137:3 140:5
**reactivate** 190:8
193:8 195:11
**read** 31:25 66:11
68:9 90:18 100:11
100:14,16,22
101:25 102:3,12
102:15,17 104:2
106:7 107:14
109:3 111:4,11
134:18 138:22
139:3 142:8,19
150:14,15 157:23
166:11 170:8,16
171:21 173:12

194:17,19 234:20
246:13 259:23
261:2 283:25
284:11 314:20,21
328:22 332:19
352:17 359:23
376:11,13
**reading** 144:15
228:25
**reads** 138:13 296:3
**real** 307:13,14
348:5
**reality** 56:22
340:22
**realize** 162:3 283:6
293:7 343:25
**realized** 38:11
171:5 281:2
**really** 12:9 13:4
14:25 49:11,12
76:20 95:18 111:4
170:23 230:20
275:25 308:6
310:10 322:12
366:7 368:18,21
**reason** 15:9 37:7
54:15 65:11 76:5
82:3 87:19 97:3
105:9 147:16
148:8 167:17
173:22 190:24
204:6 225:16
235:23 246:13
249:4 275:17
276:16 280:24
283:20,22 306:16
335:18 336:20
353:5 377:4,7,10
377:13,16,19,22
378:4,7,10,13,16
378:19,22
**reasonable** 107:10
**reasonably** 62:20
**reasoning** 130:7
156:18
**reasons** 71:14,15

296:22
reassured 362:19
recall 13:14,21
  14:14 68:21 97:8
  100:7 134:19
  137:3,16 139:25
  177:18 186:9
  205:9 211:16,17
  212:2 261:18
  265:9 268:12
  293:19 349:21
  352:3 354:3
  367:17
receive 113:5 117:7
  120:2 121:8
  174:15,19 348:17
received 51:3,24
  58:12 115:18
  117:21 118:6
  120:10 173:5
  174:8,12 339:3
  347:13 352:7
receiving 17:5
  35:23 352:3
recess 74:3 133:20
  221:10 301:6
  362:24
recklessly 170:13
  170:18
recognition 305:16
  316:6
recognize 8:9 13:3
  61:6 135:24 208:9
  222:22 326:10
  351:25
recognizing 343:3
recollect 67:24
  137:20 176:8
  196:19 197:17
  209:22 246:3
recollection 67:9
  82:24 206:17
  245:4 278:2
recommend 265:14
recommendation
  286:16

recommendations
  119:17 368:13
recommending
  92:25 281:10
reconcile 280:12,22
reconciled 320:5
record 5:8,11
  150:15 169:8
  194:19 221:24
  224:15,16 243:10
  243:11 254:20
  255:7,11,12,15
  270:24 340:6
  359:23 375:13
recording 29:22
records 37:9
  203:18
recruit 267:9
recruiter 268:15
recruiting 268:22
recruitment 80:4
  82:10
red 51:13 174:6
  229:20 257:3
reduced 223:23
reducing 252:20
reduction 217:11
refer 48:14 175:17
  309:22
reference 61:13
  119:9 151:19
  221:15 342:20
  343:8 352:23
referenced 136:4
  136:24 186:16
references 139:6
  272:4
referred 223:6
referring 40:25
  68:9 119:18
  139:24 186:20
  187:25 190:10
  208:24 272:7
refers 119:20
  192:23
reflect 97:9 295:17

reflected 97:13
refused 87:22
  125:24 133:9
  261:20 272:14
  273:15 277:6
  278:13,17,19,23
refusing 278:9
  298:18
regard 40:8 80:3
  109:11 144:6
  165:17 261:23
  271:6 276:5
  360:12
regarded 103:23
regarding 37:18
  84:13 95:13
  233:15,22 320:6
regular 353:13
regularly 215:19
reimburse 22:18
reimbursed 22:16
reimbursement
  25:2
reinstate 193:19
reinstated 182:9
  184:11 194:10
  197:3 218:11
reject 119:17
rejected 56:10
  219:23
related 13:19 17:14
  18:7 60:6,11
  94:20 101:10
  170:6,9 254:9
  294:5 296:8
  369:18 375:16
relation 147:7
  241:16
relations 162:12
relationship 15:8
  30:8,11 37:25
  93:15,18 94:7
  165:23,25 248:20
  275:10 312:20
relative 256:10
  302:16

relatively 49:6,11
  179:16 257:8
release 19:14,19
  125:10 325:23
  326:4 337:21
  338:3 374:13,15
released 17:7 18:19
  20:3,10 180:7
  345:6,25
relevant 79:5
  115:12 203:11
relocate 247:15,16
relocating 247:20
relying 63:20 81:20
  357:10 360:18
remaining 239:12
remains 85:13
  297:3
remarks 163:7
remember 13:8,24
  14:7,8,9 15:11
  30:3 44:20 49:24
  68:17,24 80:5
  101:13 117:24
  137:10 140:4
  142:14 176:6
  177:23 197:21,25
  205:17 246:5
  273:13 278:4,21
  293:22 363:15
remembered
  101:15
reminded 183:2
renew 184:8
renewal 34:22 35:2
renewed 34:21
  184:9 206:18
  354:8
repeat 76:16
  222:14 359:17,19
repeatedly 85:11
  123:5
replied 146:22
replies 193:12
reply 146:20
report 113:16

115:5,5,11,16,24
  116:7 117:11,13
  117:14,15,17
  118:21 121:6
  122:25 124:25
  125:3,10,11,12,15
  125:25 135:5
  161:21 170:11,14
  170:15 230:24
  320:16 372:20
reported 1:23
  29:11 135:11
  242:17
reporter 7:23
  12:19 27:6 38:17
  38:20 60:24 112:4
  216:10,11,21
reporting 85:7
reports 340:17
represent 98:9
representations
  216:19
representative
  226:24 227:7
representing 75:23
  75:25 229:23
represents 232:3
reputation 124:16
  126:25 127:3,22
  128:3 131:2,3
  142:2
request 18:14
  178:12 179:12
  245:22 261:9
  272:10 347:6
requested 178:22
  318:4 346:7,13
requesting 194:5
requests 18:13
required 78:6
  286:18
requirements
  54:22
research 9:8,9,10
  9:17,22 10:9,10
  10:15,19 11:18

14:18,18,20 16:12
16:25 17:2,16
18:8,9,12 19:9
23:20 24:24 25:7
28:23,24 29:5,9
29:13,19 30:14
31:17 32:8,22
33:7 38:24 42:8
46:25 47:6,11
48:2,3,5,9,13,19
50:5,7,12,16 51:2
51:21 52:7,9
55:16 56:8,15,21
56:23 58:21 59:3
59:24,25 60:5,6,8
65:7 66:16 71:2
74:12,15 75:9,13
75:17,19,25 76:4
76:10,13,18,21,23
77:2,5,7,13 78:19
79:11 81:7,9,14
81:16,22 82:6,14
82:18 83:7,14,17
85:17 86:3,17,20
88:14 89:7 91:18
91:23 93:25 95:8
97:5 99:25 100:12
100:18,23 101:18
102:24 103:11
104:23 105:11,21
106:14 108:5,23
113:3,13,23
114:12,16 116:14
118:9 127:9 128:2
130:12 131:23,25
133:5 135:5
138:19 141:24
144:22,24 151:25
152:9,21,23 155:9
161:24 163:23
166:6,22 168:3
169:6,9,15 170:12
173:10,14,19,20
173:22,24,25
174:10 175:3
176:13,15 177:12

178:13 180:19
181:8,10 182:14
183:19,23 192:5,8
195:17 199:10,14
199:15,15,19
200:4,22,23,24
201:12 202:5,10
202:22,23 203:6
204:17 205:23
207:4 211:24
213:20 214:12,14
214:16,18 215:2,3
215:7,20 217:6,6
218:21 219:3,7
220:17,21,22
222:11 226:24
227:4,5,6,16,18
228:3,8 230:20
232:21 236:3
237:25 239:14
240:12 241:24
242:7 245:13
249:10,14,15,17
249:20,22,25
250:3,9,15,16,21
250:22 251:10,15
251:21 252:7
253:11,21 254:3,5
254:10 255:18
256:11,14,17
257:21 258:8,13
258:18,19 266:16
267:10,19 268:14
269:24 270:2,4
289:11,17 291:21
294:3,8 296:16,25
299:14,16,24
300:8,9 303:16
304:4 306:21,21
306:22 307:12
308:3 309:25
310:8,9 311:8
312:3,10,11,13
314:8 318:2
319:11 321:16
328:18 331:7

340:11 343:5
353:22 356:8
357:8 359:4
360:17 361:12
362:8 364:19
367:7 369:10,11
370:11
**researcher** 49:3,4
55:20 91:13
202:18,20 204:7
214:4,7 235:5
240:21 243:21
**researchers** 10:14
40:17 180:18
182:14 197:15
202:17 302:24
**reservation** 103:17
103:22 104:21
106:24 107:11
108:3
**reserve** 40:6
**reserved** 4:10
**resided** 62:10
**residents** 55:15
205:10 299:18
308:19 364:15
**resolution** 138:21
**resolve** 109:17
124:22 135:13
138:6,15 142:6
**resolved** 91:24
92:15 108:20
124:21 127:11
165:5
**resolving** 140:11
**resonated** 293:21
**resources** 21:22
41:19
**respect** 33:21 45:23
47:17 51:2 69:11
111:20 115:16
128:3 132:9 153:2
153:5 163:14
181:15 182:7
252:16 253:24
255:22 304:13

306:9 310:20
333:5,14 338:24
358:14
**respectful** 163:12
163:16
**respective** 4:4
**respond** 28:2 87:13
88:17 138:2 144:4
144:9 145:24
146:4 298:8
320:15 350:10,17
351:8
**responded** 87:17
137:12 145:7
152:16 157:15
233:14 347:16,18
350:7,14 351:2,9
**responding** 350:25
357:5
**response** 29:25
87:2 116:19
138:20 143:25
144:13,20 145:11
145:25 146:6
150:6,19 151:9
153:16 155:7,8,13
155:17 157:20
272:10 278:3
347:7,21 348:5,14
348:16,24 349:4,5
349:10,15 350:18
356:23 357:2,3,6
369:15
**responses** 86:18
**responsibilities**
61:21 62:9,10
63:15 180:15
192:2 214:9
218:23
**responsibility** 11:6
63:14 169:18
**responsible** 232:22
**restricted** 203:12
**resubmission**
222:17
**result** 127:5 167:20

172:23 264:16
**results** 125:23
130:2 133:10
**resume** 53:12
275:24
**retaliate** 88:13
280:6
**retaliated** 85:16
169:10 171:15
172:3,17 348:12
348:21 354:16,19
355:21
**retaliates** 291:13
291:23 294:14
**retaliating** 366:18
**retaliation** 70:25
126:12 231:3,14
232:4 233:5 256:4
347:5 349:23
355:10,16,22,23
356:4,10 357:11
358:5,18 359:2
362:20
**retaliatory** 183:22
255:25 280:18,25
319:5
**retired** 9:25 64:19
127:13
**retracted** 159:16
**retraction** 125:6
**reveal** 265:23
**reverses** 252:25
**review** 6:3 15:6
33:2,6 43:12
44:13 52:18 92:5
92:16 118:13
122:24 134:21
232:2 309:3 310:2
310:4,23 311:6
324:13 325:2,7
326:16,21 328:10
331:10,15,25
332:20,25 337:14
337:15 340:2
342:16 353:5
**reviewed** 37:11

44:7,10 132:3
134:24 141:4
273:3 281:4 309:9
309:23 326:17
328:2
**reviewer** 52:19,20
56:7 327:4,6,24
328:6 329:25
333:5 340:20
341:2,13,17
**reviewers** 111:13
115:9 307:17
314:11,12 315:13
325:7 326:21,24
326:24 327:4,5
328:21 329:12
332:6,9 333:20,22
334:10 336:21
**reviewer's** 332:7
**reviewing** 14:14
333:18 352:14
**reviews** 324:12
**revolution** 129:2
**rhetorically** 141:10
**Richard** 69:7
**rid** 128:11
**right** 13:7 14:9
16:15 19:12 20:9
21:5 22:14 23:15
23:16,18 34:8
35:3,18,19 36:12
36:17 37:12,15
41:21 42:16 44:18
46:3 47:2 51:10
52:20,21 55:21
56:17,19 59:11
66:25 68:4,5,11
69:23 71:14 81:6
83:11 84:23 91:21
91:25 92:3 94:25
95:9 96:15 104:21
105:12 108:4
109:18 110:21
120:15 121:13
122:25 139:25
140:4 142:24

145:8,12 153:13
156:23 160:25
163:11 165:6
166:23 177:17,22
178:23,24 185:8
187:2 189:10
190:4 191:7
193:23 194:12
195:21 202:24
204:3,3,4 205:8
206:2,22 209:22
211:6,18 213:2,11
213:21,23 214:5
214:10 218:7
219:21 226:21
228:12,18 229:4,5
229:6,10,19,24
235:12 236:9
237:25 241:25
243:2,2 244:16
249:7 255:2 256:2
256:15 257:20
258:15 259:22
275:7 278:4 279:3
280:3 288:23
291:24 293:15
298:19,20 299:25
300:2 305:9,11,18
305:23 313:10
317:19,21 319:13
321:7 323:7 329:2
329:11,17,18,22
330:3,6 332:15
333:15 334:7,11
334:16,21 335:5,8
335:19 337:12
338:12 340:18
341:6,9,24 342:12
343:12,23,24
344:7 345:17
346:8,11 347:22
349:2 351:4
358:22 361:19
364:6
**rights** 40:6 103:18
106:25 107:12

108:3
**right-hand** 61:19
108:12 112:23
114:23
**Robert** 102:7,10
**robust** 261:5
**role** 232:15
**room** 14:10 62:23
77:14 86:11 94:6
137:8 141:22
147:14 187:15
188:11 197:9
198:7 214:17
**rooms** 187:16
188:10 193:4
**rotation** 178:4,11
179:5 183:10,25
188:24 189:4
201:13 205:13
**round** 64:14,16,23
364:16
**rounds** 364:15,18
**route** 366:16
**routine** 13:20
**rule** 204:12,15,25
205:3 231:17
340:15,19
**rules** 248:22 254:8
298:11 320:9
**Rumley** 243:17,18
244:2,7,18
**run** 20:24 28:7
32:20 39:25 55:10
65:20 66:19,20
73:15 74:24
198:11
**running** 55:5,9
67:14 191:23
198:8 300:14
**runs** 33:25 112:15
303:21 317:2
318:10
**run-of-the-mill**
50:23
**R01** 34:13,15 41:11
48:25 49:2,5,5,11

49:12,13,14 50:2
50:6 51:2,23 53:2
56:2 57:10,11,12
57:12,14,19,23
58:3,7 178:6,8,15
178:15,22 179:14
222:12 242:16
248:5 342:7
**R01s** 281:24 282:3
312:5 343:17

___

## S

**S** 3:2 4:2,2 5:2,2
210:19
**sad** 72:18 129:22
133:2
**safely** 175:16
**salaries** 24:21
**salary** 36:3,3
270:11,15,21
**sample** 336:16
**Samy** 72:8
**Sander** 369:10,23
**sarcastic** 90:22
**satisfaction** 40:11
108:21 109:18,21
**satisfied** 251:21,24
**save** 376:14
**savings** 133:14
**saw** 64:20 100:7,21
104:6 106:13
133:3,5 174:3,3
182:6 257:3
286:10,25 363:24
**saying** 32:24 38:12
66:10 68:13,16,24
84:19 85:2 93:5
126:2 142:17
143:21 144:8
145:19 147:21
149:16,17 152:16
154:2,25 158:2
159:16,21 165:8
166:21 167:17
171:2 184:23
191:19 235:14,24

236:17,23 237:22
239:23 241:3
246:10 250:3
277:21,23 280:19
284:16 289:11
291:5,17 292:7
293:3 307:5
320:16 328:16
330:18 331:6
335:20,23 336:19
349:5 350:21
355:12 356:21
369:17
**says** 8:11 16:5
35:18 43:16 61:11
80:18 87:7 96:19
103:17,22 108:18
111:5 115:9 119:2
135:9 136:6 137:4
138:5 144:12,13
144:20 162:14
186:17 189:15
190:12 195:10
199:23 211:4
215:18 223:8
226:23 228:2
235:8 247:2
269:14 277:5
284:7 289:9 291:6
297:25 299:12
322:17 325:10
331:7 334:19
339:2 340:5
341:22 347:2
350:2,25
**scale** 329:19
**scanners** 29:6
**schedule** 63:24
176:20 177:4,5,7
183:5 184:8 185:4
187:11,17 191:22
191:23,24 192:2
193:3,4 205:17,19
205:25 211:8
212:20,22 213:4
219:17 225:20

236:25 240:2,3
297:6
**scheduled** 184:21
**schedules** 177:3,6
184:20 215:15
218:14 225:2,10
227:20 233:16
236:24
**scheduling** 78:10
**SCHILLING** 3:16
5:7 8:5 12:18
27:5,12 40:5,14
42:19,24 60:17,22
73:21 74:2,6
97:20 112:3,10
115:25 116:10
120:18,23 133:18
133:23 134:4
146:8,17 150:10
150:13 158:17,22
164:10,15 168:15
168:18 185:15,20
192:9,14 194:17
194:21 195:2
207:22 208:3
220:25 221:25
222:5,6 224:13,17
228:7,10 243:12
255:9,16,17
258:24 259:5
263:4,9 266:20
278:15,18 280:10
280:17 282:17,22
285:14,19 287:12
287:17 288:14,19
290:4,9 297:8,13
298:21 299:2
301:4,9,14 323:13
323:18 325:21
326:2 337:19,24
344:16,21 346:16
346:21 351:11,20
359:9,13,22,25
360:8 362:3,6,22
363:3 371:4 372:5
**school** 91:15

**Schrag** 105:19
116:16 231:7
232:5,7,10 233:7
349:18,22 350:6
350:10,12 351:9
354:23 362:15,21
367:22
**Schrag's** 101:20
112:14
**science** 29:23 31:10
128:24 129:3,16
132:21 152:22
156:12 161:17
174:14 293:8,9
337:8 339:14,14
340:4 358:12
**sciences** 72:2 73:9
173:15
**scientific** 122:16
125:2,4,7 128:16
141:12 142:19
144:6,8,10 145:13
145:15 155:14,15
155:16,20 156:3,8
156:9,18 157:20
158:4 168:25
169:3,4,16 293:12
327:14 333:17
339:8 340:2,20
342:16 357:17
**scientifically** 126:6
157:15 168:5
**scientist** 128:20
168:2,6 242:4
291:20 306:15
341:17,23 342:6
342:22 343:10
**scientists** 47:23
79:18 129:10
**score** 45:2,4,13
217:21 304:22
306:11 326:25
327:12 329:12
330:10,16,17
332:7 338:19
**scored** 34:25 35:10

44:14 302:9 305:6
305:13 314:15
329:25 338:11
**scores** 44:20,22
313:5 343:15,20
343:22 363:25
**scoring** 343:18
**screening** 327:11
**scrutinize** 15:10
**se** 13:9
**sealing** 4:5
**Sean** 308:14
**search** 66:5
**second** 36:4 39:25
43:8,11,12,22
45:23 49:12,13
57:16 61:10 106:4
110:22 115:8,21
117:13,14 135:8
136:21 139:6
170:12 178:8,15
179:14 208:15,18
226:17 228:2,7
238:14 259:12
287:24 295:23
322:15 335:10,10
338:9,24 352:20
352:21
**secondary** 327:2,4
327:5
**secretarial** 75:14
**section** 45:8,9 73:8
110:24 119:2
326:23,24 327:23
328:3 340:17
**see** 6:24 15:21 16:7
27:17,24 28:4,5
28:12 41:14,25
43:15 45:18 58:22
60:7 61:4,15
72:17 80:3 86:23
99:23 103:19,20
104:19,23 105:24
106:20 111:9
113:9 115:6,13
119:7,13,24 121:3

129:8,11,11
134:20 135:14
140:15 144:2
145:3 147:5 148:2
150:2 153:19
159:10,12 160:9,9
160:14 163:4,6
165:2,25 175:2
186:21 189:8,18
190:15 193:10,14
193:15,22 195:14
203:18,19 211:4,9
216:10 218:17
219:10 223:19
226:2 228:4
235:17,18 259:10
259:16 263:19
264:2 266:10
269:6,18 275:12
283:15 284:2
286:7 288:7 289:4
290:17 291:3,11
291:15 295:24
296:10 297:20
298:6,14 299:20
300:14 302:2,6
315:15 322:22
324:5 325:3
327:16 328:4
331:4 333:11
339:21 340:7,24
341:4,15 342:4
345:10 347:8
349:19 350:8
353:2,20 354:11
360:5 365:15
**seeing** 13:7 32:4,5
140:16 158:16
160:4 162:17,19
202:16 223:17
237:23 264:6
**seek** 24:25 55:19
198:12 321:22
**seeking** 136:12,17
**seen** 33:5 36:25
43:3 78:10 98:15

104:4 114:9
128:21,24 129:5
134:12 167:19
180:6,11 186:7
283:7,9 286:3
291:21 317:12
**selected** 11:4 70:7
324:16
**selecting** 111:12
**send** 12:6 61:8
117:12,13 122:18
157:22 233:22
265:20 322:8
326:17
**sending** 30:4
122:20 328:8
**senior** 30:14,17
92:23 93:4 124:8
129:23 139:9
140:2,6 151:20
303:22 324:10
370:5
**sense** 39:10 96:17
214:25 278:3
340:2 350:19
361:9
**sent** 29:20 31:20,24
67:2 83:20 88:15
91:6,14 92:17
104:13 105:18,20
110:4 112:2,24
121:7 128:7
135:25 136:9
137:2,13 145:17
145:17 157:25
158:2 171:22
228:19 233:15
299:8 316:23
320:18 351:7,23
**sentence** 27:21
61:10 73:22
103:21 111:3
115:8 131:20
135:8 159:6
259:24 269:14
287:25 296:3

CONFIDENTIAL

322:16 352:21
**sentences** 288:25
 315:11
**separate** 37:18
 60:3 67:10 145:18
 197:7 198:8
 216:17 235:17
 243:24 257:9
**September** 12:20
 12:22 27:9,16
 28:17 60:19 61:3
 64:2 65:12 91:24
 116:15 117:3
 120:4,10,20 121:2
 121:9,10 230:14
 273:12 276:10
 282:19 283:2
 344:18 345:2,13
 372:10,11,14,21
 373:21 374:16
**sequence** 138:25
**series** 323:20
**serious** 71:20
 122:16 123:2
 125:4 141:13
 144:23 149:23
 169:6 355:11
**seriously** 89:8
 90:16 121:18
 141:8 142:13
 315:13 331:14,18
 356:6
**serve** 26:5
**served** 328:5
**serves** 26:4 243:15
**service** 58:19
**services** 249:12
**set** 72:6,8 123:3
 130:4 136:15
 143:9 147:24
 192:17 197:19
 309:9 319:2
 375:11,21
**sets** 85:7 90:13,15
 170:10,10 248:23
**settle** 87:25

**seven** 115:23
 253:11
**severe** 85:6 253:18
**severely** 175:11
**Shafer** 131:10
 294:10 319:18
 320:21
**Shailendra** 1:3,16
 2:7 5:9 42:20
 371:20 372:4,12
 375:10 376:5,21
 377:24 378:25
**shaken** 167:16
**sham** 126:5,6,8,11
 126:14 263:24
 264:9 355:7,10
**shaping** 296:5
**share** 320:17
**shared** 142:19
 224:19
**sheer** 123:21
**SHEET** 376:2,17
 377:2 378:2
**shelf** 104:25 107:8
**shift** 76:22
**shipped** 18:17
**shock** 73:16 175:15
 175:18
**shoot** 26:16
**shooting** 26:19
 30:24
**shorter** 345:19
**short-circuiting**
 258:11
**shot** 81:25 310:10
 320:3 322:11
 325:20
**show** 35:8 56:4,11
 84:25 176:19
 216:11 242:11
 308:24 336:18
**showed** 170:11
 225:2 300:4
 332:24 357:12
**showing** 56:13
 135:16 160:15

164:16 179:24
 262:2 272:2
 297:14 299:3
 301:15 323:19
 326:3 337:25
 344:22 347:10
**shown** 56:5 65:5
 305:7 336:5
**shrink** 163:4 291:4
 291:15
**shut** 20:24 21:2,7
 32:9 33:11 83:10
 127:9 247:21,23
 317:5,15,18,21,22
**shutdown** 21:9
 34:16 65:8
**shutting** 28:3 82:11
 245:11 317:14
**shyman@mclau...**
 3:10
**sick** 189:6 225:7,17
 226:5,6 253:6,7
**side** 43:16 64:23
 86:11 89:25 208:8
 210:16 222:19
 238:5
**sign** 15:3,6,14,15
 354:7
**signature** 13:12
 376:21 377:24
 378:24
**signed** 4:14,16 13:6
 13:20,22,25 14:16
**significance** 44:25
 248:12 329:15
 341:3
**significant** 143:16
 200:17 223:20
 231:2 295:24
 312:6 342:22
**significantly**
 230:12,13 231:2
 278:8
**signify** 338:16
**signing** 14:12
**similar** 29:21

217:17 286:15
 326:12
**simple** 147:22
 156:11 161:6
 202:2
**simplicity** 208:16
**simply** 31:21
 128:14
**sincerity** 283:21,23
**single** 124:11
 128:15 249:21
 289:16 300:14
**sit** 298:2,17
**site** 324:13,13,14
**sits** 123:25
**sitting** 67:11 238:5
 293:23,24,25
**situation** 19:2 25:6
 25:13 52:17,18
 55:24 58:15
 127:13 159:25
 160:7 231:11
 296:18 314:25
 358:12 361:3,5
 367:21
**six** 147:12 327:24
 330:15,17
**sixes** 332:2,8 344:6
**skepticism** 325:14
**skills** 181:15
**slack** 191:9
**slanderous** 128:9
**sleep** 124:11
**sleepless** 122:7
**slideshow** 102:24
**slideshows** 354:10
**slightly** 180:24
 201:16 234:20
**sloppy** 314:13
 331:5
**slower** 60:10
 208:22
**slowly** 121:13
**small** 23:21 62:21
 206:13 243:4,5
 247:18

**Smiley** 69:8
**SNAC** 82:21
**society** 26:4,6 83:2
 90:5,6
**solely** 278:25
**solid** 226:25
**Solomon** 275:19
 363:5,6,9 367:14
 368:3 369:7,8
 370:2
**Solomon's** 369:15
**solution** 189:25
 336:25
**somebody** 32:20
 51:21 69:9 79:14
 89:22 92:23 95:21
 129:22 136:14
 148:6 162:25
 172:19 211:13
 225:6,7,18 226:5
 244:15 285:2
 291:6,17 312:19
 313:22
**somebody's** 83:24
 226:6 340:21
**son** 128:20 132:17
 291:20
**soon** 41:22 160:6
 182:24
**sophisticated**
 125:15 201:25
 253:10
**sorry** 6:21 56:18
 57:5 61:25 133:16
 133:17 138:8
 153:11 162:3
 194:7 208:22
 229:18 240:23
 303:11 345:23
**sort** 30:8 94:17
 171:21 209:21
 227:23 275:5
**sorts** 171:12
**sought** 138:6,14
 321:3
**sound** 66:25 206:20

CONFIDENTIAL

206:22
sources 38:19
  242:2
South 267:8,17
  268:18
SOUTHERN 1:2
SPA 43:17
space 36:16 292:24
  299:15 300:6
speak 6:6,12 39:21
  40:4 198:2 233:6
  265:6
speaking 5:19
  49:11 332:3
special 47:21
specialty 89:24
  271:17,21 310:7
specific 137:20
  296:21 357:13
specifically 97:16
  135:4 273:18
specifications
  54:21
specifics 134:19
spectacular 173:17
spectroscopy
  336:14,15
speculate 360:5
speculating 313:10
  313:13 369:19
speed 29:2 335:24
Spellman 152:20
  153:6,12
spend 352:14
spends 133:13
spent 22:8 24:23
  77:20 122:7
spin 298:13
spoke 139:14
  233:13
spoken 131:22
SS 375:4
stabilize 82:12
stages 128:6 152:3
  162:18
stake 310:11

stalled 319:8
stamp 13:10 99:22
  103:15 112:15,22
  114:22 119:2
stamps 222:20
stand 117:11
  246:12
standard 50:22
standards 105:7
standing 108:25
  111:6,14,19,23
  119:11,16 120:3
  121:7 218:9
  281:21
stands 150:17
stars 52:21
start 90:12 177:11
  180:24 202:15
  208:15 277:8
  285:8 318:21
  329:9 370:12
started 17:12,25
  24:9 67:15 73:24
  88:9 184:13,17
  194:16 196:20
  197:5 206:19
  259:21 276:13
  292:15 363:18
starting 165:9
  179:8 260:10
  277:7 300:9 312:7
starts 273:6 324:3
state 2:11 5:8,10
  168:18 171:7
  375:3,8 376:25
stated 63:13,23
  216:22 230:11
  281:23
statement 38:15
  39:2 85:12 93:3
  149:19 150:3,25
  152:7 154:8,10,12
  154:18 155:19,21
  156:5,14,17 158:5
  160:5,13 162:22
  164:9 165:10

171:18 199:6
  203:25 217:18
  250:2 276:25
  279:20 295:21
  325:22 337:20
  338:3 348:3
  374:13,14
statements 83:20
  87:20 147:21
  162:20 168:7
states 1:2 134:7
state-of-the-art
  29:3
stating 283:13
station 122:24,25
statistically 85:8
status 37:3 45:25
  122:24,25 217:12
  217:13 244:19
  343:2 345:12
stay 187:17
stayed 11:23
stellar 169:8
  286:17
stenographer
  101:14
step 69:9 94:2
  109:5
Stephanie 1:24
  2:10 375:7,24
stepped 30:13
  203:22,24 225:6
steps 92:3 225:18
  284:17 366:20,22
STERN 3:4
Steve 319:18
  320:21 348:15
STEVEN 3:9
STIPULATED 4:3
  4:8,12
stone 33:11
stop 179:13 330:13
story 72:19 90:2
  129:22 269:2
  273:23
straight 12:8

154:13
straightforward
  154:20 165:9
strange 182:13
  328:17
Strauss 112:25
streets 129:6
strength 339:11
  343:2,10
strengths 70:22
  333:6 334:19
  339:2 342:19
stress 123:6 124:10
  126:3 264:22
stresses 48:18
stressful 159:23
stroke 74:18
strong 269:15
  281:3 355:4
strongly 319:7
structural 300:16
  300:23
struggled 33:3
  314:25
student 91:15
students 299:18
studied 336:5
studies 199:16
  335:2 342:23
study 45:8,9 326:23
  326:23 327:23
  328:2 333:9
stuff 27:23 29:4
sub 189:10 244:15
subject 51:5 135:19
  186:25 187:3
  263:18 301:24
  310:6 316:21
  345:9
subjectivity 70:19
subjects 18:3
submissions 222:15
submit 21:23 38:9
  44:17 263:22
  326:22 360:23
submitted 43:18,21

44:2,5 222:12,16
  302:25 320:15
  352:11
submitting 52:8,10
Subscribed 371:22
  376:23
subsequent 117:21
  154:24 233:15
  304:16
subsequently 64:18
  148:23 167:9
substantial 80:6
  348:2 357:6
subtle 225:9 231:18
subtract 215:25
succeed 42:5 311:4
success 334:25
successful 10:10
  11:17
suddenly 182:23
suffering 161:25
sufficient 149:9
suggest 366:14
suggesting 275:9
suggestions 26:22
suggests 351:3
Suite 3:14
summary 325:22
  337:20 338:2
  374:13,14
summer 17:7,8
  19:18 20:7,8,11
  20:11,13
sums 23:19
superimposed
  257:19
supplies 16:18,19
  16:20,25 17:5,10
  17:15 18:14,24
  19:17 20:16,24
  22:9 24:18 35:24
  36:8 317:25
  318:13
supply 36:16
support 15:20 16:3
  16:5,10 19:25

24:21,24 34:10,11
41:11,17 46:23
47:7 56:2 166:3,4
167:22 212:6
216:4,23,24
217:16 220:23
223:22 235:6,9
252:21 269:16
**supported** 32:12,15
166:5 199:13,15
215:20 250:25
251:2 279:21,23
280:2 311:14
**supporting** 16:11
16:18 23:20
**supportive** 280:20
283:13 284:7,17
286:22
**supports** 34:2
**supposed** 19:11
100:23 105:8
113:16 249:24
302:18 318:15
**supposing** 33:23,25
177:8
**sure** 11:13 13:13
27:21 40:6 79:3
118:5 136:19
172:15 188:25
281:19 315:16
326:13 335:11
349:24
**surgeon** 31:13,13
31:14
**surgeons** 1:9 124:8
**surgeries** 201:8
**surgery** 136:14
148:3 188:11,12
201:5,24
**surplus** 57:18
**surprise** 38:7
**surprised** 286:11
**survival** 252:23
**suspect** 173:22
**suspended** 371:2,3
**sworn** 4:13,16 5:3

371:22 375:12
376:23
**synthesizing** 303:4
**synthetic** 303:6,17
303:23
**system** 23:3 52:23
133:14,16 291:10
291:12,23,23
294:14

**T**

**T** 4:2,2 375:2,2
**table** 50:10 125:17
125:17 180:8
**tabled** 141:9
**tables** 23:24 294:21
**take** 6:17,23 7:2,6
7:10,11 50:6
68:15 73:19 74:22
79:21 81:23
102:20 121:11
123:11 129:25
133:18 142:12
167:14 169:16
184:10 191:12
210:12,15 215:23
218:14 221:8
222:8 235:15
236:19 239:9
242:21 260:6,23
274:20 275:23
294:18 295:3
301:4 310:9
326:13 338:22
343:13 356:5
358:21 362:23
364:14 367:2
**taken** 36:9 74:3
133:20 169:2
179:4 219:24
221:10 230:4
236:2 238:7,9,13
238:15 265:4
301:6 336:17
362:24 370:8
376:12

**takes** 37:21 50:21
183:7 191:11
205:5 316:6
325:20
**talented** 70:15
**talk** 37:18 64:12
65:7 83:6 86:16
89:14 92:13
131:17,25 145:20
145:20 148:22
200:7 213:19
233:21 244:20
277:6 312:7,9
356:11
**talked** 5:17 64:10
84:24 268:10
316:14 346:5,6
350:14 353:23
354:23 355:3,6
363:11 368:3
369:7
**talking** 14:10 47:2
64:24 65:7 94:11
111:17 130:25
131:2 179:6
198:22 199:2
200:2,16 264:25
274:25 316:7
318:24 327:18
358:10 360:19
368:10
**talks** 15:19 41:10
115:4 327:13
349:17
**targeted** 224:3
**taught** 206:5 354:6
**Taylor** 217:17
246:5,10,21,22
260:3,6 261:4,5
261:14 284:25
285:12 287:10
296:17 300:5,5
350:5,15 351:5,7
351:8,10 368:5
**TD** 209:3,4
**teach** 205:10,14

**teaching** 205:16,17
205:19,25 206:6
206:24 299:18
364:14
**team** 5:17 10:13
30:15,19 84:22
122:6 134:24
138:17 139:8,10
140:6 191:4
212:22 243:15
244:11 268:16
333:7 342:10
**tech** 22:11
**technical** 29:17
**technicality** 59:7
**technically** 308:15
349:9
**technician** 16:23
36:10 303:22
**technician's** 36:3
**techniques** 29:22
303:15 340:12
**technologies** 18:7
74:17 325:19
**technology** 29:4
42:4
**tedious** 366:5
**tell** 11:16 22:11
24:17 43:13 56:14
65:18,24 83:23
84:3 93:15 94:22
114:11,17 121:19
152:25 166:22
182:11 187:9
208:18,23 210:16
232:23 237:11
242:25 273:13
279:9,12 294:2
310:18 324:19
**telling** 5:24 20:23
56:6 89:3,5
128:10 138:24
182:21 216:16,20
220:11 236:20
259:18 366:25
**tells** 163:2 171:24

**tentatively** 245:9
**tenuous** 248:20
**tenure** 299:17
**term** 109:7 231:15
342:3
**terminated** 34:14
345:15 370:15,17
**terms** 16:21 23:2
34:24 40:18 41:9
47:16 52:11,12
66:16 74:13 75:9
79:21 97:15
106:14 132:8
144:10 145:14
156:7 163:5,5
203:9,12 204:22
244:6 289:9
302:15 311:15
334:9 343:7
347:23 350:16
356:2 368:19
**terribly** 361:4
**test** 17:21
**testaments** 73:11
**testified** 5:5 21:19
69:24 84:15 85:10
86:15 97:7 280:17
352:10 362:17
**testify** 100:17
101:3 278:12
**testifying** 68:22
**testimonial** 64:17
**testimonials** 170:5
**testimony** 31:25
71:15 80:13 101:8
101:11,12 155:3
203:23 217:10
276:19 285:12
361:10,21 375:13
**testing** 85:4 136:13
148:5,7,11 149:18
154:10 174:5
**Texas** 8:22 9:4
**text** 347:23
**Thank** 196:4
239:20 242:19

CONFIDENTIAL

362:5 371:5
**Thanksgiving**
 219:14
**theme** 300:14
**therapy** 175:9,20
**thing** 19:10 22:7
 25:4 30:23 31:7
 39:15,18 53:13,20
 68:10 70:9 80:9
 88:18 97:10
 109:13 124:9,21
 132:7,8 147:24
 153:25 154:24
 155:2,17 158:14
 160:11,16 166:23
 170:13 182:22
 184:15 213:20
 216:15 220:10
 228:19 234:4
 236:25 237:10
 252:11 267:20
 275:13 276:2
 282:14 291:25
 300:13 302:10
 307:4 318:10
 319:3,8 320:5
 331:20 332:11,23
 336:12 340:24
 343:12 347:24,24
 361:7 367:2
**things** 6:4 8:19
 19:3,7 23:6,21
 25:8 26:7 28:4
 29:24 31:16 65:8
 74:10 77:6 78:22
 79:5 89:10 94:18
 132:21 133:3
 143:7,8 152:22
 155:3 158:10
 159:17 161:21
 165:14 166:25
 181:12 190:9
 199:7,8,25 207:16
 213:21 224:23
 230:12 231:9
 238:8 241:23

245:12 252:17
 261:16 262:19
 265:24 270:9
 273:24 275:6
 277:7 284:4
 289:11,12 291:3,6
 293:15 294:2,13
 306:24 329:10
 342:8,15
**think** 7:20 8:15
 10:2 12:13 19:18
 28:9 29:20 35:11
 46:19 47:11 50:3
 53:6,14 55:22
 58:14 60:15 62:14
 62:17 63:2 65:15
 66:9 70:23 71:7
 78:14 82:16,20
 88:20 92:11 96:4
 97:17 99:11
 100:16,21 102:3,6
 102:14 105:10
 106:11,14 113:4
 115:18 117:10
 122:21 125:14
 126:25 132:23
 137:7,15 140:3,24
 141:13 142:10,13
 153:9 154:19
 156:15 162:25
 164:22 165:24
 168:11,24 171:14
 172:18 178:8
 179:2,5 184:12,18
 186:12 194:13,15
 196:19 197:4,12
 197:12,19 207:19
 208:20,25 218:12
 219:2 221:17
 224:7 228:16
 230:7 232:14
 233:24 242:25
 243:8 244:9,17
 245:25 247:11,19
 250:23 252:17
 259:14 260:15

262:14,23 265:8
 267:23 268:4,9,9
 268:23 271:11,23
 272:11 273:16
 274:15 280:19,24
 284:6 286:14
 291:10 296:12
 300:4,24 306:18
 308:21 310:15,25
 312:7 318:17
 322:17 341:16
 348:14,21 355:8
 356:5 363:11
 366:19 367:15
**thinking** 28:3
 190:7 226:16
 241:20 318:21
 322:12 352:15
 362:9
**third** 103:14
 112:21 269:14
 299:11 336:12
 341:13
**thought** 17:6 38:3
 71:20 121:12
 140:14 156:7
 167:25 217:12
 226:15 255:23,24
 255:25 256:6
 258:17 265:25
 271:19 304:15
 328:9 361:16
 368:4
**threatened** 133:9
 159:15 247:13,14
 248:13,15 261:13
**threatening** 95:12
 159:9 160:19
 245:19 247:21,24
 247:25 289:10
 292:11
**three** 61:11 64:23
 71:21,23 176:23
 220:2,15 270:9
 292:12 316:4
 327:5 329:12

332:9 335:16
 339:16 343:20
**threw** 228:24 241:2
**throw** 32:18
**THURSDAY** 1:17
**tight** 49:9
**time** 4:11 6:20,22
 9:15 10:22 11:3,8
 11:11 12:10 13:14
 13:25 14:15 15:14
 21:22 23:12 26:13
 32:4 33:24 34:5
 35:22 36:8,23
 37:22,23 39:13
 40:24 48:9,10,12
 48:15 49:19,20
 50:5,7,18 52:25
 53:25 57:7,9,14
 57:19,20 58:5,13
 58:20,24 59:11,17
 59:22,24,25 60:3
 60:4,8,13,14
 61:24 62:12 63:6
 63:9,19,23 64:9
 65:5 66:2,12
 67:13 68:2 70:4
 71:19 72:22 76:9
 76:10,13,19 77:19
 78:4,5,15 84:24
 86:8 89:8 91:17
 92:7,14,17 93:16
 95:4,13,17 97:14
 100:9,14,22 101:9
 101:25 103:4,8,10
 105:16 107:20
 109:16 110:8,9
 114:8 117:24
 123:7 124:20
 127:11 132:10
 134:20 136:10,13
 137:2,9 139:17,19
 140:13,23 141:22
 142:4 153:22
 155:3 158:12,13
 160:3 165:19
 166:5,10,11 167:6

169:4 171:11
 177:12,13,14,16
 177:19 178:14,19
 179:3,3,6,16
 183:9 184:24
 188:22,24 189:3,6
 189:7 191:6,11,12
 196:17,22 198:14
 198:21 199:14
 200:15,19 201:7
 201:11,23 202:25
 203:6,12 205:8,23
 205:25 207:5,11
 207:13 211:20
 212:2 213:20,22
 214:11 215:9,18
 215:20,24 216:24
 217:6,6,11 218:14
 220:19,21,22,23
 221:3 223:2,5,7
 223:18,22 226:24
 227:5,6 228:3,8
 228:11 229:7
 230:2,16,19 232:3
 232:16 233:9
 234:16 235:3,20
 236:2,3,4,15
 237:6,13 238:12
 238:18 239:4,7,14
 239:15 243:7
 244:4,18 245:13
 245:13,15,19,21
 245:23,25 246:9
 247:11 249:15,17
 249:19,20,23,25
 250:3,9,16,22,25
 251:2,6,9,19,22
 252:2,7,12,14,16
 252:20,24 253:20
 253:24 254:4,6,10
 254:19,20,22,25
 255:21 256:6,11
 256:17 257:21,24
 258:2,8,17,21
 259:15 262:6,6,22
 264:22 265:22

267:25 271:4
273:2 274:6,17
276:3 281:5 284:2
284:3,18 286:7,11
288:3,5,10 289:2
289:12,14,19,25
290:3 292:4,19
294:7,24 296:4,7
296:13,16,20,25
298:3,18 299:16
300:7,16 303:2
307:7 308:20
309:12 312:4
316:6,10,11,22
319:4 320:4,7
321:16 326:13
336:7 340:12
344:9 345:20,21
345:24 346:12,15
350:22 352:14,18
353:4 354:19,22
356:7,13,15,24
360:16 361:17
362:7,10 366:6
367:7,25 368:2,4
368:19 370:10
371:6 373:14
**timeline** 123:13
160:10
**timelines** 6:3
**times** 56:10 77:7
101:7 110:20
180:3 227:4
244:25 252:14
268:11 290:21
301:3 316:4
**time-point** 336:16
**time-sensitive**
201:10
**timing** 276:15,17
**timings** 233:16
**tin** 129:7
**tissue** 336:3,13,16
**title** 35:4 53:3,6,7
53:15,22,23 272:5
272:23,25 274:16

301:25 306:10
308:5 310:16
321:3 322:17,25
333:14
**titled** 53:10
**titles** 303:9
**today** 6:7 9:19
16:16 106:24
129:8 270:16
291:14 318:3,24
361:10
**today's** 5:21
**told** 18:15,20,25
19:9,16 20:17
22:17,18,21 23:17
24:10,14 30:8
38:3 39:14 64:5
65:9,12 67:5 70:5
70:10,10 87:23
88:15 105:6
114:14 123:5
182:23 184:16
197:7 203:23
231:9 240:4
272:14 277:10
285:8 291:15
318:6,8,9,11,13
338:21 348:13
363:20 364:2
**tolerate** 358:17
**Tom** 183:16 202:18
202:21,25 210:19
212:4,8 213:17
216:10 241:3
243:2
**tomorrow** 298:2
**tone** 286:15
**tonight** 176:24
**tools** 50:20
**top** 45:20 72:11
112:16 119:2
134:7 138:11
158:25 185:25
189:14 193:12
194:2 208:17
228:2 256:19,20

259:8 263:12
266:8 290:15
295:17 297:18
299:4,12 301:17
326:5 327:15
329:4
**total** 72:22 172:13
208:11,20,25
209:13,25,25
210:4,6,6,12,21
210:22,24 211:10
213:5 228:2,8
236:11 237:13,14
237:16 238:2
239:5,6 295:4,5
335:21
**totality** 52:17
165:12 206:7
**totally** 50:19 59:19
122:12 125:5
126:6 147:11
150:3 155:4 198:5
198:8 214:17
229:5 237:9 238:5
239:7 263:23
315:22,25 336:6
336:11
**tough** 49:12 55:24
55:25 56:22 58:14
289:14 358:23
**toughest** 306:23
**toxic** 246:16 260:5
**track** 86:23,24
197:5 274:23
**traded** 225:7,21
**traditionally** 57:22
**trained** 31:14,15
175:24 308:19
**training** 48:8 54:20
55:15 102:21
241:7,10 253:12
**transcript** 4:6
376:11
**transition** 12:9
14:21
**transitioning** 11:6

**translation** 18:9
76:23 77:5,11
312:13
**Translational** 47:6
**transplant** 72:4,5
**traveling** 66:24
244:18
**travels** 243:19
**treat** 25:11 51:7,17
51:20 52:5,13
252:25 306:23
**treated** 67:8 240:20
252:15 313:18
**treating** 42:4 51:8
315:19 341:11
**treatment** 74:18,19
175:18 303:3
312:8,9 314:2
322:14 325:11
341:11,12 364:21
364:23
**treatments** 74:20
311:24 315:23
325:17
**triage** 327:11
**triaged** 302:5,14
309:3 328:23,25
338:6
**trial** 4:11
**tried** 18:10 50:14
163:11 199:17
315:18
**tries** 51:11
**trip** 52:24
**troubled** 128:8
**troublemaker**
171:20
**troubles** 291:22
**true** 16:13,16 38:15
59:16 69:2 145:10
150:5 154:18
155:11 160:13
161:14 163:13
167:25 190:25
215:22 218:8
221:21 229:25

254:2 269:8
281:16 340:20
351:4 375:13
376:14
**truly** 168:23
**trust** 90:25 91:10
95:4,6 96:4,7,11
96:19,20 151:8
154:2 159:19
161:11 167:16
199:4,7,11,20,22
284:10 289:3
**trusted** 37:24 38:2
166:9 168:2,3
173:20 289:7,8
**TRUSTEES** 1:8
376:7
**truth** 143:10 154:4
161:17,18 162:2,3
164:9
**truthe** 298:12
**truthful** 38:5
**truthfulness** 161:2
162:8
**try** 18:6 38:8,8
130:5 198:12
201:14 214:2
237:21 265:15,19
274:21 291:24
320:24 326:11
**trying** 12:6 25:12
32:25 52:13 67:23
76:9 77:10 78:20
79:23 84:3 89:10
152:4 163:15
193:21 207:12,13
267:9 280:11
294:2 315:2 320:2
328:15 336:24
365:22
**tumor** 253:6 308:3
311:24 341:10,12
**tumors** 201:4
252:24
**turn** 47:22 99:21
110:23 234:3,19

CONFIDENTIAL

turned 54:10,13,14
322:4
Turning 46:5
112:21 114:21
118:24 151:10
227:25
twice 84:15 364:17
two 19:2 49:5,9
53:2 57:11 58:2
64:21 90:12,13
91:10 115:18
117:23 122:15
170:5 177:3
178:22 182:4
188:10 191:13
209:11,15 215:6
218:20,21 222:14
234:21 235:13,21
248:23 256:16
262:12 270:9
276:21 279:6
281:24 282:3,10
282:13 284:17
288:25 293:8
294:22,23 305:4,4
305:8,11 315:11
327:3 342:7
343:16 351:21
364:17 365:10,16
two-page 301:16
two-step 280:3,21
284:7
Tyler 268:21
type 329:8
types 329:10
331:24
typically 6:17
33:19 327:23
365:8
T32 54:18,19,23,24
55:4,6 57:3,4,7
203:3,5 204:20
205:24 212:5
216:16 221:15
241:3,5,5,6,9,14
242:25

U

U 4:2
UCSF 10:17
uh-huh 115:3,14
161:16 186:5
189:11 283:16,19
286:2 287:23
299:21 334:17,22
335:3,6 345:11
353:21
ultimately 70:7
265:18 279:21,23
312:15
Unclear 339:17
uncomfortable
269:4
unconventional
50:21
undergo 148:2
understand 33:13
99:14,17 226:3
236:16 239:18,22
241:5 252:9
253:22 254:18
278:7 319:25
330:12,24 331:9
337:17
understanding
55:8,17 156:4
190:17 204:16
238:25 376:18
understood 143:8
unfair 28:10
250:17 253:23
255:25 256:3,6
260:16,18
unfortunately
10:16
unfunded 56:14
uniformly 167:2
unimaginable
122:12
unit 72:9
UNITED 1:2
universe 156:10

238:2 327:19,20
universities 131:11
152:24 242:15
university 1:8,8,9
12:14 13:17 14:5
15:7 33:16 46:16
53:24 75:24 97:22
98:3 99:23 100:11
102:22 103:17,24
104:14 105:25
106:17,19,22
107:18 125:7
126:10 130:19,23
131:3,14,18,22
145:17,22 146:3,7
231:7 248:3 263:2
267:8 268:17
303:13,19 347:3
348:17,20,25
351:16 353:18
357:18 372:15
374:20 376:7
university's 47:15
unknown 73:4
unpredictable
179:23 180:25
unpublished 266:6
unrelated 78:2
unresolved 297:3
updated 8:16
upper 108:12
upset 158:15
200:12 295:19
use 16:24 17:14
18:2 28:23,25
160:25 164:4
247:18 328:23
364:21
usually 7:13 45:10
51:16 58:7 68:14
180:17 327:3
U87 314:16

V

v 1:7
vacation 6:9,14,18

6:20,22 7:2,11
19:13 58:16,17
59:9,18,19,21,21
59:24,25 60:2,4
208:12,21 209:8
209:11 210:13
219:10,11,18,21
219:24 220:8,9,13
220:18 233:25
235:12,15,16,16
235:20,25 236:2,4
236:7,20 237:7,15
238:4,13,15,16
239:7,10
vague 82:24
vaguely 246:3
valid 243:9
validated 41:23
validity 154:12
varies 45:8,19
52:19
variety 74:19
various 41:4 51:4
276:4 326:18,25
vascular 124:8
187:15 188:11,11
244:2
vast 123:5
VCA 209:7,8
vein 214:18
venues 182:4
verbal 87:7 116:19
137:21 151:9
verbally 151:2
272:16 289:9
verify 133:6 341:20
version 98:20,22
134:15,18
versions 98:25
versus 209:10
232:16 278:9
vertebrate 328:18
331:8
Veterans 73:3
vetted 38:5
viable 74:24 333:3

vice 9:16,21 10:18
114:15 124:6
138:18 144:21
155:9 169:15
232:21 304:4
victim 291:11
victims 175:4
view 141:12 156:3
165:8 180:14
202:4 252:15
325:5 348:4
views 157:12
violation 254:7
320:8
virtually 17:18
47:10 77:24
123:14
visit 25:22
visited 67:21
visiting 68:19
78:13
vis-a-vis 261:9
vitae 7:25 8:2,14
372:8
vs 376:6

W

waived 4:6,7
waiver 107:25
waivers 107:22
walked 30:12
walking 261:6
WALSH 3:19
want 27:21 35:7
39:22,24 40:4,5
58:7 60:10 86:16
86:17 87:24 90:9
92:20 95:23
111:11 136:19
145:19 148:15,21
149:2 172:7,15
174:2 177:19
193:7 204:5 212:9
234:7,9,17 236:5
244:20 259:19
262:5 267:16

268:15 270:3
275:20 277:6
310:12 312:9
**wanted** 65:19 70:2
74:10,11 78:21
90:10 92:22
110:17,18 140:18
148:17 154:3,15
159:18 161:12,15
164:8 165:9,15
183:14 221:13,23
223:19 264:19
271:18 275:19,23
317:21 321:10
368:23
**wanting** 178:5
**wants** 180:16
234:12 280:5
**wasn't** 34:18 53:21
106:18 147:15
163:24 180:20
212:3 232:13
245:17 252:11
277:21,23,23
305:23 366:22,24
368:14 370:21
**wastebasket** 32:19
**wasting** 259:14
**wave** 51:11
**way** 13:23 15:11
22:17 33:4,8 37:4
50:13 59:23 60:2
64:25 70:16 83:6
94:13 105:8 108:4
124:12 147:13
150:13 156:6
157:13 158:15
170:23 174:2
199:2 206:3
216:22 231:18
242:6,12 258:18
275:6,7,13 291:22
292:18,25 296:24
300:17,20 315:25
320:7 341:11
343:14 348:2

362:4 370:9
375:18
**ways** 25:10 35:4
50:17 52:22 77:15
79:19 82:8 91:2
95:3 122:3 164:8
257:12 294:6
**weakness** 342:12
343:11
**weaknesses** 333:10
335:4,8,15 339:16
**weapon** 296:4,14
300:25
**website** 38:17,17
38:20 100:8 103:7
104:12,13 105:14
106:17,19,22
107:21,25
**Wednesday** 301:18
**week** 164:25
214:16 216:2
220:5
**weekend** 219:14
**weeks** 250:6
**WEGRZYN** 3:17
**weight** 323:11,11
**weightier** 323:9
**welcome** 234:16
**Weller** 186:18
243:13,14 244:9
**well-funded** 10:11
**well-respected**
10:12
**went** 12:15 30:2
37:17 38:10,16
56:10 72:10
153:23 154:22
165:19 174:6
225:7 241:25
246:5 265:21
278:5 296:17
346:9 349:12
368:5
**weren't** 22:21
55:20 140:25
162:9 220:6 236:6

236:14 277:3,12
278:5,10 357:21
**were/are** 296:7
**we'll** 20:24 22:13
38:8,8,9,10 41:25
60:16 110:21
184:20 239:17
307:19
**we're** 21:7 42:16
200:2 207:12,12
270:23
**whatsoever** 177:12
**WHEREOF**
375:20
**white** 141:10
**Whittington**
282:25 283:12
**width** 39:23
**wife** 159:21
**William** 365:6
**willing** 130:14
150:25 279:7
**win** 56:10
**wind** 21:12
**window** 293:24
**wise** 166:22
**withdraw** 261:8
**withdrawal** 246:21
**withdrew** 245:22
246:18
**witness** 5:3 100:23
100:25 255:3,6
292:6 359:11,11
359:15 360:4,12
372:3 375:11,14
375:20
**won** 33:2 140:9
173:15 174:18
**Wood** 11:4,11,25
14:4 38:25 54:14
58:20 62:10 63:10
63:16 92:7 113:8
113:12,16,18,19
113:22 114:9,11
114:17 127:12
172:9 191:17,18

191:25 193:7,12
194:5,9 198:2,4,6
198:9 199:4,23
217:23 218:2
232:19 245:7,8
247:12,14 248:10
248:18,21,21
250:2 259:9,18
261:10,16,24
262:5,6 292:17,20
292:22 295:22
296:13 301:23
316:14 317:7
319:16,17 320:12
320:14,16,19
321:6,23 322:4,7
367:6 369:3
**word** 34:20 96:7,9
160:25 162:12
247:19 292:7,8
328:23
**wording** 246:12
**wordings** 246:14
**words** 33:14 164:4
166:21 278:22
291:5 293:20
**work** 7:14 12:10
14:23 17:20 22:12
22:25 23:9 25:4
31:6,11 34:7 48:5
50:9 56:17 60:11
62:22 72:15 75:14
77:15 89:3 93:5
95:25 153:4
179:21 181:8
188:6,6 207:13
213:23,25 214:2
214:13,18 235:17
235:19,20 237:13
237:16,17,25
238:2 239:6 249:5
249:8,10 251:4,15
251:16 252:10
259:14 261:4
269:17 297:5,6
304:8 308:16

312:22 313:6
327:21 361:7
364:24
**workbook** 248:25
**workdays** 238:3
**worked** 31:20
71:25 72:3 93:2
141:19 220:4
**working** 39:10
41:21 61:12 64:3
93:20 187:20
220:14 239:12
315:23 364:13
365:9
**workload** 179:17
**works** 60:2 130:7
182:12 244:3
300:21 303:5,14
315:21 365:14
**world** 95:25 96:2
243:20 307:10,13
307:14
**worried** 267:12
**worry** 22:11
**worse** 329:21
**worth** 133:14
259:14
**wouldn't** 55:18
81:12 96:11
155:24 200:6
203:5 247:17
318:6 359:7
**write** 56:23 78:21
143:24 160:17
166:18 202:9
235:6 259:13
260:3 263:21
266:8 269:2
284:12 286:18
287:25 288:25
324:22 338:23
339:5
**writes** 27:20 147:3
153:17 164:22
166:24 332:24
333:5 352:22

CONFIDENTIAL

**write-out** 59:3
**writing** 20:19
  33:12 87:18
  108:24 110:18
  146:4 148:17
  149:3 150:3
  157:19 168:9
  207:6 290:19
**written** 86:18
  115:4 119:10,22
  130:11 147:17
  155:23 159:19
  161:12 163:14
  204:12,15 246:9
  337:18 349:24
  369:24
**wrong** 31:23 82:23
  122:18 133:12
  140:21 152:5,6
  170:23 238:25
  336:22
**wrongdoings**
  291:13
**wrote** 21:17 29:15
  31:9 64:13 66:9
  122:15 154:5
  160:18 162:10
  167:19 168:11
  233:8 271:11
  344:11 348:15

———————
**X**
**X** 68:13 372:2
**X-ray** 187:15 188:9
  188:10,13
**X-Y-Z** 94:4

———————
**Y**
**Yaman** 355:22
**yeah** 11:13 15:24
  16:2,4 19:23
  22:24 27:18 28:6
  35:20 36:19 41:15
  56:13 61:7 65:14
  96:11 102:6 105:4
  106:5 108:17

111:22 112:20
113:4 118:8
119:23,25 134:23
138:10,12 141:7
145:9 147:2,6
149:22 153:9,20
154:7 157:4,4
159:5 161:4,11
162:11 164:21
169:24 175:19,23
177:18 178:17
179:15 182:10
184:23 187:4,6,8
189:5 190:16
196:2,16 200:14
209:21 211:7
213:3 214:6
215:10 218:8,18
220:4 226:22
227:3 229:2,22
230:7 235:13
236:10 238:21
240:4,11 250:23
257:7 259:23
262:12 263:16,20
266:4 268:23
269:7 277:15,17
287:20 289:5
295:13 297:16,21
297:24 298:7
299:7 301:2,21
302:3 303:8
313:11 315:16
319:14 322:23
323:3 326:9,14
327:17 330:4,7,9
332:10 334:5,8,12
335:9,17,20
337:14 338:13
339:22,25 341:5,7
342:13 346:24
347:9,11,18
349:20 352:2
353:3 364:7 370:3
**year** 20:4 21:19
  34:21,25 35:7,25

36:5,5 37:14 39:5
41:19 43:7 45:19
45:19 46:6 72:24
84:21 86:9 91:24
92:9 120:4,10
125:9,9,13 249:18
289:14 317:3,13
318:22 345:18,19
**years** 7:5,5 32:12
  32:12,13,15 38:23
  55:10 57:2 73:7
  74:16,25 123:20
  124:20,22 163:14
  167:2 174:18,22
  176:8 179:18
  187:12 251:25
  252:6 255:20
  273:21 316:5
  325:12 353:14
  355:18 364:17
**yes/no** 147:23
  148:15
**yielded** 300:24
**Yocum** 183:16
  202:18,21 204:20
  205:23 210:19
  212:5,8 213:17
  216:10 234:22,25
  241:3,24 243:3
**York** 1:2,8,9 2:4,4
  2:9,9,11 3:7,7,15
  3:15 63:8 171:7
  182:2 375:3,5,8
  376:8
**young** 9:11,23 10:9
  10:11 11:18 12:4
  65:19 66:18 72:16
  72:16,18,19 74:22
  75:15 243:4 365:6
**younger** 74:14
  79:17
**Young's** 9:14

———————
**Z**
**ZA** 210:17
**zero** 235:11 237:3

238:20
**Zirka** 186:24 187:3
  188:16 189:10,15
  189:24 190:13,20
  210:18 211:2,22
  212:2 216:8
  244:15

———————
**$**
**$21,000** 346:7
**$5.2** 72:21

———————
**0**
**07423** 5:13

———————
**1**
**1** 7:24 8:3,8 15:16
  28:15 35:14
  110:24 186:18
  187:10,13,15,17
  187:18,24 211:4
  226:23 228:11,12
  330:3,5 334:8,10
  338:10 372:8
**1st** 7:20 27:4 28:20
  62:15 317:2
**1,000** 231:16
**1:34** 146:22
**10** 32:15 120:18,21
  120:25 138:9
  239:9,12 372:21
**10,000** 314:20
**10:02** 1:18 2:3
**100** 327:25
**10016** 3:7
**10036** 3:15
**11** 15:20 133:23
  134:2 135:17
  237:5 300:9
  372:22
**11/24/2016** 338:4
**112** 372:17
**1133** 2:8 3:13
**116** 372:18,20
**12** 35:11 49:23
  146:8,11,19 184:7

228:12 229:11
237:2 372:9,24
**120** 327:25 372:21
**13** 146:8,15 151:10
  177:10 184:7
  373:4
**133** 372:22
**14** 109:15 158:17
  158:20,24 227:18
  229:15 288:16
  300:10 373:5
  374:4
**146** 372:24 373:4
**15** 63:7,7,8 73:7
  86:7 112:2 164:10
  164:13,16 176:21
  195:21 219:21
  228:20 229:13,13
  233:4,19 266:22
  269:9 300:10
  308:11 329:2
  349:18 363:12
  369:16 373:7,10
**158** 373:5
**1595** 15:18
**16** 27:4 90:21 91:20
  91:21 185:15,18
  185:22 213:7
  263:6,13 290:6,16
  308:11 373:8,18
  374:6
**16th** 65:17
**164** 373:7
**17** 17:7 20:11 21:11
  21:12,13 37:15
  146:14 192:9,12
  192:16 273:12
  276:9 298:23
  299:5 305:5
  318:16 373:4,10
  374:9
**17th** 65:17 151:16
  153:17
**17-cv-04112** 1:6
**18** 17:8 20:4,7,8,12
  20:14 44:10

CONFIDENTIAL

194:21,24 195:4
305:5 373:11
**1804** 344:24
**185** 373:8
**19** 133:25 135:19
158:19 159:2
207:22,25 208:7
372:23 373:6,13
**19th** 136:2 146:21
150:6
**192** 373:10
**194** 373:11
**1995** 7:17
**1997** 7:21 12:20,22
98:24 103:10
339:20 372:10
**1999** 46:19

---

**2**

**2** 12:19,23 13:2
27:9,16 186:18
187:10,14,15,24
315:13 325:23
334:6,7,10 341:8
372:9,11 374:13
**2nd** 28:17
**2:00** 177:10
**20** 45:15,16,17
146:10 220:25
221:6 222:20
270:15 294:17
326:5 372:24
373:14 376:23
**20th** 45:10,12 50:3
146:23
**20-day** 220:5,5
**2000** 10:21 46:19
46:25 47:7 227:12
291:15
**2001** 10:21 43:7
46:6,11 47:2
**2002** 47:8
**2004** 174:22
**2005** 96:14 174:18
249:16,17 252:9
287:14,21 288:9

**288**:13,22 **289**:6
373:24
**2006** 53:19 95:16
177:21,22 178:3
180:4,13
**2006ish** 245:4
**2007** 53:20 95:16
100:20 102:5,6,12
102:16 159:9
160:20 162:23
246:4 290:25
352:10 362:17
**2008** 10:2 52:10
54:3 97:23 98:4
98:13,23 178:6
246:4 248:11
321:12 367:4
372:16
**2009** 10:2 290:6,16
294:10 296:12
297:10,18,19
374:6,7
**2010** 35:10 178:8
251:3,7
**2011** 49:23 52:10
54:3 179:5 259:2
259:9,19 260:9
298:23 299:5
373:17 374:9
**2012** 38:23 176:9
178:3 179:5 180:4
180:14 235:11
**2013** 43:10 44:2
144:25 176:9,10
217:14
**2014** 38:22 86:4
87:12 122:21
133:25 135:10,19
136:6 137:19
146:10,14 158:19
159:2 162:5,24
163:20 164:12,18
180:9 196:5 223:8
228:13 229:11,16
230:6 251:3,7
262:9 263:6,13

**265**:7,9 **266**:12
270:6 351:13,24
353:19 354:2
372:23,24 373:4,6
373:7,18 374:19
**2014-November**
221:5 373:15
**2015** 58:15 60:12
61:2 62:15 91:23
95:9 109:8,11
112:7,17,25
113:12,24,25
116:15 123:16
157:3 185:17
186:11,16 188:16
189:3 190:18
192:4,19 193:18
194:23 195:6
196:22 201:13
206:16,21 210:20
210:25 211:3,6,11
211:21 212:25
213:10 218:6
220:7,16 221:5
222:11 223:10,13
229:19 230:14
233:24 236:9
237:2 255:19
257:22 288:16
299:25 301:11,18
316:9 319:10
321:5,24 323:15
325:23 326:5
349:23 354:14
356:9 357:9 358:4
360:17 361:14
362:7 370:14
372:17 373:9,12
373:15 374:4,10
374:12,13
**2016** 21:11 27:16
28:15 34:22 38:23
60:19 61:3 64:2
65:13 67:3 116:4
180:10 272:3
337:21 346:18

**347**:4,14 **372**:14
372:19 374:15,18
**2017** 8:12,14,17
10:25 16:14 19:21
19:22 20:2,10
35:16,19 41:12
134:8,17 192:11
217:14 266:22
269:9 273:17
282:19 283:2
344:18 345:2,13
373:10,20,21
374:16
**2018** 20:6 44:5
285:16,22 305:17
321:11 323:21
325:5 373:23
**2019** 1:17 2:2 27:9
120:20 121:2,9,10
371:24 372:11,21
375:22
**207** 373:13
**21** 1:17 2:2 258:24
259:3,7 373:16
**22** 210:5,7,14 263:4
263:7,11 297:10
297:19 373:18
374:7
**22nd** 50:3
**221** 373:14
**229** 108:12
**23** 266:20,23 267:2
268:7 373:19
**233** 119:2
**24** 282:17,20,24
337:21 373:21
374:15
**24-hour** 249:7
**2455** 112:15
**2457** 112:22
**2459** 112:16
**25** 285:14,17,21
373:22
**25,000** 270:15,19
**251** 208:8
**258** 373:16

**26** 164:12,18
287:12,15,19
344:18 345:2
373:7,24 374:16
**260** 3:6
**263** 373:18
**26393** 1:25 376:3
**266** 373:19
**27** 288:14,17,21
372:11 374:4
**28** 185:17 186:11
186:16 192:4
290:4,7,11 295:16
373:9 374:5
**282** 373:21
**285** 373:22
**287** 373:24
**288** 374:4
**29** 12:20,22 112:7
112:16,25 113:12
282:19 297:8,11
297:15 372:10,17
373:21 374:7
**290** 103:15 374:5
**296** 329:24
**297** 333:4 374:7
**298** 374:8

---

**3**

**3** 27:7,10,14 67:3
108:18 109:8,11
144:25 157:3
186:18 187:10,14
187:14,24 188:4
315:13 335:9,12
335:13 338:11,12
372:11
**3rd** 66:9 195:13
196:13,15 375:21
**30** 35:14,16 57:14
58:5,13,24 60:14
213:14 215:24
217:5,14,15 229:8
229:12,21,24
259:2,9 272:3
285:16,22 298:21

CONFIDENTIAL

298:24 299:3
373:17,23 374:8
**30th** 35:20 271:11
271:23
**300** 334:19
**301** 374:10
**302** 326:6
**31** 35:18 41:12
134:8 301:9,12,16
374:10
**31st** 35:20 62:14
317:3
**3100** 3:14
**319** 338:10
**32** 135:4,9 136:5
323:13,16,19
374:11
**322** 341:2
**323** 374:11
**325** 341:14,21
374:13
**326** 342:18
**33** 325:21,24 326:4
374:13
**337** 374:14
**34** 112:14 138:4,8
139:7 143:20
155:8 337:19,22
338:2 374:14
**344** 374:16
**346** 374:17
**35** 144:19 155:8
344:16,19,23
374:16
**351** 374:19,20
**36** 346:16,19
347:10 374:17
**37** 351:11,14,22
374:19
**38** 351:11,18
353:17 374:20
**39** 116:16

_____
**4**
**4** 5:12 13:11 15:17
15:23,24 35:18

41:10 42:19,22
43:2,22 45:24
47:16 53:3 223:8
301:11,18 304:23
316:9 319:10
321:23 335:14
372:12 374:10
**4th** 301:23 316:25
**4:00** 177:5,11
202:15
**40** 45:16,16
**41st** 44:23
**411** 148:7 170:9
174:4
**42** 372:12
**42nd** 44:22
**43rd** 44:22
**44** 215:17

_____
**5**
**5** 44:5 60:17,20,24
114:24,25 116:4
192:11,19 193:18
194:23 195:6
196:5 338:14,15
338:17 343:21
372:5,14,19
373:10,12
**5th** 43:19 117:3
194:2,4,8 195:18
**5:00** 146:21
**5:14** 371:6
**50th** 302:19,20
327:18,20
**518** 99:23
**52,000** 72:25
**521** 108:11
**522** 110:23
**523** 114:23
**525** 118:25
**56** 349:17
**57** 350:2
**572** 228:5,7
**573** 228:6
**576** 234:19
**577** 239:17

**59** 346:23,25

_____
**6**
**6** 97:20,23 98:2
116:15 120:20
121:2 330:8,14
334:4,15 335:19
341:3,3,12,14
343:21,21,21,21
372:15,21
**60** 178:18 325:12
372:14

_____
**7**
**7** 60:19 61:3 64:2
65:12 112:5,8,12
119:6,8,14 287:14
346:18 347:4,14
372:14,17 373:24
374:18
**7th** 49:16,17
**7/17/2019** 43:17
**75** 48:12 177:14
203:6 204:21
205:7 250:4,11

_____
**8**
**8** 115:25 116:5,13
117:21,22 240:7
372:8,18

_____
**9**
**9** 8:12,14,17 16:14
116:2,8 117:9,10
117:16,20 118:7
118:13,18 135:3
351:13,24 372:20
374:19
**930** 323:22
**97** 372:15