# EXHIBIT C

Shailendra Joshi
Awards
FY2001--present

| Sponsor | Originating Sponsor | Award Number | Title | Award Start Date | Award End Date | Total Awarded |
|---|---|---|---|---|---|---|
| Boston University | National Cancer Institute/NIH/DHHS | BU CU08-4898 | Optical Spectroscopy for Management of Cancer Treatment | 9/1/2006 | 8/31/2009 | $100,000 |
| National Cancer Institute/NIH/DHHS | | 5R01CA127500-05 | Enhanced Intraarterial Delivery of Chemotherapeutic Drugs to the Brain | 9/1/2008 | 7/31/2014 | $1,799,974 |
| National Cancer Institute/NIH/DHHS | | 5R01CA138643-05 | Optical imaging of Chemotherapy for Brain Tumors | 4/1/2011 | 3/31/2017 | $2,386,397 |
| National Institute of General Medical Sciences/NIH/DHHS | | 5 K08 GM000698-05 | NITROXIDERGIC CEREBROVASCULAR TONE DURING ANESTHESIA | 3/1/2001 | 2/28/2006 | $618,705 |

Prepared by SPA on 07/17/2019
Source: InfoEd



Shailendra Joshi
Submitted Proposals
2013 to present

| Sponsor | Originating Sponsor | Title | Submit Date | Requested Project Period Start Date | Requested Project Period End Date | Current Proposal Status | Total Requested | Total Awarded | Proposal Number |
|---|---|---|---|---|---|---|---|---|---|
| National Cancer Institute/NIH/DHHS | | Optical imaging guided development of arterial drugs for brain cancer treatment | 11/19/2013 | 07/01/2014 | 06/30/2019 | NOT FUNDED | $3,907,680 | | 13-3004 |
| National Institutes of Health/DHHS | | Optical Monitoring Of Ischemic And Reperfusion Injury For Stroke Treatment | 02/18/2014 | 09/01/2014 | 08/31/2016 | NOT FUNDED | $440,000 | | 14-0486 |
| National Institutes of Health/DHHS | | Development of Drugs for Intraarterial Glioma Treatment by Optical Pharmacokinetic Methods | 10/06/2014 | 07/01/2015 | 06/30/2020 | NOT FUNDED | $3,774,269 | | 14-2897 |
| National Institutes of Health/DHHS | | Development of Drugs for Intraarterial Glioma Treatment by Optical Pharmacokinetic Methods | 11/05/2015 | 07/01/2016 | 06/30/2021 | NOT FUNDED | $3,472,812 | | 15-3317 |
| National Institutes of Health/DHHS | | Flow-Arrest Intraarterial Delivery of Cationic Drug Formulations for Glioma Treatment | 06/06/2016 | 04/01/2017 | 03/31/2022 | NOT FUNDED | $2,876,123 | | 16-1497 |
| National Cancer Institute/NIH/DHHS | | Anesthesia Assisted Intraarterial Drug Delivery for Glioma Treatment | 07/05/2017 | 04/01/2018 | 03/31/2023 | NOT FUNDED | $2,464,905 | | 17-0648 |
| National Cancer Institute/NIH/DHHS | | Anesthesia Assisted Intraarterial Delivery of Cell Penetrating Peptides for Glioma Treatment | 07/05/2018 | 04/01/2019 | 03/31/2024 | PENDING | $3,449,790 | | 18-2042 |

Prepared by SPA on 07/17/2019
Source: InfoEd