```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
──────────────────────────────────────────────

**SHAILENDRA JOSHI,**

               Plaintiff,        17-cv-4112 (JGK)

    - against -               <u>ORDER</u>

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ET AL.,**

               Defendants.

──────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the conference on July 23, 2020, the application for a temporary restraining order is denied. The time for the defendants to respond to the motion for preliminary injunction is July 31, 2020. The time for the plaintiff to reply is August 7, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 23, 2020**                  /s/ John G. Koeltl
                                              **John G. Koeltl**
                                      **United States District Judge**