**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**SHAILENDRA JOSHI,**

                      Plaintiff,                    17 **CIVIL** 4112 (JGK)

                    -against-                      **JUDGMENT**

**THE TRUSTEES OF COLUMBIA UNIVERSITY**
**IN THE CITY OF NEW YORK, COLUMBIA**
**UNIVERSITY IN THE CITY OF NEW YORK,**
**and COLUMBIA UNIVSERSITY COLLEGE OF**
**PHYSICIANS AND SURGEONS,**

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2021, The Court has considered all the arguments of the parties. To the extent not specifically addressed above, the arguments are either moot or without merit. For the reasons explained above, the defendants' motion for summary judgment is granted, and the case is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
            January 26, 2021

                                                              **RUBY J. KRAJICK**
                                                             _____
                                                             **Clerk of Court**
                            **BY:**
                                                             _____
                                                               **Deputy Clerk**